**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: ROBERT BOUTO v.
REYNALDO GUEVARA, et al.　　Case Number: 19 CV 2441

An appearance is hereby filed by the undersigned as attorney for:

Reynaldo Guevara

Attorney name (type or print): Thomas More Leinenweber

Firm: Leinenweber Baroni & Daffada, LLC

Street address: 120 North LaSalle Street, Suite 2000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6209086　　Telephone Number: 312-606-8705
(See item 3 in instructions)

Email Address: thomas@ilesq.com

Are you acting as lead counsel in this case?　☑ Yes　☐ No

Are you acting as local counsel in this case?　☐ Yes　☑ No

Are you a member of the court's trial bar?　☑ Yes　☐ No

If this case reaches trial, will you act as the trial attorney?　☑ Yes　☐ No

If this is a criminal case, check your status.　☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 9, 2019

Attorney signature:　S/ Thomas More Leinenweber
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015