UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Bouto, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CV-2441 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge John F. Kness |
| Reynaldo Guevara, et. al. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The Parties, by and through their respective attorneys, respectfully submit the following Joint Status Report concerning the single remaining deposition of non-retained expert witness, Sally Bray and whether the parties request a settlement conference, pursuant to the Court's June 26, 2023 Order (Dkt. 360).

**Deposition of Sally Bray**

1. As indicated in the parties' previous Joint Status Reports, after a new attorney was retained to represent non-retained expert witness Sally Bray at her deposition, the parties agreed that Ms. Bray's deposition would proceed on July 13. Dkt. 353, 358

2. On the afternoon of July 12, Ms. Bray's counsel cancelled the deposition, stating: "We will not be presenting Sally Bray for her deposition tomorrow in light of the fact that the State's Attorney's office will be filing a motion for a protective order regarding the issue of privilege. Once resolved, we will make Ms. Bray available for a rescheduled deposition as soon as practical." Ms. Bray's counsel and the State's Attorney's Office had not previously raised any concerns regarding privilege with Plaintiff's counsel, City Defendants' counsel, or Defendant

Kevin Hughes's counsel. The State's Attorney's office has advised that it will file its motion for a protective order no later than Monday.

### Whether the Parties Request a Settlement Conference

The parties are presently conferring over the Court's instruction that they advise as to whether they would like a settlement conference and ask for the Court's permission to report back in the next status report as to that issue.

DATE: July 14, 2023

RESPECTFULLY SUBMITTED,

| **Attorneys for Plaintiff:** | **Attorneys for Defendant City of Chicago:** |
|---|---|
| /s/ Ruth Brown | /s/ Eileen E. Rosen |
| Arthur Loevy | Eileen E. Rosen |
| Jon Loevy | Austin G. Rahe |
| Russell Ainsworth | Catherine M. Barber |
| Ruth Brown | Theresa B. Carney |
| LOEVY & LOEVY | ROCK FUSCO & CONNELLY, LLC |
| 311 North Aberdeen, 3rd Floor | 333 West Wacker Drive, 19th Fl. |
| Chicago, Illinois 60607 | Chicago, IL 60606 |
| (312) 243-5900 | (312) 494-1000 |
| sam@loevy.com | erosen@rfclaw.com |
| **Attorneys for Defendant Guevara:** | **Attorneys for Defendants Halvorsen, Mingey, Pergande, Maher, Marron and Pang:** |
| /s/ Thomas M. Leinenweber | /s/ Josh M. Engquist |
| Thomas M. Leinenweber | James G. Sotos |
| James V. Daffada | Josh M. Engquist |
| Megan McGrath | Jeffrey Kivetz |
| LEINENWEBER BARONI & DAFFADA, LLC | David A. Brueggen |
| 120 North LaSalle Street | Carson W. Canonie |
| Suite 2000 | The Sotos Law Firm, P.C. |
| Chicago, IL 60602 | 141 W. Jackson Blvd, Suite 1240A |
| (312) 663-3003 | Chicago, IL 60604 |
| thomas@ilesq.com | (630)735-3300 |
| | JEngquist@jsotoslaw.com |

**Attorney for Defendant Hughes:**
*/s/ Sean O'Callaghan*
Sean O'Callaghan
O'Mara & O'Callaghan
230 W. Monroe, Suite 2620
Chicago, IL 60606
Sean.OCallaghan@O2Lawyers.com