**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOUTO, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 19 CV 2441 |
| | ) | |
| v. | ) | Hon. John Kness |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Exhibit 1: Group Exhibit of Google Maps Images

Exhibit 2: Bouto COI Hearing Testimony, January 16, 2019

Exhibit 3: COI Order

Exhibit 4: Lassar Report

Exhibit 5: Guevara Deposition in Bouto

Exhibit 6: Allio Expert Report

Exhibit 7: Investigative File

Exhibit 8: Astefan Deposition

Exhibit 9: Kandah Deposition

Exhibit 10: General Offense Case Report

Exhibit 11: Photograph of Guevara and Halvorsen at the Crime Scene (*Filed Under Seal*)

Exhibit 12: June 1, 1993 Grand Jury Testimony

Exhibit 13: Dysart Expert Report

Exhibit 14: 911 Call Notes

Exhibit 15: George CR File *(Filed Under Seal)*

Exhibit 16: Lozada Handwritten Statement and Affidavit

Exhibit 17: Foster 30(b)(6) Deposition

Exhibit 18: Notice of 30(b)(6) Deposition

Exhibit 19: Evidence Property Receipt

Exhibit 20: Lassar Notes from Halvorsen Interview (*Filed Under Seal*)

Exhibit 21: Guevara Memo to Watch Commander

Exhibit 22: Greenfield Deposition

Exhibit 23: Lassar Deposition

Exhibit 24: Halvorsen Deposition in Montanez

Exhibit 25: Lineup Photos

Exhibit 26: Sidley Memo of Maldonado Interview (*Filed Under Seal*)

Exhibit 27: Group Exhibit of Vicente Robbery Reports

Exhibit 28: Halvorsen General Progress Report, 5/14/1993

Exhibit 29: Vicente Arrest Report and Lockup Information

Exhibit 30: Maldonado Arrest Report and Lockup Information

Exhibit 31: Bouto Arrest Report and Lockup Information

Exhibit 32: Lassar Notes from Fleming Interview (*Filed Under Seal*)