**Order** (2/24/05) CCG N002

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

People of the State of Illinois
Respondent

v.

Robert Bouto Petitioner

19CC2191

No. 93 CR 1352601

## ORDER

Now Comes this Honorable Court, on motion by Petitioner for a Certificate of Innocence, this Court being duly advised, and after hearing the evidence presented and reviewing the record in this case, this Court hereby Orders:

Petitioner, Robert Bouto, has met his burden to prove that he was convicted of one or more felonies and served his sentence, his judgment of conviction was vacated, his claim is timely, ~~and~~ he is innocent of the offenses charged; and he did not by his own conduct bring about his conviction.

The records of arrest shall be expunged from the records of the Chicago Police Department and the records of the clerk of circuit court and Department of the State Police shall be sealed until further order of the Court. Defendant Robert Bouto's name shall be obliterated from the Official Index Kept by the Circuit court clerk for this case only.

Atty. No.: 44407

Name: The Exoneration Project

Atty. for: Bouto

Address: 311 N. Aberdeen 3rd Floor

City/State/Zip: Chicago, IL 60607

Telephone: 312-789-4968

ENTERED:

MAR 27 2019

Dated: ______, ____

Judge          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY

EP Subpoena Response_Bouto 005130

**Exhibit 3**