LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

KENTUCKIANA
COURT REPORTERS

**CASE NO. 19-CV-2441**

**ROBERT BOUTO**

V.

**GUEVARA, ET AL.**

**DEPONENT:**

**REYNALDO GUEVARA**

**DATE:**

**November 02, 2021**

a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

**Exhibit 5**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
DISTRICT JUDGE JOHN F. KNESS
MAGISTRATE JUDGE SUSAN E. COX
CASE NO. 19-CV-2441

ROBERT BOUTO,
Plaintiff

V.

GUEVARA, ET AL.,
Defendant

DEPONENT: REYNALDO GUEVARA
DATE: NOVEMBER 2, 2021
REPORTER: BROOKE MCMINOWAY



Exhibit 5

APPEARANCES

ON BEHALF OF THE PLAINTIFF, ROBERT BOUTO:
Ruth Brown
Loevy & Loevy
311 North Aberdeen Street
Third Floor
Chicago, Illinois 60607
Telephone No.: (312) 243-5900
E-mail: ruth@loevy.com
(Appeared via videoconference)

ON BEHALF OF THE DEFENDANT, REYNALDO GUEVARA:
Tom Leinenweber
Megan McGrath
Leinenweber Baroni & Daffada LLC
1150 Wilmette Avenue
Suite 5
Wilmette, Illinois 60091
Telephone No.: (866) 786-3705
Facsimile No.: (800) 896-2193
E-mail: tom@ilesq.com
mkm@ilesq.com
(Appeared via videoconference)



APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, OFFICERS ERNEST HALVORSEN, RICHARD MAHER, LOUIS MARRON, EDWARD MINGEY, KENNETH PANG, AND ALAN PERGANDE:
Caroline Golden
The Sotos Law Firm P.C.
141 West Jackson Boulevard
Suite 1240A
Chicago, Illinois 60604
Telephone No.: (630) 735-3300
Facsimile No.: (630) 773-0980
E-mail: cgolden@jsotoslaw.com
(Appeared via videoconference)

ON BEHALF OF THE DEFENDANT, THE CITY OF CHICAGO:
Jessica Zehner
Rock Fusco & Connelly, LLC
321 North Clark Street
Chicago, Illinois 60654
Telephone No.: (312) 494-1000
E-mail: jzehner@rfclaw.com
(Appeared via videoconference)



APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANT, KEVIN HUGHES:
Sean O'Callaghan
O'Mara & O'Callaghan
230 West Monroe Street
Suite 2620
Chicago, Illinois 60606
Telephone No.: (312) 600-5588
E-mail: sean.ocallaghan@o2lawyers.com
(Appeared via videoconference)



INDEX


| | Page |
|---|---|
| PROCEEDINGS | 7 |
| DIRECT EXAMINATION BY MS. BROWN | 12 |
| CROSS EXAMINATION BY MR. O'CALLAGHAN | 158 |




Exhibit 5

STIPULATION

The VIDEO deposition of REYNALDO GUEVARA was taken at KENTUCKIANA COURT REPORTERS, 30 SOUTH WACKER DRIVE, 22ND FLOOR, CHICAGO, ILLINOIS 60606, via videoconference in which all participants attended remotely, on TUESDAY the 2ND day of NOVEMBER 2021 at 10:32 a.m.; said VIDEO deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30. It is agreed that BROOKE MCMINOWAY, being a Notary Public and Court Reporter, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.



PROCEEDINGS

COURT REPORTER: We're on the record. My name is Brooke McMinoway. I'm the video technician and court reporter today. Today is the 2nd day of November, 2021. The time is 10:32 a.m. We're convened by a videoconference to take the deposition of Reynaldo Guevara, in the matter of Robert Bouto v. Guevara, et al., pending in the United States District Court for the Northern District of Illinois, Eastern Division, case number 19-CV-2441. Will everyone but the witness, please state your appearance, how you are attending, and the location from which you are attending, starting with the plaintiff's counsel?

MS. BROWN: Good morning. My name is Ruth Brown representing plaintiff Robert Bouto and appearing from Illinois.

MR. LEINENWEBER: Good morning. This is Tom Leinenweber, L-E-I-N-E-N-W-E-B-E-R. I'm appearing on behalf of defendant Reynaldo Guevara and we are in San Antonio, Texas.

MS. MCGRATH: My name is Megan McGrath. I'm also on behalf of the defendant Guevara. I'm appearing remotely from Chicago.



MS. GOLDEN: (Inaudible).

MR. O'CALLAGHAN: My name is Sean O'Callaghan. I'm sorry, I skipped. My name is Sean O' Callaghan, and I represent defendant Kevin Hughes. I'm appearing remotely from Chicago.

MS. GOLDEN: Caroline Golden for -- remotely from Chicago for defendants Halvorsen, Mingey, Pang, Pergande, Maher, and Marron.

MS. ZEHNER: Jessica Zehner on behalf of the City of Chicago, attending remotely from Nevada.

COURT REPORTER: Thank you-all. Mr. Guevara, will you please state your full name for the record?

THE WITNESS: Reynaldo Guevara.

COURT REPORTER: Thank you, sir. And since I'm not able to properly ID be the witness, I just need each member of counsel to stipulate that they agree that the witnesses is who they say they are or agree that we can continue without being in agreement.

MR. LEINENWEBER: We stipulate.

MR. O'CALLAGHAN: Stipulated on behalf of defendant Kevin Hughes.

MS. ZEHNER: The city agrees to stipulate.

MS. GOLDEN: Individual officer defendants agrees to stipulate.

MS. BROWN: Plaintiff agrees to stipulate that



this is defendant Reynaldo Guevara as well.

MS. GOLDEN: Before we start, I have a quick question for the court reporter. Are you using -- how are you record -- what is the video recording? Is that a Zoom recording, or is there a videographer?

COURT REPORTER: I'm recording through Zoom.

MS. GOLDEN: Okay. I think we have an objection in these cases to doing that. Is this a videotaped deposition?

MS. BROWN: Yes. And it was on the notice that it would be recorded through Zoom. And we've done it in many cases like this.

MS. GOLDEN: So all the cases I have been doing this in -- we've object to the Zoom recording but have not objected to having a videographer so -- like, an official videographer records. So I'll register that objection.

MR. LEINENWEBER: I'll join you in the objection. I believe that is the case Ruth. I believe that we have only done these with a video technician.

MR. O'CALLAGHAN: And we'll also join in objection on behalf of ASA Kevin Hughes.

MS. BROWN: And I'll note --



**Exhibit 5**

MS. MCGRATH: Plaintiff then also joins.

MS. BROWN: I'll just note that the notice was clear and defense counsel didn't raise any objection until now.

MS. GOLDEN: So we've -- in the past, we've left the video stand at -- for an aid for the court reporter, never having it as the official record. And so that needs to be through a court reporter or -- you know, the official videographer.

MS. BROWN: Again, it was clearly noticed on -- the notice clearly stated that it will be recorded by Zoom. And no counsel raised any objections until this point, 10:36 a.m.

MS. GOLDEN: All right. Well, I'll take a look at the notice, but I don't think it's correct.

COURT REPORTER: Okay. Mr. Guevara, will you please raise your right hand for me? Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

COURT REPORTER: Thank you, sir. You may begin, counsel.

MR. LEINENWEBER: And Ruth -- and I'm sorry to interrupt. Can we just -- can you confirm -- I



believe we have an agreement per Judge Seeger standing order in rule 32 that when I, or any other person, makes an objection using the word objection form, that that will preserve any of all objections as per his standing order.

MS. BROWN: We agree to follow his standing order.

MR. LEINENWEBER: Thank you.

MR. O'CALLAGHAN: And can we make this clear that one objection on behalf of our defendant is an objection for all defendants.

MS. BROWN: That's agreed. And I'm sorry. For Judge Seeger, is that in the Rodriguez case? Who is -- which case is --

MR. LEINENWEBER: Judge -- I apologize. Excuse me, Ruth. I believe that we have the agreement though for both of these.

MS. BROWN: No. We don't have that agreement for Bouto. And in the Bouto deposition, we'll agree to proceed pursuing to Judge Cox's rules.

MR. LEINENWEBER: So I guess I'm unclear and I don't mean to make a big deal out of it. Do you agree though, if I make an objection or any other defendant makes an objection based on form, that preserves any and all objections to that question?



MS. BROWN: A form objections. Yes.

MS. GOLDEN: Even foundation.

MS. BROWN: No.

MS. GOLDEN: So you want us to individually object to foundation for every question?

MS. BROWN: Yes. If you'd like to preserve that objection.

MS. GOLDEN: Okay.

MS. BROWN: Any more questions?

MR. LEINENWEBER: I don't believe so.

DIRECT EXAMINATION

BY MS. BROWN:

**Q Okay. Sir, would you please state and spell your name for the record?**

A Reynaldo Guevara. First name R-E-Y-N-A-L-D-O, last name, G-U-E-V, like in victory, A-R-A.

**Q Okay. Sir, how many depositions have you previously sat for?**

A I don't know.

**Q And how many previous depositions have you -- well, scratch that. You have sat for depositions before, correct?**

A Yes.

**Q Okay. More than three times?**

A Probably.



**Q Okay. And how many previous depositions have you refused to answer questions on the grounds that doing so may incriminate you?**

A With advice of my attorney, I take the Fifth.

**Q Is there any reason that you cannot testify truthfully today?**

A With advice of my attorney, I will take the Fifth.

**Q Do you have any medical conditions that would impact your ability to testify truthfully today?**

A With advice of my attorney, I take the Fifth.

**Q Okay. If at any point today you'd like to take a break during my questioning, please just let me know and we can take a break, okay?**

A Yes.

**Q The only thing I ask is that you finish answering any pending question before we take the break, okay?**

A Yes.

**Q Do you have any gang tattoos?**

MR. LEINENWEBER: Objection. Form. Foundation.

A Take the Fifth.

**Q Do you have any tattoos, sir?**

A Take the Fifth.

**Q Sir, were you ever affiliated with any street**



Exhibit 5

Page 14

gang in Humboldt Park?
MR. LEINENWEBER: Objection. Form. Foundation.
A Take the Fifth.
Q Were you ever a member of the Latin Kings in any point in your life, sir?
MR. LEINENWEBER: Objection. Form. Foundation.
A Take the Fifth.
Q Have you ever considered yourself a member of the Insane Fish Gang?
MR. LEINENWEBER: Objection. Form. Foundation.
A Take the Fifth.
Q Who else among the detectives at Area 5 of the Chicago Police Department were members of the Insane Fish Gang to your knowledge?
MR. LEINENWEBER: Objection. Form. Foundation.
A I take the Fifth.
Q And you're taking the Fifth on the advice of your counsel; is that correct?
A Yes.
Q Sir, isn't it true that you intentionally framed Robert Bouto for a murder that he did not commit?
MR. LEINENWEBER: Objection. Form. Foundation.
A I take the Fifth.
Q Sir, isn't it true that as a result of your misconduct and the misconduct of your fellow Chicago

Page 15

Police Department officers, Robert Bouto was convicted of a crime he did not commit?
MR. LEINENWEBER: Objection. Form. Foundation.
A Take the Fifth.
Q In May 1993, you conspired with other police officers to falsely charge Mr. Bouto for the murder of Salvador Ruvalcaba; is that correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Take the Fifth.
Q You were assigned to the Ruvalcaba murder investigation with your partner at the time, Ernest Halvorsen; is that correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A I take the Fifth.
Q You knew when you started the investigation to the Ruvalcaba murder that Mr. Bouto was not involved in the shooting; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you nonetheless decided to frame Robert Bouto for the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you knew there was absolutely no physical evidence indicating that Mr.

Page 16

Bouto had any connection to the murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Back on May 14th of 1993, you were investigating the murder of Salvador Ruvalcaba, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and your partner, Detective Halvorsen, were the lead investigators on the Ruvalcaba murder investigation, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and Halvorsen were the lead detectives on the case?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q That meant that you and Halvorsen were in charge of how the Ruvalcaba homicide investigation was going to be run, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and Halvorsen decided what leads to follow in the Ruvalcaba murder investigation?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. MCGRATH: Objection. Form as well.

Page 17

MS. ZEHNER: Object to the form of the question.
MS. GOLDEN: Object to form as well.
A Plead the fifth.
BY MS. BROWN:
Q Isn't it true that you and Halvorsen decided what investigative leads to follow in the Ruvalcaba homicide investigation?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the fifth.
MS. GOLDEN: Compound question.
Q Isn't it true that you and Halvorsen decided what investigative tools to use during the Ruvalcaba homicide investigation?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Object to foundation.
MS. ZEHNER: Form of the question.
A Plead the Fifth.
BY MS. BROWN:
Q When you arrived at the scene, you talked to the witnesses to understand what had happened, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q When you arrived at the scene of the Ruvalcaba murder, you talked to the witnesses present to



Exhibit 5

Page 18

understand what happened, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You spoke to Frank Escobar, Carl Richmond, Jacobo Lozada, and Rey Lozada, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You spoke to Frank Escobar, Carl Richmond, Jacobo Lozada, and Rey Lozada at the scene of the Ruvalcaba homicide, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q They told you that the shooting happened very quickly. And that they didn't see the shooter's face; is that correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A I plead the Fifth.
Q Isn't it true that these witnesses told you that they dove to the ground when the shots rang out and weren't focused on the shooter?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q What did the witnesses at the scene of the Ruvalcaba murder tell you about the murder?
MR. LEINENWEBER: Objection. Form. Foundation.

Page 19

A Plead the Fifth.
Q As part of the investigation, you manipulated Frank Escobar, Carl Richmond, and Rey Lozada into falsely implicating Robert Bouto as the shooter, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q In May 1994, you knew that Carl Richmond, Rey Lozada, and Frank Escobar were Spanish Cobra gang members and a rival gang to Mr. Bouto, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew that Escobar, Richmond, and Rey Lozada could not have seen who the shooter of Salvador Ruvalcaba was, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q When Robert Bouto was picked up on May 14th of 1993, you put him in a show-up at the scene, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you allowed for opposing gang members to all view Robert Bouto at the scene, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 20

Q You were at the scene of the Ruvalcaba murder when members of the 17th District tactical team brought Mr. Bouto there, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A The Fifth.
Q And you conducted a show-up at the scene of the Ruvalcaba murder invest -- scratch that. You conducted a show-up at the scene of the Ruvalcaba murder on May 14th of 1993; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You conducted a show-up near the scene of the Ruvalcaba murder with defendant Alan Pergande, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound question.
Q Tell us how you conducted the show-up at the scene of the Ruvalcaba murder on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Even though you conducted a show-up at the scene of the Ruvalcaba murder, you did not document that show-up in any police report, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 21

Q Halvorsen did not document the show-up in any police report, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew that Halvorsen did not document the show-up in any police report in the investigative file for the Ruvalcaba murder investigation, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A I plead the Fifth.
Q Halvorsen later testified that you and he went straight to Area 5 after learning that a 17th District tactical team had located Mr. Bouto, but that was a lie, right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q In fact, you and Halvorsen tried to cover up the fact that the show-up had occurred to make the later lineups look more credible, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound question.
MR. O'CALLAGHAN: (Inaudible).
MS. ZEHNER: Joined in the objection for foundation.



Exhibit 5

BY MS. BROWN:

Q You and Halvorsen omitted the fact that the show-up had occurred from your police reports about the Ruvalcaba murder investigation to make the later lineups look more credible; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: Objection. Compound.

Q And you and Halvorsen tried to hide your role in the show-ups to make your investigation appear more credible; is that correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: Compound question.

Q You knew Carl Richmond before May 14th of 1993, didn't you?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that Carl Richmond told you that he didn't see the shooter's face on May 14th of 1993?

MR. LEINENWEBER: Objection. Form and foundation.

A Plead the Fifth.

Q But you told Carl Richmond to pick out Mr. Bouto anyway; is that right?



MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And you told Carl Richmond that if he did not identify the shooter, you would put a case on him; is that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Before the lineup on May 14th of 1993, you told Carl Richmond that if he did not identify the shooter, you would put a case on him, right?

MR. LEINENWEBER: Objection. Form. Foundation. Asked and answered.

A Plead the Fifth.

Q During the show-up on May 14th of 1993, you didn't separate the viewers of the show-up; is that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Instead, you let Richmond, Rey Lozada, and Frank Escobar discuss together who they would identify as the perpetrator during the show-up, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You heard Carl Richmond tell other viewers of the show-up to identify Mr. Bouto as the perpetrator; is



that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You let Rey Lozada hear Carl Richmond tell viewers of the show-up to identify Mr. Bouto as the perpetrator, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You let Rey Lozada hear older gang member eyewitnesses identify Mr. Bouto during the show-up, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q On May 14th of 1993, Rey Lozada told you that he did not see the shooter's face, correct?

MR. LEINENWEBER: Objection. Form. Foundation. Asked and answered.

A Plead the Fifth.

Q But you still let Rey Lozada make an identification during the show-up, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You documented that Rey Lozada identified Mr. Bouto during the show-up, right?

MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.

Q You did not document in any police reports that Carl Richmond told the others in the show-up to identify Mr. Bouto, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You did not document in any police reports that Carl Richmond had told you that he did not see the perpetrator's face, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You did not document on any police reports that Rey Lozada had told you that he had not seen the perpetrator's face; is that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q The other participants in the show-up did not look anything like Mr. Bouto, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q The other participants in the show-up did not look anything like the person described by the eyewitnesses as the perpetrator, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.



Exhibit 5

Page 26

Q One of the participants in the show-up was a white teenager who was overweight and did not look anything like the descriptions of the perpetrator, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q One of the participants in the show-up was a white teenager who was overweight, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you and defendant Alan Pergande knowingly allowed opposing gang members to pick out their rival, Robert Bouto, during the show-up?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q And you knowingly allowed opposing gang members to pick out Robert Bouto during the show-up, even though you knew he did not match the description given by the eyewitnesses; is that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound question.
A Plead the Fifth.
Q Isn't it right that you knowingly told opposing gang members to pick out Robert Bouto during

Page 27

the show-up?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you allowed the opposing gang members to all pick out Robert Bouto, even though every description of the shooter included the fact that the shooter had a ponytail and Robert Bouto had no ponytail?
MR. LEINENWEBER: Objection. Form. Foundation. Compound question.
A Plead the Fifth.
Q You knew that Robert Bouto had no ponytail on May 14, 1993, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You saw that Robert Bouto had no ponytail on May 14, 1993, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And Robert Bouto was picked up on the street within an hour of the shooting so he didn't have time to chop off his ponytail, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you knew on May 14, 1993

Page 28

that other than wearing a blue hooded shirt and dark three-quarter length shorts, Mr. Bouto did not otherwise match the description of the shooter given by eyewitnesses?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that you observed that Mr. Bouto had no ponytail on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation. Asked and answered.
A Plead the Fifth.
Q Isn't it true that you observed on May 14, 1993 that Mr. Bouto was not clean-shaven?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you observed on May 14, 1993 that Mr. Bouto had a mustache?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you observed on May 14, 1993 that Mr. Bouto had a soul patch above his upper lip?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 29

Q Isn't it true that you observed on May 14th of 1993 that Mr. Bouto had dark stubble on his chin and neck?
MR. LEINENWEBER: Form. Foundation. Objection.
A Plead the Fifth.
Q Isn't it true that you observed on May 14, 1993 that Mr. Bouto did not have on white high-top shoes?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you observed on May 14th of 1993 that Mr. Bouto was significantly taller than the descriptions of the shooter provided by eyewitnesses?
MR. LEINENWEBER: Objection. Form. Foundation. Compound question.
A Plead the Fifth.
Q Tell us how you conducted the lineups for Mr. Bouto in this case on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q After the show-up on May 14th of 1993, you brought Mr. Bouto back to the station at Area 5; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Exhibit 5

Q And you brought Carl Richmond, Frank Escobar, Rey Lozada, and Jacobo Lozada to Area 5 on May 14, 1993 as well, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you brought those four gang members to a desk and you left out a photograph of opposing gang member, Robert Bouto, on that desk, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew it was unduly suggestive to leave Mr. Bouto's photograph on a desk when the eyewitnesses were about to view a lineup with Mr. Bouto in it, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you allowed those four gang members who are in a rival gang as Robert Bouto to all look at and handle Robert Bouto's photograph and talk with one another about it, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you allowed them to handle Mr. Bouto's photograph and talk about his photograph before any lineup was held that included Mr. Bouto, right?
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
Q And you did not disclose your use of the photograph of Mr. Bouto in your police reports, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you did not place the photograph of Mr. Bouto that you showed to the eyewitnesses before the lineup in the investigatory file, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Instead, you withheld the photograph of Mr. Bouto that was shown to the gang member witnesses before the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You did not turn that photograph over to the prosecution, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You did not turn that photograph over to Mr. Bouto's defense counsel, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: I join in any objection on to the last few questions and foundation.



Q You kept the photograph of Mr. Bouto out of the investigatory file inventory so that it would not be turned over to the prosecution in Mr. Bouto's case, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Joined in the objection.
Q You allowed the eyewitnesses to see Mr. Bouto handcuffed at the police station before the lineup; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q That's something you've done on many other occasions; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You've let witnesses see suspects in the police station and police custody before they've been placed in a lineup on many occasions, correct?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Did you think there was anything wrong with letting a witness see a suspect in police custody prior to viewing that same suspect in a lineup?



MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Carl Richmond who to pick out in the lineup; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Carl Richmond to pick out Mr. Bouto in the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And when you were at Area 5, you let the individuals viewing the lineup see Mr. Bouto through a two-way mirror while he was handcuffed in an empty room, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And so you showed those gang members Robert Bouto at the station handcuffed before his lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You allowed Carl Richmond to see Robert Bouto at the station handcuffed before his lineup, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Exhibit 5

Page 34

Q And you allowed Rey Lozada to see Robert Bouto at the station handcuffed before Mr. Bouto's lineup, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you told the witnesses, those gang members, that the police had the shooter and all they had to do was identify Mr. Bouto as the shooter, right?
MR. LEINENWEBER: Object -- I'm sorry. Objection. Form and foundation.
A Plead the Fifth.
Q And you whispered to each of the witnesses what position the suspect would be in, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you allowed the witnesses to the lineup involving Mr. Bouto to talk to each other before, during, and after the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you also allowed the witnesses to see Robert Bouto in the bathroom while handcuffed before the lineup was conducted; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 35

Q You heard Carl Richmond point out the photograph of Robert Bouto to Rey Lozada before the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You heard Carl Richmond point out the photograph of Robert Bouto to Jacobo Lozada before the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You heard Carl Richmond point out the photograph of Robert Bouto to Frank Escobar before the lineup, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q But you did not document Richmond's statements to the other lineup participants before the lineup in any police reports, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You threatened Carl Richmond with obstruction of justice if he left the police station on May 14th of 1993, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 36

Q You didn't let Carl Richmond contact his family while he was at the police station on May 14th of 1993, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You didn't let Carl Richmond use the phone at the police station on May 14th of 1993, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Before Mr. Bouto's trial, you threatened Rey Lozada with perjury charges if he did not testify consistently with his prior statements implicating Mr. Bouto in the Ruvalcaba murder; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Before Mr. Bouto's trial, you pressured Rey Lozada to identify Mr. Bouto as the -- scratch that. Before trial, you pressured Rey Lozada to identify Mr. Bouto as the shooter along with prosecutor Anita Alvarez; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Before trial, you and prosecutor Anita Alvarez together pressured Rey Lozada to identify Mr. Bouto as the shooter; is that right?

Page 37

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q When Rey Lozada's brother was murdered in July 1994, you pressured him to falsely identify a suspect in that case; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q When Rey Lozada's brother was murdered in July of 1994, you threatened to lock up Rey Lozada if he didn't falsely identify a suspect that you had identified; isn't --
MR. LEINENWEBER: Objection.
Q -- that right?
MR. LEINENWEBER: I'm sorry. Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, Michael Flemming told you that he didn't see the perpetrator's face; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, Michael Flemming described the perpetrator to you as clean-shaven, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Exhibit 5

Q On May 14th of 1993, Michael Flemming described the perpetrator to you as wearing an all-black hoodie; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, you told Michael Flemming that the purpose of coming to the police station for the lineup was to get all of the eyewitnesses' descriptions to match one another; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, you told Michael Flemming that the eyewitnesses descriptions of the perpetrator should match one another, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You manipulated Michael Flemming to change his description of the perpetrator's top from a black T-shirt to a dark-blue hoodie, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knowingly manipulated Michael Flemming to change his description of the perpetrator's clothing so that he would falsely implicate Mr. Bouto in a murder that you knew Mr. Bouto had not committed, right?



MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Prior to showing Mr. Michael Flemming a lineup in which Mr. Bouto was the suspect, Michael -- scratch that. Let me start over. Prior to showing Michael Flemming a lineup on May 14th of 1993, Michael Flemming told you that he could only identify the perpetrator's clothing; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q During the lineup, you told Mr. Michael Flemming who to select, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And before the lineup you showed Mr. Bouto to Michael Flemming; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You manipulated Michael Flemming's identification by showing him a lineup that was unduly suggestive; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You showed Michael Flemming a lineup that contained only one person whose clothing even remotely



matched the description of the shooter; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you did so to manipulate Michael Flemming into identifying Robert Bouto as the shooter, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew that showing an unduly suggestive lineup to Michael Flemming would help bolster your case against Robert Bouto; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A The Fifth.
Q Michael Flemming identified Mr. Bouto only by his clothing in the lineup; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, Michael Flemming told you that the shooter had advanced west on Sunnyside from Christiana toward the alley, started shooting in the direction of Kimball while at the intersection of the alley in Sunnyside, gave the gun to a girl wearing red. And then, the shooter and the girl in red advanced north in the alley toward Wilson together; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.



Compound.
A Plead the Fifth.
Q But you and Halvorsen documented in your cleared and closed report that Michael Flemming had said the shooter continued west on Sunnyside and then turned north on Spaulding, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q You knew that documentation was false, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q The documentation in the cleared closed report about Michael Flemming's account of the perpetrator's path was false, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You included that documentation to make it look like the shooter was returning to Mr. Bouto's home, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead The Fifth.
Q When you interrogated Robert Bouto on May 14th of 1993, he consistently denied shooting Salvador Ruvalcaba; isn't that right?



Exhibit 5

Page 42

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Mr. Bouto told you that he was with his girlfriend at the time of the shooting, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Mr. Bouto described to you the route that he had walked with his girlfriend at the time of the shooting of Salvador Ruvalcaba; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Mr. Bouto words to the effect of that the timing of his alibi explanation wasn't right, even though there was no issue with that timing; isn't that so?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Mr. Bouto told you that his girlfriend's name was Tania Astefan; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Mr. Bouto told you that Tania Astefan lived right around the corner; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 43

Q Mr. Bouto told you that Tania Astefan's father owned the store on the first floor of her apartment building, didn't he?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q That store was called Tania's Photography, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Mr. Bouto offered to provide Tania Astefan's phone number from his pager on May 14th of 1993, didn't he?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You created notes during your interrogation of Mr. Bouto on May 14th of 1993, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And in those notes you documented Tania's last name as provided by Mr. Bouto, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And in those notes, you also documented Mr. Bouto's statement that Tania lived right around the corner and that her father owned the store on the first

Page 44

floor of her apartment building, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation. Compound question.
A Plead the Fifth.
Q Isn't it true that you withheld your handwritten notes from your interviews with Mr. Bouto on May 14th of 1993 because you knew those handwritten notes tended to support Mr. Bouto's innocence?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld your handwritten notes from your interviews with Mr. Bouto on May 14th of 1993 because you wanted to falsely portray his alibi as suspicious?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You were present when a Chicago Police Department officer removed the battery from Mr. Bouto's pager, erasing its memory so that Mr. Bouto could not provide Tania Astefan's phone number; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q You saw Alan Pergande remove the battery from Mr. Bouto's pager to erase its memory; isn't that right?

Page 45

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You saw Officer Pang remove the battery from Mr. Bouto's pager and erase its memory; is that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you never made any effort to locate Tania Astefan to check Mr. Bouto's alibi because you knew that doing so would support Mr. Bouto's claim of innocence?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you never made any effort to locate Tania Astefan to check Mr. Bouto's alibi because you wanted to frame him for murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You never made any effort to locate Tania Astefan to check Mr. Bouto's alibi, did you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And to your knowledge, Detective Halvorsen never made any effort to locate Tania Astefan to check Mr. Bouto's alibi; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

Page 46

A Plead the Fifth.
Q You and Halvorsen never made any effort to locate Tania Astefan, even though the felony review prosecutor had specifically asked you to do so; isn't that right?
MR. LEINENWEBER: Objection. Form.
MR. O'CALLAGHAN: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q Can you think of any explanation for why you wouldn't have tried to locate Tania Astefan to check Mr. Bouto's alibi?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Do you have any explanation for why you didn't try to locate Tania Astefan to check Mr. Bouto's alibi?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You never made any effort to locate Tania Astefan because you knew that her description was unlikely to match the description of the female seen with the perpetrator that eyewitnesses described as having light blonde hair and wearing red pants, red and white Jordans, and a pullover jacket; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.

Page 47

A Plead the Fifth.
Q Did you go to Tania Astefan's apartment building on or about May 14th or 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did you see that on the first floor of Tania Astefan's apartment building, there was a photo studio called Tania's with a large photograph of a teenage girl in the window?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did you withhold the location of Tania's home from prosecutors in the investigative file?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you purposefully withheld the location of Tania's home from the prosecutor in the Salvador Ruvalcaba prosecution?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you purposefully withheld the location of Tania's home from the investigative file?
MR. LEINENWEBER: Objection. Form. Foundation.

Page 48

A Plead the Fifth.
Q Isn't it true that Mr. Bouto never told you, Ernest Halvorsen, and Assistant State's Attorney Kevin Hughes that after the shooting, he was at his house in front when Tania's friend Helen came by with Mr. Bouto's friend Moses?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q That was information that you made up in conspiracy with Ernest Halvorsen and Kevin Hughes, right?
MR. LEINENWEBER: Objection. Form. Foundation.
MR. O'CALLAGHAN: Objection.
A Plead the Fifth.
Q On May 14th of 1993, Mr. Bouto told you that he wanted a lie detector test to prove his innocence, but you refused; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, Mr. Bouto told you that he wanted a gunshot residue test to prove his innocence, but you refused; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 49

Q You didn't seek a polygraph test for Mr. Bouto, even though such a test was readily available to you if you had wanted to, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You didn't seek a gunshot residue test for Mr. Bouto, even though such a test was readily available to you; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You did not seek a gunshot residue test for Mr. Bouto because you knew that the test results would be negative for gunshot residue and would support Mr. Bouto's defense of innocence; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You didn't seek a gunshot residue test for Mr. Bouto because you wanted to destroy evidence of his innocence; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You documented Mr. Bouto's request for a gunshot residue test when he made it, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Exhibit 5

Page 50

Q You documented Mr. Bouto's request for a lie detector test when he made it, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld your handwritten notes from your interviews with Mr. Bouto because you knew those handwritten notes tended to support his innocence?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You withheld your documentation of Mr. Bouto's request for a gunshot residue and polygraph test because you knew those requests tended to support his innocence, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, you spoke to Assistant State's Attorney Kevin Hughes about trying to get Mr. Bouto charged in the Ruvalcaba murder, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And Assistant State's Attorney Hughes told you that he was going to consult with his supervisor, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 51

Q And you documented in your report that Assistant State's Attorney Hughes consulted with his supervisor, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And Assistant State's Attorney Hughes told you that his supervisor, Assistant State's Attorney Sally Bray, refused to approve charges against Bouto on May 14th of 1993; isn't that right?
MR. LEINENWEBER: Objection. Form.
A Plead the Fifth.
Q Assistant State's Attorney Hughes told you that you needed more evidence against Bouto in order to file murder charges against him; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And Assistant State's Attorney Hughes told you that on May 14th of 1993, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you wanted to get false murder charges approved against Mr. Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A The Fifth.
Q When you say, "Fifth", you mean, "I plead the Fifth", correct?

Page 52

A Yes.
Q Assistant State's Attorney Kevin Hughes requested that you try and locate plaintiff's girlfriend and the individual known as Mario, who had been identified by eyewitness, Frank Escobar, as having handed the gun to the perpetrator, right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q You were told by Assistant State's Attorney Hughes that Sally Bray had requested that you try and locate plaintiff's girlfriend; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You were told by Assistant State's Attorney Kevin Hughes that Sally Bray had requested that you try to locate the individual known as Mario who had been identified by Frank Escobar as having handed the gun to the perpetrator, right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q But you and Halvorsen did nothing to try to locate plaintiff's girlfriend to check out his alibi

Page 53

after the felony review prosecutor requested it, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you and Halvorsen did nothing to try to locate Mario after the felony review prosecutor requested it; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you did not try to locate Mario because you wanted to frame Mr. Bouto for the crime; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you knew Mr. Bouto had nothing to do with Mario; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q In order to frame Mr. Bouto, you fabricated false evidence; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that on May 14th of 1993, you learned that Mr. Bouto had been talking with Francisco Vicente in a police lockup?
MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

A Plead the Fifth.
Q Isn't it true that on May 14th of 1993, you told Francisco Vicente to try to talk to Robert Bouto in the police lockup?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you learned in May of 1993 that Francisco Vicente was a heroin addict?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you knew on May 14th and 15th of 1993 that Francisco Vicente was a heroin addict who was suffering withdrawal symptoms while he was in the lockup?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you wanted to use Francisco Vicente to falsely implicate Robert Bouto in the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and your partner, Ernest Halvorsen, agreed to use Vicente to falsely implicate Bouto on May 14th and 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
Q Did you know Francisco Vicente prior to May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did Ernest Halvorsen ever tell you that he knew Francisco Vicente prior to May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and your partner, Ernest Halvorsen, agreed on May 14th and 15th of 1993 to use Vicente to falsely implicate Mr. Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and Detective Halvorsen agreed in May 1993 to use Vicente to falsely implicate Robert Bouto by incentivizing Vicente to do so?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that you and defendant Halvorsen -- scratch that. Isn't it true that you and your partner, Ernest Halvorsen, agreed in May 1993 to use Francisco Vicente to falsely implicate Robert Bouto by coercing Vicente to carry out your plan?



MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you had Francisco Vicente brought to an interrogation room at Area 5 on May 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and your partner, Ernest Halvorsen, then met with Francisco Vicente on May 15th of 1993, in that interrogation room at Area 5?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q Was there an answer? Could you answer my question, sir?
A Plead the Fifth.
Q Thank you. Isn't it true that Ernest Halvorsen tried to curry favor with Francisco Vicente on May 15th of 1993 in your presence?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that Halvorsen bought Francisco Vicente candy bars on May 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
Q Isn't it true that you and Halvorsen talked about the fact that sugar helps heroin addicts with their withdrawal symptoms on May 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that while you were in the interrogation room with Francisco Vicente, you and Halvorsen told Vicente that Robert Bouto was a member of an opposing gang?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q On May 15th of 1993, you knew that Francisco Vicente was an Imperial Gangster gang member, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And on May 15th of 1993, you believed that Robert Bouto was a member of an opposing gang to Vicente, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Vicente that Robert Bouto was a member of an opposing gang because you wanted Francisco Vicente to tell a lie against



Exhibit 5

Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you wanted him to do something for you and Halvorsen on May 15th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And in that same conversation with Francisco Vicente on May 15th of 1993, isn't it true that you told Vicente that you wanted him to get Mr. Bouto to keep talking to him for as long as possible in the lockup?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that you wanted Francisco Vicente to talk to Robert Bouto for as long as possible so that he could later plausibly but falsely claim that Robert Bouto had confessed murder to him?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you could make it easy for him, or you could make it hard for him, or words to that effect?
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you wanted him to claim that Robert Bouto confessed that he shot someone near Roosevelt High School?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Francisco Vicente that you wanted him to falsely claim to a prosecutor that Robert Bouto had confessed to shooting someone near Roosevelt High School; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q At the time that you told Francisco Vicente that you wanted him to claim that Robert Bouto had confessed murder to him, you knew that Robert Bouto had nothing to do with the shooting of Salvador Ruvalcaba; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q When you told Vicente that you wanted him to claim that Robert Bouto had confessed murder to him, you knew that Robert Bouto had not in fact confessed murder to Francisco Vicente?
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
Q Francisco Vicente told you and your partner, Ernest Halvorsen, that he knew nothing about the murder of Salvador Ruvalcaba, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you and Halvorsen that he knew nothing about Mr. Bouto having anything to do with the murder of Ruvalcaba; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you and Halvorsen that Mr. Bouto was innocent, didn't he?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Nevertheless, you and Halvorsen fed Vicente facts about the Ruvalcaba murder, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q You and Halvorsen told Vicente that the victim of the murder was a Spanish Cobra; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: And compound. And I have a belated objection to the prior three or four questions that are asked about this detective and Detective Halvorsen. Are the same question on the basis of their compound.



Q Okay. And you told Vicente to say that Robert Bouto had confessed to having shot and killed a Spanish Cobra, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And Halvorsen told Vicente in your presence to say that Robert Bouto had confessed to having shot and killed a Spanish Cobra; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and Halvorsen told Vicente that the murder had happened on May 14th of 1993, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you and Halvorsen told Francisco Vicente to say that Robert Bouto has confessed that the murder happened on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q You told Francisco Vicente that the murder



Exhibit 5

Page 62

suspect was seen with a female during the murder; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And you and Halvorsen told Francisco Vicente to say that Robert Bouto had confessed to having shot and killed the Spanish Cobra while with his girlfriend; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A (Inaudible).

MS. GOLDEN: And compound.

Q I'm sorry. I didn't hear the answer to the question.

A Plead the Fifth.

Q You and Ernest Halvorsen told Francisco Vicente that three people had identified Robert Bouto; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead --

MS. GOLDEN: And compound.

A Plead the Fifth.

Q And you and Halvorsen told Vicente to say that Robert Bouto had told Vicente that Bouto had been picked up after three people identified him, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

Page 63

MS. GOLDEN: And compound.

A Plead the Fifth.

Q You told Vicente to say that three people had identified Robert Bouto and that Bouto had told him that fact; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You told Francisco Vicente that the three people who had identified Robert Bouto were two white boys and a short Mexican boy; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And you told Francisco Vicente to say that Robert Bouto had described the three people who had identified him as two white boys and a short Mexican boy, didn't you?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You and Ernest Halvorsen told Francisco Vicente to say that Robert Bouto had told Vicente that he'd been going to Roosevelt High School to pick up his girlfriend, right?

MR. LEINENWEBER: Objection. Form. Foundation.

MS. GOLDEN: Compound.

A Plead the Fifth.

Page 64

Q You told Francisco Vicente to say that Robert Bouto had told Vicente that he'd been going to Roosevelt High School to pick up his "bitch"; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You told me to say that Robert Bouto had told Vicente that some younger members of the PR Stones gang had told him that some Cobras had shot at them; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q You told Francisco Vicente to claim that Robert Bouto had told Vicente that these younger members of the PR Stones gang had given Robert Bouto a 9-millimeter gun; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Francisco Vicente to claim that Robert Bouto had told Vicente that some Cobras arrived and started to represent their gang?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q And isn't it true that you told Francisco

Page 65

Vicente to claim that Robert Bouto had told Vicente that he had shot four or five times at Ruvalcaba?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You told Francisco Vicente to claim that Robert Bouto had told Vicente that he then passed the gun to his girlfriend, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You told Francisco Vicente to claim that Robert Bouto had met up with his girlfriend a few blocks later and gotten rid of the gun; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You and Halvorsen coerced Vicente to falsely implicate Mr. Bouto for a crime you knew he did not commit, right?

MR. LEINENWEBER: Objection. Form. Foundation.

MS. GOLDEN: Compound.

A Plead the Fifth.

Q Isn't it true that your purpose in telling Vicente facts about the Ruvalcaba murder was to make it appear that he had first-hand knowledge of the murder, even though he knew nothing about it?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.
**Q Isn't it true that Vicente told you that he did not witness the Ruvalcaba homicide?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that Vicente told you he knew nothing about the Ruvalcaba homicide?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that you knew that Vicento [sic] never discussed the Ruvalcaba homicide with anyone until you raised it with him?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that you knew that Mr. Bouto had nothing to do with the Ruvalcaba homicide when you started discussing that homicide with Francisco Vicente?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that you fabricated a story with Ernest Halvorsen that Halvorsen first heard about Vicente's supposed statement against Bouto from defendant Richard Maher?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.



A Plead the Fifth.
**Q Isn't it true that you tried to make it look like Vicente first approached Maher about Robert Bouto in order to deflect suspicion from your own investigative misconduct?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
**Q Isn't it true that you knew that Halvorsen tried to make it look like Francisco Vicente first approached Maher about Bouto to deflect suspicion from Halvorsen's investigative misconduct?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
**Q Isn't it true that you and Halvorsen told Francisco Vicente to claim that he first told the arresting officer in his case about Robert Bouto supposed murder confession?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: A belated objection to compound.
**Q And you tried to make it look like Vicente first approached Maher about Bouto's purported confession in order to deflect suspicion from your**



**fraudulent investigation; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q To conceal your misconduct, you and Ernest Halvorsen falsely documented in your police reports that Halvorsen had first learned of Mr. Bouto's purported murder confession to Vicente through Richard Maher; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. GOLDEN: Ruth, when you're -- when you are at a good spot, I need, like, a five-minute break.
MS. BROWN: All right. Let me just do a couple of more and then we'll take a break.
MS. GOLDEN: Okay.
BY MS. BROWN:
**Q Okay. Isn't it true that can -- to conceal your misconduct, you falsely documented in police reports that Halvorsen had first learned of Mr. Bouto's purported murder confession from another officer, Richard Maher?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.



**Q That documentation was false, wasn't it?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q You thought it would make your investigation look less suspicious if a detective on an unrelated case had received the information from Vicente and then passed it along to you and Halvorsen, right?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
**Q You and Halvorsen documented in your police reports that Vicente had spontaneously disclosed to Richard Maher that he had heard Bouto confess to murder in the lockup, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: And compound.
A Plead the Fifth.
**Q But that documentation was false, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q It wasn't true that Vicente at first raised the issue with Maher, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Vicente never brought up Mr. Bouto to Richard**



Exhibit 5

Maher at all, did he?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente spoke to Richard Maher about Mr. Bouto only because you first told him to do so, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente only spoke to Maher about Mr. Bouto because Halvorsen first told him to do so, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you were trying to make the circumstances of Vicente supposedly coming forward to appear with information about Mr. Bouto appear less suspicious, right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. BROWN: Okay. We can now take a break.
COURT REPORTER: Okay. We are off the record.
(OFF THE RECORD)
COURT REPORTER: We're back on the record.
BY MS. BROWN:
Q Mr. Guevara, the story about Francisco Vicente talking to Richard Maher about Mr. Bouto was a complete



fabrication, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Yet defendant Maher agreed with you that he would swear to the false claim that Francisco Vicente told him first about Mr. Bouto's supposed confession, right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q And defendant Maher agreed with you and Halvorsen that he would swear to the false claim that Vicente told him first about Mr. Bouto's supposed confession; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you fed Francisco Vicente details about the Ruvalcaba murder in order to make Vicente's false story seem more believable?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that Francisco Vicente initially refused to go along with your plan?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Q Isn't it true that you then reminded Francisco Vicente that Robert Bouto was an opposing gang member in an effort to get him to go along with your plan to frame Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you would come to court to speak on his behalf if he helped you frame Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you would get Francisco Vicente a deal in his pending charges in exchange for helping you frame Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that if he helped you implicate Robert Bouto, you would be able to get him the minimum sentence for the case he was facing?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that if he helped you implicate Robert Bouto, you would



help him get the minimum sentence for the robbery charges that he was facing?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you told Francisco Vicente that you would have him placed in the witness protection program at the Cook County Jail if he helped you frame Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that Francisco Vicente still refused to help you frame Robert Bouto despite your promises to him?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you then struck Francisco Vicente several times in the back of the head?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you struck Francisco Vicente several times in the head in order to get him to falsely implicate Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you struck Francisco



Exhibit 5

Vicente in the head several times in the presence of defendant Halvorsen?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you struck Vicente in the head several times in Halvorsen's presence?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you struck Francisco Vicente in the back of the head so that any injuries that Francisco sustained would not be visible?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q As you sit here today, you don't recall exactly where you struck Francisco Vicente as part of your effort to get him to falsely implicate Robert Bouto; is that correct?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead -- plead the Fifth.

Q Although you don't recall exactly where you struck Francisco Vicente, you distinctly recall that you used physical force against him in order to coerce him to implicate Robert Bouto; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.



Compound.

A Plead the Fifth.

Q Isn't it true that you and Halvorsen left the interrogation room after you struck Francisco Vicente?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you then returned alone carrying a telephone book?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you then called Vicente a stupid son of a bitch in Spanish or words to that effect?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Francisco Vicente that he had to fucking help you or words to that effect?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you rolled up the telephone book and you struck Francisco Vicente in the head with a telephone book?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you struck Vicente in the



head with a rolled-up telephone book while you were yelling at him?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you didn't make any effort to hide what you were doing to Francisco Vicente in that interrogation room by, for example, keeping your voice low?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you used force against Vicente while you were trying to get him to falsely implicate Mr. Bouto in the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that every time you used force against Vicente while feeding him facts about the Ruvalcaba murder, your purpose was to coerce Vicente to falsely implicate Robert Bouto?

MR. O'CALLAGHAN: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q Isn't it true that Vicente then agreed to help you frame Robert Bouto by falsely claiming that Bouto had confessed to him in the lockup?



MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q Isn't it true that you told Vicente to tell Robert Bouto that Vicente had been put in lineups as a cover story to explain why the police had taken him out of his cell?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Vicente to never tell anyone that he was falsely implicating Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Francisco Vicente that if he told anyone what he was doing, Vicente would be labeled a snitch, a rat, and that he'll be fucked up or words to that effect?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Vicente not to reveal that you had made promises to him of leniency in his own criminal case if he gave a statement against Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

Page 78

A Plead the Fifth.
Q Isn't it true that you told Vicente not to reveal that you had threatened him and connect him with the statement that you asked him to provide against Mr. Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you hid from Assistant State's Attorney Kevin Hughes the fact that Vicente's statement implicating Robert Bouto was false?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you hid from Assistant State's Attorney Kevin Hughes the fact that Vicente only falsely implicated Robert Bouto because you had coerced him to do so?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you hid from Assistant State's Attorney Kevin Hughes the fact that Vicente had been physically abused and made promises of leniency?
MR. O'CALLAGHAN: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that after Francisco Vicente falsely implicated Mr. Bouto, Assistant State's Attorney

Page 79

Kevin Hughes agreed with you -- oh, scratch that. Isn't it true that after Francisco Vicente falsely implicated Robert Bouto, Assistant State's Attorney Kevin Hughes agreed to charge Bouto with the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that after Vicente falsely implicated Robert Bouto, Assistant State's Attorney's Kevin Hughes' supervisor, Sally Bray, agreed to charge Bouto with the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you believed that Francisco Vicente's false statement was the deciding factor in getting Robert Bouto charged with murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that Assistant State's Attorney Kevin Hughes told you that Vicente's false statement was the deciding factor in getting Bouto charged with murder?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.

Page 80

Q Isn't it true that after Francisco Vicente helped you falsely charge Robert Bouto with murder, you and Halvorsen decided that you would use Vicente to help you falsely charge Jose Montanez, Armando Serrano, and Jorge Pacheco with the murder of Rodrigo Vargas?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that after Vicente helped you falsely charge Bouto with murder, you and Halvorsen also decided that you would use Francisco Vicente to help you falsely charge Geraldo Iglesias with the murder of Monica Roman?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q Isn't it true that you and Halvorsen told Assistant State's Attorney Kevin Hughes what to write down in Vicente's May 15, 1993 signed statement?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q Isn't it true that Ernest Halvorsen told you that he told Hughes what to write down in Vicente's May 15, 1993 signed statement?

Page 81

MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q Sir, isn't it true that you feared that Vicente wouldn't be able to tell a credible story implicating Mr. Bouto in the Ruvalcaba homicide?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and defendant Halvorsen discussed the fact that you feared Vicente wouldn't be able to tell a credible story implicating Mr. Bouto in the Ruvalcaba homicide?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Isn't it true that you discussed with Ernest Halvorsen the fact that you feared that Vicente wouldn't be seen as credible in implicating Mr. Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and Halvorsen discussed that Vicente was a heroin addict and that would impact his credibility, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Exhibit 5

Page 82

Q Isn't it true that you and Halvorsen discussed the fact that Vicente wouldn't make such a good witness because he was facing four different criminal charges at the time he was providing this information about the Ruvalcaba homicide?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q Isn't it true that you talked with Ernest Halvorsen about the need to get another witness to collaborate Vicente's testimony against Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you talked with Ernest Halvorsen about the need to get another witness to backup Vicente's story?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you selected Edwin Maldonado to play that role in your fraudulent investigation?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that before you spoke with Edwin Maldonado, you and Halvorsen agreed to coerce or entice

Page 83

Maldonado to falsely implicate Mr. Bouto in the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Why did you want to frame Robert Bouto for murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In order to frame Mr. Bouto, you fabricated false evidence, didn't you?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that on May 14th of 1993 you learned that Edwin Maldonado was in a police lockup with Robert Bouto and Francisco Vicente?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Francisco Vicente to persuade Edwin Maldonado to claim to also have heard a murder confession from Robert Bouto on May 14th of 1993?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Francisco Vicente to persuade Edwin Maldonado to claim to have also heard

Page 84

of murder confession from Robert Bouto in a police lockup?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you learned in May of 1993 that Maldonado was a heroin addict?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you learned that Maldonado was a heroin addict who was suffering withdrawal symptoms while he was in the lockup in May of 1993?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you wanted to use Edwin Maldonado to falsely implicate Robert Bouto in the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you and your partner, Ernest Halvorsen, agreed to use Maldonado to falsely implicate Robert Bouto in the Ruvalcaba murder in May of 1993?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: Compound.

Page 85

Q I'm sorry. What was the answer, sir?

A Fifth.

Q You plead the Fifth?

A Yes. Yes.

Q Did you know Edwin Maldonado prior to May 14th of 1993?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Did Ernest Halvorsen ever tell you that he knew Edwin Maldonado prior to May 14th of 1993?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you and Ernest Halvorsen agreed to use Maldonado to falsely implicate Robert Bouto either by incentivizing him or by coercing him to carry out your plan?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you and defendant -- scratch that. Isn't it true that you and Ernest Halvorsen agreed to use Maldonado to falsely implicate Bouto by incentivizing him to do so?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that at some point between May

Page 86

14th and May 19th of 1993, you and Ernest Halvorsen agreed to use Maldonado to falsely implicate Bouto by coercing him to carry out your plan?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: Compound.

Q Isn't it true that you and Halvorsen met with Maldonado and told him that Robert Bouto was the guy that you wanted?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

MS. GOLDEN: (Inaudible).

A Plead the Fifth.

Q Isn't it true that you and Halvorsen told Maldonado that you wanted him to help you out?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: (Inaudible).

Q Isn't it true that you told Maldonado that you wanted him to do something for you and Halvorsen?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado words to the effect of that you wanted him and Vicente to falsely state that they had heard the story and knew exactly

Page 87

what had happened during the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado that he would be released if he cooperated and that you could make things hard for him if he refused?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you had Maldonado brought to an interrogation room at Area 5 before he testified at grand jury proceedings against Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you had Maldonado brought to an interrogation room at Area 5 before he testified before the grand jury about Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you and Halvorsen met with Maldonado before he testified at the grand jury?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado that you wanted him to tell the same false story as Francisco Vicente about Mr. Bouto supposedly confessing to murder

Page 88

in the police lockup?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado to falsely claim that Vicente had asked Mr. Bouto what he'd be about in the locker?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And you told Maldonado to make this false claim in order to make Vicente's story against Mr. Bouto appear more credible?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado to falsely claim that Mr. Bouto had described himself as having short hair on the sides and no ponytail?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q That claim was false, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Maldonado told you that he did not know anything about the Ruvalcaba murder, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Page 89

Q Maldonado told you he did not hear Mr. Bouto confess to any crime, didn't he?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado to falsely claim that he and Vicente had represented themselves to Mr. Bouto as Almighty Imperial Gangsters?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado to falsely claim that Robert Bouto had confessed that he shot someone near Roosevelt High School?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado that you wanted him to tell a prosecutor that Bouto had confessed to shooting someone near Roosevelt High School?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And at the time you told Maldonado that you wanted him to claim that Robert Bouto had confessed to him, you knew that Robert Bouto had nothing to do with the shooting that occurred on May 14, 1993 near Roosevelt High School, didn't you?

MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

Page 90

A Plead the Fifth.
Q When you told Maldonado that you wanted him to claim that Robert Bouto had confessed to him, you knew that Robert Bouto had not in fact confessed to Maldonado; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Maldonado told you and Halvorsen that he knew nothing about the murder of Salvador Ruvalcaba, right?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q Maldonado told you and Halvorsen that he knew nothing about Mr. Bouto having anything to do with the murder of Ruvalcaba, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q Maldonado told you and Halvorsen that Robert Bouto was innocent, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q Nevertheless, you fed Maldonado facts about the Ruvalcaba murder, right?

Page 91

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Maldonado that the victim of the murder was a Spanish Cobra, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you told Maldonado to say that Bouto had confessed to having shot and killed a Spanish Cobra, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Maldonado that the murder suspect was seen with a female during the murder; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you and Halvorsen told Maldonado to say that Bouto had confessed to having shot and killed the Spanish Cobra while with his girlfriend, right?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q You told Maldonado that three people had identified Robert Bouto, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 92

Q And you told Maldonado to say that Bouto had told Vicente that Bouto had been picked up after three people identified him, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You told Maldonado that the three people who had identified Robert Bouto were two white boys and a short Mexican boy, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you told Mister -- scratch that. And you told Edwin Maldonado to falsely claim that Bouto had described the three people who had identified him as two white boys and a short Mexican boy, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You and Halvorsen told Maldonado to say that Bouto had told Maldonado that some younger members of the PR Stones gang had told him that some Cobras had shot at them, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the --
MS. GOLDEN: Compound.
Q You and Halvorsen told Maldonado to claim that Bouto had told Maldonado that these younger members of

Page 93

the PR Stones gang had given Bouto a 9-millimeter gun, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q You and Halvorsen told Maldonado to claim that Robert Bouto had told Maldonado that some Cobras arrived and started to represent their gang; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q Isn't it right that you and Halvorsen told Maldonado to claim that Robert Bouto had told Maldonado that he shot four or five times?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
Q Isn't it right that you and Halvorsen told Maldonado to claim that Bouto had met up with his girlfriend afterwards and got rid of the gun?
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead -- plead the Fifth.
Q You and Halvorsen together coerced Maldonado to falsely implicate Mr. Bouto for a crime he didn't



Exhibit 5

Page 94

commit, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

MS. GOLDEN: Compound.

A Plead the Fifth.

Q Isn't it true that you fed Maldonado the same false narrative that you fed Vicente so that their stories would match?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you fed Maldonado the exact same false narrative that you fed Vicente so that their stories would seem more credible?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you reminded Maldonado that Robert Bouto was an opposing gang member in an effort to get him to go along with your plan to frame Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you told Maldonado that you would help him out with the criminal charges that he was facing in exchange for him helping you frame Robert Bouto?

Page 95

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In order to hide your misconduct, you omitted from your police reports the fact that you promised Vicente a number of things, including a look on his criminal case to get him to implicate Robert Bouto; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You omitted from your police reports the fact that Vicente had told Halvorsen that he wanted a deal on his criminal cases in exchange for his cooperation, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And in order to hide your misconduct, isn't it true that you omitted from your police reports the fact that you promised Maldonado help on his criminal cases to get him to implicate Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In order to cover up your misconduct, you omitted from your police reports that you used force against Vicente to get him to implicate Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

Page 96

A Plead the Fifth.

Q In order to cover up your misconduct, you omitted from your police reports that you used threats against Maldonado in order to get him to implicate Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Your purpose in omitting your misconduct from your police reports regarding the Ruvalcaba murder was so that Mr. Bouto wouldn't know the tactics that you had used against Vicente; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And your purpose in omitting your misconduct from the police reports regarding the Ruvalcaba murder was so that Mr. Bouto wouldn't know the tactics that you had used against Maldonado; isn't that also right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Your purpose in omitting your misconduct from the police reports regarding the Ruvalcaba murder was that Mr. Bouto wouldn't know that you had made promises to Vicente in order to get him to implicate Robert Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

Page 97

A Plead the Fifth.

Q Your purpose in omitting your misconduct from the police reports regarding the Ruvalcaba murder was so that Mr. Bouto wouldn't know that you had made promises to Maldonado in order to get him to implicate Robert Bouto; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Why did you omit information about using force against Vicente from the police reports that you created in the Ruvalcaba case?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Why did you omit information about using threats against Mr. Maldonado from the police reports that you created in the Ruvalcaba case?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In May of 1993, Halvorsen told you that Francisco Vicente was looking for a deal, right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q And in May 1993, you and Halvorsen, together, assured Vicente that he would get a deal if he gave a statement against Mr. Bouto, right?

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q In May 1993, did Vicente tell you that he wanted to have it confirmed by a prosecutor that he'd actually get a deal for falsely implicating Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did you then introduce Vicente to defendant Hughes so that he could get reassurance from Hughes that he would get a deal?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did you then introduce Vicente to prosecutors John Dillon and Matt Coghlan so that he could get reassurance from them that he would get a deal?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did prosecutors Matt Coghlan and John Dillon tell you that they would provide money, clothes, outside food, drugs, cigarettes, extra visits, and conjugal visits to Vicente in the State's Attorney's Office witness quarters to keep him willing to falsely implicate Robert Bouto in the Ruvalcaba homicide?
MR. LEINENWEBER: Objection. Form. Foundation.



Compound.
MS. GOLDEN: On your --
A Plead the Fifth.
MR. O'CALLAGHAN: And by -- for clarification, I'm just letting Tom make these objections since one objection for one defendant is an objection for all defendants. I just didn't want to be duplicative.
MS. GOLDEN: I'm sorry. I thought I saw you talking.
MR. O'CALLAGHAN: I was.
BY MS. BROWN:
Q Okay. And Vicente told you what benefits he was receiving while he was in the State's Attorney's Office witness quarters, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving drugs while in the witness quarters; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he had access to drugs while in the witness quarters; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving cash



while in the witness' quarters from prosecutors; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving clothing from prosecutors while in the witness' quarters; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving jewelry from prosecutors while in the witness' quarters, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving outside food from prosecutors while in the witness' quarters, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving extra visits from -- scratch that. Vicente told you that he was allowed extra visits while in the witness quarters, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.



Q And Vicente told you that he was receiving conjugal visits with his ex-wife and girlfriend while he was in the witness' quarters, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Vicente told you that he was receiving cigarettes from prosecutors while in the witness quarters, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you did not document in any police reports in the Ruvalcaba case the benefits that you knew Vicente was getting while in the witness' quarters; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q I mean, isn't it true that your purpose in not documenting in any police reports the benefits that you knew Vicente was getting while in the witness' quarters was because you wanted to keep that information from Mr. Bouto's defense?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you had the idea to have Vicente accuse Robert Bouto's lawyer of misconduct?



Exhibit 5

Page 102

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you had the idea to have Vicente accuse Bouto's lawyer, Mr. Garvin, of misconduct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did you tell Vicente to invent a story in which Bouto's lawyer, Mr. Garvin, tried to offer Vicente money not to testify against Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your supervisor, when you were investigating the Ruvalcaba murder, was Sergeant Ed Mingey; is that right?
A Plead the Fifth.
Q You discussed all aspects of the Ruvalcaba murder investigation with defendant Mingey, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Defendant Mingey was the watch commander on May 14, 1993 at the time that you carried out the lineups in the Ruvalcaba murder investigation; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.

Page 103

A Plead the Fifth.
Q You discussed all aspects of the Ruvalcaba murder investigation with your partner, Ernest Halvorsen, didn't you?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that defendant Mingey personally approved of the lineup procedure on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that defendant Mingey personally approved of the lineup procedure on May 14th of 1993 after knowing that you had conducted undocumented show-ups at the scene with the same witnesses?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that defendant Mingey personally approved of your lineup report, even though it didn't document the show-up procedures that had preceded the lineups?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that defendant Mingey personally approved of the show-ups that you conducted at the scene of the Ruvalcaba homicide on May 14th of 1993?

Page 104

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you had worked a lot with Alan Pergande prior to the Ruvalcaba murder investigation?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you knew Alan Pergande well, prior to the Ruvalcaba murder investigation?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and Alan Pergande discussed in May 1993 that Robert Bouto did not have a ponytail?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you and Alan Pergande discussed in May 1993 that Robert Bouto had never had a ponytail?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you, Halvorsen, and Alan Pergande conspired together to falsely claim that Robert Bouto had a ponytail on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.

Page 105

A Plead the Fifth.
MS. GOLDEN: Compound.
Q Isn't it true that you knew that Robert Bouto did not have a ponytail anytime on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And you, and Halvorsen, and Pergande, together, agreed to claim that Robert Bouto had a ponytail on May 14 of '93 to frame him for a murder that you knew he did not commit?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q And you, and Halvorsen, and Pergande agreed to falsely claim that Bouto had a ponytail on May 14th of 1993 to make it appear that he matched the description of the shooter provided by the eyewitnesses, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
Q On May 14th of 1993, did you, and Halvorsen, and Kevin Hughes discuss how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

Compound.
A Plead the Fifth.
BY MS. BROWN:
**Q On May 15th of 1993, did you, and Halvorsen, and Assistant State's Attorney Kevin Hughes discuss how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba murder?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
**Q On May 14th of 1993, did you and Halvorsen discuss how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba murder?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q On May 15th of 1993, did you and Halvorsen discuss how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba homicide?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q When did your conversation with Detective Halvorsen occur, in which you discussed how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba murder?**
MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.
**Q When did your conversation with Kevin Hughes and Ernest Halvorsen occur, in which you discussed how Vicente and Maldonado could be used to falsely implicate Mr. Bouto in the Ruvalcaba murder?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true, sir, that you kept two separate files while you were conducting an investigation? One that would be maintained within the department and another that you would keep for your personal files?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that you maintained a street file while you were conducting homicide investigations that you would keep separate from the Chicago Police Department files for the investigation?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: I join in the objection to foundation for this question and the previous question.
**Q Can you explain to us why the street file for the Ruvalcaba murder was never produced to Mr. Bouto or his lawyers during the criminal proceedings?**



MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Join.
**Q Can you explain to us why the street file for the Rodrigo Vargas murder was never produced to Jose Montanez, Armando Serrano, or Jorge Pacheco during their criminal prosecution?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the --
MS. ZEHNER: Join.
BY MS. BROWN:
**Q I'm sorry. I didn't hear the answer, sir.**
A Plead the Fifth.
**Q Can you explain to us why the handwritten notes that you and Halvorsen created during your communications with Francisco Vicente in 1993, in connection with the Ruvalcaba murder investigation, were never produced to Robert Bouto's defense during his criminal proceedings?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. ZEHNER: Join.
**Q Can you explain to us why the handwritten notes that you and Halvorsen created during your**



**communications with Francisco Vicente, in 1993 in connection with the Ruvalcaba murder investigation, were never produced to the prosecution of Robert Bouto?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
**Q Can you explain to us why the handwritten notes that you created during your communications with Francisco Vicente in 1993, in connection with the Rodrigo Vargas murder investigation, were never produced to the criminal defense of Jose Montanez, Armando Serrano, and Jorge Pacheco?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q The street file for the Rodrigo Vargas murder was never produced to Jose Montanez, Armando Serrano, or Jorge Pacheco during their criminal prosecution; is that right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Join.
**Q Isn't it true that you withheld your street file for the Ruvalcaba murder investigation from Mr. Bouto's defense?**
MR. LEINENWEBER: Objection. Form. Foundation.



Exhibit 5

Page 110

A Plead the Fifth.
Q Isn't it --
MS. ZEHNER: Join.
Q Isn't it true that you withheld your street file for the Rodrigo Vargas murder investigation from the defense of Jose Montanez, Armando Serrano, and Jorge Pacheco?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the --
MS. ZEHNER: Join.
Q Isn't it true that you took handwritten notes during your communications with Francisco Vicente in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld in the Ruvalcaba street file documentation of which eyewitnesses identified Cesar Matias, William Lupo, and Luis Oquendo as standing behind the perpetrator at the time of the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Join.
Q On May 14th of 1993, eyewitnesses identified Cesar Matias, William Lupo, and Luis Oquendo as standing

Page 111

behind the perpetrator at the time of the Ruvalcaba murder, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q On May 14th of 1993, at least one eyewitness told you at the scene that Cesar Matias, William Lupo, and Luis Oquendo were standing behind the perpetrator at the time of the murder of Salvador Ruvalcaba; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you took handwritten notes of that communication with an eyewitness that identified Cesar Matias, William Lupo, and Luis Oquendo as standing behind the perpetrator at the time of the Ruvalcaba murder?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you did not turn over that documentation to Mr. Bouto's defense?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you did not turn over that documentation to the prosecution of Robert Bouto?
MR. LEINENWEBER: Objection. Form. Foundation.

Page 112

A Plead the Fifth.
Q Isn't it true that you interviewed Cesar Matias about the Ruvalcaba murder in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you took handwritten notes during your interview with Cesar Matias about the Ruvalcaba murder in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you interviewed William Lupo about the Ruvalcaba murder in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you took handwritten notes during your interview with William Lupo about the Ruvalcaba murder in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld, in the Ruvalcaba street file, documentation of the details of your interview with Cesar Matias?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld, in the

Page 113

Ruvalcaba street file, the handwritten notes of your interview with Luis Oquendo?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you withheld, in the Ruvalcaba street file, documentation of the details of your interview with William Lupo?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you interviewed Luis Oquendo about the Ruvalcaba homicide in May of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you took handwritten notes of the details of your interview with Luis Oquendo in May 1993 about the Ruvalcaba homicide?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you destroyed your handwritten notes of your interviews with Cesar Matias, William Lupo, and Luis Oquendo because they did not support your theory of Mr. Bouto's guilt?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you destroyed those

handwritten notes without turning them over to Mr. Bouto's defense because Cesar Matias, William Lupo, and Luis Oquendo told you that they did not know Mr. Bouto; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Isn't it true that you destroyed your handwritten notes of your interviews with Cesar Matias, William Lupo, and Luis Oquendo because their presence with the shooter tended to disprove Mr. Bouto's involvement?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you have any explanation for why the handwritten notes from the interviews with Cesar Matias, William Lupo, and Luis Oquendo were never produced to the prosecution of Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you have any explanation for why the handwritten notes from police interviews with Cesar Matias, William Lupo, and Luis Oquendo were never produced to Mr. Bouto's defense during his criminal proceedings?

MR. LEINENWEBER: Objection. Form. Foundation.



A Plead the Fifth.

Q On May 14th of 1993, you were informed that Michael Summerfeldt had called 911 and described the perpetrator of the Ruvalcaba shooting as wearing orange shorts; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q On May 14th of 1993, you documented that Michael Summerfeldt had called 911 and described the perpetrator of the Ruvalcaba's shooter as -- excuse me. Scratch that. On May 14th of 1993, isn't it right that you documented that eyewitness, Michael Summerfeldt, had called 911 and described the perpetrator of the Ruvalcaba shooting as wearing orange shorts?

MR. LEINENWEBER: Objection. Form. Foundation. Compound.

A Plead the Fifth.

Q Do you have any explanation for why records of Michael Summerfeldt's 911 call were never produced to Mr. Bouto's defense during his criminal proceedings?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you have any explanation for why records of Michael Summerfeldt's 911 call were never produced to Mr. Bouto's prosecution?



MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you have any explanation for why records of Michael Summerfeldt's 911 call were never produced to the prosecution of Mr. Bouto?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You intentionally did not preserve Michael Summerfeldt's 911 call describing the perpetrator as wearing orange shorts because you knew that Mr. Bouto was not wearing orange shorts; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You intentionally did not disclose any documentation of Michael Summerfeldt's 911 call describing the perpetrator as wearing orange shorts to Mr. Bouto's defense because you knew that Mr. Bouto was not wearing orange shorts at the time of the homicide; isn't that right?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In 1993, did anyone tell you that shortly before his arrest on May 14th, Mr. Bouto had been named as a witness in a police excessive force complaint against three of his arresting officers: John Day,



Conrad Dembowski, and Larry King?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In 1993, did anyone tell you that arresting officer, Alan Pergande, was on the same 17th District tactical team as Day, Dembowski, and King?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q You knew on May of 1993 that arresting officer, Alan Pergande, was on the same 17th District technical team as John Day, Conrad Dembowski, and Larry King, didn't you?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In 1993, did anyone tell you that John Day, Conrad Dembowski, Larry King, and Alan Pergande were notified of a misconduct complaint against them to which Robert Bouto was a witness, just days before they arrested him and claimed that he matched the description of the shooter of Salvador Ruvalcaba?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q In 1993, did anyone tell you that Day, Dembowski, and King were notified of a misconduct complaint against them to which Robert Bouto was a



Exhibit 5

Page 118

witness just days before their 17th District tactical team arrested Robert Bouto and claimed that he matched the description of the shooter of Salvador Ruvalcaba?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q In 1993, did anyone tell you that John Day, Conrad Dembowski, and Larry King were first notified of the misconduct complaint against them on or about May 12th of 1993, shortly before they arrested Mr. Bouto just two days later on May 14th of 1993?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Did anyone tell you that although John Day, Conrad Dembowski, and Larry King denied the allegations and the misconduct complaint to which Robert Bouto was a witness, one of the victims had to receive medical treatment shortly after his interaction with those officers?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q In May of 1993, you were told by one of Mr. Bouto's arresting officers that he had been identified as a witness in a complaint register investigation against members of the 17th District tactical team; isn't that right?

Page 119

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew that Robert Bouto had been identified as a witness in a complaint register investigation against certain -- of the officers who arrested him on May 14th of 1993, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You wanted to put a false case on Robert Bouto because he'd been identified as a witness in a complaint register investigation against 17th District tactical team members; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You wanted to put a false case on Robert Bouto because you wanted to assist 17th District tactical team members to silence Robert Bouto as a potential witness against them in a complaint register investigation; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Tell me every step that you took to investigate the murder of Salvador Ruvalcaba.
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 120

Q You framed Mr. Bouto pursuant to an official policy or practice whereby the Chicago Police Department put dozens of innocent individuals in prison for crimes they didn't commit; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. ZEHNER: Join.
Q You framed Mr. Bouto pursuant to an official policy, whereby, the Chicago Police Department put dozens of innocent individuals in prison for crimes they didn't commit; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. ZEHNER: Join.
Q You framed Mr. Bouto pursuant to an official practice whereby the Chicago Police Department put dozens of innocent individuals in prison for crimes they didn't commit; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Join.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department

Page 121

manipulated eyewitnesses to falsely implicate criminal suspects; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. ZEHNER: Join.
Q You framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department manipulated eyewitnesses to provide false identifications; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. ZEHNER: Join.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department manipulated witness testimony; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it --
MS. ZEHNER: Join.
Q Isn't it correct that you framed Robert Bouto pursuant to an official practice whereby members of the Chicago Police Department manipulated witness testimony?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.

Page 122

A Plead the Fifth.
MS. ZEHNER: Join.
**Q Isn't it true that you framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department fabricated false evidence such as police reports against criminal suspects?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
MS. ZEHNER: Join.
MS. BROWN: Was there a question?
MS. ZEHNER: No. I was just joining in the foundation objections since it's --
MS. BROWN: Oh, okay.
MS. ZEHNER: Yeah.
MS. BROWN: Sorry. I thought I heard a voice. Okay. Great. We can keep going.
BY MS. BROWN:
**Q Defendant Guevara, you framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department fabricated false evidence, such as police reports against criminal suspects; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.

Page 123

A Plead the Fifth.
MS. ZEHNER: Join.
**Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department maintained secret files that contained exculpatory evidence that would never be shared with criminal defendants and prosecutions; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q You framed --**
MS. ZEHNER: Join.
**Q You framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department kept secret files that contained exculpatory evidence that would never be shared with criminal defendants or state prosecutors; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department kept street files -- oh, sorry. Did that one. You maintained a street file for the Ruvalcaba homicide that contained exculpatory evidence that was never shared with Mr. Bouto's defense; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation.

Page 124

A Plead the Fifth.
MS. ZEHNER: I join. To make it easier, I could just join in all the foundation objections for anything that revolves around the street files or official policies.
MS. BROWN: I'm sorry, there was some background noise. I couldn't hear what you were saying.
MS. ZEHNER: Yeah. I know, I'm sorry. So I feel like just to make this easier so I'm not jumping in, I just object to any foundation for the questions revolving around the street files and also for official policies.
MS. BROWN: Okay. If you could just put your -- you know, we don't -- there's not that many questions. So why don't you just put your objections on the record as the questions arise? And we can deal with that. That way it's not going to slow us down.
MS. GOLDEN: Wait a second.
MR. O'CALLAGHAN: I want to clarify. I thought at the beginning of this deposition we agreed that an objection for any single defendant was an objection for all.
MS. BROWN: That's correct.

Page 125

MS. GOLDEN: Right. That was my understanding. So I even objected here.
MS. BROWN: No. No. That's correct. That's correct.
MS. ZEHNER: Okay. I'm sorry. I thought we were saying that not -- just form, but not foundation. So I'm sorry, I misunderstood.
MS. BROWN: Yeah. I think we've agreed that an objection for one is an objection for all. But if there's an objection that hasn't been made that you think should be made, I'd ask you to put it -- you know, state it for that particular question.
MS. ZEHNER: Okay. I'm sorry. We can continue on.
MS. BROWN: Okay. No problem. Let's --
BY MS. BROWN:
**Q So defendant Guevara, you framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department destroyed evidence suggesting that suspects in criminal defense cases were innocent; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
**Q You framed Mr. Bouto pursuant to an official**



Exhibit 5

Page 126

practice whereby members of the Chicago Police Department destroyed evidence suggesting that suspects in criminal defense cases were, in fact, innocent; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department concealed material exculpatory evidence from criminal defendants; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department concealed material exculpatory evidence from criminal defendants; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department lied in criminal trials about investigations in which they had been involved; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 127

Q You framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department lied in criminal trials about investigations in which they had been involved; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department covered up misconduct committed by their colleagues pursuant to a code of silence, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department covered up misconduct committed by their colleagues pursuant to a code of silence?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official policy whereby members of the Chicago Police Department were never disciplined for misconduct creating an environment of lawlessness; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.

Page 128

Q You framed Mr. Bouto pursuant to an official practice whereby members of the Chicago Police Department were never disciplined for misconduct creating an environment of lawlessness; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You framed Mr. Bouto pursuant to an official policy whereby the lack of discipline imposed in the Chicago Police Department encouraged detectives like yourself to violate suspects' constitutional rights with impunity; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it right that you framed Mr. Bouto pursuant to a practice whereby the lack of discipline imposed by the Chicago Police Department encourage detectives like yourself to violate suspects' constitutional rights with impunity?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q More than three dozen times during the course of your employment with the Chicago Police Department -- you framed innocent individuals for crimes they didn't commit; isn't that right?

Page 129

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You engaged in this misconduct of framing suspects repeatedly because you knew you would never be disciplined by the Chicago Police Department; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q The knowledge that you would not face any consequences from the Chicago Police Department for your misconduct motivated you to frame Mr. Bouto; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q And in fact, you were never disciplined for framing anybody for a crime during the course of your employment with the Chicago Police Department, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Instead, you received a merit promotion to detective, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your misconduct in the Ruvalcaba murder investigation violated Mr. Bouto's constitutional right

Page 130

to due process, didn't it?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Isn't it true that you violated Mr. Bouto's constitutional right to due process as part of a conspiracy with Ernest Halvorsen?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: I'm going to object to the compound nature of the question.
Q Isn't it true that you violated Mr. Bouto's constitutional right to due process as part of a conspiracy with Ernest Halvorsen and other members of the Chicago Police Department?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Your conspiracy with Ernest Halvorsen to violate Mr. Bouto's constitutional rights also included Alan Pergande, right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your conspiracy with Ernest Halvorsen to violate Mr. Bouto's constitutional rights also included defendant Mingey, right?

Page 131

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your conspiracy with Ernest Halvorsen to violate Mr. Bouto's constitutional rights also included Kevin Hughes, didn't it?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your conspiracy with Ernest Halvorsen to violate Mr. Bouto's constitutional rights also included Kenneth Pang; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Your misconduct in the Ruvalcaba murder investigation violated Mr. Bouto's constitutional rights protected by the Fourth Amendment, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You violated Mr. Bouto's constitutional rights protected by the Fourth Amendment by causing him to be detained without probable cause; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You violated Mr. Bouto's constitutional rights protected by the Fourth Amendment by causing him to be detained without probable cause in conspiracy with other

Page 132

defendants; isn't that right?
MR. LEINENWEBER: Form. Foundation. Objection.
A Plead the Fifth.
Q You conspired with Halvorsen and other defendants to reach an agreement -- scratch that. You combine -- oh, excuse me. You conspired with Ernest Halvorsen and other members of the Chicago Police Department to reach an agreement to frame Mr. Bouto before there was probable cause to believe that he had anything to do with the Ruvalcaba murder; isn't that right?
MR. LEINENWEBER: Objection, form. Foundation.
A Plead the Fifth.
MR. O'CALLAGHAN: Calls for legal conclusion as well.
Q You caused Robert Bouto to be prosecuted for murder and made sure that the prosecution was seen through to his wrongful conviction, despite knowing that there was no probable cause to suspect Mr. Bouto of being involved in the Ruvalcaba shooting; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
MR. O'CALLAGHAN: Calls for legal conclusion.

Page 133

Q You knew that your fellow officers were committing acts of misconduct and violating Mr. Bouto's constitutional rights during the Ruvalcaba investigation, correct?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Calls for legal conclusion.
Q You knew that your fellow officers were committing acts of misconduct during the Ruvalcaba investigation; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Despite knowing that your fellow officers were -- scratch that. You knew that your fellow officers were violating Mr. Bouto's constitutional rights during the Ruvalcaba investigation; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Despite knowing that your fellow officers were violating Mr. Bouto's constitutional rights during the Ruvalcaba investigation, you did nothing to stop the misconduct; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Even though you had every opportunity to

Page 134

intervene to prevent those violations of constitutional rights, correct?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Is it your position in this litigation that Mr. Bouto is guilty of the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you have any basis whatsoever to believe that Robert Bouto had anything to do with the Ruvalcaba murder?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q If you have any basis to believe that Mr. Bouto had anything to do with the Ruvalcaba murder, please tell us what it is.

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you understand that you alone, and not your lawyers, control your Fifth Amendment rights, correct?

MS. GOLDEN: Objection. Calls for invasion of the attorney-client communications.

MR. LEINENWEBER: Join.

A Plead the Fifth.

Q You understand that you can disagree with your

Page 135

lawyers about whether to assert your Fifth Amendment rights not to incriminate yourself; isn't that right?

MR. LEINENWEBER: Objection.

A Plead the Fifth.

MS. GOLDEN: Same objection. Calls for an invasion of the attorney-client privilege.

Q Regardless of what advice your lawyers give you, you understand that you can choose to answer questions, correct?

MR. LEINENWEBER: Objection.

MS. GOLDEN: Same objection.

MR. LEINENWEBER: Same.

A Plead the Fifth.

BY MS. BROWN:

Q Why have you asserted your Fifth Amendment right not to incriminate yourself in this deposition?

MR. LEINENWEBER: Objection. Calls for attorney-client.

A Plead the Fifth.

Q Do you intend to assert the Fifth Amendment right not to incriminate yourself to all questions asked at this deposition?

A Plead the Fifth.

Q Do you intend to assert the Fifth Amendment right not to incriminate yourself to all questions about

Page 136

any murder investigation that you participated in?

A Plead the Fifth.

MS. GOLDEN: Same objection. Attorney-client privilege, communications.

MR. LEINENWEBER: Join.

MS. BROWN: Are you instructing him not to answer the question?

MR. LEINENWEBER: I am.

BY MS. BROWN:

Q Okay. Are you going to follow your attorney's advice and refuse to answer my question?

A Plead the Fifth.

Q Are there any subjects relating to your employment with the Chicago Police Department on which you're willing to give binding testimony today?

A Plead the Fifth.

MS. GOLDEN: I'm going to have a belated objection to form and foundation.

Q Are there any subjects that you can identify as you sit here today on which you're willing to give binding testimony?

MR. LEINENWEBER: Objection. Form.

MS. GOLDEN: (Inaudible).

A Plead the Fifth.

Q Mr. Guevara, in order to assert your Fifth

Page 137

Amendment right not to incriminate yourself, you understand that you must have a reasonable fear of future prosecution based on the testimony that you might otherwise give today; isn't that right?

MS. GOLDEN: Objection.

MR. LEINENWEBER: Objection. Form. Foundation. Attorney-client privilege.

A Plead the Fifth.

Q What crime do you fear that you might be prosecuted for in connection with your testimony here today?

MR. LEINENWEBER: Objection. Form. Foundation. Attorney-client.

A Plead the Fifth.

Q Do you fear prosecution by state authorities or federal authorities?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you fear prosecution for perjury?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead the Fifth.

Q Do you fear prosecution for perjury for lies you've told in the past under oath?

MR. LEINENWEBER: Objection. Form. Foundation.

A Plead -- plead the Fifth.

**Q Do you fear prosecution for perjury for lies that you would tell in this case under oath here at this deposition?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: I was -- I'll have a standing objection to this line of questioning about what he fears because I believe it invades the attorney-client privilege.
MR. LEINENWEBER: I'll join then.
**Q Do you fear prosecution for obstruction of justice?**
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for RICO violations?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for bribery?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for fraud?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for assault?**



MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for battery?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for violation of federal civil rights law?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q Do you fear prosecution for violation of federal civil rights criminal laws?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q When in this litigation did you determine that you would assert your Fifth Amendment right not to incriminate yourself?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
MS. GOLDEN: Ruth, I just want record to be clear that I had a standing -- when Tom was saying same objection, I understood that to include my objection about the attorney-client privilege. I just didn't want to keep interrupting.
MS. BROWN: Yeah. That's fine.
**Q Why did you determine that you should assert**



**your Fifth Amendment right not to incriminate yourself on this case?**
MR. LEINENWEBER: Same objection.
MS. GOLDEN: (Inaudible).
A Plead the Fifth.
**Q Are you asserting your Fifth Amendment right not to incriminate yourself in order to deprive Mr. Bouto of discovery in this case?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Are you asserting your Fifth Amendment right not to incriminate yourself in order to deprive Mr. Bouto of information in this lawsuit that he could prove -- that he could use to prove that you violated his rights?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the --
MS. GOLDEN: And attorney-client privilege.
**Q Do you intend to assert your Fifth Amendment right not to incriminate yourself if you're called upon to testify at the trial in this action?**
A Plead the Fifth.
MS. GOLDEN: A belated objection to attorney-client privilege.



MR. LEINENWEBER: Join.
MS. BROWN: All right. Do you think we could just take, like, maybe a ten-minute break?
MR. LEINENWEBER: Sure. And I guess --
COURT REPORTER: We're off the record.
(OFF THE RECORD)
COURT REPORTER: We are back on the record.
BY MS. BROWN:
**Q Defendant Guevara, in your -- you had communications with Francisco Vicente after May of 1993, in which Vicente told you what benefits he was receiving while in protective custody; isn't that right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q Isn't it true that you gave Francisco Vicente between $200 and $300 in cash overtime while he was in the Cook County Jail to insure his continued cooperation in your scheme to frame Robert Bouto?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q Isn't it true that on numerous occasions in the early 1990s, a prosecutor would call you to complain that Vicente was expressing a desire to back out of lying against Robert Bouto, and you would have to talk**

Page 142

Vicente into testifying again?
MR. LEINENWEBER: Objection. Form and foundation. Compound questions.
A Plead the Fifth.
Q Isn't it true that after May of 1993, you had numerous contacts with Francisco Vicente?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q After June of 1993, Francisco Vicente expressed to you concerns about testifying in the various cases that you had told him to frame people in; isn't that right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Vicente told you that he was supposed to get a deal for six years of incarceration for all of the crimes for which he was charged; isn't that right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q And sometime after June 1993, Francisco Vicente contacted you very upset stating that he had found out that he was actually going to have to serve

Page 143

nine years rather than the six years that he had been promised; isn't that right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q When was it that Francisco Vicente told you that he was very upset that he had found out that he was going to have to serve nine years instead of the six years that he had been promised?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Francisco Vicente told you that his understanding was that he was going to get a six year sentence and a three year sentence for his robbery charges. But the three years would run concurrently with the six so that he would only have to serve six years; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q When Vicente told you that he was upset that he was now being told that he would have to serve the three year sentence consecutive to the six year sentence, for a total of nine years of imprisonment; isn't that right?

Page 144

MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You talked to prosecutors about the fact that Vicente was very upset about not getting the deal that he'd been promised; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You arranged for prosecutors John Dillon and Matt Coghlan to give Vicente an extra 344 days of pre-trial custody time to make up for the extra three years that he was going to have to serve; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Belated objection to the compound nature of that question.
Q You told Francisco Vicente that prosecutors were going to give him essentially an extra year of pre-custody credit time; isn't that right?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q Is it true that you framed Daniel Rodriguez for the March 1991 shooting murder of Jose "Junito" Hernandez?
MR. LEINENWEBER: Objection. Form and

Page 145

foundation.
A Plead the Fifth.
Q Isn't it true that you framed Daniel Rodriguez for the March 1991 shooting murder of Jose "Junito" Hernandez?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Isn't it true that you framed George Laureano for the March 1991 shooting murder of Jose Hernandez?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Is it true that you conspired with Ernest Halvorsen to frame Daniel Rodriguez and George Laureano?
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
Q You knew that Daniel Rodriguez and George Laureano did not shoot Jose Hernandez, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Is it true that you fabricated evidence, including falsifying police reports, as part of the Hernandez homicide investigation?



Exhibit 5

Page 146

MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q Is it true that during the Hernandez homicide investigation, you withheld exculpatory evidence from prosecutors, as well as the criminal defendants and their attorneys?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q During the Roberto Cruz homicide investigation, you attempted to manipulate and coerce witnesses, didn't you?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q You and your partner, Ernest Halvorsen, coerced David Velasquez into falsely implicating Daniel Rodriguez and George Laureano, correct?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q You knew that David Velasquez had not witnessed the shooting because he told you so numerous times, right?**

Page 147

MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q But you and Halvorsen wanted to pin the crime on Laureano and Rodriguez, right?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
**Q So you and Halvorsen coerced Velasquez into falsely implicating Rodriguez and Laureano by subjecting Velasquez to threats and physical abuse, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
MS. GOLDEN: Compound.
**Q You told him that if he didn't tell you that he witnessed the Hernandez shooting that you'd pin the murder on him, didn't you?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q You took Velasquez to rival gang territory and announced that Velasquez had murdered one of their members, putting Velasquez's life in danger; isn't that right?**

Page 148

MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q You choked Velasquez around the neck?**
MR. LEINENWEBER: Objection to form.
MS. GOLDEN: (Inaudible).
A Plead the Fifth.
**Q You handcuffed Velasquez to the wall with his hands over his head?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q And eventually, based on threats and abuse, you got him to sign a statement falsely implicating Rodriguez and Laureano in the Hernandez homicide, right?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q Isn't it true that you and Halvorsen also got Jason Rivera to falsely implicate Rodriguez and Laureano in Hernandez shooting?**
MR. LEINENWEBER: Objection. Form and foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.

Page 149

**Q You knew that Jason Rivera had not witnessed the shooting, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
A Plead the Fifth.
**Q But you and Halvorsen struck a deal with Jason Rivera to falsely implicate Daniel Rodriguez and George Laureano, right?**
MR. LEINENWEBER: Objection. Form. Foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
**Q In fact, at the time you were investigating the Hernandez murder, you and Halvorsen were investigating Jason Rivera's involvement in a double murder, right?**
MR. LEINENWEBER: Objection. Form and foundation.
MS. GOLDEN: Compound.
A Plead the Fifth.
**Q Jason Rivera committed serious crimes including murder, and you protected him from being charged in those cases, right?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
**Q In exchange, you would use Jason Rivera to**



Exhibit 5

falsely implicate multiple people in crimes, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q You were in a romantic relationship with Jason Rivera's mother, Alicia Rivera, correct?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q You worked at Area 5 at the time, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Is it true that you and Halvorsen instructed Jason Rivera and his mother to pressure David Velasquez into falsely testifying against Daniel Rodriguez and George Laureano?
MR. LEINENWEBER: Objection. Form and foundation. Compound.
MS. GOLDEN: Comp --
A Plead the Fifth.
Q As part of the Hernandez homicide investigation, you and Halvorsen also extracted a false confession from Daniel Rodriguez through physical abuse, threats, and promises; isn't that right?



MR. LEINENWEBER: Objection. Form and foundation. Compound.
A Plead the Fifth.
Q You threatened him that if he did not cooperate with you, you would raid his house and pin anything you found there on his girlfriend, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q And you asked Daniel Rodriguez what would happen to his child if he and Gloria were both in prison, didn't you?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Is it true that you and Halvorsen physically abused Daniel Rodriguez?
MR. LEINENWEBER: Objection. Form. Foundation. Compound.
A Plead the Fifth.
Q Your partner Ernest Halvorsen hit Daniel Rodriguez several times, including in the chest, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.



Q After you and Halvorsen had broken Daniel Rodriguez's will, you fed him facts of the crime, correct?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the fifth.
MS. GOLDEN: And compound.
Q I'm sorry. Was there an answer?
A Plead the Fifth.
Q And you promised Daniel Rodriguez that if he repeated those facts, he could go home, correct?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q Halvorsen even gave Daniel Rodriguez a type-written statement to study and then repeat to the prosecutor, right?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
Q So you ultimately forced Daniel Rodriguez into signing a statement that you knew falsely implicated Rodriguez in the Hernandez homicide; isn't that right?
MR. LEINENWEBER: Objection. Form and foundation.



A Plead the Fifth.
Q Is it true that you and Halvorsen caused Daniel Rodriguez, a man you knew to be innocent, to be convicted of a crime that he did not commit?
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
MS. GOLDEN: On with respect to Halvorsen.
Q Okay. Just so you know, sir, I'm going to be asking you some questions about the legal advice that you were given. And if you refuse to tell us about the legal advice that you were provided, I just want to be clear that the plaintiff is going to move to bar you from later claiming that you relied on advice of counsel as an explanation for your statements today and taking a Fifth, okay?
A Plead the Fifth.
Q What is the identity of each lawyer with whom you consulted regarding asserting your Fifth Amendment right not to incriminate yourself at this deposition?
MR. LEINENWEBER: Objection. Based on form, and foundation, and privilege.
A Plead the Fifth.
Q I'm just asking you about the identity of the lawyers, not the contents of the communications.



Exhibit 5

Page 154

A I plead the Fifth.
**Q Are you refusing to tell me the names of the lawyers with whom you consulted regarding asserting your Fifth Amendment right not to incriminate yourself at this deposition?**
A I plead the Fifth.
**Q Did you rely at all on the advice of counsel in your decision to assert your Fifth Amendment rights?**
MR. LEINENWEBER: Objection. Form and foundation. Privilege.
A I plead the Fifth.
**Q What lawyers did you speak to about asserting your Fifth Amendment right not to incriminate yourself at this deposition?**
MR. LEINENWEBER: Objection. Form, foundation, privilege.
A I plead the Fifth.
**Q Did your lawyers give you advice about whether your conduct in connection with the Ruvalcaba investigation violated the constitution?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q What advice did your lawyers give you upon which you base your decision to assert your Fifth Amendment rights at this deposition?**

Page 155

MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q What did your lawyers tell you about why you should assert your right not to incriminate yourself in this deposition?**
MR. LEINENWEBER: Same objection.
A Plead the Fifth.
**Q To be clear, if you don't tell us what the advice is, we're going to move to bar you from later claiming that you were relying upon advice of counsel as a defense to liability in this action; is that understood?**
A Plead --
MS. GOLDEN: So I'm going to, you know, object to your statements on the record that seemed calculated to affect his answer.
MR. LEINENWEBER: I join in that.
MS. BROWN: I'm not sure what you mean. I just want to make it crystal clear that if he's later going -- you know, we're going to seek to bar and (Inaudible) advice of counsel defense if he refuses to answer these questions today.
MS. GOLDEN: Right. You're threatening him with later strategy if he doesn't answer or provide you information. And I think that's objectionable.

Page 156

MS. BROWN: Okay. I just (Inaudible) it's not a threat. It's just a -- just want to --
MS. GOLDEN: A promise that you'll do something adverse to him in the litigation if you don't -- if he doesn't give you -- if he doesn't answer your questions. It seems like a threat to me.
MS. BROWN: No. It's not a promise I will do somebody adverse to him, but the consequences of what he's doing is that we're going to move to bar him from later trying to assert a certain advice of counsel defense.
MS. GOLDEN: Well, I think he's represented in -- I think that statement is about what you intend to do, depending on his answers, are improper.
BY MS. BROWN:
**Q Are you going to answer any questions about what your lawyers told you that you're relying upon and choosing to assert your Fifth Amendment right not to incriminate yourself today?**
A Plead the Fifth.
**Q Did any lawyer give you any advice at all during the course of the Ruvalcaba investigation?**
MR. LEINENWEBER: Objection. Same objection. Form, foundation, privilege.
A I plead the Fifth.

Page 157

**Q Before this lawsuit was filed, did any lawyer give you any advice relating to any of your interactions with Mr. Bouto?**
MR. LEINENWEBER: Same objection.
A I plead the Fifth.
**Q Have you received any other advice at any point in time from any attorney or legal authority about the investigation of the Ruvalcaba shooting?**
MR. LEINENWEBER: Same objection.
A I plead the Fifth.
MS. GOLDEN: I mean -- and the objections -- just so I understand are form, foundation, and invasion of the attorney-client privilege.
MR. LEINENWEBER: That's correct.
**Q Do you have any regret for making Mr. Bouto spend decades in prison for a crime he did not commit?**
MR. LEINENWEBER: Objection. Form.
A I plead the Fifth.
MS. GOLDEN: And foundation.
**Q Did you know Mr. Bouto prior to May of 1993?**
MR. LEINENWEBER: Objection. Form and foundation.
A Plead the Fifth.
MS. BROWN: Okay. The plaintiff has no more questions. Any defendants have any questions?

Page 158

MR. O'CALLAGHAN: I do, Ruth.
CROSS EXAMINATION
BY MR. O'CALLAGHAN:
**Q Mr. Guevara, my name is Sean O'Callaghan. I represent defendant Former Assistant State's Attorney Kevin Hughes. And I just have a handful of questions for you. Detective, isn't it true that you never informed Kevin Hughes of -- strike that. Isn't it true that Kevin Hughes never conspired with you in relation to the Ruvalcaba investigation to create any false evidence against Robert Bouto?**
A Plead the Fifth.
**Q Isn't it true that any allegation that Kevin Hughes conspired with you in relationship or in relation to the Ruvalcaba murder to create false evidence against Robert Bouto is a lie?**
A I plead the Fifth.
**Q Isn't it true that any allegation that Kevin Hughes was present to see you strike Francisco Vicente is a lie?**
A Plead the Fifth.
**Q Isn't it true that any allegation that Kevin Hughes was present to see your threaten or coerce Francisco Vicente is a lie?**
A Plead the Fifth.

Page 159

**Q Isn't it true that any allegation that you informed Kevin Hughes of any mis -- police misconduct related to the investigation of Robert Bouto is lie?**
A I plead the Fifth.
**Q Isn't it true that Kevin Hughes never agreed to take a false statement from Francisco Vicente in relation to the Ruvalcaba murder?**
A I plead the Fifth.
**Q Isn't it true that any allegation that Kevin Hughes agreed to take a false statement from Francisco Vicente in relation to Ruvalcaba murder is a lie?**
A Plead the Fifth.
**Q Isn't it true that any allegation that either you or Detective Halvorsen told Kevin Hughes what to write down in a written statement provided by Francisco Vicente is a lie?**
A I plead the Fifth.
**Q And isn't it true that any allegation that Anita Alvarez was complicit in pressuring a witness to testify falsely in the prosecution of Roberto [sic] Bouto is a lie?**
A Plead the Fifth.
MR. O'CALLAGHAN: I have nothing further.
MS. GOLDEN: I have no questions.
MS. BROWN: No questions.

Page 160

COURT REPORTER: Okay. We are off the record.
(OFF THE RECORD)
COURT REPORTER: I apologize. We are on the record.
MR. O'CALLAGHAN: Okay. And I just want to --
MS. BROWN: You know what? I'm sorry. I'm sorry, (Inaudible). Can we just take a five-minute break and then we'll go back on the record in a minute? I'll be with you in five minutes.
COURT REPORTER: Off the record.
(OFF THE RECORD)
COURT REPORTER: We are back on the record.
MS. GOLDEN: Okay.
MS. BROWN: Was there something defendants wanted to put on the record before we conclude this deposition?
MR. O'CALLAGHAN: Yes. I just want to make sure that it's clear that we're not waiving any objections related Illinois laws and requirements of certification for videographers. I just want to make sure that our objection is maintained in the record.
MS. BROWN: Okay. Our understanding is that the court reporter is operating pursuant to all applicable laws but, you know, we understand that

Page 161

you're making your record.
MS. GOLDEN: Are we -- oh, we're back on the record. Okay.
MS. BROWN: Anything else? Yes. Does anyone have anything else? Otherwise, I think we can conclude.
MS. GOLDEN: Okay. So I do. If you don't have any questions, Ruth.
MS. BROWN: No.
MS. GOLDEN: Nobody else has -- does anybody else have questions?
MR. LEINENWEBER: None for me.
MR. O'CALLAGHAN: No.
MS. BROWN: No.
MS. GOLDEN: All right. So I just wanted to note for the record that I did could go back and look at the amended notice for the deposition today and it does say it's going to be conducted and recorded via Zoom, but I assumed you would have, you know, a videographer to participate via Zoom, which is not what's happened here in this deposition that the video -- we have no objection to the written transcript of this, but that we do object to the video file for this being used in any official capacity because it's not been conducted in



Exhibit 5

Page 162

compliance with the local and federal rules. So I just want to note that for the record.

MR. LEINENWEBER: The defendant will join that.

MR. O'CALLAGHAN: And if it wasn't cleared, defendant Hughes is also joining in that objection.

MS. ZEHNER: Yeah. And the City is too.

MS. GOLDEN: And just for clarity sake, you know, no objection to using the video -- the court reporter using the Zoom video file to aid her in the transcription, but an objection to that being an independent official recording. And then I think before we go off, we have to handle signature.

MS. BROWN: Yeah. I'm just -- you know, for the record, the plaintiff obviously disagrees and believes that this objection was raised far too late given the multiple notices that said that the recording would be done by Zoom and because the Zoom recording complies with applicable law, just for the record.

MS. GOLDEN: It doesn't comply with the local rules in the video -- the court reporter that's been here today has not been doing the things that a videographer is required to do. So that being said, I think we also need to address signature on the record.

Page 163

MR. LEINENWEBER: We'll reserve signature.

MS. BROWN: Okay. If that's -- unless anyone has anything else, I think we can go off the record. I believe the court reporter just needs short break to reset her equipment and then we'll begin the Rodriguez deposition. Rachel Brady is going to take that one.

MS. GOLDEN: Well, so I know that -- Tom, the witness might need a little bit more of a break. I know you're not coming back, Ruth but

MS. BROWN: Sure.

MS. GOLDEN: Does the court reporter need lunch? Does Rey need lunch?

MR. LEINENWEBER: We're fine going forward.

MS. ZEHNER: I'm also fine going forward. Thank you.

MS. GOLDEN: Thank you. How about Brooke? Brooke, are you okay?

COURT REPORTER: Yes, ma'am. Thank you.

MS. GOLDEN: Do you need more than 15 minutes?

COURT REPORTER: No. 15 minutes should be perfectly fine. Thank you.

MS. BROWN: I'm going to sign off, but Rachel Brady is going to sign back on for this one.

COURT REPORTER: Okay, we are off the record.

Page 164

(DEPOSITION CONCLUDED AT 2:37 P.M.)

Page 165

CERTIFICATE OF REPORTER

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

Brooke McMinoway

BROOKE MCMINOWAY
COURT REPORTER/NOTARY
MY COMMISSION EXPIRES: 05/12/2029
SUBMITTED ON: 11/15/2021

**$**

**$200** 141:16

**$300** 141:16

**1**

**10:32** 7:6

**10:36** 10:13

**12th** 118:9

**14** 27:13,17,25 28:14,18,22 29:7 30:2 89:23 102:22 105:9

**14th** 16:4 19:18 20:9,18 22:15, 20 23:8,14 24:14 28:9 29:1,11,18,21 35:22 36:2,7 37:17,22 38:1, 6,12 39:6 40:18 41:23 43:11,16 44:7,13 47:4 48:16,21 50:17 51:9,18 53:22 54:2,11,24 55:3,7,11 61:16,21 83:13, 20 85:5,10 86:1 103:8,12,25 104:24 105:4, 15,21 106:11 110:24 111:5 115:2,8,11 116:23 118:10 119:6

**15** 80:19,25 163:20,21

**15th** 47:4 54:12,24 55:11 56:4,10,19,24 57:4,14,18 58:6,10 106:4, 16

**17th** 20:2 21:11 117:5,10 118:1, 24 119:11,16

**19-CV-2441** 7:11

**1990s** 141:23

**1991** 144:23 145:4,10

**1993** 15:5 16:4 19:19 20:9,18 22:16,20 23:8, 14 24:14 27:13, 17,25 28:9,14, 18,22 29:2,7, 12,18,21 30:2 35:23 36:3,7 37:17,22 38:1, 6,12 39:6 40:18 41:24 43:11,16 44:7,13 47:4 48:16,21 50:17 51:9,18 53:22 54:2,7,12,24 55:3,7,11,16,23 56:5,10,19,24 57:4,14,18 58:6,10 61:16, 21 80:19,25 83:13,21 84:5, 11,22 85:6,10 86:1 89:23 97:19,23 98:3 102:22 103:8, 12,25 104:13, 18,24 105:4,16, 21 106:4,11,16 108:16 109:1,9 110:13,24 111:5 112:3,8, 12,17 113:11, 16 115:2,8,11 116:22 117:4,9, 15,23 118:6,9, 10,21 119:6 141:10 142:5, 10,23 157:20

**1994** 19:8 37:4, 9

**19th** 86:1

**2**

**2021** 7:6

**2:37** 164:1

**2nd** 7:5

**3**

**32** 11:2

**344** 144:9

**5**

**5** 14:12 21:11 29:22 30:2 33:11 56:4,10 87:10,15 150:10

**9**

**9-** 64:15

**9-millimeter** 93:1

**911** 115:3,9,13, 19,24 116:4,9, 15 The Deposition of REYNALDO GUEVARA, taken on November 02, 2021

**93** 105:9

**A**

**A-R-A** 12:16

**a.m.** 7:6 10:13

**ability** 13:10

**absolutely** 15:25

**abuse** 147:12 148:13 150:24

**abused** 78:21 151:17

**access** 99:21

**account** 41:14

**accuse** 101:25 102:4

**action** 140:22 155:11

**acts** 133:2,9

**addict** 54:8,12 81:22 84:6,10

**addicts** 57:3

**address** 162:24

**advanced** 40:19,23

**adverse** 156:4, 8

**advice** 13:4,7, 11 14:17 135:7 136:11 153:10, 12,14 154:7,18, 23 155:9,10,21 156:10,21 157:2,6

**affect** 155:16

**affiliated** 13:25

**affirm** 10:18

**agree** 8:16,17 11:6,19,23

**agreed** 11:12 54:23 55:11,16, 23 71:4,11 76:23 79:1,4,10 82:25 84:20 85:14,21 86:2 105:8,14 124:22 125:8 159:5,10

**agreement** 8:18 11:1,16,18 132:5,8

**agrees** 8:22, 24,25

**aid** 10:6 162:9

**Alan** 20:13 26:11 44:24 104:4,8,12,17, 22 117:5,10,16 130:20

**alibi** 42:13 44:14 45:8,14, 19,24 46:12,16 52:25

**Alicia** 150:6

**all-black** 38:2

**allegation** 158:13,18,22 159:1,9,13,18

**allegations** 118:14

**alley** 40:20,22, 24

**allowed** 19:22 26:12,17 27:4 30:16,22 32:8 33:22 34:1,16, 21 100:22

**Almighty** 89:7

**Alvarez** 36:20, 23 159:19

**amended** 161:17

**Amendment** 131:15,19,24 134:20 135:1, 15,20,24 137:1 139:15 140:1,6, 11,20 153:19 154:4,8,13,25 156:18

**Anita** 36:19,23 159:19

**announced** 147:23

**answering** 13:17

**answers** 156:14

**Antonio** 7:22

**anytime** 105:4

**apartment** 43:2 44:1 47:3, 8

**apologize** 11:15 160:3

**appearance** 7:13

**appearing** 7:18,20,25 8:5

**applicable** 160:25 162:18

**approached** 67:3,11,24



Exhibit 5

**approve** 51:8

**approved** 51:22 103:8,12, 18,24

**Area** 14:12 21:11 29:22 30:2 33:11 56:4,10 87:10, 15 150:10

**arise** 124:17

**Armando** 80:4 108:6 109:11, 16 110:6

**arranged** 144:8

**arrest** 116:23

**arrested** 117:19 118:2,9 119:5

**arresting** 67:18 116:25 117:4,9 118:22

**arrived** 17:20, 24 64:21 93:7

**ASA** 9:24

**aspects** 102:17 103:2

**assault** 138:25

**assert** 135:1, 20,24 136:25 139:15,25 140:20 154:8, 24 155:4 156:10,18

**asserted** 135:15

**asserting** 140:6,11 153:19 154:3, 12

**assigned** 15:10

**assist** 119:16

**Assistant** 48:3 50:17,22 51:2, 6,7,12,17 52:3, 11,16 78:8,13, 19,25 79:3,9,19 80:18 106:5 158:5

**assumed** 161:19

**assured** 97:24

**Astefan** 42:19, 22 45:8,14,19, 23 46:3,11,16, 20

**Astefan's** 43:1,10 44:20 47:3,8

**attempted** 146:12

**attending** 7:13,14 8:10

**attorney** 13:4, 7,11 48:3 50:18,22 51:2, 6,7,12,17 52:3, 11,16 78:9,14, 20,25 79:3,19 80:18 106:5 157:7 158:5

**attorney's** 79:9 98:22 99:13 136:10

**attorney-client** 134:22 135:6, 18 136:3 137:7, 13 138:9 139:22 140:19, 25 157:13

**attorneys** 146:7

**authorities** 137:15,16

**authority** 157:7

**B**

**back** 16:4 29:22 70:22 73:17 74:10 141:7,24 160:8, 12 161:2,16 163:10,24

**background** 124:7

**backup** 82:16

**bar** 153:13 155:9,20 156:9

**bars** 56:24

**base** 154:24

**based** 11:24 137:3 148:13 153:21

**basis** 61:4 134:9,14

**bathroom** 34:22

**battery** 44:18, 24 45:3 139:3

**begin** 10:23 163:5

**beginning** 124:22

**behalf** 7:21,24 8:9,20 9:24 11:10 72:8

**belated** 61:1 67:22 136:17 140:24 144:15

**believable** 71:19

**believed** 57:18 79:14

**believes** 162:15

**benefits** 99:12 101:12,18 141:11

**big** 11:22

**binding** 136:15,21

**bit** 163:9

**bitch** 64:3 75:12

**black** 38:18

**blocks** 65:11

**blonde** 46:23

**blue** 28:1

**bolster** 40:10

**book** 75:8,21, 22 76:1

**bought** 56:23

**Bouto** 7:8,17 11:19 14:21 15:1,6,16,21 16:1 19:4,10, 18,23 20:3 21:12 22:25 23:25 24:5,10, 24 25:4,18 26:13,18,25 27:5,7,12,16,20 28:2,8,14,18,22 29:2,7,12,18,22 30:8,13,17,24 31:3,7,12 32:1, 8 33:7,12,18,22 34:1,8,17,22 35:2,7,12 36:13,17,19,24 38:24,25 39:4, 15 40:6,11,14 41:23 42:3,7, 12,18,22 43:1, 10,16,20 44:6, 12,19 48:2,16, 21 49:2,7,12,18 50:6,19 51:8, 13,22 53:10,14, 18,23 54:3,18, 24 55:12,17,24 57:9,19,24 58:1,11,17,19 59:3,8,14,15, 22,23 60:8,12 61:6,11,20 62:6,16,23 63:4,9,14,20 64:2,6,14,15,20 65:1,6,11,16 66:15,22 67:3, 11,18 69:13,25 70:4,8,14,25 72:2,4,9,15,19, 25 73:8,12,22 74:17,24 76:13, 19,24 77:5,12, 24 78:5,10,15, 25 79:3,4,9,11, 16,21 80:2,10 81:6,11,18 82:11 83:1,5,9, 15,20 84:1,15, 21 85:15,22 86:2,8 87:11, 16,25 88:5,10, 15 89:1,7,11, 16,21,22 90:3, 4,14,20 91:7, 17,23 92:1,2,7, 12,18,25 93:1, 7,13,19,25 94:17,19,25 95:6,19,24 96:5,10,16,22, 24 97:4,6,25 98:6,24 102:10 104:13,18,24 105:3,8,15,23 106:7,13,18,23 107:5,24 109:3 111:24 114:4, 17 116:5,10,17, 23 117:18,25 118:2,9,15 119:3,9,15,17 120:1,9,17,24 121:7,14,21 122:3,19 123:3, 12,19 125:17, 25 126:8,14,20 127:1,7,13,20 128:1,8,15 129:11 132:8, 16,19 134:6,10, 15 140:8,13 141:18,25 157:3,15,20 158:11,16 159:3,21

**Bouto's** 30:12, 18,22 31:21 32:3 34:2 36:10,16 41:19 43:24 44:8,18, 25 45:4,8,9,14, 19,24 46:12,16 48:5 49:14,22 50:1,11 67:24 68:6,20 71:6,13 101:21,25 102:4,9 108:18 109:24 111:20

The Deposition of REYNALDO GUEVARA, taken on November 02, 2021



Exhibit 5

113:22 114:2, 10,23 115:20, 25 116:17 118:22 123:24 129:25 130:4, 11,19,24 131:4, 9,14,18,23 133:2,15,20

**boy** 63:10,16 92:8,14

**boys** 63:10,15 92:7,14

**Brady** 163:6,24

**Bray** 51:8 52:12,17 79:10

**break** 13:13, 14,17 68:13,15 70:19 141:3 160:8 163:4,9

**bribery** 138:19

**broken** 152:1

**Brooke** 7:4 163:17,18

**brother** 37:3,8

**brought** 20:2 29:22 30:1,6 56:4 69:25 87:9,14

**Brown** 7:16,17 8:25 9:11,25 10:2,10 11:6, 12,18 12:1,3,6, 9,12 17:5,19 22:1 68:14,17 70:19,23 99:11 106:3 108:11 122:11,14,16, 18 124:6,14,25 125:3,8,15,16 135:14 136:6,9 139:24 141:2,8 155:18 156:1,7, 15 157:24 159:25 160:6, 14,23 161:4,9, 14 162:13 163:2,11,23

**building** 43:3 44:1 47:4,8

**C**

**calculated** 155:16

**call** 115:19,24 116:4,9,15 141:23

**Callaghan** 8:3

**called** 43:6 47:9 75:11 115:3,9,13 140:21

**Calls** 132:14,25 133:7 134:21 135:5,17

**candy** 56:24

**capacity** 161:25

**Carl** 18:4,8 19:3,8 22:15, 19,24 23:3,9,24 24:4 25:3,8 30:1 33:3,7,22 35:1,6,11,21 36:1,6

**Caroline** 8:6

**carried** 102:22

**carry** 55:25 85:16 86:3

**carrying** 75:8

**case** 7:11 9:20 11:13,14 16:14 23:4,10 29:18 32:3 37:5 40:10 67:18 69:5 72:20 77:23 95:6 97:11,16 101:12 119:9, 15 138:2 140:2, 8

**cases** 9:9,13, 14 95:12,18 125:20 126:3 142:12 149:21

**cash** 99:25 141:16

**caused** 132:16 153:2

**causing** 131:19,24

**cell** 77:7

**certification** 160:20

**Cesar** 110:18, 25 111:6,14 112:2,7,22 113:20 114:2,8, 15,21

**change** 38:17, 23

**charge** 15:6 16:18 79:4,10 80:2,4,10,12

**charged** 50:19 79:16,21 142:19 149:21

**charges** 36:11 51:8,14,22 72:14 73:2 82:3 94:23 143:16

**check** 45:8,14, 19,23 46:11,16 52:25

**chest** 151:22

**Chicago** 7:25 8:5,7,10 14:13, 25 44:17 107:16 120:2, 10,18,25 121:8, 15,23 122:5,21 123:4,13,20 125:19 126:1,9, 15,21 127:2,8, 15,21 128:2,10, 17,23 129:5,10, 17 130:14 132:7 136:14

**child** 151:11

**chin** 29:2

**choked** 148:4

**choose** 135:8

**choosing** 156:18

**chop** 27:22

**Christiana** 40:20

**cigarettes** 98:21 101:7

**circumstance s** 70:12

**city** 8:10,22 162:6

**civil** 139:7,11

**claim** 45:10 58:18 59:3,8, 14,22 64:13,20 65:1,5,10 67:17 71:5,12 83:19, 25 88:5,10,15, 19 89:6,11,21 90:3 92:12,24 93:6,13,19 104:23 105:8, 15

**claimed** 117:19 118:2

**claiming** 76:24 153:14 155:10

**clarification** 99:4

**clarify** 124:21

**clarity** 162:7

**clean-shaven** 28:14 37:23

**clear** 10:3 11:9 139:20 153:13 155:8,19 160:18

**cleared** 41:4, 13 162:4

**closed** 41:4,13

**clothes** 98:20

**clothing** 38:23 39:8,25 40:15 100:6

**Cobra** 19:9 60:22 61:7,12 62:7 91:4,8,18

**Cobras** 64:8, 21 92:19 93:7

**code** 127:10,16

**coerce** 74:23 76:18 82:25 146:12 158:23

**coerced** 65:15 78:15 93:24 146:18 147:10

**coercing** 55:25 85:15 86:3

**Coghlan** 98:15,19 144:9

**collaborate** 82:11

**colleagues** 127:9,16

**combine** 132:6

**commander** 102:21

**commit** 14:21 15:2 65:17 94:1 105:10 120:4, 12,20 128:25 153:4 157:16

**committed** 38:25 127:9,16 149:19

**committing** 133:2,9

**communicatio n** 111:13

**communicatio ns** 108:16 109:1,8 110:12 134:22 136:4 141:10 153:25

**Comp** 150:20

**complain** 141:23

**complaint** 116:24 117:17, 25 118:8,15,23 119:4,10,18

**complete**



**Exhibit 5**

70:25

**compliance** 162:1

**complicit** 159:19

**complies** 162:18

**comply** 162:20

**compound** 17:11 20:16 21:15,22 22:8, 14 26:16,22 27:10 28:6 29:15 32:21 41:1,9 44:3,22 46:9 47:1 48:8 52:9,22 55:19 56:13,21 57:12 58:14 59:19 60:20,25 61:4, 23 62:11,20 63:1,24 64:11, 23 65:19 66:25 67:7,14,22 68:10,24 69:9, 16 70:17 71:9 74:19 75:1 76:21 77:2 79:6,24 80:7, 16,21 81:2,14 82:7 84:25 86:6,11 90:11, 18,23 91:20 92:23 93:5,10, 16,22 94:4 99:1 105:2,13,20 106:1,9 108:21 109:6 115:16 120:6,14 121:4, 25 122:8,25 125:23 126:6 130:10,16 132:24 142:3 144:15 147:9, 15 148:24 149:9,17 150:19 151:2, 19 152:7

**conceal** 68:4, 18

**concealed** 126:10,16

**concerns** 142:11

**conclude** 160:15 161:6

**CONCLUDED** 164:1

**conclusion** 132:14,25 133:7

**concurrently** 143:16

**conditions** 13:9

**conduct** 154:19

**conducted** 20:6,8,12,17,21 29:17 34:23 103:13,24 161:18,25

**conducting** 107:9,15

**confess** 69:13 89:2

**confessed** 58:19 59:3,9, 15,22,23 61:6, 11,20 62:6 76:25 89:11,16, 21 90:3,4 91:8, 17

**confessing** 87:25

**confession** 67:19,25 68:7, 21 71:6,14 83:20 84:1 150:24

**confirm** 10:25

**confirmed** 98:4

**conjugal** 98:21 101:2

**connect** 78:3

**connection** 16:1 108:17 109:2,9 137:10

154:19

**Conrad** 117:1, 11,16 118:7,14

**consecutive** 143:23

**consequences** 129:10 156:8

**considered** 14:8

**consistently** 36:12 41:24

**conspiracy** 48:11 130:6,13, 18,23 131:3,8, 25

**conspired** 15:5 104:23 132:4,6 145:14 158:9,14

**constitution** 154:20

**constitutional** 128:11,19 129:25 130:5, 12,19,24 131:4, 9,14,18,23 133:3,15,20 134:1

**consult** 50:23

**consulted** 51:2 153:19 154:3

**contact** 36:1

**contacted** 142:24

**contacts** 142:6

**contained** 39:25 123:5,14, 23

**contents** 153:25

**continue** 8:18 125:13

**continued** 41:5 141:17

**control** 134:20

**convened** 7:7

**conversation** 58:9 106:21 107:2

**convicted** 15:1 153:4

**conviction** 132:18

**Cook** 73:7 141:17

**cooperate** 151:5

**cooperated** 87:5

**cooperation** 95:12 141:17

**corner** 42:23 43:25

**correct** 10:15 12:22 14:18 15:7,12 16:5 18:10,15 19:10, 23 20:3,13 22:11 24:6,11, 15,20 25:23 26:4 31:3,8 32:19 33:23 34:3 36:3,7 39:12 40:6 50:19 51:3,18 52:1 57:20 62:24 74:17 90:20 93:2 94:1 95:13 100:12, 17,23 101:3,8 102:18 121:21 124:25 125:3,4 127:10 129:17 131:15 133:4 134:2,20 135:9 146:19 150:6 152:3,11 157:14

**counsel** 7:15 8:16 10:3,12,23 14:18 31:21 153:14 154:7 155:10,21 156:11

**County** 73:7 141:17

**couple** 68:14

**court** 7:3,5,10 8:11,14 9:3,7 10:6,8,16,22 70:20,22 72:8 141:5,7 160:1, 3,10,12,24 162:8,21 163:4, 12,19,21,25

**cover** 21:17 77:6 95:22 96:2

**covered** 127:9, 15

**Cox's** 11:20

**create** 158:10, 15

**created** 43:15 97:10,16 108:15,25 109:8

**creating** 127:22 128:4

**credibility** 81:22

**credible** 21:19 22:5,11 81:5, 11,18 88:11 94:13

**credit** 144:19

**crime** 15:2 53:10 65:16 89:2 93:25 129:16 137:9 147:4 152:2 153:4 157:16

**crimes** 120:3, 11,19 128:24 142:19 149:19 150:1

**criminal** 77:23 82:3 94:23 95:6,12,18 107:25 108:7, 19 109:11,17 114:23 115:20 121:1 122:6,22



Exhibit 5

123:6,15 125:20 126:3, 10,17,22 127:3 139:11 146:6

**CROSS** 158:2

**Cruz** 146:11

**crystal** 155:19

**curry** 56:18

**custody** 32:18, 24 141:12 144:10,19

**D**

**danger** 147:24

**Daniel** 144:22 145:3,15,18 146:18 149:6 150:16,24 151:10,17,21 152:1,10,15,21 153:3

**dark** 28:1 29:2

**dark-blue** 38:19

**David** 146:18, 23 150:15

**day** 7:5 116:25 117:6,11,15,23 118:6,13

**days** 117:18 118:1,10 144:9

**deal** 11:22 72:13 95:11 97:20,24 98:5, 11,16 124:18 142:18 144:4 149:5

**decades** 157:16

**decided** 15:20 16:22 17:6,12 80:3,11

**deciding** 79:15,21

**decision** 154:8,24

**defendant** 7:21,24 8:4,21 9:1 11:10,24 20:13 26:11 55:21 66:23 71:4,11 74:2 81:9 85:19 98:9 99:6 102:18,21 103:7,11,17,23 122:19 124:23 125:17 130:25 141:9 158:5 162:3,5

**defendants** 8:7,23 11:11 99:7 123:7,16 126:11,17 132:1,5 146:6 157:25 160:14

**defense** 10:3 31:21 49:14 101:21 108:18 109:11,24 110:6 111:20 114:2,23 115:20 116:17 123:24 125:20 126:3 155:11, 21 156:11

**deflect** 67:4, 11,25

**Dembowski** 117:1,6,11,16, 24 118:7,14

**denied** 41:24 118:14

**department** 14:13 15:1 44:18 107:10, 17 120:2,10,18, 25 121:9,15,23 122:5,21 123:4, 14,20 125:19 126:2,9,16,21 127:3,8,15,21 128:3,10,17,23 129:5,10,17 130:14 132:8 136:14

**depending** 156:14

**deposition** 7:7 9:10 11:19 124:22 135:16, 22 138:3 153:20 154:5, 14,25 155:5 160:16 161:17, 21 163:6 164:1

**depositions** 12:17,20,21 13:1

**deprive** 140:7, 12

**describing** 116:9,16

**description** 26:19 27:6 28:3 38:18,23 40:1 46:20,21 105:16 117:19 118:3

**descriptions** 26:3 29:13 38:8,13

**desire** 141:24

**desk** 30:7,8,12

**destroy** 49:18

**destroyed** 113:19,25 114:7 125:19 126:2

**details** 71:18 112:21 113:6, 15

**detained** 131:20,25

**detective** 16:8 45:22 55:15 61:2,3 69:5 106:21 129:21 158:7 159:14

**detectives** 14:12 16:13 128:10,18

**detector** 48:17 50:2

**determine** 139:14,25

**Dillon** 98:15,19 144:8

**DIRECT** 12:11

**direction** 40:21

**disagree** 134:25

**disagrees** 162:14

**discipline** 128:9,16

**disciplined** 127:22 128:3 129:5,15

**disclose** 31:2 116:14

**disclosed** 69:12

**discovery** 140:8

**discuss** 23:20 105:22 106:5, 12,17

**discussed** 66:11 81:10,16, 21 82:1 102:17 103:2 104:13, 18 106:22 107:3

**discussing** 66:17

**disprove** 114:10

**distinctly** 74:22

**District** 7:10 20:2 21:11 117:5,10 118:1, 24 119:11,16

**Division** 7:11

**document** 20:22 21:1,5 25:2,7,12 35:16 101:11 103:19

**documentation** 41:10,13,18 50:11 69:1,18 110:17 111:20, 24 112:21 113:6 116:15

**documented** 24:23 41:3 43:19,23 49:22 50:1 51:1 68:5, 19 69:11 115:8, 12

**documenting** 101:18

**double** 149:13

**dove** 18:19

**dozen** 128:22

**dozens** 120:3, 11,19

**drugs** 98:21 99:17,21

**due** 130:1,5,12

**duplicative** 99:7

**E**

**early** 141:23

**easier** 124:2,10

**Eastern** 7:11

**easy** 58:23

**Ed** 102:14

**Edwin** 82:19, 24 83:14,19,25 84:14 85:5,10 92:12

**effect** 42:12 58:24 75:13,17 77:18 86:24

**effort** 45:7,13, 18,23 46:2,19 72:3 74:16 76:5 94:17

**employment** 128:23 129:17 136:14

**empty** 33:13

**encourage** 128:17

**encouraged** 128:10

**engaged** 129:3

**entice** 82:25

**environment** 127:23 128:4

**equipment** 163:5

**erase** 44:25 45:4

**erasing** 44:19

**Ernest** 15:11 48:3,11 54:23 55:6,11,23 56:9,17 60:3 62:15 63:19 66:21 68:4 80:23 81:16 82:9,14 84:20 85:9,13,20 86:1 103:3 107:3 130:6,13,18,23 131:3,8 132:6 145:14 146:17 151:21

**Escobar** 18:4,8 19:3,9,13 23:20 30:1 35:12 52:6,19

**essentially** 144:18

**et al** 7:9

**eventually** 148:13

**evidence** 15:25 49:18 51:13 53:19 83:10 122:5,21 123:6,15,23 125:19 126:2,10,16 145:23 146:5 158:11,15

**ex-wife** 101:2

**exact** 94:11

**EXAMINATION** 12:11 158:2

**excessive** 116:24

**exchange** 72:14 94:24 95:12 149:25

**exculpatory** 123:5,14,23 126:10,16 146:5

**excuse** 11:15 115:10 132:6

**explain** 77:6 107:23 108:4,14,24 109:7

**explanation** 42:13 46:10,15 114:14,20 115:18,23 116:3 153:15

**expressed** 142:11

**expressing** 141:24

**extra** 98:21 100:20,22 144:9,10,18

**extracted** 150:23

**eyewitness** 52:6 111:5,13 115:12

**eyewitnesses** 24:10 25:23 26:20 28:4 29:13 30:12 31:7 32:8 38:13 46:22 105:17 110:18,24 121:1,9

**eyewitnesses'** 38:8

**F**

**fabricated** 53:18 66:20 83:9 122:5,21 145:23

**fabrication** 71:1

**face** 18:14 22:20 24:15 25:9,14 37:18 129:9

**facing** 72:21 73:2 82:3 94:24

**fact** 21:17,18 22:2 27:6 57:3 59:23 63:5 78:9,14,20 81:10,17 82:2 90:4 95:4,10,17 126:3 129:15 144:3 149:11

**factor** 79:15,21

**facts** 60:17 65:22 76:17 90:24 152:2,11

**false** 41:10,15 51:21 53:19 69:1,18 71:5,12,19 78:10 79:15,20 83:10 87:24 88:9,19 94:7,12 119:9,15 121:9 122:5,21 150:23 158:10,15 159:6,10

**falsely** 15:6 19:4 37:4,10 38:24 44:13 54:18,23 55:12,16,24 58:18 59:8 65:15 68:5,19 73:22 74:16 76:12,19,24 77:11 78:15,25 79:2,8 80:2,4,10,12 83:1 84:15,20 85:14,21 86:2,24 88:5,15 89:6,11 92:12 93:25 98:5,23 104:23 105:15,23 106:6,13,18,23 107:4 121:1 146:18 147:11 148:14,20 149:6 150:1,16 152:22 159:20

**falsifying** 145:24

**family** 36:2

**father** 43:1,25

**favor** 56:18

**fear** 137:2,9,15,19,22 138:1,11,16,19,22,25 139:3,6,10

**feared** 81:4,10,17

**fears** 138:8

**fed** 60:16 71:17 90:24 94:6,7,11,12 152:2

**federal** 137:16 139:7,11 162:1

**feeding** 76:17

**feel** 124:10

**fellow** 14:25 133:1,8,13,14,19

**felony** 46:3 53:1,5

**female** 46:21 62:1 91:13

**file** 21:6 31:8 32:2 47:14,24 51:14 107:15,23 108:4 109:15,23 110:5,17 112:21 113:1,6 123:22 161:24 162:9

**filed** 157:1

**files** 107:9,11,17 123:5,14,21 124:4,12

**fine** 139:24 163:14,15,22

**finish** 13:16

**first-hand** 65:23

**Fish** 14:9,14

**five-minute** 68:13 160:7

**Flemming** 37:17,22 38:1,6,12,17,22 39:3,6,12,16,24 40:5,10,14,18 41:4

**Flemming's** 39:19 41:14

**floor** 43:2 44:1 47:7

**focused** 18:20

**follow** 11:6 16:22 17:7 136:10

**food** 98:21 100:16

**force** 74:23 76:11,16 95:23 97:9 116:24

**forced** 152:21

**form** 11:4,24 12:1 13:21 14:2,6,10,15,22 15:3,8,13,18,22 16:2,6,11,15,20,24,25 17:1,3,9,15,17,22 18:2,6,11,16,21,25 19:6,11,16,20,24 20:4,10,14,19,24 21:3,8,14,20 22:6,12,17,21 23:1,6,11,17,22 24:2,7,12,16,21,25 25:5,10,15,19,24 26:5,9,14,21 27:2,9,14,18,23 28:5,10,15,19,24 29:4,9,14,19,24 30:4,9,14,20,25 31:4,9,14,18,22



**Exhibit 5**

32:5,11,15,20
33:1,5,9,15,20,
24 34:4,10,14,
19,24 35:4,9,
14,19,24 36:4,
8,14,21 37:1,6,
14,20,24 38:4,
10,15,20 39:1,
9,13,17,22
40:3,7,12,16,25
41:7,11,16,21
42:1,5,10,16,
20,24 43:4,8,
13,17,21 44:2,
9,15,21 45:1,5,
11,16,20,25
46:6,7,13,17,25
47:5,11,15,20,
25 48:7,13,19,
24 49:4,9,15,
20,24 50:3,9,
15,20,24 51:4,
10,15,19,23
52:8,14,21
53:2,7,12,16,
20,25 54:5,9,
15,20,25 55:4,
8,13,18 56:1,6,
11,20,25 57:5,
11,16,21 58:2,
7,13,20,25
59:5,11,18,25
60:5,10,14,18,
23 61:8,13,17,
22 62:3,9,18,25
63:6,11,17,23
64:4,10,17,22
65:3,8,13,18,25
66:4,8,13,18,24
67:6,13,20
68:2,9,23 69:2,
8,15,19,23
70:2,6,10,16
71:2,8,15,20,24
72:5,10,16,22
73:3,9,14,18,23
74:3,7,12,18,25
75:5,9,14,18,23
76:3,9,14,20
77:1,8,13,19,25
78:6,11,17,22
79:5,12,17,23
80:6,14,20
81:1,7,13,19,24
82:6,12,17,22
83:3,7,11,16,22
84:3,7,12,17,23
85:7,11,17,23
86:4,10,16,21
87:2,7,12,17,21
88:2,7,12,17,
20,24 89:3,8,
13,18,25 90:6,
10,16,21 91:1,
5,10,14,19,24
92:4,9,15,21
93:3,9,15,21
94:2,9,14,20
95:1,8,14,20,25
96:6,12,18,25
97:7,12,17,21
98:1,7,12,17,25
99:15,19,23
100:3,8,13,18,
24 101:4,9,15,
22 102:1,6,11,
19,25 103:5,9,
15,21 104:1,6,
10,15,20,25
105:5,11,18,25
106:8,14,19,25
107:6,12,18
108:1,8,20
109:4,13,19,25
110:8,14,21
111:3,10,17,21,
25 112:4,9,13,
18,23 113:3,8,
12,17,23 114:5,
12,18,25 115:6,
15,21 116:1,6,
12,20 117:2,7,
13,21 118:4,11,
19 119:1,7,13,
20,24 120:5,13,
21 121:3,11,17,
24 122:7,24
123:8,17,25
125:6,22 126:5,
12,18,24 127:5,
11,18,24 128:6,
13,20 129:1,7,
13,18,22 130:2,
7,15,21 131:1,
6,11,16,21
132:2,12,22
133:5,11,17,23
134:3,7,12,17
136:18,22
137:6,12,17,20,
24 138:4,13
140:9,16
141:13,19
142:2,7,14,20
143:3,10,19
144:1,6,13,20,
25 145:6,11,16,
20 146:1,8,14,
20 147:1,6,13,
19 148:1,5,10,
16,22 149:3,8,
15,22 150:2,7,
11,18 151:1,7,
13,18,23 152:4,
12,18,24 153:5,
21 154:9,15
156:24 157:12,
17,21

**forward** 70:13
163:14,15

**found** 142:25
143:7 151:6

**foundation**
12:2,5 13:21
14:2,6,10,15,22
15:3,8,13,18,22
16:2,6,11,15,
20,24 17:9,15,
16,22 18:2,6,
11,16,21,25
19:6,11,16,20,
24 20:4,10,14,
19,24 21:3,8,
14,20,25 22:6,
12,17,22 23:1,
6,11,17,22
24:2,7,12,16,
21,25 25:5,10,
15,19,24 26:5,
9,14,21 27:2,9,
14,18,23 28:5,
10,15,19,24
29:4,9,14,19,24
30:4,9,14,20,25
31:4,9,14,18,
22,25 32:5,11,
15,20 33:1,5,9,
15,20,24 34:4,
10,14,19,24
35:4,9,14,19,24
36:4,8,14,21
37:1,6,15,20,24
38:4,10,15,20
39:1,9,13,17,22
40:3,7,12,16,25
41:7,11,16,21
42:1,5,10,16,
20,24 43:4,8,
13,17,21 44:2,
9,15,21 45:1,5,
11,16,20,25
46:7,13,17,25
47:5,11,15,20,
25 48:7,13,19,
24 49:4,9,15,
20,24 50:3,9,
15,20,24 51:4,
15,19,23 52:8,
14,21 53:2,7,
12,16,20,25
54:5,9,15,20,25
55:4,8,13,18
56:1,6,11,20,25
57:5,11,16,21
58:2,7,13,20,25
59:5,11,18,25
60:5,10,14,18,
23 61:8,13,17,
22 62:3,9,18,25
63:6,11,17,23
64:4,10,17,22
65:3,8,13,18,25
66:4,8,13,18,24
67:6,13,20
68:2,9,23 69:2,
8,15,19,23
70:2,6,10,16
71:2,8,15,20,24
72:5,10,16,22
73:3,9,14,18,23
74:3,7,12,18,25
75:5,9,14,18,23
76:3,9,14,20
77:1,8,13,19,25
78:6,11,17,22
79:5,12,17,23
80:6,14,20
81:1,7,13,19,24
82:6,12,17,22
83:3,7,11,16,22
84:3,7,12,17,23
85:7,11,17,23
86:4,10,16,21
87:2,7,12,17,21
88:2,7,12,17,
20,24 89:3,8,
13,18,25 90:6,
10,16,21 91:1,
5,10,14,19,24
92:4,9,15,21
93:3,9,15,21
94:2,9,14,20
95:1,8,14,20,25
96:6,12,18,25
97:7,12,17,21
98:1,7,12,17,25
99:15,19,23
100:3,8,13,18,
24 101:4,9,15,
22 102:1,6,11,
19,25 103:5,9,
15,21 104:1,6,
10,15,20,25
105:5,11,18,25
106:8,14,19,25
107:6,12,18,21
108:1,8,20
109:4,13,19,25
110:8,14,21
111:3,10,17,21,
25 112:4,9,13,
18,23 113:3,8,
12,17,23 114:5,
12,18,25 115:6,
15,21 116:1,6,
12,20 117:2,7,
13,21 118:4,11,
19 119:1,7,13,
20,24 120:5,13,
21 121:3,11,17,
24 122:7,13,24
123:8,17,25
124:3,11 125:7,
22 126:5,12,18,
24 127:5,11,18,
24 128:6,13,20
129:1,7,13,18,
22 130:2,7,15,
21 131:1,6,11,
16,21 132:2,12,
22 133:5,11,17,
23 134:3,7,12,
17 136:18
137:6,12,17,20,
24 138:4,13
140:9,17
141:13,20
142:3,8,15,21
143:4,11,19
144:1,6,13,20
145:1,7,12,16,
21 146:2,9,15,
21 147:2,7,13,
20 148:2,11,17,
23 149:3,8,16,
23 150:3,8,12,
19 151:2,8,14,
18,24 152:5,13,

19,25 153:6,22 154:10,15 156:24 157:12, 19,22

**Fourth** 131:15, 19,24

**frame** 15:21 45:15 53:10,18 72:3,9,14 73:7, 12 76:24 83:5,9 94:18,24 105:9 129:11 132:8 141:18 142:12 145:15

**framed** 14:21 120:1,9,17,24 121:7,14,21 122:3,19 123:3, 10,12,19 125:17,25 126:8,14,20 127:1,7,13,20 128:1,8,15,24 144:22 145:3,9

**framing** 129:3, 16

**Francisco** 53:23 54:3,8, 12,17 55:2,7,24 56:3,9,18,23 57:8,14,25 58:4,9,16,22 59:2,7,13,24 60:2 61:19,25 62:5,15 63:8, 13,19 64:1,13, 19,25 65:5,10 66:17 67:10,17 70:24 71:5,17, 22 72:1,7,12, 13,18,24 73:5, 11,16,20,25 74:9,11,15,22 75:4,16,21 76:6 77:15 78:24 79:2,14 80:1,11 83:15,18,24 87:24 97:20 108:16 109:1,9 110:12 141:10, 15 142:6,10,23 143:6,13 144:17 158:19, 24 159:6,10,15

**Frank** 18:4,8 19:3,9 23:20 30:1 35:12 52:6,19

**fraud** 138:22

**fraudulent** 68:1 82:20

**friend** 48:5,6

**front** 48:5

**fucked** 77:17

**fucking** 75:17

**full** 8:12

**future** 137:3

## G

**G-U-E-V** 12:16

**gang** 13:20 14:1,9,14 19:9, 10,22 24:9 26:12,17,25 27:5 30:6,7,16, 17 31:12 33:17 34:6 57:10,15, 19,24 64:7,15, 21 72:2 92:19 93:1,8 94:17 147:22

**Gangster** 57:15

**Gangsters** 89:7

**Garvin** 102:4,9

**gave** 40:22 77:23 97:24 141:15 152:15

**George** 145:9, 15,18 146:19 149:6 150:17

**Geraldo** 80:12

**get all** 38:8

**girl** 40:22,23 47:9

**girlfriend** 42:4, 8 52:4,13,25 62:7 63:22 65:7,11 91:18 93:20 101:2 151:6

**girlfriend's** 42:18

**give** 10:19 135:7 136:15, 20 137:4 144:9, 18 154:18,23 156:5,21 157:2

**Gloria** 151:11

**Golden** 8:1,6, 23 9:2,8,14 10:5,14 12:2,4, 8 17:3,11,16 20:16 21:22 22:8,14 26:16 41:9 46:9 56:13 57:12 60:20,25 61:23 62:11,20 63:1,24 65:19 67:22 68:12,16 69:16 80:16,21 81:2 84:25 86:6,12,18 90:11,18,23 91:20 92:23 93:5,10,16,22 94:4 99:2,8 105:2,13,20 109:6 124:20 125:1 130:9 132:24 133:7 134:21 135:5, 11 136:3,17,23 137:5 138:6,14 139:19 140:4, 19,24 144:15 147:9,15 148:6, 24 149:9,17 150:20 152:7 153:8 155:14, 23 156:3,12 157:11,19 159:24 160:13 161:2,7,10,15 162:7,20 163:8, 12,17,20

**good** 7:16,19 68:13 82:2

**grand** 87:11, 16,20

**Great** 122:17

**ground** 18:19

**grounds** 13:2

**guess** 11:21 141:4

**Guevara** 7:8,9, 21,24 8:11,13 9:1 10:16 12:15 70:24 122:19 125:17 136:25 141:9 158:4

**guilt** 113:22

**guilty** 134:6

**gun** 40:22 52:7, 19 64:16 65:7, 12 93:1,20

**gunshot** 48:22 49:6,11,13,17, 23 50:12

**guy** 86:8

## H

**hair** 46:23 88:16

**Halvorsen** 8:7 15:12 16:8,13, 17,22 17:6,12 21:1,5,10,17 22:2,9 41:3 45:22 46:2 48:3,11 52:24 53:4 54:23 55:6,11,15,21, 23 56:9,18,23 57:2,9 58:6 60:3,7,12,16,21 61:3,10,15,19 62:5,15,22 63:19 65:15 66:21 67:9,16 68:5,6,20 69:7, 11 70:9 71:12 74:2 75:3 80:3, 10,17,23 81:9, 17,21 82:1,10, 15,25 84:20 85:9,13,21 86:1,7,14,20 87:19 90:8,13, 19 91:16 92:17, 24 93:6,12,18, 24 95:11 97:19, 23 103:4 104:22 105:7, 14,21 106:4,11, 16,22 107:3 108:15,25 130:6,13,18,23 131:3,8 132:4,7 145:15 146:17 147:4,10 148:19 149:5, 12 150:14,23 151:16,21 152:1,15 153:2, 8 159:14

**Halvorsen's** 67:12 74:6

**hand** 10:17

**handcuffed** 32:9 33:13,18, 23 34:2,22 148:8

**handed** 52:7, 19

**handful** 158:6

**handle** 30:18, 22 162:12

**hands** 148:9

**handwritten** 44:6,7,12 50:6, 7 108:14,24 109:7 110:11 111:12 112:6, 15 113:1,14,20 114:1,8,15,21

**happen** 151:11

**happened** 17:21 18:1,13 61:16,21 87:1 161:21

**hard** 58:24 87:6

**he'll** 77:17



Exhibit 5

**head** 73:17,21 74:1,6,10 75:21 76:1 148:9
**hear** 24:4,9 62:12 89:1 108:12 124:7
**heard** 23:24 35:1,6,11 66:21 69:13 83:19,25 86:25 122:16
**held** 30:24
**Helen** 48:5
**helped** 72:9, 19,25 73:7 80:2,9
**helping** 72:14 94:24
**helps** 57:3
**Hernandez** 144:24 145:5, 10,19,25 146:4 147:17 148:15, 21 149:12 150:22 152:23
**heroin** 54:8,12 57:3 81:22 84:6,10
**hid** 78:8,13,19
**hide** 22:9 76:6 95:3,16
**High** 59:4,9 63:21 64:3 89:12,17,24
**high-top** 29:8
**hit** 151:21
**home** 41:19 47:13,18,23 152:11
**homicide** 16:18 17:8,14 18:10 66:3,7, 11,16,17 81:6, 12 82:5 98:24 103:25 106:18 107:15 113:11, 16 116:18 123:22 145:25 146:4,11 148:15 150:22 152:23
**hooded** 28:1
**hoodie** 38:3,19
**hour** 27:21
**house** 48:4 151:5
**Hughes** 8:4,21 9:24 48:4,11 50:18,22 51:2, 6,12,17 52:3, 12,17 78:9,14, 20 79:1,3,20 80:18,24 98:10 105:22 106:5 107:2 131:5 158:6,8,9,14, 19,23 159:2,5, 10,14 162:5
**Hughes'** 79:10
**Humboldt** 14:1

**I**

**ID** 8:15
**idea** 101:24 102:3
**identification** 24:20 39:20
**identifications** 121:10
**identified** 24:23 37:11 40:14 52:6,19 62:16,24 63:4, 9,15 91:23 92:3,7,13 110:18,24 111:13 118:22 119:3,10
**identify** 23:4,9, 20,25 24:5,10 25:4 34:8 36:17,18,24 37:4,10 39:7 136:19
**identifying** 40:6
**identity** 153:18,24
**Iglesias** 80:12
**Illinois** 7:11,18 160:19
**impact** 13:10 81:22
**Imperial** 57:15 89:7
**implicate** 38:24 54:18,24 55:12,16,24 65:16 72:19,25 73:22 74:16,24 76:13,19 83:1 84:15,21 85:14, 21 86:2 93:25 95:6,19,24 96:4,23 97:5 98:24 105:23 106:6,13,18,23 107:4 121:1 148:20 149:6 150:1
**implicated** 78:15,25 79:2,9 152:22
**implicating** 19:4 36:12 77:11 78:10 81:6,11,18 98:5 146:18 147:11 148:14
**imposed** 128:9,17
**imprisonment** 143:24
**improper** 156:14
**impunity** 128:12,19
**Inaudible** 8:1 21:23 62:10 86:12,18 136:23 140:4 148:6 155:21 156:1 160:7
**incarceration** 142:18
**incentivizing** 55:17 85:15,22
**include** 139:21
**included** 27:6 30:24 41:18 130:19,24 131:4,9
**including** 95:5 145:24 149:20 151:22
**incriminate** 13:3 135:2,16, 21,25 137:1 139:16 140:1,7, 12,21 153:20 154:4,13 155:4 156:19
**independent** 162:11
**indicating** 15:25
**individual** 8:23 52:5,18
**individually** 12:4
**individuals** 33:12 120:3,11, 19 128:24
**information** 48:10 69:6 70:14 82:4 97:9,14 101:20 140:13 155:25
**informed** 115:2 158:8 159:2
**initially** 71:22
**injuries** 74:10
**innocence** 44:8 45:10 48:17,22 49:14, 19 50:8,13
**innocent** 60:13 90:20 120:3,11, 19 125:20 126:3 128:24 153:3
**Insane** 14:9,13
**instructed** 150:14
**instructing** 136:6
**insure** 141:17
**intend** 135:20, 24 140:20 156:13
**intentionally** 14:20 116:8,14
**interaction** 118:17
**interactions** 157:2
**interrogated** 41:23
**interrogation** 43:15 56:4,10 57:8 75:4 76:7 87:10,15
**interrupt** 10:25
**interrupting** 139:23
**intersection** 40:21
**intervene** 134:1
**interview** 112:7,16,22 113:2,7,15
**interviewed** 112:2,11 113:10
**interviews** 44:6,12 50:6 113:20 114:8, 15,21
**introduce** 98:9,14
**invades** 138:8
**invasion** 134:21 135:6



**Exhibit 5**

157:13
**invent** 102:8
**inventory** 32:2
**invest** 20:7
**investigate** 119:23
**investigating** 16:5 102:13 149:11,13
**investigation** 15:11,15 16:10, 18,23 17:8,14 19:2 21:7 22:4, 10 68:1 69:4 82:21 102:18, 23 103:3 104:5, 9 107:9,17 108:17 109:2, 10,23 110:5 118:23 119:4, 11,18 129:25 131:14 133:4, 10,16,21 136:1 145:25 146:5, 12 150:23 154:20 156:22 157:8 158:10 159:3
**investigations** 107:15 126:22 127:3
**investigative** 17:7,13 21:6 47:14,23 67:5, 12
**investigators** 16:9
**investigatory** 31:8 32:2
**involved** 15:16 126:23 127:4 132:20
**involvement** 114:11 149:13
**involving** 34:17
**issue** 42:14 69:22

**J**

**jacket** 46:24
**Jacobo** 18:5,9 30:2 35:7
**Jail** 73:7 141:17
**Jason** 148:20 149:1,5,13,19, 25 150:5,15
**Jessica** 8:9
**jewelry** 100:10
**John** 98:15,19 116:25 117:11, 15 118:6,13 144:8
**join** 9:19,23 31:24 107:20 108:3,10,23 109:21 110:3, 10,23 120:8,16, 23 121:6,13,20 122:2,10 123:2, 11 124:2,3 134:23 136:5 138:10 141:1 155:17 162:3
**Joined** 21:24 32:7
**joining** 122:12 162:5
**joins** 10:1
**Jordans** 46:24
**Jorge** 80:5 108:6 109:12, 17 110:6
**Jose** 80:4 108:5 109:11, 16 110:6 144:23 145:4, 10,19
**Judge** 11:1,13, 15,20
**July** 37:3,8
**jumping** 124:11
**June** 142:10,23
**Junito** 144:23 145:4
**jury** 87:11,16, 20
**justice** 35:22 138:12

**K**

**keeping** 76:7
**Kenneth** 131:10
**Kevin** 8:4,21 9:24 48:3,11 50:18 52:3,17 78:9,14,20 79:1,3,10,20 80:18 105:22 106:5 107:2 131:5 158:6,8, 9,13,18,22 159:2,5,9,14
**killed** 61:6,12 62:7 91:8,17
**Kimball** 40:21
**King** 117:1,6, 12,16,24 118:7, 14
**Kings** 14:4
**knew** 15:15,24 19:8,13 21:5 22:15 26:19 27:12,25 30:11 38:25 40:9 41:10 44:7 45:9 46:20 49:12 50:7,13 53:14 54:11 55:7 57:14 59:15,23 60:3,7 65:16,24 66:6,10,15 67:9 85:10 86:25 89:22 90:3,8,13 101:12,19 104:8 105:3,10 116:10,17 117:9 119:3 129:4 133:1,8, 14 145:18
146:23 149:1 152:22 153:3
**knowing** 103:13 132:18 133:13,19
**knowingly** 26:11,17,24 38:22
**knowledge** 14:14 45:22 65:23 129:9

**L**

**L-E-I-N-E-N-W-E-B-E-R** 7:20
**labeled** 77:17
**lack** 128:9,16
**large** 47:9
**Larry** 117:1,11, 16 118:7,14
**late** 162:15
**Latin** 14:4
**Laureano** 145:9,15,19 146:19 147:5, 11 148:15,20 149:7 150:17
**law** 139:7 162:18
**lawlessness** 127:23 128:4
**laws** 139:11 160:19,25
**lawsuit** 140:13 157:1
**lawyer** 101:25 102:4,9 153:18 156:21 157:1
**lawyers** 107:25 134:20 135:1,7 153:25 154:3,12,18,23 155:3 156:17
**lead** 16:9,13
**leads** 16:22 17:7
**learned** 53:23 54:7 68:6,20 83:14 84:5,9
**learning** 21:11
**leave** 30:11
**left** 10:6 30:7 35:22 75:3
**legal** 132:14,25 133:7 153:10, 12 157:7
**Leinenweber** 7:19,20 8:19 9:19 10:24 11:8,15,21 12:10 13:21 14:2,6,10,15,22 15:3,8,13,18,22 16:2,6,11,15, 20,24 17:9,15, 22 18:2,6,11, 16,21,25 19:6, 11,16,20,24 20:4,10,14,19, 24 21:3,8,14,20 22:6,12,17,21 23:1,6,11,17,22 24:2,7,12,16, 21,25 25:5,10, 15,19,24 26:5, 9,14,21 27:2,9, 14,18,23 28:5, 10,15,19,24 29:4,9,14,19,24 30:4,9,14,20,25 31:4,9,14,18,22 32:5,11,15,20 33:1,5,9,15,20, 24 34:4,9,14, 19,24 35:4,9, 14,19,24 36:4, 8,14,21 37:1,6, 12,14,20,24 38:4,10,15,20 39:1,9,13,17,22 40:3,7,12,16,25 41:7,11,16,21 42:1,5,10,16, 20,24 43:4,8, 13,17,21 44:2, 9,15,21 45:1,5, 11,16,20,25



**Exhibit 5**

Case: 1:19-cv-02441 Document #: 457-5 Filed: 06/10/26 Page 54 of 63 PageID #:15852



46:6,13,17,25 47:5,11,15,20, 25 48:7,13,19, 24 49:4,9,15, 20,24 50:3,9, 15,20,24 51:4, 10,15,19,23 52:8,14,21 53:2,7,12,16, 20,25 54:5,9, 15,20,25 55:4, 8,13,18 56:1,6, 11,20,25 57:5, 11,16,21 58:2, 7,13,20,25 59:5,11,18,25 60:5,10,14,18, 23 61:8,13,17, 22 62:3,9,18,25 63:6,11,17,23 64:4,10,17,22 65:3,8,13,18,25 66:4,8,13,18,24 67:6,13,20 68:2,9,23 69:2, 8,15,19,23 70:2,6,10,16 71:2,8,15,20,24 72:5,10,16,22 73:3,9,14,18,23 74:3,7,12,18,25 75:5,9,14,18,23 76:3,9,14 77:1, 8,13,19,25 78:6,11,17 79:5,12,17,23 80:6,14,20 81:1,7,13,19,24 82:6,12,17,22 83:3,7,11,16,22 84:3,7,12,17,23 85:7,11,17,23 86:4,10,16,21 87:2,7,12,17,21 88:2,7,12,17, 20,24 89:3,8, 13,18,25 90:6, 10,16,21 91:1, 5,10,14,19,24 92:4,9,15,21 93:3,9,15,21 94:2,9,14,20 95:1,8,14,20,25 96:6,12,18,25 97:7,12,17,21 98:1,7,12,17,25 99:15,19,23 100:3,8,13,18, 24 101:4,9,15, 22 102:1,6,11, 19,25 103:5,9, 15,21 104:1,6, 10,15,20,25 105:5,11,18,25 106:8,14,19,25 107:6,12,18 108:1,8,20 109:4,13,19,25 110:8,14,21 111:3,10,17,21, 25 112:4,9,13, 18,23 113:3,8, 12,17,23 114:5, 12,18,25 115:6, 15,21 116:1,6, 12,20 117:2,7, 13,21 118:4,11, 19 119:1,7,13, 20,24 120:5,13, 21 121:3,11,17, 24 122:7,24 123:8,17,25 125:22 126:5, 12,18,24 127:5, 11,18,24 128:6, 13,20 129:1,7, 13,18,22 130:2, 7,15,21 131:1, 6,11,16,21 132:2,12,22 133:5,11,17,23 134:3,7,12,17, 23 135:3,10,12, 17 136:5,8,22 137:6,12,17,20, 24 138:4,10,13, 17,20,23 139:1, 4,8,12,17 140:3,9,16 141:1,4,13,19 142:2,7,14,20 143:3,10,19 144:1,6,13,20, 25 145:6,11,16, 20 146:1,8,14, 20 147:1,6,13, 19 148:1,5,10, 16,22 149:3,8, 15,22 150:2,7, 11,18 151:1,7, 13,18,23 152:4, 12,18,24 153:5, 21 154:9,15,21 155:1,6,17 156:23 157:4,9, 14,17,21 161:12 162:3 163:1,14

**length** 28:2

**leniency** 77:22 78:21

**letting** 32:24 99:5

**liability** 155:11

**lie** 21:12 48:17 50:1 57:25 158:16,20,24 159:3,11,16,21

**lied** 126:22 127:3

**lies** 137:22 138:1

**life** 14:5 147:24

**light** 46:23

**lineup** 23:8 30:13,24 31:8, 13 32:9,19,25 33:4,8,12,18,23 34:2,16,18,23 35:3,8,13,17 38:8 39:3,6,11, 15,20,24 40:10, 15 103:8,12,18

**lineups** 21:19 22:4 29:17 77:5 102:23 103:20

**lip** 28:23

**litigation** 134:5 139:14 156:4

**lived** 42:22 43:24

**local** 162:1,20

**locate** 45:8,14, 18,23 46:3,11, 16,19 52:4,13, 18,25 53:5,9

**located** 21:12

**location** 7:13 47:13,18,23

**lock** 37:9

**locker** 88:6

**lockup** 53:24 54:4,14 58:12 69:14 76:25 83:14 84:2,11 88:1

**long** 58:12,17

**lot** 104:3

**low** 76:8

**Lozada** 18:5,9 19:3,9,14 23:19 24:4,9,14,19,23 25:13 30:2 34:1 35:2,7 36:11, 17,18,24 37:9

**Lozada's** 37:3, 8

**Luis** 110:19,25 111:7,14 113:2, 10,15,21 114:3, 9,16,22

**lunch** 163:13

**Lupo** 110:18, 25 111:6,14 112:12,16 113:7,21 114:2, 9,16,22

**lying** 141:25

**M**

**made** 45:7,13, 18,23 46:2,19 48:10 49:23 50:2 77:22 78:21 96:22 97:4 125:10,11 132:17

**Maher** 8:8 66:23 67:3,11, 24 68:7,22 69:13,22 70:1, 4,8,25 71:4,11

**maintained** 107:10,14 123:5,22 160:21

**make** 11:9,22, 23 21:18 22:4, 10 24:19 41:18 58:23 65:22 67:2,10,23 69:4 70:12 71:18 76:5 82:2 87:6 88:9,10 99:5 105:16 124:2, 10 144:10 155:19 160:17, 21

**makes** 11:3,24

**making** 157:15 161:1

**Maldonado** 82:20,25 83:1, 14,19,25 84:6, 9,15,20 85:5, 10,14,21 86:2, 8,15,19,23 87:4,9,14,20,23 88:4,9,14,22 89:1,5,10,15,20 90:2,5,8,13,19, 24 91:3,7,12, 16,22 92:1,6, 12,17,18,24,25 93:6,7,13,19,24 94:6,11,16,22 95:18 96:4,17 97:5,15 105:22 106:6,12,17,23 107:4

**man** 153:3

**manipulate** 40:5 146:12

**manipulated** 19:2 38:17,22 39:19 121:1,9, 16,23

**March** 144:23 145:4,10

**Mario** 52:5,18 53:5,9,15

**Marron** 8:8

**match** 26:19 28:3 38:9,14 46:21 94:8



Exhibit 5

**matched** 40:1 105:16 117:19 118:2

**material** 126:10,16

**Matias** 110:18, 25 111:6,14 112:3,7,22 113:20 114:2,8, 15,22

**Matt** 98:15,19 144:9

**matter** 7:8

**Mcgrath** 7:23 10:1 16:25

**Mcminoway** 7:4

**meant** 16:17

**medical** 13:9 118:16

**Megan** 7:23

**member** 8:16 14:4,8 24:9 30:8 31:12 57:9,15,19,24 72:2 94:17

**members** 14:13 19:10,22 20:2 26:12,18, 25 27:5 30:6,16 33:17 34:7 64:7,14 92:18, 25 118:24 119:12,17 120:25 121:8, 15,22 122:4,20 123:4,13,20 125:18 126:1,9, 15,21 127:2,8, 14,21 128:2 130:13 132:7 147:24

**memory** 44:19, 25 45:4

**merit** 129:20

**met** 56:9 65:11 86:7 87:19 93:19

**Mexican** 63:10,15 92:8, 14

**Michael** 37:17, 22 38:1,6,12, 17,22 39:3,4,5, 6,11,16,19,24 40:5,10,14,18 41:4,14 115:3, 9,12,19,24 116:4,8,15

**millimeter** 64:16

**Mingey** 8:7 102:14,18,21 103:7,11,17,23 130:25

**minimum** 72:20 73:1

**minute** 160:9

**minutes** 160:9 163:20,21

**mirror** 33:13

**mis** 159:2

**misconduct** 14:25 67:5,12 68:4,19 95:3, 16,22 96:2,8, 14,20 97:2 101:25 102:5 117:17,24 118:8,15 127:9, 15,22 128:3 129:3,11,24 131:13 133:2,9, 22 159:2

**Mister** 92:11

**misunderstood** 125:7

**money** 98:20 102:10

**Monica** 80:13

**Montanez** 80:4 108:6 109:11, 16 110:6

**morning** 7:16, 19

**Moses** 48:6

**mother** 150:6, 15

**motivated** 129:11

**move** 153:13 155:9 156:9

**multiple** 150:1 162:16

**murder** 14:21 15:6,10,16,21 16:1,5,9,23 17:25 18:24 20:1,7,8,13,18, 22 21:7 22:4 36:13 38:24 45:15 50:19 51:14,22 54:19 58:19 59:15,22, 23 60:3,9,17,22 61:15,20,25 62:1 65:22,23 67:19 68:7,21 69:13 71:18 76:13,18 79:4, 11,16,22 80:2, 5,10,12 83:2,6, 20 84:1,16,21 87:1,25 88:23 90:9,15,25 91:4,12,13 96:9,15,21 97:3 102:14,18,23 103:3 104:4,9 105:9,24 106:7, 13,24 107:5,24 108:5,17 109:2, 10,15,23 110:5, 20 111:2,8,16 112:3,8,12,17 119:23 129:24 131:13 132:10, 17 134:6,11,15 136:1 144:23 145:4,10 147:18 149:12, 14,20 158:15 159:7,11

**murdered** 37:3,8 147:23

**mustache** 28:18

**N**

**named** 116:23

**names** 154:2

**narrative** 94:7, 12

**nature** 130:10 144:16

**neck** 29:3 148:4

**needed** 51:13

**negative** 49:13

**Nevada** 8:10

**noise** 124:7

**nonetheless** 15:20

**north** 40:23 41:6

**Northern** 7:10

**note** 9:25 10:2 161:16 162:2

**notes** 43:15, 19,23 44:6,8,12 50:6,7 108:15, 25 109:8 110:11 111:12 112:6,15 113:1, 14,20 114:1,8, 15,21

**notice** 9:11 10:2,11,15 161:17

**noticed** 10:10

**notices** 162:16

**notified** 117:17,24 118:7

**November** 7:6

**number** 7:11 43:11 44:20 95:5

**numerous** 141:22 142:6 146:24

**O**

**O'** 8:3

**O' CALLAGHAN** 8:2,20 9:23 11:9 21:23 46:7 48:14 76:20 78:22 99:4,10 124:21 132:14, 25 158:1,3,4 159:23 160:5, 17 161:13 162:4

**oath** 137:23 138:2

**object** 9:15 12:5 17:1,3,16 34:9 124:11 130:9 155:14 161:23

**objected** 9:16 125:2

**objection** 9:9, 18,20,24 10:3 11:3,10,11,23, 24 12:7 13:21 14:2,6,10,15,22 15:3,8,13,18,22 16:2,6,11,15, 20,24,25 17:9, 15,22 18:2,6, 11,16,21,25 19:6,11,16,20, 24 20:4,10,14, 19,24 21:3,8, 14,20,24 22:6, 8,12,17,21 23:1,6,11,17,22 24:2,7,12,16, 21,25 25:5,10, 15,19,24 26:5, 9,14,21 27:2,9, 14,18,23 28:5, 10,15,19,24 29:4,9,14,19,24 30:4,9,14,20,25 31:4,9,14,18, 22,24 32:5,7, 11,15,20 33:1, 5,9,15,20,24 34:4,10,14,19,



Exhibit 5

24 35:4,9,14, 19,24 36:4,8, 14,21 37:1,6, 12,14,20,24 38:4,10,15,20 39:1,9,13,17,22 40:3,7,12,16,25 41:7,11,16,21 42:1,5,10,16, 20,24 43:4,8, 13,17,21 44:2, 9,15,21 45:1,5, 11,16,20,25 46:6,7,13,17,25 47:5,11,15,20, 25 48:7,13,14, 19,24 49:4,9, 15,20,24 50:3, 9,15,20,24 51:4,10,15,19, 23 52:8,14,21 53:2,7,12,16, 20,25 54:5,9, 15,20,25 55:4, 8,13,18 56:1,6, 11,20,25 57:5, 11,16,21 58:2, 7,13,20,25 59:5,11,18,25 60:5,10,14,18, 23 61:1,8,13, 17,22 62:3,9, 18,25 63:6,11, 17,23 64:4,10, 17,22 65:3,8, 13,18,25 66:4, 8,13,18,24 67:6,13,20,22 68:2,9,23 69:2, 8,15,19,23 70:2,6,10,16 71:2,8,15,20,24 72:5,10,16,22 73:3,9,14,18,23 74:3,7,12,18,25 75:5,9,14,18,23 76:3,9,14,20 77:1,8,13,19,25 78:6,11,17,22 79:5,12,17,23 80:6,14,20 81:1,7,13,19,24 82:6,12,17,22 83:3,7,11,16,22 84:3,7,12,17,23 85:7,11,17,23 86:4,10,16,21 87:2,7,12,17,21 88:2,7,12,17, 20,24 89:3,8, 13,18,25 90:6, 10,16,21 91:1, 5,10,14,19,24 92:4,9,15,21 93:3,9,15,21 94:2,9,14,20 95:1,8,14,20,25 96:6,12,18,25 97:7,12,17,21 98:1,7,12,17,25 99:6,15,19,23 100:3,8,13,18, 24 101:4,9,15, 22 102:1,6,11, 19,25 103:5,9, 15,21 104:1,6, 10,15,20,25 105:5,11,18,25 106:8,14,19,25 107:6,12,18,20 108:1,8,20 109:4,13,19,25 110:8,14,21 111:3,10,17,21, 25 112:4,9,13, 18,23 113:3,8, 12,17,23 114:5, 12,18,25 115:6, 15,21 116:1,6, 12,20 117:2,7, 13,21 118:4,11, 19 119:1,7,13, 20,24 120:5,13, 21 121:3,11,17, 24 122:7,24 123:8,17,25 124:23,24 125:9,10,22 126:5,12,18,24 127:5,11,18,24 128:6,13,20 129:1,7,13,18, 22 130:2,7,15, 21 131:1,6,11, 16,21 132:2,12, 22 133:5,11,17, 23 134:3,7,12, 17,21 135:3,5, 10,11,17 136:3, 18,22 137:5,6, 12,17,20,24 138:4,7,13,14, 17,20,23 139:1, 4,8,12,17,21,22 140:3,9,16,24 141:13,19 142:2,7,14,20 143:3,10,19 144:1,6,13,15, 20,25 145:6,11, 16,20 146:1,8, 14,20 147:1,6, 13,19 148:1,5, 10,16,22 149:3, 8,15,22 150:2, 7,11,18 151:1, 7,13,18,23 152:4,12,18,24 153:5,21 154:9, 15,21 155:1,6 156:23 157:4,9, 17,21 160:21 161:22 162:5,8, 10,15

**objectionable** 155:25

**objections** 10:13 11:4,25 12:1 99:5 122:13 124:3, 17 157:11 160:19

**observed** 28:8,13,17,21 29:1,6,11

**obstruction** 35:21 138:11

**occasions** 32:14,19 141:22

**occur** 106:22 107:3

**occurred** 21:18 22:3 89:23

**offer** 102:9

**offered** 43:10

**Office** 98:22 99:14

**officer** 8:23 44:18 45:3 67:18 68:21 117:5,10

**officers** 15:1,6 116:25 118:18, 22 119:5 133:1, 8,13,14,19

**official** 9:17 10:7,9 120:1,9, 17,24 121:7,14, 22 122:4,20 123:3,12,19 124:5,13 125:18,25 126:8,14,20 127:1,7,14,20 128:1,8 161:24 162:11

**older** 24:9

**omit** 97:9,14

**omitted** 22:2 95:3,10,17,23 96:3

**omitting** 96:8, 14,20 97:2

**operating** 160:24

**opportunity** 133:25

**opposing** 19:22 26:12,17, 25 27:4 30:7 57:10,19,24 72:2 94:17

**Oquendo** 110:19,25 111:7,14 113:2, 11,15,21 114:3, 9,16,22

**orange** 115:4, 14 116:10,11, 16,18

**order** 11:2,5,7 51:13 53:18 67:4,25 71:18 73:21 74:23 83:9 88:10 95:3,16,22 96:2,4,23 97:5 136:25 140:7, 12

**overtime** 141:16

**overweight** 26:2,8

**owned** 43:2,25

**P**

**P.M.** 164:1

**Pacheco** 80:5 108:6 109:12, 17 110:7

**pager** 43:11 44:19,25 45:4

**Pang** 8:7 45:3 131:10

**pants** 46:23

**Park** 14:1

**part** 19:2 74:15 130:5,12 145:24 150:22

**participants** 25:17,21 26:1,7 35:17

**participate** 161:20

**participated** 136:1

**partner** 15:11 16:8 54:22 55:10,23 56:8 60:2 84:19 103:3 146:17 151:21

**passed** 65:6 69:7

**past** 10:5 137:23

**patch** 28:22

**path** 41:15

**pending** 7:9 13:17 72:14

**people** 62:16, 24 63:3,9,14 91:22 92:3,6,13 142:12 150:1

The Deposition of REYNALDO GUEVARA, taken on November 02, 2021



**Exhibit 5**

Case: 1:19-cv-02441 Document #: 457-5 Filed: 06/10/26 Page 57 of 63 PageID #:15855



**perfectly** 163:22

**Pergande** 8:8 20:13 26:11 44:24 104:4,8, 12,17,23 105:7, 14 117:5,10,16 130:20

**perjury** 36:11 137:19,22 138:1

**perpetrator** 23:21,25 24:6 25:23 26:3 37:23 38:2,13 46:22 52:7,20 110:19 111:1,7, 15 115:4,10,13 116:9,16

**perpetrator's** 25:9,14 37:18 38:18,23 39:7 41:14

**person** 11:3 25:22 39:25

**personal** 107:11

**personally** 103:7,11,17,23

**persuade** 83:19,25

**phone** 36:6 43:11 44:20

**photo** 47:8

**photograph** 30:7,12,18,23 31:3,6,11,16,20 32:1 35:2,7,12 47:9

**Photography** 43:6

**physical** 15:25 74:23 147:12 150:24

**physically** 78:21 151:16

**pick** 22:24 26:12,18,25 27:5 33:3,7 63:21 64:3

**picked** 19:18 27:20 62:23 92:2

**pin** 147:4,17 151:5

**place** 31:6

**plaintiff** 7:17 8:25 10:1 153:13 157:24 162:14

**plaintiff's** 7:15 52:4,13,25

**plan** 55:25 71:23 72:3 85:16 86:3 94:18

**plausibly** 58:18

**play** 82:20

**plead** 15:19,23 16:3,7,12,16,21 17:4,10,18,23 18:3,7,12,17,22 19:1,7,12,17, 21,25 20:11,15, 20,25 21:4,9, 16,21 22:7,13, 18,23 23:2,7, 13,18,23 24:3, 8,13,18,22 25:1,6,11,16, 20,25 26:6,10, 15,23 27:3,11, 15,19,24 28:7, 12,16,20,25 29:5,10,16,20, 25 30:5,10,15, 21 31:1,5,10, 15,19,23 32:6, 12,16,22 33:2, 6,10,16,21,25 34:5,11,15,20, 25 35:5,10,15, 20,25 36:5,9, 15,22 37:2,7, 16,21,25 38:5, 11,16,21 39:2, 10,14,18,23 40:4,8,17 41:2, 8,12,17,22 42:2,6,11,17, 21,25 43:5,9, 14,18,22 44:4, 10,16,23 45:2, 6,12,17,21 46:1,8,14,18 47:2,6,12,16,21 48:1,9,15,20,25 49:5,10,16,21, 25 50:4,10,16, 21,25 51:5,11, 16,20,25 52:10, 15,23 53:3,8, 13,17,21 54:1, 6,10,16,21 55:1,5,9,14,20 56:2,7,12,16,22 57:1,6,13,17,22 58:3,8,15,21 59:1,6,12,20 60:1,6,11,15, 19,24 61:9,14, 18,24 62:4,14, 19,21 63:2,7, 12,18,25 64:5, 12,18,24 65:4, 9,14,20 66:1,5, 9,14,19 67:1,8, 15,21 68:3,11, 25 69:3,10,17, 20,24 70:3,7, 11,18 71:3,10, 16,21,25 72:6, 11,17,23 73:4, 10,15,19,24 74:4,8,13,20 75:2,6,10,15, 19,24 76:4,10, 15,22 77:3,9, 14,20 78:1,7, 12,18,23 79:7, 13,18,25 80:8, 15,22 81:3,8, 15,20,25 82:8, 13,18,23 83:4, 8,12,17,23 84:4,8,13,18,24 85:3,8,12,18,24 86:5,13,17,22 87:3,8,13,18,22 88:3,8,13,18, 21,25 89:4,9, 14,19 90:1,7, 12,17,22 91:2, 6,11,15,21,25 92:5,10,16,22 93:4,11,17,23 94:3,5,10,15,21 95:2,9,15,21 96:1,7,13,19 97:1,8,13,18,22 98:2,8,13,18 99:3,16,20,24 100:4,9,14,19, 25 101:5,10,16, 23 102:2,7,12, 16,20 103:1,6, 10,16,22 104:2, 7,11,16,21 105:1,6,12,19 106:2,10,15,20 107:1,7,13,19 108:2,9,13,22 109:5,14,20 110:1,9,15,22 111:4,11,18,22 112:1,5,10,14, 19,24 113:4,9, 13,18,24 114:6, 13,19 115:1,7, 17,22 116:2,7, 13,21 117:3,8, 14,22 118:5,12, 20 119:2,8,14, 21,25 120:7,15, 22 121:5,12,18 122:1,9 123:1, 9,18 124:1 125:24 126:7, 13,19,25 127:6, 12,19,25 128:7, 14,21 129:2,8, 14,19,23 130:3, 8,17,22 131:2, 7,12,17,22 132:3,13,23 133:6,12,18,24 134:4,8,13,18, 24 135:4,13,19, 23 136:2,12,16, 24 137:8,14,18, 21,25 138:5,15, 18,21,24 139:2, 5,9,13,18 140:5,10,18,23 141:14,21 142:4,9,16,22 143:5,12,20 144:2,7,14,21 145:2,8,13,17, 22 146:3,10,16, 22 147:3,8,14, 21 148:3,7,12, 18,25 149:4,10, 18,24 150:4,9, 13,21 151:3,9, 15,20,25 152:6, 9,14,20 153:1, 7,17,23 154:1, 6,11,17,22 155:2,7,13 156:20,25 157:5,10,18,23 158:12,17,21, 25 159:4,8,12, 17,22

**point** 10:13 13:12 14:5 35:1,6,11 85:25 157:7

**police** 14:13 15:1,5 20:23 21:2,6 22:3 25:2,7,12 31:3 32:9,18,24 34:7 35:18,22 36:2,7 38:7 44:17 53:24 54:4 68:5,19 69:11 77:6 83:14 84:1 88:1 95:4,10, 17,23 96:3,9, 15,21 97:3,10, 15 101:11,18 107:16 114:21 116:24 120:2, 10,18,25 121:8, 15,23 122:5,6, 21,22 123:4,13, 20 125:19 126:1,9,15,21 127:2,8,15,21 128:2,10,17,23 129:5,10,17 130:14 132:7 136:14 145:24 159:2

**policies** 124:5, 13

**policy** 120:2, 10,25 121:15 122:4 123:4,20 125:18 126:9, 21 127:8,21 128:9

The Deposition of REYNALDO GUEVARA, taken on November 02, 2021



Exhibit 5

**polygraph** 49:1 50:12

**ponytail** 27:7, 8,12,16,22 28:9 88:16 104:14, 19,24 105:4,9, 15

**portray** 44:13

**position** 34:13 134:5

**potential** 119:17

**PR** 64:7,15 92:19 93:1

**practice** 120:2, 18 121:8,22 122:20 123:13 126:1,15 127:2, 14 128:2,16

**pre-** 144:18

**pre-trial** 144:10

**preceded** 103:19

**presence** 56:19 61:10 74:1,6 114:9

**present** 17:25 44:17 158:19, 23

**preserve** 11:4 12:6 116:8

**preserves** 11:25

**pressure** 150:15

**pressured** 36:16,18,24 37:4

**pressuring** 159:19

**prevent** 134:1

**previous** 12:20 13:1 107:21

**previously** 12:18

**prior** 32:24 36:12 39:3,5 55:2,7 61:1 85:5,10 104:4,9 157:20

**prison** 120:3, 11,19 151:12 157:16

**privilege** 135:6 136:4 137:7 138:9 139:22 140:19,25 153:22 154:10, 16 156:24 157:13

**probable** 131:20,25 132:9,19

**problem** 125:15

**procedure** 103:8,12

**procedures** 103:19

**proceed** 11:20

**proceedings** 7:1 87:11 107:25 108:19 114:24 115:20

**process** 130:1, 5,12

**produced** 107:24 108:5, 18 109:3,10,16 114:16,23 115:19,24 116:4

**program** 73:7

**promise** 156:3, 7

**promised** 95:4,18 143:2,9 144:5 152:10

**promises** 73:13 77:22 78:21 96:22 97:4 150:25

**promotion** 129:20

**properly** 8:15

**prosecuted** 132:16 137:10

**prosecution** 31:17 32:3 47:19 108:7 109:3,17 111:24 114:17 115:25 116:5 132:17 137:3, 15,19,22 138:1, 11,16,19,22,25 139:3,6,10 159:20

**prosecutions** 123:7

**prosecutor** 36:19,23 46:4 47:18 53:1,5 59:8 89:16 98:4 141:23 152:17

**prosecutors** 47:14 98:14,19 100:1,6,11,16 101:7 123:16 144:3,8,17 146:6

**protected** 131:15,19,24 149:20

**protection** 73:6

**protective** 141:12

**prove** 48:17,22 140:14

**provide** 43:10 44:20 78:4 98:20 121:9 155:24

**provided** 29:13 43:20 105:17 153:12 159:15

**providing** 82:4

**pullover** 46:24

**purported** 67:24 68:6,21

**purpose** 38:7 65:21 76:18 96:8,14,20 97:2 101:17

**purposefully** 47:17,22

**pursuant** 120:1,9,17,24 121:7,14,22 122:4,20 123:3, 12,19 125:18, 25 126:8,14,20 127:1,7,10,14, 16,20 128:1,8, 16 160:24

**pursuing** 11:20

**put** 19:19 23:4, 10 77:5 119:9, 15 120:3,10,18 124:14,16 125:11 160:15

**putting** 147:24

**Q**

**quarters** 98:23 99:14,18,22 100:1,7,11,16, 22 101:3,8,13, 19

**question** 9:3 11:25 12:5 13:17 17:2,11, 17 20:16 21:22 22:14 26:22 27:10 29:15 44:3 56:15 61:3 62:13 107:21, 22 122:11 125:12 130:10 136:7,11 144:16

**questioning** 13:13 138:7

**questions** 12:9 13:2 31:25 61:2 124:12,16, 17 135:9,21,25 142:3 153:10 155:22 156:6, 16 157:25 158:6 159:24, 25 161:8,11

**quick** 9:2

**quickly** 18:14

**R**

**R-E-Y-N-A-L-D-O** 12:15

**Rachel** 163:6, 23

**raid** 151:5

**raise** 10:3,17

**raised** 10:12 66:12 69:21 162:15

**rang** 18:19

**rat** 77:17

**reach** 132:5,8

**readily** 49:2,7

**reason** 13:5

**reasonable** 137:2

**reassurance** 98:10,16

**recall** 74:14,21, 22

**receive** 118:16

**received** 69:6 129:20 157:6

**receiving** 99:13,17,25 100:5,10,15,20 101:1,6 141:11

**record** 7:3 8:12 9:4 10:7 12:14 70:20,21,22 124:17 139:19 141:5,6,7 155:15 160:1,2,

4,8,10,11,12, 15,22 161:1,3, 16 162:2,14,19, 25 163:3,25

**recorded** 9:12 10:12 161:19

**recording** 9:4, 5,7,15 162:11, 17,18

**records** 9:17 115:18,23 116:3

**red** 40:22,23 46:23

**refuse** 136:11 153:11

**refused** 13:2 48:18,23 51:8 71:23 73:12 87:6

**refuses** 155:21

**refusing** 154:2

**register** 9:18 118:23 119:4, 11,18

**regret** 157:15

**related** 159:3 160:19

**relating** 136:13 157:2

**relation** 158:9, 14 159:7,11

**relationship** 150:5 158:14

**released** 87:5

**relied** 153:14

**rely** 154:7

**relying** 155:10 156:17

**reminded** 72:1 94:16

**remotely** 7:25 8:5,6,10 39:25

**remove** 44:24 45:3

**removed** 44:18

**repeat** 152:16

**repeated** 152:11

**repeatedly** 129:4

**report** 20:23 21:2,6 41:4,13 51:1 103:18

**reporter** 7:3,5 8:11,14 9:3,7 10:7,8,16,22 70:20,22 141:5, 7 160:1,3,10, 12,24 162:9,21 163:4,12,19,21, 25

**reports** 22:3 25:2,7,12 31:3 35:18 68:5,20 69:12 95:4,10, 17,23 96:3,9, 15,21 97:3,10, 15 101:11,18 122:6,22 145:24

**represent** 8:4 64:21 93:8 158:5

**represented** 89:6 156:12

**representing** 7:17

**request** 49:22 50:1,12

**requested** 52:4,12,17 53:1,6

**requests** 50:13

**required** 162:23

**requirements** 160:19

**reserve** 163:1

**reset** 163:5

**residue** 48:22 49:6,11,13,17, 23 50:12

**respect** 153:8

**result** 14:24

**results** 49:12

**returned** 75:7

**returning** 41:19

**reveal** 77:22 78:3

**review** 46:3 53:1,5

**revolves** 124:4

**revolving** 124:12

**Rey** 18:5,9 19:3,8,13 23:19 24:4,9,14,19,23 25:13 30:2 34:1 35:2 36:10,16, 18,24 37:3,8,9 163:13

**Reynaldo** 7:8, 21 8:13 9:1 12:15

**Richard** 66:23 68:7,22 69:13, 25 70:4,25

**Richmond** 18:4,8 19:3,8, 13 22:15,19,24 23:3,9,19,24 24:4 25:3,8 30:1 33:3,7,22 35:1,6,11,21 36:1,6

**Richmond's** 35:16

**RICO** 138:16

**rid** 65:12 93:20

**rights** 128:11, 19 130:19,24 131:4,9,14,18, 23 133:3,15,20 134:2,20 135:2 139:7,11

140:15 154:8, 25

**rival** 19:10 26:12 30:17 147:22

**Rivera** 148:20 149:1,6,19,25 150:6,15

**Rivera's** 149:13 150:6

**robbery** 73:1 143:15

**Robert** 7:8,17 14:21 15:1,21 19:4,18,23 26:13,18,25 27:5,7,12,16,20 30:8,17,18 33:17,22 34:1, 22 35:2,7,12 40:6,11 41:23 54:3,18 55:17, 24 57:9,19,24 58:1,17,19 59:3,8,14,15, 22,23 61:5,11, 20 62:6,16,23 63:4,9,14,20 64:1,6,14,15,20 65:1,6,11 67:3, 18 72:2,4,9,14, 19,25 73:8,12, 22 74:16,24 76:19,24 77:5, 11 78:10,15 79:3,9,16 80:2 83:5,15,20 84:1,15,21 85:14 86:8 87:11 89:11,21, 22 90:3,4,19 91:23 92:7 93:7,13 94:17, 18,24 95:6,19, 24 96:23 97:5 98:5,24 101:25 102:10 104:13, 18,23 105:3,8 108:18 109:3 111:24 117:18, 25 118:2,15 119:3,9,15,17 121:21 132:16

134:10 141:18, 25 158:11,16 159:3

**Roberto** 146:11 159:20

**Rodrigo** 80:5 108:5 109:10, 15 110:5

**Rodriguez** 11:13 144:22 145:3,15,18 146:19 147:5, 11 148:15,20 149:6 150:16, 24 151:10,17, 22 152:10,15, 21,23 153:3 163:6

**Rodriguez's** 152:2

**role** 22:9 82:20

**rolled** 75:20

**rolled-up** 76:1

**Roman** 80:13

**romantic** 150:5

**room** 33:13 56:4,10 57:8 75:4 76:7 87:10,15

**Roosevelt** 59:4,9 63:21 64:2 89:12,17, 24

**route** 42:7

**rule** 11:2

**rules** 11:20 162:1,21

**run** 16:19 143:16

**Ruth** 7:16 9:20 10:24 11:16 68:12 139:19 158:1 161:8 163:10

**Ruvalcaba** 15:7,10,16,21



**Exhibit 5**

16:5,9,18,23 17:7,13,24 18:10,24 19:15 20:1,7,8,13,18, 22 21:7 22:4 36:13 41:25 42:9 47:19 50:19 54:19 59:16 60:4,9,17 65:2,22 66:3,7, 11,16 71:18 76:13,18 79:4, 11 81:6,12 82:5 83:2 84:16,21 87:1 88:23 90:9,15,25 96:9,15,21 97:3,11,16 98:24 101:12 102:14,17,23 103:2,25 104:4, 9 105:23 106:7, 13,18,24 107:5, 24 108:17 109:2,23 110:17,20 111:1,8,15 112:3,8,12,17, 21 113:1,6,11, 16 115:4,14 117:20 118:3 119:23 123:22 129:24 131:13 132:10,20 133:3,9,16,21 134:6,10,15 154:19 156:22 157:8 158:10, 15 159:7,11

**Ruvalcaba's** 115:10

## S

**sake** 162:7

**Sally** 51:7 52:12,17 79:10

**Salvador** 15:7 16:5 19:14 41:24 42:9 47:19 59:16 60:4 90:9 111:8 117:20 118:3 119:23

**San** 7:22

**sat** 12:18,21

**scene** 17:20,24 18:9,23 19:19, 23 20:1,6,8,12, 18,22 103:14, 24 111:6

**scheme** 141:18

**School** 59:4,10 63:21 64:3 89:12,17,24

**scratch** 12:21 20:7 36:17 39:4 55:22 79:1 85:20 92:11 100:21 115:11 132:5 133:14

**Sean** 8:2,3 158:4

**secret** 123:5, 14

**Seeger** 11:1,13

**seek** 49:1,6,11, 17 155:20

**select** 39:12

**selected** 82:19

**sentence** 72:20 73:1 143:15,23,24

**separate** 23:15 107:8,16

**Sergeant** 102:14

**Serrano** 80:4 108:6 109:12, 16 110:6

**serve** 142:25 143:8,17,22 144:11

**shared** 123:6, 15,23

**shirt** 28:1

**shoes** 29:8

**shoot** 145:19

**shooter** 18:20 19:4,14 23:4,10 27:6,7 28:3 29:13 34:7,8 36:19,25 40:1, 6,19,23 41:5,19 105:17 114:10 115:10 117:20 118:3

**shooter's** 18:14 22:20 24:15

**shooting** 15:17 18:13 27:21 40:20 41:24 42:4,9 48:4 59:9,16 89:17,23 115:4, 14 132:20 144:23 145:4, 10 146:24 147:17 148:21 149:2 157:8

**short** 63:10,15 88:16 92:8,14 163:4

**shortly** 116:22 118:9,17

**shorts** 28:2 115:5,14 116:10,11,16, 18

**shot** 59:4 61:6, 11 62:6 64:8 65:2 89:12 91:8,17 92:20 93:14

**shots** 18:19

**show-** 103:13

**show-up** 19:19 20:6,8,12,17, 21,23 21:1,6,18 22:3 23:14,15, 21,25 24:5,10, 20,24 25:3,17, 21 26:1,7,13,18 27:1 29:21 103:19

**show-ups** 22:10 103:24

**showed** 31:7 33:17 39:15,24

**showing** 39:3, 5,20 40:9

**shown** 31:12

**sic** 66:10 159:20

**sides** 88:16

**sign** 148:14 163:23,24

**signature** 162:12,24 163:1

**signed** 80:19, 25

**significantly** 29:12

**signing** 152:22

**silence** 119:17 127:10,17

**single** 124:23

**sir** 8:14 10:22 12:13,17 13:23, 25 14:5,20,24 56:15 81:4 85:1 107:8 108:12 153:9

**sit** 74:14 136:20

**skipped** 8:3

**slow** 124:19

**snitch** 77:17

**solemnly** 10:18

**son** 75:12

**soul** 28:22

**Spanish** 19:9 60:22 61:6,12 62:7 75:12 91:4,8,18

**Spaulding** 41:6

**speak** 72:8 154:12

**specifically** 46:4

**spell** 12:13

**spend** 157:16

**spoke** 18:4,8 50:17 70:4,8 82:24

**spontaneously** 69:12

**spot** 68:13

**stand** 10:6

**standing** 11:2, 5,6 110:19,25 111:7,14 138:6 139:20

**start** 9:2 39:5

**started** 15:15 40:20 64:21 66:17 93:8

**starting** 7:14

**state** 7:12 8:12 12:13 86:25 123:16 125:12 137:15

**State's** 48:3 50:18,22 51:2, 6,7,12,17 52:3, 11,16 78:9,14, 20,25 79:3,9,19 80:18 98:22 99:13 106:5 158:5

**stated** 10:11

**statement** 43:24 66:22 77:23 78:4,10 79:15,20 80:19, 25 97:25 148:14 152:16, 22 156:13 159:6,10,15

**statements** 35:16 36:12 153:15 155:15



Exhibit 5

**States** 7:9
**stating** 142:24
**station** 29:22 32:9,18 33:18, 23 34:2 35:22 36:2,7 38:7
**step** 119:22
**stipulate** 8:16, 19,22,24,25
**Stipulated** 8:20
**Stones** 64:7,15 92:19 93:1
**stop** 133:21
**store** 43:2,6,25
**stories** 94:8,13
**story** 66:20 70:24 71:19 77:6 81:5,11 82:16 86:25 87:24 88:10 102:8
**straight** 21:11
**strategy** 155:24
**street** 13:25 27:20 107:14, 23 108:4 109:15,22 110:4,17 112:21 113:1,6 123:21,22 124:4,12
**strike** 158:8,19
**struck** 73:16, 20,25 74:5,9, 15,22 75:4,21, 25 149:5
**stubble** 29:2
**studio** 47:8
**study** 152:16
**stupid** 75:12
**subjecting** 147:11
**subjects** 136:13,19
**suffering** 54:13 84:10
**sugar** 57:3
**suggesting** 125:19 126:2
**suggestive** 30:11 39:21 40:9
**Summerfeldt** 115:3,9,12
**Summerfeldt's** 115:19,24 116:4,9,15
**Sunnyside** 40:19,22 41:5
**supervisor** 50:23 51:3,7 79:10 102:13
**support** 44:8 45:9 49:13 50:8,13 113:22
**supposed** 66:22 67:19 71:6,13 142:17
**supposedly** 70:13 87:25
**suspect** 32:24, 25 34:13 37:4, 10 39:4 62:1 91:12 132:19
**suspects** 32:17 121:2 122:6,22 125:20 126:2 129:4
**suspects'** 128:11,18
**suspicion** 67:4,11,25
**suspicious** 44:14 69:5 70:14
**sustained** 74:11
**swear** 10:18 71:5,12
**symptoms** 54:13 57:4 84:11

**T**

**T-SHIRT** 38:19
**tactical** 20:2 21:12 117:6 118:1,24 119:11,16
**tactics** 96:10, 16
**taking** 14:17 153:15
**talk** 30:18,23 34:17 54:3 58:17 141:25
**talked** 17:20,25 57:2 82:9,14 144:3
**talking** 53:23 58:12 70:25 99:9
**taller** 29:12
**Tania** 42:19,22 43:1,10,24 44:20 45:8,14, 18,23 46:3,11, 16,19 47:3,7
**Tania's** 43:6, 19 47:9,13,18, 23 48:5
**tattoos** 13:20, 23
**team** 20:2 21:12 117:6,11 118:2,24 119:12,16
**technical** 117:11
**technician** 7:4 9:22
**teenage** 47:9
**teenager** 26:2, 8
**telephone** 75:8,20,22 76:1
**telling** 65:21
**ten-minute** 141:3
**tended** 44:8 50:7,13 114:10
**territory** 147:22
**test** 48:17,22 49:1,2,6,7,11, 12,17,23 50:2, 12
**testified** 21:10 87:10,15,20
**testify** 13:5,10 36:11 102:10 140:22 159:20
**testifying** 142:1,11 150:16
**testimony** 10:18 82:11 121:16,23 136:15,21 137:3,10
**Texas** 7:22
**theory** 113:22
**thing** 13:16
**things** 87:6 95:5 162:22
**thought** 69:4 99:8 122:16 124:21 125:5
**threat** 156:2,6
**threaten** 158:23
**threatened** 35:21 36:10 37:9 78:3 151:4
**threatening** 155:23
**threats** 96:3 97:15 147:12 148:13 150:25
**three-quarter** 28:2
**time** 7:6 15:11 27:21 42:4,8 59:13 76:16 82:4 89:20 102:22 110:20 111:1,8,15 116:18 144:10, 19 149:11 150:10 157:7
**times** 12:24 65:2 73:17,21 74:1,6 93:14 128:22 146:25 151:22
**timing** 42:13, 14
**today** 7:5 13:6, 10,12 74:14 136:15,20 137:4,11 153:15 155:22 156:19 161:17 162:22
**told** 18:13,18 22:19,24 23:3,9 24:14 25:3,8,13 26:24 33:3,7 34:6 37:17 38:6,12 39:7,11 40:18 42:3,12, 18,22 43:1 48:2,16,21 50:22 51:6,12, 17 52:11,16 54:3 57:9,23 58:4,10,22 59:2,7,13,21 60:2,7,12,21 61:5,10,15,19, 25 62:5,15,22, 23 63:3,4,8,13, 19,20 64:1,2,6, 8,13,14,19,20, 25 65:1,5,6,10 66:2,6 67:16,17 70:5,9 71:6,13 72:7,12,18,24 73:5 75:16 77:4,10,15,16,



**Exhibit 5**

21 78:2 79:20 80:17,23,24 83:18,24 86:8, 14,19,23 87:4, 23 88:4,9,14,22 89:1,5,10,15,20 90:2,8,13,19 91:3,7,12,16,22 92:1,2,6,11,12, 17,18,19,24,25 93:6,7,12,13,18 94:22 95:11 97:19 99:12,17, 21,25 100:5,10, 15,20,21 101:1, 6 111:6 114:3 118:21 137:23 141:11 142:12, 17 143:6,13,21, 22 144:17 146:24 147:16 156:17 159:14

**Tom** 7:19 99:5 139:20 163:8

**tools** 17:13

**top** 38:18

**total** 143:24

**transcript** 161:23

**transcription** 162:10

**treatment** 118:17

**trial** 36:10,16, 18,23 140:22

**trials** 126:22 127:3

**true** 14:20,24 15:20,24 17:6, 12 18:18 22:19 27:4,25 28:8, 13,17,21 29:1, 6,11 44:5,11 45:7,13 47:17, 22 48:2 50:5 51:21 53:22 54:2,7,11,17,22 55:10,15,21,22 56:3,8,17,23 57:2,7,23 58:4, 10,16,22 59:2 64:19,25 65:21 66:2,6,10,15,20 67:2,9,16 68:18 69:21 71:17,22 72:1,7,12,18,24 73:5,11,16,20, 25 74:5,9 75:3, 7,11,16,20,25 76:5,11,16,23 77:4,10,15,21 78:2,8,13,19,24 79:2,8,14,19 80:1,9,17,23 81:4,9,16 82:1, 9,14,19,24 83:13,18,24 84:5,9,14,19 85:13,19,20,25 86:7,14,19,23 87:4,9,14,19,23 88:4,14 89:5, 10,15 94:6,11, 16,22 95:17 101:17,24 102:3 103:7,11, 17,23 104:3,8, 12,17,22 105:3 107:8,14 109:22 110:4, 11,16 111:12, 19,23 112:2,6, 11,15,20,25 113:5,10,14,19, 25 114:7 122:3 127:13 130:4, 11 141:15,22 142:5 144:22 145:3,9,14,23 146:4 148:19 150:14 151:16 153:2 158:7,8, 13,18,22 159:1, 5,9,13,18

**truth** 10:19,20

**truthfully** 13:6, 10

**turn** 31:16,20 111:19,23

**turned** 32:3 41:5

**turning** 114:1

**two-way** 33:13

**type-written** 152:16

**U**

**ultimately** 152:21

**unclear** 11:21

**understand** 17:21 18:1 134:19,25 135:8 137:2 157:12 160:25

**understanding** 125:1 143:14 160:23

**understood** 139:21 155:12

**undocumented** 103:13

The Deposition of REYNALDO GUEVARA, taken on November 02, 2021

**unduly** 30:11 39:20 40:9

**United** 7:9

**unrelated** 69:5

**upper** 28:23

**ups** 103:14

**upset** 142:24 143:7,21 144:4

**V**

**Vargas** 80:5 108:5 109:10, 15 110:5

**Velasquez** 146:18,23 147:10,12,22, 23 148:4,8 150:15

**Velasquez's** 147:24

**Vicente** 53:24 54:3,8,12,18,23 55:2,7,12,16, 17,24,25 56:3, 9,18,24 57:8,9, 15,20,23,25 58:4,10,11,17, 22 59:2,7,13, 21,24 60:2,7, 12,16,21 61:5, 10,15,19,25 62:5,16,22,23 63:3,8,13,20 64:1,2,7,13,14, 19,20 65:1,5,6, 10,15,22 66:2, 6,17 67:3,10, 17,23 68:7 69:6,12,21,25 70:4,8,13,24 71:5,13,17,22 72:2,7,12,13, 18,24 73:5,11, 17,21 74:1,5, 10,15,22 75:4, 11,16,21,25 76:6,12,17,18, 23 77:4,5,10, 15,16,21 78:2, 14,20,24 79:2,8 80:1,3,9,11 81:5,10,17,21 82:2 83:15,18, 24 86:24 87:25 88:5 89:6 92:2 94:7,12 95:5, 11,24 96:11,23 97:10,20,24 98:3,9,14,22 99:12,17,21,25 100:5,10,15,20, 21 101:1,6,12, 19,25 102:4,8,9 105:22 106:6, 12,17,22 107:4 108:16 109:1,9 110:12 141:10, 11,15,24 142:1, 6,10,17,24 143:6,13,21 144:4,9,17 158:19,24 159:6,11,16

**Vicente's** 66:22 71:19 78:9 79:15,20 80:19,24 82:11, 16 88:10

**Vicento** 66:10

**victim** 60:21 91:3

**victims** 118:16

**victory** 12:16

**video** 7:4 9:4, 21 10:6 161:22, 24 162:8,9,21

**videoconference** 7:7

**videographers** 160:20

**view** 19:23 30:13

**viewers** 23:15, 24 24:5

**viewing** 32:25 33:12

**violate** 128:11, 18 130:19,24 131:4,9

**violated** 129:25 130:4, 11 131:14,18, 23 140:14 154:20

**violating** 133:2,15,20

**violation** 139:6,10

**violations** 134:1 138:16

**visible** 74:11

**visits** 98:21,22 100:21,22 101:2

**voice** 76:7 122:16

**W**

**Wait** 124:20

**waiving** 160:18



Exhibit 5

**walked** 42:8

**wall** 148:8

**wanted** 44:13 45:15 48:17,22 49:3,18 51:21 53:10 54:17 57:25 58:5,11, 16 59:3,7,14,21 84:14 86:9,15, 20,24 87:24 89:16,21 90:2 95:11 98:4 101:20 119:9, 15,16 147:4 160:15 161:15

**watch** 102:21

**wearing** 28:1 38:2 40:22 46:23 115:4,14 116:10,11,16, 18

**west** 40:19 41:5

**whatsoever** 134:9

**whispered** 34:12

**white** 26:2,8 29:7 46:24 63:9,15 92:7,14

**William** 110:18,25 111:6,14 112:11,16 113:7,21 114:2, 9,16,22

**Wilson** 40:24

**window** 47:10

**withdrawal** 54:13 57:4 84:10

**withheld** 31:11 44:5,11 47:17, 22 50:5,11 109:22 110:4, 16 112:20,25 113:5 146:5

**withhold** 47:13

**witness'** 100:1,6,11,16 101:3,13,19

**witnessed** 146:24 147:17 149:1

**witnesses** 8:17 17:21,25 18:18,23 31:12 32:17 34:6,12, 16,21 103:14 146:13

**word** 11:3

**words** 42:12 58:24 75:12,17 77:18 86:23

**worked** 104:3 150:10

**write** 80:18,24 159:15

**written** 159:15 161:22

**wrong** 32:23

**wrongful** 132:18

**Y**

**year** 143:14,15, 23 144:18

**years** 142:18 143:1,8,9,16, 18,24 144:11

**yelling** 76:2

**you-all** 8:11

**younger** 64:7, 14 92:18,25

**Z**

**Zehner** 8:9,22 17:1,17 21:24 31:24 32:7 107:20 108:3, 10,23 109:21 110:3,10,23 120:8,16,23 121:6,13,20 122:2,10,12,15 123:2,11 124:2, 9 125:5,13 162:6 163:15

**Zoom** 9:5,7,12, 15 10:12 161:19,20 162:9,17

The Deposition of REYNALDO GUEVARA, taken on November 02, 2021



Exhibit 5