IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT BOUTO,

Plaintiff,

vs. Case No. 19 CV 02441

REYNALDO GUEVARA, et al.,

Defendants.

---

VIDEOTAPED VIDEO-CONFERENCE DEPOSITION OF TANIA ASTEFAN taken on the 16th day of September, 2021, commencing at 11:30 a.m., CST, pursuant to Notice.

APPEARANCES

For the Plaintiff: Mr. Russell Ainsworth
Loevy & Loevy
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900
russell@loevy.com

For the Defendant Guevara: Mr. Michael Schalka
Leinenweber Baroni & Daffada, LLC
120 North LaSalle Street, Suite 200
Chicago, Illinois 60602
(866) 786-3705

**Exhibit 8**

Page 2

| | |
|---|---|
| For the Defendant Kevin Hughes and Cook County: | Mr. Sean O'Callaghan<br>Cook County State's Attorney's Office<br>50 West Washington, Suite 500<br>Chicago, Illinois 60602<br>(312) 603-5440<br>sean.ocallaghan@o2lawyers.com |
| For the Defendant City of Chicago: | Mr. Austin G. Rahe<br>Rock Fusco & Connelly, LLC<br>321 North Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>(312) 474-1000<br>arahe@rfclaw.com |
| For the Individual Defendants: | Mr. Jeffrey R. Kivetz<br>The Sotos Law Firm, P.C.<br>141 West Jackson, Suite 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>jkivetz@jsotoslaw.com |
| Also Present: | Mr. Derek Letellier, Videographer |
| REPORTED BY: | Lauret Henry, CSR 6469<br>Certified Shorthand Reporter<br>Registered Professional Reporter |

Page 3

TABLE OF CONTENTS


| WITNESS: | PAGE: |
|---|---|
| TANIA ASTEFAN | |
| Examination by Mr. Kivetz | 5 |
| Examination by Mr. O'Callaghan | 133 |
| Examination Mr. Rahe | 160 |

| EXHIBITS: | | PAGE: |
|---|---|---|
| Exhibit 1 | Google Map | 108 |
| Exhibit 2 | Interview of Ms. Astefan | 108 |
| Exhibit 3 | Group of photographs | 131 |

(Exhibits retained by Mr. Kivetz.)


Page 4

THE VIDEOGRAPHER: This is Media Unit 1. We are now on the video record. This is the videotaped discovery deposition of Tania Astefan being taken on September 16, 2021. The time is now 11:30 a.m. as indicated on the video screen. This deposition is being taken remotely by agreement of the parties. This deposition is being taken on behalf of the Defendant and videorecorded on behalf of the Defendant in the matter of Bouto versus Guevara, et al. The case number is 19-cv-2441 filed in the United States District Court for the Northern District of Illinois, Eastern Division. My name is Derek Letellier, certified legal videographer representing Urlaub Bowen & Associates with offices at 20 North Clark Street, Suite 600, Chicago, Illinois. The court reporter today is Lauret Henry, also of Urlaub Bowen & Associates. Counsel, please identify yourself for the video record and indicate the parties you represent.

MR. AINSWORTH: This is Russell Ainsworth appearing on behalf of Robert Bouto.

MR. KIVETZ: Good morning, this is Jeff Kivetz on behalf of the individual police officer defendants except for Defendant Guevara.

MR. RAHE: Good morning, this is Austin Rahe,

Page 5

R-a-h-e, on behalf of Defendant City of Chicago.

MR. O'CALLAGHAN: This is Sean O'Callaghan on behalf of Assistant State's Attorney Kevin Hughes and Cook County.

MR. SCHALKA: And this is Michael Schalka on behalf of Defendant Guevara.

THE VIDEOGRAPHER: If the notary public could please swear in the witness?

MS. FALASZ: Ma'am, will you raise your right hand for me, please? Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

MS. FALASZ: Thank you.

MR. KIVETZ: Is everyone's phones turned off?

THE WITNESS: Let me -- that was my work phone. I apologize.

MR. KIVETZ: Okay. Take your time.

THE WITNESS: Sorry about that.

MR. KIVETZ: Not a problem.

EXAMINATION

BY MR. KIVETZ:

**Q Good morning, Tania. My name is Jeff Kivetz. I'm an attorney with the Sotos Law Firm in Chicago, Illinois.**



Exhibit 8

Page 6

**I appreciate you sitting down remotely to join us today. Could you please for the record spell -- state and spell your full name?**
A Tania Astefan, T-a-n-i-a, A-s-t-e-f-a-n.
**Q And, Ms. Astefan, you are here pursuant to federal Subpoena in a matter entitled Bouto versus the City of Chicago, and though we're remotely, do you understand that you taking an oath and because of that oath it has the full effect as though you're before a judge and a jury at this moment? Do you understand that direction, ma'am?**
A Yes.
**Q There is a court reporter over the Zoom call that is transcribing everything that we say, so you have to provide verbal answers throughout the course of your testimony. Do you understand that direction?**
A Yes.
**Q Because the court reporter can't take everything down when we're talking over each other, please wait until I'm done asking my question and then pause for a second for some objections to potentially be made before providing your answer, and that way we can have a clear record. Do you understand that direction?**
A Yes.

Page 7

**Q If at any time you don't understand a question, please let me know and I'll try to rephrase it. But if you do answer the question, I'm going to assume that you understood the question and provided an appropriate answer. Do you understand that direction, Ms. Astefan?**
A Yes.
**Q Okay. If you need a break at any time, just let us know. We're happy to take a break. But if there is a question pending, you have to answer the question before taking the break. Okay?**
A Yes.
**Q And for the record, are you currently under any medication or drugs that would prevent you from telling the truth today?**
A No, I am not.
**Q And where are you presently located?**
A Arizona.
**Q Where in Arizona?**
A Youngtown, Arizona.
**Q And then is there anyone present with you in the room?**
A No.
**Q So you're by yourself alone in your home in Arizona. Is that fair to say?**
A Correct.

Page 8

**Q Do you have any documents with you that you have in front of you that relate to this case in any way?**
A I don't.
**Q Have you ever been deposed before?**
A I don't understand the question.
**Q Have you ever sat down and been questioned by an attorney in an informal setting, either over Zoom or in a conference room as part of some type of civil litigation?**
A Yes.
**Q When was that?**
A It was awhile back ago. I don't know exactly when.
**Q What was it related to?**
A The Bouto case.
**Q Bouto. Okay. And when did you provide a deposition in the Bouto case?**
A It was -- gosh, it was awhile back ago. I don't know exactly when.
**Q Okay. Was that -- is the testimony you're thinking about when you provided testimony during Mr. Bouto's criminal trial?**
A Correct.
**Q Okay. And have you provided any other testimony related to Mr. Bouto's claims against the officers or**

Page 9

**related to his incarceration at all?**
A There were a few times when an investigator had contacted me and/or an attorney.
**Q Okay. When was that?**
A I don't recall the date.
**Q Was it in the past five years?**
A Could be.
**Q My original question was whether or not you provided a deposition in any type of civil litigation setting. Do you understand what I mean by that?**
A Like a lawsuit?
**Q Yeah. Have you ever provided any testimony in a lawsuit besides this Bouto incident that you're here for today?**
A You know what? I apologize, yes, my personal. I did have one years ago. It was a car accident.
**Q Okay. And were you the plaintiff in the car accident?**
A I was.
**Q Okay. Is that the only other time that you have been a part of a civil lawsuit?**
A Correct. Yes.
**Q And in preparation for today's deposition, did you speak with anyone about Mr. Bouto's criminal conviction or your expected testimony here today?**



**Exhibit 8**

A I did.
**Q Who did you speak with?**
A I spoke with Jeffrey, you, and I also spoke with Russell.
**Q Okay. When did you speak with Mr. Ainsworth?**
A I spoke with him yesterday.
**Q How long did you speak with him?**
A I don't know. Approximately probably 20 to 30 minutes.
**Q Okay.**
A I don't -- I didn't time it, so not sure.
**Q Okay. What did you guys -- did he show you any documents?**
A Yes, I did -- he did provide the -- my testimony.
**Q Anything else?**
A No.
**Q What did you guys talk about generally during the 20 to 30 minutes?**
A Just to tell the truth, because my concern was today's Subpoena, and just like how I contacted you, so just to tell the truth. We're here to find the truth.
**Q And did I also ask you to tell the truth when we spoke maybe a week ago regarding this deposition?**
A Yes, you did.
**Q Okay. And then did you talk about any specifics**



**relating to your whereabouts on May 14, 1993, with Mr. Ainsworth?**
A Specific to the, I'm sorry, to the case?
**Q Specific to where you were on May 14, 1993, when Salvador Ruvalcaba was shot?**
A No.
**Q Besides him telling you to tell the truth, did you talk about anything else?**
A He just explained the -- today what's going to, you know, today and my questions were how many people will be just to go over the deposition.
**Q Have you ever been convicted of a crime, Ms. Astefan?**
A No.
**Q Have you ever been arrested?**
A No.
**Q Have you ever been charged with a crime of any sort?**
A No.
**Q Ever had any trouble with the police?**
A No.
MR. AINSWORTH: Object to the form of the question.
BY MR. KIVETZ:
**Q Could you tell me a little bit about your current employment?**



A I am a recruiter.
**Q For what company?**
A Banner Health.
**Q And how long have you been doing that?**
A Almost 14 years.
**Q And what did you do before working for Banner Health as a recruiter?**
A I worked as an HR specialist.
**Q With a particular company?**
A Alexian Brothers.
**Q Okay. And how long did you work with Alexian Brothers?**
A Approximately probably about a year and some.
**Q Okay. Was that one of your first jobs -- well, actually strike that.**
**What's your highest level of education?**
A Bachelor's.
**Q And where did you get your Bachelor's degree?**
A Northeastern University.
**Q What year did you get it?**
A 2001.
**Q And what year did you graduate high school?**
A 1995.
**Q What high school did you go to?**
A Roosevelt High School.



**Q And what did you do for work between 1995 and 2001, if anything?**
A I worked for a doctor's office.
**Q What was the name of the doctor?**
A Dr. Anon Lall.
**Q And what did you do for your first job after working for Dr. Anon Lall?**
A After working for Dr. Anon Lall?
**Q Yeah.**
A I also worked for -- it was Alexian Brothers.
**Q Okay. So that was your first job out of college was working for Alexian Brothers?**
A Yes.
**Q Are you currently married?**
A I -- yes.
**Q Did you have something you want to correct?**
A I did. Sorry about that. So --
**Q That's okay --**
A So I worked for Dr. Lall's office which then was -- I started working for Memorial, Valley Memorial Hospital in between.
**Q What year did you start working at that hospital?**
A I don't recall.
**Q Okay. But then after the hospital is when you started**



Exhibit 8

Page 14

working with Alexian Brothers?
A Yes.
Q Okay. Then are you currently married?
A No.
Q Okay. Have you previously been married?
A Yes.
Q Who were you married to?
A Sam Mati.
Q And when did you get married to Mr. Sam Mati?
A 2001.
Q And do you have any children with Mr. Mati?
A Yes.
Q How many?
A Three.
Q And before Mr. Mati, had you been married before that?
A No.
Q Were you engaged before meeting Mr. Mati?
A No.
Q I think I read somewhere during an interview that you were engaged to someone by the name of Issan, I-s-s-a-n. Does that ring any bells to you?
A That's Sam. Issan is Sam.
Q Okay. Thank you. And so does he just -- is Sam like an American name, or is that his official name? I'm --

Page 15

what is his official name, how about that?
A Official, Sam.
Q Sam. Got it. And is Issan a nickname? His middle name?
A Issan was his birth name.
Q Got it. Okay. Okay. And when did you -- are you separated from Mr. Mati or are you divorced?
A He's passed away.
Q Oh, I'm sorry to hear that. Okay. And then where were you born?
A Iraq.
Q And then when did you move to the U.S.?
A Gosh. 1978.
Q How old were you at the time you think?
A I was over a year.
Q Just over one years old?
A I -- yes.
Q And do you have any siblings?
A I do.
Q How many?
A Alive, one.
Q Then how many siblings did you have that were alive in May of 1993?
A Two.

Page 16

Q And what are their names?
A John and Saade.
Q What is John's last name? Was it Astefan?
A Yes.
Q And what is -- how do you spell Saade?
A S-a-a-d-e.
Q What was his last name?
A Astefan.
Q And then which brother passed away?
A John.
Q Again, I'm sorry to hear that. I'm sorry to bring up old stuff.
The reason that we wanted to depose you today is to talk about what happened back in May of 1993. I had to get some official background information. But I was wondering when is the last time that you saw Robert Bouto?
A Before trial.
Q Before trial in 1996?
A Yes.
Q And then so you haven't seen Mr. Bouto since 1996; is that fair to say?
A It's -- yes.
Q Okay. Have you spoken with him on the phone since

Page 17

1996?
A I haven't.
Q Did you correspond with him at all after 1996?
A I haven't.
Q Okay. Have you had any communication whatsoever with Robert Bouto since 1996?
A I haven't.
Q Where did you live in May of 1993?
A Kedzie and Sunnyside.
Q Do you remember the exact address?
A 4500 North Kedzie.
Q And how long -- do you know when you first moved into that particular -- is it an apartment?
A It is.
Q Do you know when you moved into that particular apartment?
A I don't.
Q Do you know when you -- when you left that particular apartment?
A I don't recall.
Q Okay. Can you give me an estimate?
A I don't -- I don't recall.
Q Is it safe to say that you lived there through high school?



Exhibit 8

A Yes.
**Q Okay. Is it safe to say that you lived there through Mr. Bouto's criminal trial in 1996?**
A Yes.
**Q Did you live there while attending Northeastern?**
A I -- no.
**Q Do you know where Robert Bouto lived in May of 1993?**
A Yes.
**Q Where did he live?**
A With his grandma.
**Q Do you remember the address there?**
A I don't recall the address.
**Q Do you remember generally where he lived in May of 1993?**
A Not too far from Roosevelt. I don't recall the address.
**Q Do you recall how far away he lived from you?**
A It wasn't too far.
**Q Okay. And in May of 1993, you were dating Robert Bouto. Is that fair to say?**
A Correct.
**Q You were his girlfriend in May of 1993?**
A Correct.
**Q Okay. What -- how often did you see Mr. Bouto in May of 1993?**



A Not often.
**Q Okay. Well, how many times per week did you see him?**
A I don't recall.
**Q Okay. Do you think you saw him more than five times a week?**
A I don't recall.
**Q Do you think you saw him less than five times a week?**
A I don't recall.
**Q Okay. Just trying to drill it down here. Do you think you saw him less than three times a week?**
A Possibly.
**Q Okay.**
A Could be between two to five. I don't -- I don't recall.
**Q Do you recall what types of things you did with Mr. Bouto during the time that you were dating him?**
A Just talk.
**Q When did you start dating Mr. Bouto?**
A I would say a few months before May.
**Q Do you think you were dating him beginning in February of 1993?**
A Possibly.
**Q Is it safe to say that you were dating him in March of 1993?**



MR. AINSWORTH: Object to the form of the question.
**Q You can answer.**
A Oh. Since the incident happened in May, probably February, March.
**Q Okay. And then you said you'd talk with him a lot. How did -- did you guys talk in person or over the phone?**
A He would pick me up from school, so just over -- in person and then over the phone.
**Q How often would you talk in that time that you were dating with Mr. Bouto?**
A I don't recall.
**Q Would he pick you up from school approximately two to five times a week? Is that fair to say?**
A Possibly. Yes.
**Q Okay. And then besides talking with him in person and over the phone, what other type of activities did you do when you were dating Mr. Bouto?**
A We hugged, kissed.
**Q Anything else?**
A No.
**Q What about activities. I wasn't necessarily looking for the romantic stuff from your high school relationship, but I was wondering did you go out on dates?**



A No. I came from a very strict family, so the only time I was able to see Bouto was when he picked me up from school.
**Q Got it. Okay. How would you characterize your relationship with Mr. Mr. Bouto in May of 1993?**
A Someone just, you know, we were getting to know each other. We --
**Q Did you think it -- go ahead.**
A Go ahead. I'm sorry.
**Q No, it's all right. I interrupted you. Finish your sentence.**
A High school sweethearts. I mean, getting to know each other.
**Q Was it starting to get serious in your mind in May of 1993?**
A No. Not yet.
**Q Did you think that you might marry Mr. Bouto at that time point?**
A No.
**Q Did you ever go to the movies with Mr. Bouto?**
A I don't recall.



Exhibit 8

Page 22

**Q Did he ever buy you anything?**
A I don't recall.
**Q I just want to take a quick pause here. I'm having a difficult time seeing you. I don't know if it's my --**
A It's my light. I just need to turn it on. Because it went off and I was trying to -- is this okay?
MR. KIVETZ: Derek, is that okay with you? I just want to make sure we have a clear, you know --
THE VIDEOGRAPHER: Yeah, I turned the brightness up. I can adjust the picture on my end and turn it up.
MR. KIVETZ: Got it. Do you want to pin her? Somebody want to pin her screen so we can have her spotlighted, I guess?
MR. AINSWORTH: It's pinned on the video, I think.
THE VIDEOGRAPHER: That's correct. I don't -- spotlight would be to do it for everyone to only show her. I do pin so she's the only screen on my video recording.
MR. KIVETZ: Okay. Thank you.
BY MR. KIVETZ:
**Q Tania, sorry about that. We just needed to make sure we had everything official here.**

Page 23

**So you said that you would talk often with Mr. Bouto. Is that fair to say?**
MR. AINSWORTH: Object to the form of the question.
A Can I answer?
**Q Yes. Just as a rule of thumb, you can answer the question unless someone specifically directs you not to, all right?**
A Yes, we talked.
**Q Okay. What did you guys talk about?**
A I don't recall.
**Q Do you recall anything that you guys would talk about?**
A I don't.
**Q Do you know where Mr. Bouto worked during the time that you were dating?**
A I don't.
**Q Do you know if he did anything, if he had any type of employment?**
A I don't recall.
**Q You said he lived with his grandmother, right?**
A Yes, to my knowledge.
**Q To your knowledge, who else resided with him at his apartment?**
A I don't recall.

Page 24

**Q Do you know if Mr. Bouto was in a gang in May of 1993?**
A Yes.
**Q Do you know what gang it was?**
A Stones.
**Q Was it a particular section of the Stones?**
A I don't know.
**Q Do you know if he was affiliated with the PR Stones?**
A What's the -- I don't know.
**Q Okay. Did Mr. Bouto have a nickname back in May of 1993?**
A Yes.
**Q Do you know what was his nickname?**
A Saddam.
**Q Do you know how he got that nickname?**
A I don't.
**Q Did you ever talk about how he got that nickname?**
A I don't recall.
**Q Did you have any problems with his nickname being Saddam?**
A I didn't.
**Q Do you know whether or not Mr. Bouto had any type of position in the gang?**
A I don't recall.
**Q Do you know if he was a higher-level gang member or a**

Page 25

**lower-level gang member?**
A I don't know.
MR. AINSWORTH: Object to the form of the question. Go ahead.
**Q Do you know what type of activities he did for the gang?**
A I don't know.
**Q Do you know if he was involved in any type of criminal activity for the gang?**
A I don't know.
**Q Okay. Do you know if he sold drugs for the gang?**
A I don't know.
**Q Did you ever see Mr. Bouto in possession of drugs in the time that you were dating?**
A No.
**Q Do you know if Mr. Bouto ever had any type of weapon during the time that you were dating?**
A No.
**Q Did you ever see him with any type of weapon?**
A No.
**Q Can you tell us whether or not if he had -- if he's still a member of the gang?**
A I don't know.
**Q Do you know if he ever used a gun before May of 1993?**



Exhibit 8

A I don't know.
**Q Do you know if he was involved in dealing drugs for the gang in May of 1993?**
A I don't know.
**Q Do you know if he got into a lot of fights back in the time that you were dating?**
A Not to my knowledge.
**Q Did you ever see him throw up any type of gang signs?**
A No.
**Q During the time that you were dating?**
A I didn't.
**Q Okay. Did you ever witness him participate in any type of gang activity whatsoever?**
A No.
**Q Did you see him break the law ever during the time that you were dating in 1993?**
A I didn't.
**Q Can you describe Mr. Bouto's reputation in May of 1993 in the neighborhood?**
MR. AINSWORTH: Objection, foundation.
**Q If you know, go ahead and answer.**
A I don't know.
**Q Did he have a reputation in May of 1993?**
A Not to my knowledge.



**Q How did you first start dating Mr. Bouto?**
A I don't recall.
**Q Do you remember anything about the courtship?**
MR. AINSWORTH: Object to the form of the question.
**Q Do you understand what I mean by "courtship," ma'am?**
A Explain that to me, please.
**Q I'm just trying to figure out how you first started dating him, if you can remember anything about it?**
A I -- honestly I -- I don't remember.
MR. AINSWORTH: Objection, asked and answered.
**Q Is that because -- I didn't even get a question out, though.**
MR. AINSWORTH: Sorry, Jeff, I didn't want to interrupt the witness's answer, so I waited until she was done answering then I interposed my objection to the previous question.
MR. KIVETZ: Got it, got it, thank you, Russell.
BY MR. KIVETZ:
**Q So from what I can tell as you sit here today, you don't have a lot of memory of dating Mr. Bouto. Is that fair to say?**



MR. AINSWORTH: Object to the form of the question.
**Q Go ahead.**
A I don't recall how I met him.
**Q What do you remember about your relationship with Mr. Bouto in 1993?**
A Picking me up. Walking together.
**Q Anything else?**
A I don't.
**Q Okay. Some people have described Mr. Bouto as being a loudmouth in 1993. Did you ever hear anything like that?**
A I didn't witness that.
**Q Did you ever see him get into trouble with the police at all?**
A I didn't.
**Q Okay. Did you ever see him talk back to police officers during the time you were dating him?**
A No.
**Q What about did you ever witness him get into any type of fight?**
A No.
**Q Did he wear gang colors at all?**
A I don't recall.



**Q Do you recall what the gang colors were for the Stones in 1993?**
A I don't recall.
**Q Did you ever hear him shout any type of gang slogans during the time you were dating in 1993?**
A No.
MR. AINSWORTH: Objection, asked and answered. Go ahead and answer again.
MR. KIVETZ: I beg to differ.
**Q Go ahead, Tania.**
A No.
**Q Were you affiliated with any gang in 1993?**
A No.
**Q Did you receive any type of protection from the Stones because you were dating Robert Bouto in 1993?**
A No.
**Q Do you know what type of social activities Mr. Bouto liked to do in 1993?**
A I don't.
**Q Do you know what he liked to do for fun in 1993?**
A I don't recall.
**Q Do you know if he attended any type of religious church or religious organization at all?**
A I don't recall.

Page 30

**Q Do you know if he was helpful around his apartment with his grandmother?**
A I don't remember.
**Q Do you remember any of Bouto's friends in -- during the time that you were dating?**
A I don't recall.
**Q Can you name one person that you recall Bouto hanging out with during your time of dating him?**
A I don't remember.
**Q Can you describe Mr. Bouto's personality in 1993?**
A Kind.
**Q Anything else?**
A Friendly.
**Q Okay. Anything else?**
A I don't.
**Q Okay. What about his character. Can you tell us a little bit about his character during the time that you were dating him?**
A To me he was just friendly, kind.
**Q Did he have any bad character traits?**
A Not that I'm aware of.
**Q Did he have any bad personality traits?**
A No, not that I am aware of. Not towards me.
**Q Did you ever see him steal anything?**

Page 31

A No.
**Q Did he drink alcohol?**
A Not that I'm aware of.
**Q Did you ever see him drink alcohol?**
A No.
**Q Did you ever see him smoke cigarettes?**
A No.
**Q Did you ever see him smoke marijuana?**
A No.
**Q Do you know if he smoked marijuana?**
A I have no idea.
**Q Okay. And do you know if he did any other drugs besides marijuana in -- during the time that you guys were dating?**
A I don't recall.
**Q Did -- do you know who Mr. Bouto was dating before he met you?**
A No.
**Q Do you know if he was dating anyone else during the time you guys were dating?**
A I have no idea.
**Q Do you know if he was having a sexual relationship with anyone else during the time that you were dating?**
A I don't know.

Page 32

**Q Did you ever learn that he was having a sexual relationship during the time that you guys were dating in 1993?**
A Yes.
**Q When did you learn that?**
A After he was locked up for the -- for the murder.
**Q And how did you learn it, that information?**
A I don't recall exactly.
**Q Okay. Did you find out who the particular person was that he was having a relationship during the time that you guys were dating?**
A I have no idea.
**Q Do you -- do you know whether or not he got another girl pregnant during the time that you were dating?**
A I don't know.
**Q Did you hear that information that he may have gotten someone pregnant during the time that you were dating?**
A Possibly.
**Q Okay. So as you sit here today, you don't know whether or not he had a child with another person around 1992, 1993?**
A I don't know.
**Q Can you tell me a little bit more about the information you learned relating to this person that Mr. Bouto was**

Page 33

**having a relationship with outside of your relationship?**
A I don't. I don't have any information. I don't know any information.
**Q All you do as you -- so the only thing that you can remember as you sit here today is there was someone, you just don't remember any specifics about it. Is that fair to say?**
A Yes.
**Q How would Mr. Bouto dress regularly in -- during the time you guys were dating?**
MR. AINSWORTH: Object to the form of the question.
**Q That's fine. Do you remember what type of clothes he liked to wear in 1993?**
A Shorts.
**Q What type of shorts?**
A I don't recall.
**Q Were they below the knees or above the knees?**
A Below the knees.
**Q Were they down close towards the ankles back then? Was that the style?**
A I don't recall.
**Q What about his top. Do you recall what type of tops he**



Exhibit 8

**liked to wear?**
A I don't recall.
**Q What about how -- how would he wear his hair during the time you were dating?**
A He had a short cut.
**Q What do you mean by short cut?**
A It was, you know, short. Pushed back.
**Q Okay. Was it pushed back into a ponytail?**
A No.
**Q Did he have -- go ahead.**
A It was -- and I don't know the right terminology, but it was like a shaved, like not a military cut, but like short.
**Q So was it kind of shaved on the lower part of his head all the way around, and then he had a little bit of hair on top?**
A Something similar.
**Q You said similar to like a military cut, is that fair?**
A Yes. It was short.
**Q And then did you ever see -- did Mr. Bouto have a car when you guys were dating?**
A No.
**Q I forgot to ask, did he have a little rattail in the back it was called? Do you ever remember seeing him**



**have a rattail in the back?**
A No.
**Q Did you ever see him with any type of ponytail of any sort in the back of his head?**
A No.
**Q Did you ever see him wear his hair like with an elastic band around it in any form?**
A No.
**Q You said he didn't have a car. Do you know if he had a bike?**
A No.
**Q Do you remember him ever riding around on a bike in the neighborhood?**
A No.
**Q Do you ever remember seeing him with a BMX-style bike?**
A No.
**Q Do you know if he owned a bike during the time that you were dating?**
A No.
**Q Well, are you saying no he didn't own a bike, or, no, you don't remember as you sit here today?**
A I don't know if he owned a bike.
**Q Did he ever -- did you ever remember him picking you up after school and him having a bike --**



A No.
**Q -- of any sort? Do you know where Mr. Bouto attended school in 1993?**
A Mather High School.
**Q Do you know what grade he was in in 1993?**
A I'm -- I don't recall.
**Q What grade were you, by the way? I forgot to ask.**
A I was in second tier of high school.
**Q So you were a sophomore?**
A Yes.
**Q And then do you know whether or not Mr. Bouto regularly attended classes during the time that you guys were dating?**
A I don't know.
**Q You know what, I just remembered something. Did you know Mr. Bouto before you started dating?**
A No.
**Q And you don't remember how you met, right?**
A I don't recall.
**Q Did your families know each other at all?**
A No.
**Q Do you know whether or not Mr. Bouto ever got into trouble at school?**
A Not that I'm aware of.



**Q Do you know whether or not he was regularly attending school during the time that you were dating?**
A I don't know.
**Q Bouto has said to others that he was a fighter for the gang in the past. Did you ever see him fight in any form?**
A No.
MR. AINSWORTH: Object to the form of the question.
**Q Do you know whether or not Bouto could read and write?**
A Yes.
**Q Yes, he could read and yes he could write? Sorry, that was a bad question. Do you know whether or not he could read?**
A To my knowledge, yes.
**Q And do you know whether or not he could write?**
A Yes.
**Q Do you know if Mr. Bouto suffered from any type of medical condition during the time that you guys were dating?**
A Not that I'm aware of.
**Q Do you know if he took any type of prescription medication during the time that you were dating?**
A I don't know.



Exhibit 8

Page 38

Q Do you know if he had any problems with -- with anyone during the time that you were dating?
A I don't know.
Q Do you know whether or not he had any problems sleeping or eating during the time that you were dating?
A I don't know.
Q Do you know whether or not he liked to go out to eat?
A I'm sorry?
Q Do you know whether or not he liked to go out to eat at restaurants?
A Yes.
Q Where did he like to go?
A I don't know exactly.
Q Do you remember any restaurant that he liked to go to?
A I don't know.
Q A couple weeks before the Salvador Ruvalcaba shooting there was a fire at Kimball and Lawrence. Do you remember anything about that particular fire?
A I don't.
Q Do you remember any fires happening in the neighborhood, any large fires happening in the neighborhood in and around the time of May of 1993?
A I don't.
Q Okay. Do you remember any of the people that were in

Page 39

the PR Stones -- I'm sorry, strike that.
Do you remember anyone who was in the Stones with Mr. Bouto back in the time that you were dating?
A I don't recall.
Q I think you said you don't remember a single one of his friends that he would hang out with back in the time that you were dating, right?
A I don't.
Q Okay. I want you to take your time and just think for a second. Can you think of a single one of his friends that he would hang out with back in 1993?
MR. AINSWORTH: Objection, asked and answered.
Q Go ahead, take your time, Tania. Let me know if you can think of anyone.
A The only, I mean, friend that I, you know, she was my friend, Helen Kandah.
Q Besides Helen anybody else?
A I don't recall.
Q Do you remember a PR Stone named William Lupo in 1993?
A I don't.
Q What about a person, also a PR Stone, named Louis Okendo?
A I don't.

Page 40

Q What about person by the name of Cesar Matias?
A I don't.
Q What about a person by the name of Ryan Lieberman?
A I don't.
Q Do you remember a person by the name of Daniel George?
A I don't.
Q What about a person by the name of Carmello?
A I don't remember.
Q Do you remember a person back in 1993 named Carlos Riaz?
A No.
Q Okay. Same time period for a person by the name of Moses?
A I do remember a Moses.
Q What do you remember? What do you remember about Moses?
A I don't remember, but I remember the name Moses.
Q Do you remember if he, Moses, was a friend of Mr. Bouto's?
A No.
Q Do you remember any of Moses's siblings?
A No.
Q Do you remember if Moses was a member of a particular gang?

Page 41

A I don't.
Q I'm going to give you a couple more names, okay, just to see if we can find anyone that you might remember. What about -- I think I said William Lupo. I meant to say Lupo Williams. Do you remember Lupo Williams at all?
A I don't.
Q What about Jose Santiago?
A I don't.
Q What about Cruz Reyes?
A I don't.
Q Jose Sanchez?
A I don't.
Q Israel Medina?
A I don't.
Q Melissa Melendez?
A I don't.
Q Ida Rodriguez?
A I don't.
Q How about Patricia Flemming? She lived near Sunnyside and Kimball.
A No.
Q Margaret Flemming?
A No.



Exhibit 8

**Q Christopher Flemming?**
A No.
**Q Melissa Castella?**
A I don't.
**Q What about a person by the name of Carl Richmond?**
A I don't.
**Q What about a person by the name of Jacobo Lazata or Yakabo Lazata?**
A I don't.
**Q What about a person by the name of Frank Escobar?**
A I do remember a Frank Escobar.
**Q What do you remember about Frank Escobar?**
A I remember Frank Escobar attending Roosevelt.
**Q Do you remember if he was a part of a gang, a particular gang?**
A I don't recall.
**Q Do you recall whether or not he had blue eyes?**
A I don't recall.
**Q Do you recall whether or not he had any type of relationship with Helen?**
A No.
**Q Was Helen dating anybody in 1993?**
A Not that I recall.
**Q Do you recall any of her boyfriends or high school**



**flings in -- during her course of Roosevelt High School?**
A I don't remember.
**Q Can you name a single one of her boyfriends that she had?**
MR. AINSWORTH: Objection, foundation.
**Q Go ahead.**
MR. AINSWORTH: Go ahead and answer.
A I don't remember.
**Q What about a person by the name of Ray Lazata?**
A I don't remember.
**Q So you remembered Frank Escobar, but can you give me any other information that you remember about Mr. Escobar besides him going to school with you?**
A I don't remember.
**Q What about some nicknames of some people who hung out on Kedzie and Sunnyside. We have E-t-s or Ets. Not familiar to you?**
A No.
**Q What about Twin?**
A I don't remember.
**Q Okay. What about Little Red?**
A No, I don't remember.
**Q Big Red?**



A I don't remember.
**Q Lulu?**
A I don't remember.
**Q All right. I think that's enough of the name game. I want to talk to you now a little bit about the specific day of May 14, 1993. Do you recall what happened on May 14, 1993?**
A To the best of my knowledge I can.
**Q And generally what do you remember occurring on May of 1993?**
A Attending --
**Q May 14 -- I'm sorry, I wasn't specific, and Russell didn't object. So let me repeat, though. What do you generally recall happening on May 14, 1993?**
A I attended Roosevelt High School.
**Q Okay. And what happened after you -- after school that day?**
A Robert was there waiting for me to pick me up.
**Q Okay. And what happened afterwards?**
A We walked.
**Q Where did you walk to?**
A He was across the street from Roosevelt High School on Kimball and Wilson, so we walked to the side street. I came from a strict family, so we were walking from



alley to alley.
**Q Okay. And at some point in time did you hear gunshots?**
A I did.
**Q And were you with Mr. Bouto during the time that you heard gunshots?**
A I was.
**Q Okay. And what were you doing at the time that you heard gunshots?**
A We were hugging, and as soon as we heard -- I heard -- we heard the gunshots, we walked right back to a different alley. Turned around.
**Q Was anybody else with you during that time?**
A No.
MR. AINSWORTH: Objection, foundation.
**Q From the time that you met Mr. Bouto to the time that shots were fired, was anybody with you?**
A No.
**Q I'm going to get back to that, but I just want to kind of just get generally what your information was about it. What did you do after the shots were fired?**
A We continued walking, talking.
**Q Did you guys embrace again afterward?**
A Yes.
**Q And then what did you do after that?**



Exhibit 8

A We just continued walking, and then he dropped me off, and then we splitted.
**Q Where did he drop you off?**
A It was -- it was from an alley. I want to say -- on like an alley towards Sawyer.
**Q Did he drop you off at your house?**
A No.
**Q Why not?**
A Come from a very strict -- my dad was very strict. Not allowed to date.
**Q And so you thought you would get in trouble if he dropped you off at your house?**
A Yes.
**Q Okay. And you were not allowed to date because you were under 18. Is that what your family's policy was?**
A Correct.
**Q And then once you turned 18, you were allowed to date?**
A Still strict.
**Q Still strict, but you were allowed to start dating in some form or fashion?**
A Yes.
**Q So by dating Mr. Bouto, you were breaking your family's rules at the time?**
A Correct.



**Q Why did you decide to break your family's rules?**
A I don't know.
**Q Okay. Did you ever get in trouble for dating Mr. Bouto?**
A No.
**Q All right. So I want to get into some specifics about the time of meeting Mr. Bouto, where you were, and -- until the time that he left, okay? So we're going to kind of baby step this thing, and I'm going to pull up a map and we're going to kind of walk through it. Do you understand that direction?**
A Yes.
**Q Okay. Co-counsel Austin is going to pull up a map here. Just give us a second.**
THE VIDEOGRAPHER: This is the videographer. Do you want this recorded on the video record, like a picture in picture?
MR. KIVETZ: Yeah, if you could have her picture and the map, that would be great.
THE VIDEOGRAPHER: Yes. Okay. Will do. Thank you.
BY MR. KIVETZ:
**Q So we're going to zoom in just a little bit. Can you see this map generally, Ms. Astefan?**



A Yes, I can see it.
**Q Can you tell us generally what this area is?**
A Roosevelt High School and the area where I used to live.
**Q Okay. And were you familiar with this area in May of 1993?**
A Yes.
**Q Okay. Can you tell us approximately what time you met with Mr. Bouto after school on May 14, 1993?**
A When school ended.
**Q What time did school end?**
A Approximately 2:45.
**Q Okay. And then what did you -- did a bell ring at 2:45, by the way?**
A Yes.
**Q Okay. And then after -- were you in class when the bell rang?**
A Yes.
**Q What class were you in?**
A I don't recall.
**Q What did you do after the bell rang?**
A I went to my locker.
**Q And where -- did you get anything from your locker?**
A I don't recall.



**Q What were you wearing on May 14, 1993?**
A I don't recall.
**Q Do you recall if you had a backpack?**
A I don't remember.
**Q Do you remember if you were holding any books?**
A I don't remember.
**Q Okay. So what did you do after you went to your locker?**
A I dropped off if I had any books, and then I went down to the first floor and exited the building.
**Q And where did -- from what exit did you take out of Roosevelt High School?**
A I don't recall. The exit was possibly facing Wilson.
**Q Got it. And then what did you do after you exited the building?**
A I saw Robert and Helen, walked across the street, and walked towards them.
**Q Where were they when you met up with them?**
A They were on the corner of Kimball and Wilson.
**Q What corner were they on Kimball and Wilson?**
A The one across the street.
**Q So were they on the northeast corner of Kimball and Wilson?**
A Is that where the cross is?

**Q That's where the mouse is right now, yes.**
A I believe so, yes.
**Q Okay. So we're going to put an oval there as the meet-up place where you met with Helen and Robert Bouto after school on May 14, 1993, okay? Is that generally the area where that oval is where you met Robert and Helen on May 14, 1993, after school?**
A That's where I met them that day, yes.
**Q When you met them, what was Robert wearing, if you recall?**
A I don't recall.
**Q What was Helen hearing?**
A I don't recall.
**Q What were you wearing?**
A I don't recall.
**Q Was anybody else present with Helen and Robert when you first met them after school on May 14, 1993?**
A Not that I remember.
**Q Do you remember a person by the name of Joanie?**
A I do remember Joanie, that name.
**Q Okay. Do you remember what her last name was?**
A I don't.
**Q Does Joanie Arista sound familiar to you?**
A I don't remember that last name.



**Q Do you remember if Joanie was present on May 14, 1993, when you met up with Helen and Robert?**
A I don't recall.
**Q Do you recall if a person by the name of Moses was with you when you met up with Mr. Bouto and Helen on May 14, 1993?**
A I don't remember.
**Q Do you remember the conversation that you had when you first met with Robert and Helen, if any, on May 14, 1993, after school?**
A I don't remember.
**Q Did Mr. Bouto appear to be upset or angry at all when you met with him after May 14, 1993?**
A No.
**Q Do you know if there was a bus stop near that corner on May 14, 1993?**
A I don't remember.
**Q Do you know whether or not, or remember whether Mr. Bouto got into any argument with anybody while on that -- while in that area on May 14, 1993, just after you met with him?**
A Not that I'm aware of.
**Q Do you know just before you met with him whether or not he got into any argument with anyone in the area of**



**Kimball and Wilson on May 14, 1993?**
A Not that I'm aware of.
**Q Do you remember anything at all besides what we have talked about upon arriving and meeting Robert and Helen just after school on May 14, 1993?**
A Anything?
**Q Anything that's sticking out in your memory whatsoever?**
A Hearing the gunshots.
**Q Okay. But that was later, right?**
A Yes.
**Q I'm talking about just upon meeting them for the first time after school.**
A No. I don't remember.
**Q So you know, and I want to -- I'm going to call it baby step this, right? I want to move real slowly through that approximate time getting up to the shooting and then afterwards, okay? So do you understand that direction, Tania?**
A Yes.
**Q And can you work with me and try to do that?**
A Yes.
**Q So you met with Helen and Robert just after school. Can you give me an estimate of how long it took from the time the bell rang to the time that you met with**



**Helen and Bouto?**
A I don't recall.
**Q Would it be more than five minutes or less than five minutes?**
A Possibly less than five minutes.
**Q Okay. So is it fair to say that you met Mr. Bouto and Helen by at least 2:50 p.m. on May 14, 1993?**
MR. AINSWORTH: Object to the form of the question.
A I don't recall.
**Q Okay. But you're saying approximately -- within five minutes. Is that your general understanding?**
MR. AINSWORTH: Object to the form of the question.
**Q Go ahead, Tania.**
A Approximately.
**Q Okay. And if the bell rang at 2:45, five minutes later would be 2:50, is that right? Is that fair?**
A Yes.
**Q And then after you met with Helen and Robert, what did you do next?**
A I gave Robert a hug.
**Q Okay.**
A And we started walking towards the direction of where I



Exhibit 8

live.
**Q Okay. So is that east down Wilson Avenue?**
A Correct.
**Q Okay. And then did you walk on the north side of the street or the south side of the street?**
A Where the X is.
**Q Okay. So on the -- so you walked on Wilson from the oval down to what street approximately?**
A It was that side street Christiana.
**Q Okay. So did you walk continuously on the north side of the street from the corner -- the northeast corner of Kimball and Wilson?**
A I don't exactly know when I crossed.
**Q Okay. So we're going to put an arrow from the oval all the way to Christiana, and we're going to put it on an angle to show the general direction that you went to next, which is making a right onto Christiana. Or, sorry, rather going south on Christiana. Let me know if that's a fair representation of the path that you generally took.**
A Okay.
**Q Is that fair, where that red mark is?**
A Yes.
**Q Okay. And then from the time that you walked from**



**Kimball to Christiana down Wilson, do you remember talking with either Helen or Mr. Bouto?**
A I was talking to Mr. Bouto. At this time I don't recall Helen being with us.
**Q Okay. Did Helen stay behind you at the time that you were walking to Christiana?**
A I don't recall.
**Q Okay. Did Helen follow you at all at the time that you moved from Kimball towards Christiana?**
A I don't remember.
**Q Was Helen with anybody at the time that you left Kimball and moved towards Christiana Street -- Avenue?**
A I don't remember.
**Q Okay. Do you have any idea where Helen was when the time that you left with Robert Bouto towards -- from Kimball towards Christiana was -- where she was?**
A I don't remember.
**Q Did you later see Helen that afternoon?**
A I don't remember.
**Q So from your memory, you were with Robert Bouto from the time that he moved from Kimball -- from the time that you moved from Kimball towards Charles, I'm sorry, Christiana, is that fair?**
A Yes.



**Q And were you holding hands during this walk?**
A I don't recall.
**Q Did you embrace or hug or kiss on -- from the path of Kimball towards Christiana down Wilson?**
A I don't remember.
**Q Do you remember if you had any conversation?**
A We were talking, but I don't remember the conversation.
**Q And then do you remember seeing anybody else from the time that you walked from Kimball towards Christiana?**
A I don't remember.
**Q Do you remember seeing any type of group of people from the time of moving from Kimball towards Christiana?**
A I don't remember.
**Q So then when you approached Christiana, what did you do next?**
A We turned.
**Q You turned?**
A On Christiana.
**Q And how far did you go down Christiana?**
A Not too far. There's an alley.
**Q Okay. Is it the alley where --**
A That one.
**Q -- the cross is right now?**
A Yes.



**Q Okay. So I'm going -- did you stay on the east side or the west side of the street when you walked down Christiana?**
A I don't remember.
**Q But you were with Mr. Bouto and you both walked down Christiana towards the alley. Is that fair to say?**
A Correct.
**Q And were you walking side by side during that time?**
A Yes.
**Q Okay. So I'm going to put the arrow from the corner of Wilson and Christiana to the alley there, and let me know if that fairly and accurately depicts the way that you took on May 14, 1993, just after school?**
MR. AINSWORTH: Can you move it to the middle?
**Q Do you see the red arrow down Christiana? Is that a fair description of the way -- of the path you took down Christiana before hitting the alley?**
A Yes.
**Q Okay. And then when you hit the alley, what did you do next?**
A We turned.
**Q Did you turn east towards Spaulding?**
A Correct.



**Exhibit 8**

**Q And how far down the alley did you move with Mr. Bouto towards Spaulding?**
A There was another alley in between of Christiana and Spaulding. We made a right going --
**Q So is that where the T is right now, Tania?**
A Yes.
**Q So we're going to keep doing these arrows, and let me -- tell me -- do you remember if you walked on the north side of the alley or the south side of the alley when approaching the T, or the north-south alley between Spaulding and Christiana?**
A I don't remember.
**Q Do you remember -- okay. So I'm going to put it in the center then, and we're going -- tell me if this fairly and accurately depicts the path that you followed on May 14, 1993. Does that arrow there represent the path you traveled with Mr. Bouto?**
A Correct.
**Q Okay. And do you recall having any type of conversation or stopping before turning down the alley that goes east and west before hitting the alley that goes north and south?**
A I don't recall the conversation.
**Q Did you hug or kiss at the time where that third arrow**



**is now that's east between Christiana and Spaulding?**
A Yes.
**Q Okay. Do you recall whereabouts you started embracing on that particular day?**
A I don't.
**Q But if I could put an oval where the approximate place where you -- was that your first embrace with Mr. Bouto after initially giving him a hug on the corner of Kimball and Wilson?**
MR. AINSWORTH: Object to the form of the question.
**Q Do you understand what I'm saying, Tania?**
A Is that -- if I -- if that was the first time I hugged him that day?
**Q Yeah, after the first hug on Kimball and Wilson?**
A I don't recall.
**Q Okay. But so you remember stopping and kissing again, though, in the alley between Christiana and Spaulding. Is that fair to say?**
A Yes.
**Q Okay. So I'm going to put an oval just south of that Scott Thompson Photography line there, but on the alley. And tell me if this is generally the area where you guys kissed in that time?**



A I honestly don't recall.
**Q Okay. So what we're going to do is we're going to mark with an oval there that you -- to represent that that's where you kissed and hugged in that alleyway, okay?**
MR. AINSWORTH: Not where in the alleyway.
MR. KIVETZ: No, correct, not where, just to show that that was a kiss. Why don't we mark it a different color, Austin? Let's mark it blue.
MR. RAHE: One second. I might need to delete this.
(Pause in the proceedings.)
MR. RAHE: Sorry about that.
MR. KIVETZ: That's okay. Why don't we -- if you want to do just like a polygon instead that might be easier and we'll just keep moving forward.
MR. RAHE: Sorry. Yeah, we'll do that. How about a rectangle?
MR. KIVETZ: A rectangle works.
MR. RAHE: There we go.
BY MR. KIVETZ:
**Q Okay. Then after you -- can you give me an estimate of how long you were hugging and kissing in that particular alley that's now marked with a rectangle?**
A I -- I don't. Not long.



**Q So less than a minute?**
A Probably -- possibly.
**Q Was it more than a minute?**
A Less most likely.
**Q Okay. And then do you remember having any conversation with Mr. Bouto in that alley there that's now marked with a rectangle?**
A I don't remember the conversation, but we -- we talked, but I don't remember the conversation.
**Q Do you remember anything besides -- and I'm using the word embrace, and you recognize that to be hugging and kissing?**
A Yes.
**Q Do you remember anything besides embracing in that alley?**
A I don't.
**Q Okay. And then after the embracing in that alley, what did you do next?**
A We made another turn. A right turn.
**Q Okay.**
A Another alley.
**Q That's down -- that's down the alley between Christiana and Spaulding, right, where the mark is right now?**
A Correct.



**Exhibit 8**

Page 62

**Q How far down the alley did you walk with Mr. Bouto?**
A Not too far.
**Q Okay. Do you see the buildings there that lined up on the right? Can you count maybe how many buildings you went down with Mr. Bouto?**
A I -- I don't recall.
**Q Okay. Was -- did you go all the way to Sunnyside?**
A We didn't make it to Sunnyside.
**Q Did you go halfway down the alley?**
A You can say possibly halfway.
**Q Okay. Did you go more than halfway down the alley?**
A I don't believe so.
**Q Okay. So we're going to mark it as more than half the alley to the best of your memory is where --**
A It wasn't -- yeah, it was not more. It wasn't --
MR. KIVETZ: Please don't shake your head when I'm asking questions.
MR. AINSWORTH: You just -- she just told you --
MR. KIVETZ: Do not shake your head in the middle of me asking questions. It's inappropriate.
MR. AINSWORTH: Jeff, the question was inappropriate. If you asked appropriate questions --
MR. KIVETZ: No, that wasn't the reason you

Page 63

were shaking your head, Russell, and you know very full well why. Okay?
MR. AINSWORTH: No. The --
MR. KIVETZ: You tell me when you're done. I don't want it to be inappropriate. Okay? You ready?
**Q Ms. Astefan --**
MR. AINSWORTH: No, no, no, no, no, I get to talk now, Jeff.
MR. KIVETZ: Oh, go ahead. Yeah, go for it.
MR. AINSWORTH: Yeah, geez, Jeff.
MR. KIVETZ: I don't want to get into an argument.
MR. AINSWORTH: Well, then don't say things that are inflammatory. She -- the witness just told you one thing, you said the opposite, and so I was objecting to your question. It was a completely inappropriate question. If you don't ask completely inappropriate questions, we won't have any problems. So let's go forward.
MR. KIVETZ: Yeah, and just for the record I was not asking a completely inappropriate question. I was trying to determine where she was down the alley. When I asked the question, you shook your head no as if to tell her no, that wasn't all the way down the alley.

Page 64

From there we can move forward.
MR. AINSWORTH: Okay, Jeff, I get to talk again.
MR. KIVETZ: All right.
MR. AINSWORTH: I'll keep doing this so when you read the transcript please look at the exchange between you and the witness right before this exchange between you and I happened, and I think you'll see what I was responding to.
MR. KIVETZ: We'll have to agree to disagree. Okay. So in any event, I'd appreciate it if you don't shake your head or nod during the course of the deposition.
BY MR. KIVETZ:
**Q Let's continue now. So could you please tell me, Tania, how far down the alley you went to the best of your memory?**
MR. AINSWORTH: Objection, asked and answered.
A It was not that -- it wasn't -- it was I would say halfway.
**Q Okay. So you were halfway down the alley to the best of your memory as you sit here today where approximately the cross mark is on the screen as it is**

Page 65

**now?**
A Yes.
**Q Okay. We're going to from that very point draw an arrow, and you let me know if this is approximately where you were in the alley and stopped for at that time in the alley, okay?**
A Correct.
**Q Does that accurately reflect where you stopped again with Mr. Bouto in the alley that's going north and south between Christiana and Spaulding?**
A Yes.
**Q And then do you recall having any conversation with Mr. Bouto as you walked down the alley between -- that's going north and south between Christiana and Spaulding?**
A I don't remember.
**Q Do you remember anything at all that happened during the walk from -- down the alley south between Spaulding and Christiana?**
A I don't recall.
**Q Do you recall what happened when you stopped at the alley about halfway through between Christiana and Spaulding?**
A I remember hearing the gunshots.
**Q What were you doing at the time that you heard the**



Exhibit 8

Page 66

**gunshots?**
A We were walking.
**Q And were you walking -- still walking towards Sunnyside?**
A When we heard them, yes, and then we -- I -- we turned around.
**Q Were you kissing or hugging at the time that you heard the shots?**
A I don't recall.
**Q Okay. Is it -- is the reason that you stopped because -- about halfway down the alley is because you heard gunshots?**
A Yes.
**Q Okay. And then how many gunshots did you hear?**
A There was multiple.
**Q More than two?**
A Possibly.
**Q More than three?**
A It could be.
**Q More than four?**
A No.
**Q Okay. So at most there were four gunshots. Is that fair to say, Tania?**
MR. AINSWORTH: Object to the form of the

Page 67

question.
A Say three to four, yes.
**Q Okay. And then you don't remember whether or not you were hugging or kissing at the time that you heard the gunshots. Is that fair to say?**
A I don't recall.
**Q Is it possible that you were hugging at that time?**
A Possibly.
**Q Is it possible that you were kissing at the time that you heard the gunshots?**
A Possibly.
**Q Okay. And can you describe Mr. Bouto's reaction at the time that you heard the gunshots?**
A I was scared so I don't -- just -- we just turned around.
**Q Did --**
A I don't remember his reaction.
**Q Did he appear to be scared to you at the time you heard the gunshots?**
A I don't remember.
**Q Okay. Do you know what area the gunshots were coming from?**
A I don't.
**Q Do you remember what you saw, if anything, down the**

Page 68

**alley towards Sunnyside at the time of the gunshots?**
A I don't remember.
**Q Do you remember seeing anybody in the alley between Christiana and Spaulding at the time of the gunshots?**
A I don't recall.
**Q Did you see Helen at all during the time that you were in the alley that goes north to south on -- between Christiana and Spaulding?**
A I don't remember.
**Q And then did you see Joanie at all at the time that you were in the alley between Christiana and Spaulding?**
A I don't remember.
**Q You remember being scared. Do you remember anything else?**
A I don't. We just turned around and continued walking.
**Q Did you see anybody throwing rocks or bottles at the time that you heard gunshots?**
A I don't remember.
**Q From the time that you're moving south down the alley between Spaulding and Christiana, did you see anything at all to the best of your memory?**
A I don't remember.
**Q Can you describe what the alley looks like?**
A Just an alley with trash cans.

Page 69

**Q Were there cars in the alley?**
A I don't recall.
**Q Was anything obstructing your view toward -- your view towards Sunnyside?**
A I don't recall.
**Q Was there a car in the alley or anything?**
A I don't remember.
**Q And did you hear anything before the gunshots, any type of argument, for example?**
A Not that I remember.
**Q And you don't remember whether or not Mr. Bouto appeared scared to you at the time of the gunshots?**
A I don't.
**Q When you were kissing Mr. Bouto just earlier to that, did you feel like he was carrying any type of weapon or anything?**
A No.
**Q Do you know if he had any type of backpack on when you were with him?**
A I don't believe so.
**Q Do you know what was in his pockets?**
A I don't.
**Q Okay. Could you feel whether or not he was carrying a wallet?**



Exhibit 8

A I don't remember.
**Q Do you remember if he regularly carried a wallet?**
A I don't remember.
**Q Do you know whether or not he had anything in his pockets whatsoever from the time that you saw him on Kimball towards the time that you stopped and heard the gunshot?**
A I don't recall.
**Q Did you ever in the times that you were kissing him or embracing him beforehand feel any type of weapon on his person?**
A I didn't feel anything.
**Q Throughout the entire course of your relationship, you never felt any type of weapon or something that you observed might be a weapon?**
A I don't --
MR. AINSWORTH: Objection, asked and answered.
**Q No, it wasn't. Go ahead, Tania.**
A No, I don't.
**Q Okay. So after you heard the shots, what did you do next?**
A We turned right back, walked down the other alley towards Spaulding.



**Q Okay. So you proceeded to head north towards the -- north on the alley that heads north and south between Christiana and Spaulding until the T. Is that fair to say?**
A Yes.
**Q Did you walk, or did you run?**
A No, we walked.
**Q Why did you walk and not run?**
A I don't know.
**Q You said you were scared. Is there a reason that you decided to walk instead of run?**
A We just decided to walk. We weren't running.
**Q Was Mr. Bouto calm when you guys were walking back towards the T at the alley there?**
A To my knowledge, yes.
**Q Okay. And did he appear to be frustrated at all by hearing the gunshots?**
A No.
MR. AINSWORTH: Object to the form of the question.
**Q Can you give me any type of observation from your standpoint of Mr. Bouto at the time of hearing gunshots to the time of walking towards the T intersection?**
A He was still the same. No difference from the time he



picked me up from Kimball and Wilson.
**Q Was he still trying to kiss you during that time period?**
A I don't recall.
**Q Okay.**
MR. AINSWORTH: Objection, foundation.
**Q Okay. Was he still trying to kiss you from the time after the gunshots walking north toward the T?**
A I don't remember.
**Q Do you remember anything at all about where the gunshots came from at the time you heard them?**
A I don't.
**Q Do you know if they were coming from the Sunnyside area?**
A I don't remember.
**Q And then just to be clear, did you hear any other gunshots before that point where you're in the middle of the alley that heads north and south between Christiana and Spaulding?**
A Can you repeat that, please?
**Q Yeah. Before the approximately three to four gunshots that you heard when you were in the middle alley -- middle of the alley between Christiana and Spaulding, did you hear any gunshots that happened before that?**



A Before that?
**Q Yeah.**
A No.
**Q Okay. And then so then you head back north in the alley until you get to the T. Is that fair to say?**
A Yes.
**Q And you're walking next to Mr. Bouto. Is that also fair to say?**
A Correct.
**Q Did he tell you anything during that walk?**
A I don't recall --
**Q Do you --**
A -- the conversation.
**Q Do you remember any conversation that you had with him while walking north towards the T?**
A I don't recall.
**Q So you just remember being scared. Is that fair to say?**
A Yes.
**Q So after the three to four shots we're going to mark the path that you took, okay? And let us know if this fairly and accurately indicates the path that you took, okay?**
A Yes.



**Exhibit 8**

Page 74

Q Does that arrow heading north accurately depict the path that you took after you heard the four -- three to four gunshots?
A Yes.
Q Okay. And then what did you do after you got to the T point between the two alleys?
A We made a right turn towards Spaulding.
Q Okay. And how far did you get down -- did you stop at all before getting to Spaulding?
A I don't recall.
Q Did Mr. Bouto try to kiss you or hug you at all during the time that you were walking east towards Spaulding?
A I honestly don't recall.
Q Do you remember any conversation that you had between the time point of hitting the T section towards -- walking east towards Spaulding?
A I don't recall the conversation.
Q Okay. Did you stop at the corner of Spaulding? Is that the next time that you stopped with Mr. Bouto?
A We walked straight. We continued to walk straight towards Sawyer.
Q Okay. Down that -- down the alley that goes east to west?
A Correct.

Page 75

Q Okay. And then did you make it towards Sawyer?
A We went -- yes, towards Sawyer.
Q Okay.
A And then we split.
Q So you stopped hanging out with Mr. Bouto once -- the time that you got to the corner of Sawyer, is that fair?
A Yes.
Q Okay. So from the time that you walked east from the T point in the alley towards Sawyer, did you hug or kiss at all?
A Possibly, yes.
Q Do you know where you kissed in that -- in that alley?
A I don't remember.
Q Was it before or after Spaulding?
A I don't remember.
Q Do you remember having any conversation that you had during your walk east towards Sawyer?
A I don't recall the conversations.
Q Do you remember if you were still scared at that point?
A I don't remember.
Q All right. So we're going to draw the arrow from Sawyer towards the T intersection. Let us know if that accurately represents the path that you generally took

Page 76

after turning right down the alley, or east rather down the alley. Does that arrow fairly and accurately depict the path that you traveled from the T intersection of the alley east towards Sawyer?
A Yes.
Q Okay. And as you sit here today, you don't recall stopping at all during the walk east towards Sawyer?
A I don't recall.
Q But you think it's possible that you might have kissed or hugged along that path. Is that fair to say?
A Possibly.
Q As we sit here today, you don't remember, right?
A I -- at the time of splitting, we did -- we did hug and kiss.
Q Okay. So you hugged and kissed again at the corner of Sawyer and the alley, right?
A Yes.
Q Okay. And do you recall your conversation with Mr. Bouto at that point in time?
A I don't remember.
Q Were you in a rush to do anything at that point in time?
A Get home.
Q Why were you in a rush to get home?

Page 77

A Because I had to be home at a certain time.
Q Why didn't you let Mr. Bouto walk you home after you just heard gunfire?
A I came from a very strict family. Not allowed to walk with boys or date.
Q Got it. So even though there was gunfire in your neighborhood, you still wouldn't allow him to walk you home because you were concerned about your parents. Is that fair to say?
A Correct.
Q And then did you have plans to meet up at all?
A No.
Q Did you have plans to talk on the phone?
A Not that I remember.
Q And was he ever allowed to call your house, by the way?
A No.
Q Okay. So did you always call his house?
A Yes.
Q Did you also page him? Did he have a pager number?
A He did.
Q Did Mr. Bouto know where you lived?
A Yes.
Q And did he know the apartment that you lived in as well?



Exhibit 8

A If I -- if I recall, yes.
**Q And you lived just above your dad's photo shop. Was it a photo shop? Am I remembering that correctly?**
A Correct.
**Q In fact, there was a large photo of you in the photo shop, right?**
A Yes.
**Q Okay. And it was kind of well known in the area where your dad's shop was located?**
A Yes.
MR. AINSWORTH: Object to the foundation.
**Q Do you recall approximately, you know, what time you left Mr. Bouto on the corner of Sawyer?**
A I don't recall.
**Q Do you remember if you were on the north or the south side of -- I'm sorry, do you remember what corner you were on on Sawyer when you departed?**
A I don't remember.
**Q Okay. Did you -- did he tell you he was going to do anything?**
A I don't remember.
**Q Okay. Did he seem in a rush to you at all?**
A No.
**Q Did he talk about how -- wanting to go check on the**



**shots that were fired?**
A No.
**Q Did he seem like he wanted to protect you in any way?**
A No.
**Q Did you feel that you were safe at the time that you left him?**
A Yes.
**Q Did you hear police sirens at all during your walk from Kimball and Wilson towards -- all the way down towards Sawyer?**
A I don't remember.
**Q Did you ever see any police officers in the area after the gunshots?**
A I don't recall.
**Q Did you make any plans whatsoever with Mr. Bouto at the time that you left him on the corner of Sawyer Avenue?**
A No, I don't recall.
**Q Okay. And then did he have any plans to go and eat, do you know?**
A I don't remember.
**Q Do you remember if he was trying to go get pizza at all?**
A I don't remember.
**Q Do you remember where Mr. Bouto liked to hang out at**



**all when he wasn't with you?**
A I don't remember.
**Q Did he have a particular corner that he hung out on?**
A I don't remember.
**Q Did he -- did the Stones have a particular area that they were located?**
A I honestly don't remember.
**Q Do you remember any of the corners that the gangs were located on in your neighborhood?**
A I don't.
**Q Do you remember the gang lines at all in May of 1993?**
A Can you please repeat that?
**Q Yeah, that was a bad question. Do you remember any of the gang territories in May of 1993?**
A I don't recall.
**Q Do you remember if there was any fighting between being on one side of Kimball or the other side of Kimball?**
A I don't remember.
**Q Did Mr. Bouto like to go to the Golden Crust pizza place?**
A I don't recall.
**Q Was there a Chinese food place in the area that he would get food at, if you know?**
A I don't remember.



**Q Did he ever take you out to eat at all?**
A No.
**Q Did you ever go to the movies?**
A Not --
MR. AINSWORTH: Objection, asked and answered.
A Not that I recall.
**Q And then when you're in the alley and having just heard the shots and headed back north on the alley hitting the T and then heading east towards Sawyer, did you see anybody else at all?**
A I don't remember.
**Q Okay. Did you run into Helen at all?**
A Not that I remember.
**Q Okay. So from the time period that you left Kimball towards the time period that you arrived at Sawyer Avenue, to the best of your memory you did not see Helen at all?**
A Correct.
**Q Okay. So then which way did you head next after Sawyer Avenue?**
A Towards Sunnyside.
**Q Okay. And you were alone at this point, right?**
A Correct.



**Exhibit 8**

Page 82

**Q Did you see any type of activity during your path down Sawyer towards Sunnyside?**
A Not that I remember.
**Q Do you remember any people running around or causing a nuisance or anything at all?**
A I don't recall.
**Q Okay. Did you see -- do you remember any fighting happening near -- during your walk home?**
A No, not that I remember.
**Q And did you walk or run back home?**
A I walked.
**Q Did you walk at a brisk pace?**
A Yes.
**Q Were you scared at that time?**
A No.
**Q No? So even though there were gunshots you weren't scared. Is that what you're saying?**
MR. AINSWORTH: Objection, asked and answered. Or objection to the form of the question. Sorry.
**Q Were you used to hearing gunshots in the neighborhood?**
A No.
**Q Were you used to there being a lot of fighting in your neighborhood?**

Page 83

MR. AINSWORTH: Object to the form of the question.
A I don't recall.
**Q Were you used to there being a lot of gang activity in your neighborhood?**
MR. AINSWORTH: Object to the form of the question.
**Q Go ahead and answer.**
A Yes.
**Q Okay. And what type of gang activity were you used to seeing in your neighborhood in May of 1993?**
A I don't recall.
**Q Okay. Well, when I -- when you answered yes to my question, what were you thinking about?**
A I'm sorry?
**Q When you answered yes to my question about there being gang activity, what were you referencing?**
A Just what we used to hear.
**Q And what was that?**
A The different gangs that were in the neighborhood.
**Q What were the different -- what about -- what was occurring between the different gangs in the neighborhood?**
A Just, you know, the Stones.

Page 84

**Q Okay. What about the Stones?**
A That they were -- they used to be around the neighborhood.
**Q And what would they do in the neighborhood?**
A I don't know exactly.
**Q Do you remember anything at all?**
A I don't.
**Q Were they getting into fights? Is that what you heard?**
A Yes.
**Q Okay. Were they involved in shootings? Is that what you heard?**
A Not that I recall.
**Q Were you aware -- were you hearing that there was weapons during the fights that you were learning about in the neighborhood?**
A Not that I recall.
**Q Were you aware that they were selling drugs in the neighborhood, the Stones?**
A Not that I remember.
**Q Did you understand that gang members were participating in criminal activity at the time that you lived there in May of 1993?**
A Yes.
**Q Okay. And do you know what type of criminal activity**

Page 85

**they were involved in based on living there in May of 1993?**
A Not exactly.
**Q Well, do you -- you don't remember seeing any type of illegal activity occurring in your neighborhood in May of 1993 by the Stones?**
A Not that I --
MR. AINSWORTH: Objection to the form of the question. Go ahead.
**Q Go ahead.**
A Not that I recall.
**Q Well, the Stones weren't a boys' social club, right?**
A Correct.
**Q They were actively causing damage to the neighborhood. Is that fair to say?**
MR. AINSWORTH: Object to the form of the question.
A I don't recall.
**Q Did you think the Stones were a good part of your neighborhood?**
A No.
**Q Why not?**
A Any gang is not good part of the neighborhood.
**Q And why is that?**



Exhibit 8

Page 86

A When there's a gang, there's trouble.
**Q Okay. So I want to just continue with the map, and we're going to walk south down Sawyer until you met the corner of Sunnyside. And did you walk on the east or west side of Sawyer, if you recall?**
A I don't remember.
**Q So we're going to put it down the middle of Sawyer just to generally reflect that that's the path that you took after leaving Mr. Bouto on the corner of Sawyer. Okay? And then is it fair to say you headed east down Sunnyside toward your building on the corner of Kedzie?**
A Yes.
**Q And where was the entrance to your house? Was it on -- your apartment rather. Was it on Kedzie or was it on Sunnyside?**
A It was on Kedzie.
**Q Okay. So we're going -- do you remember if you walked on the north or south side of Sunnyside toward Kedzie?**
A I don't recall.
**Q Okay. So we're going to mark it in the middle and -- from Kedzie towards Sawyer. And then about -- in your building is where the -- it says the pastries and grocery store is? Does that accurately reflect approximately where your -- where your apartment was?**

Page 87

A If that's -- if that's 4500, yes.
**Q Okay.**
A 4500.
**Q Was it the first building on the corner of Sunnyside and Kedzie?**
A Yes.
**Q Okay. And it was on the west side of Kedzie?**
A If that's -- yes.
**Q Okay. So we're going to just pull it up to about the middle of the building there that is depicted in Google Maps here to indicate the direction. So does this fairly and accurately depict the path that you took after leaving Mr. Bouto on the corner of Sawyer all the way towards your house at 4500 North Kedzie?**
A Yes.
**Q And then approximately -- just to be clear, did you see anybody on Sunnyside when you were headed east towards Kedzie?**
A I don't recall.
**Q And did you -- do you need a break, Ms. Astefan?**
A I'm good.
**Q Okay. If you need a break, just remember you can take a break anytime. I recognize that we're doing baby steps here, and I appreciate your patience, okay?**

Page 88

A Sure.
**Q So do you recall seeing anybody on Sunnyside all the way to your walk towards 4500 North Kedzie?**
A I don't remember.
**Q Did you see any type of large group of people on your walk toward -- from hitting Sunnyside towards North Kedzie?**
A I don't recall.
**Q Did you hear any fighting going on on your walk towards Kedzie from Sunnyside?**
A I don't remember.
**Q Do you recall what time you arrived home at 4500 North Kedzie?**
A It was -- I remember being late.
**Q Okay. How did you know that you were late?**
A My mom was upset.
**Q What time were you supposed to be home?**
A Usually they expected me to be home by -- I would say by 3 p.m. 3, 3:05.
**Q And then do you -- do you remember what time you arrived home?**
A It was after that.
**Q Okay. Was it before or after 3:15?**
A I don't recall exactly.

Page 89

**Q Okay. And I think I forgot to ask this question. When you left Mr. Bouto on the corner of Sawyer, which direction did he walk?**
A I don't remember.
**Q Did -- do you know whether or not he walked north on Sawyer or further down the alley?**
A I don't remember.
**Q So just to be clear, I want to put another circle at the corner of Sawyer and the alley there to depict that that's the location that you last saw Mr. Bouto on May 14, 1993. And does the oval there on the corner of Sawyer and the alleyway depict the last place that you saw Mr. Bouto on May 14, 1993?**
A Correct.
**Q And then when you got home, did you inquire at all about the shooting that you -- about the shots that you heard back there?**
A No.
**Q Were you interested in knowing what happened?**
A No.
**Q Why weren't you interested in knowing what happened with shots that were fairly near you?**
A It wasn't concerning me.
**Q When you heard the shots, were they loud?**



Exhibit 8

Page 90

A They were pretty loud.
**Q Loud enough that you thought that they were close by?**
A Yes.
**Q But you couldn't tell which direction they were coming from?**
A Correct.
**Q And then did you tell your mother what happened when you got home?**
A No.
**Q Why didn't you tell your mother there were shots in the neighborhood?**
A Don't know why.
**Q Did you call the police at all?**
A No.
**Q Okay. And you said earlier you don't remember whether or not the police ever -- you never saw the police in that area during your walk home, right?**
A Not that I recall.
**Q Did you talk to anybody on that Friday after school about the shooting?**
A No. I didn't know there was a shooting.
**Q Well, did you talk to anybody about the gunshots on Friday?**
A Not that I remember.

Page 91

**Q Did you call Helen and say, "Hey, did you hear those gunshots?"**
A I don't remember calling Helen.
**Q Do you remember talking to Helen at all on that Friday evening?**
A I don't remember.
**Q Okay. Do you remember anything that you did after the time that you arrived home?**
A My usual.
**Q What was that?**
A Get ready, dinner, watch T.V.
**Q Did you go out --**
A If we had homework. I don't remember going out.
**Q Okay. And did you see anybody on that evening of Friday, May 14?**
A Not that I remember.
**Q And then what about Saturday, May 15. Did you see Helen at all?**
A I don't remember.
**Q May 14 evening, did you page Robert Bouto at all?**
A I honestly don't recall.
**Q Did you reach out and call his house or his apartment where he was staying?**
A I don't remember.

Page 92

**Q Did you -- did you learn on May 14 that he had been arrested?**
A Yes. It was a few days after I found out.
**Q Okay. So you didn't find out on May 14, 1993, that he had been arrested that day?**
A Correct.
**Q Okay. And did you talk to anybody about the shooting on Saturday, May 15?**
A If I talked to anybody -- I'm sorry, on Saturday?
**Q Yeah, the following day.**
A I don't recall talking to anybody. I didn't know there was a shooting.
**Q Okay. Did you talk to anybody about the gunshots on Saturday, May 15?**
A Not that I recall.
**Q Was there -- do you remember what you did on Saturday, May 15?**
A I don't remember.
**Q Do you know if you reached out to Mr. Bouto at all on May 15?**
A I don't recall.
**Q Okay. Did you learn that he had been arrested the day before on Saturday, May 15?**
A I don't recall. It wasn't Saturday. It was Sunday that I found out.

Page 93

**Q Yeah. And I'm just trying to figure out, I know that you are testifying today you learned about him being arrested on Sunday about his arrest on the Friday beforehand, but on Saturday did you learn anything about his arrest?**
A No, not that I remember, no.
**Q And then you don't remember -- did you talk to Helen at all on Saturday, May 15?**
A I don't recall.
**Q You said that you knew a Joanie. Did you ever talk or converse with Joanie?**
A No.
**Q Did you ever -- you never -- did you ever receive any phone calls from Joanie?**
A No.
**Q Was Joanie -- did Joanie have blonde hair?**
A I don't recall.
**Q Was Joanie affiliated with any gang?**
A I don't recall.
**Q Did Joanie used to hang out with Robert Bouto?**
A Not that I'm aware of.
**Q And then do you recall anything that you did on Saturday, May 15?**



**Exhibit 8**

A I don't remember.
**Q And then what about Sunday, May 16. Do you recall what you did on Sunday, May 16?**
A I don't remember.
**Q Did you talk with Helen at all on Sunday, May 16?**
A I recall talking to Helen, yes.
**Q Okay. And this was on Sunday, May 16, you recall talking to Helen, and what do you recall talking to her about?**
A I don't recall.
MR. AINSWORTH: Can we take the map off if you're done using the map?
MR. KIVETZ: Oh, yeah, sure. Thanks.
**Q Tania, do you recall what you spoke with Helen about on Sunday, May 16?**
A I don't know the details, but I remember when we found out we talked about -- talked to Helen.
**Q What did you find out on May 16?**
A That Robert was arrested.
**Q How did you learn that Robert was arrested on Sunday? How did you learn the information on Sunday, May 16, that Robert had been arrested the Friday before?**
A I don't recall.
**Q Did -- were you contacted by anyone?**



A I honestly don't remember.
**Q What did you do upon learning that information?**
A I didn't do anything.
**Q Do you know what you -- did you learn what he had been arrested for?**
A I don't recall.
**Q Do you know whether or not you learned that he was arrested from a family member?**
A I don't remember who -- how I found out. I found -- I know I found out he was arrested, but I don't remember how and the details.
**Q Did you do anything to help your boyfriend out on learning that he had been arrested?**
A I didn't.
**Q Why not?**
A I came from a very strict family. And I was under the impression that someone would contact me if they needed the information.
**Q Okay. And were you under that impression on Sunday when you learned that he was arrested?**
MR. AINSWORTH: Object to the form of the question.
A Can you repeat the question? I'm sorry.
**Q Were you under the impression that someone would reach out to you if Robert needed any help on Sunday, May 16?**



A I don't -- I didn't know what exactly he was arrested for.
**Q When did you learn that he was arrested for shooting and killing Salvador Ruvalcaba?**
A I don't recall when I got -- received, you know, the details.
**Q Can you give me an approximate day of when or how many days after his arrest that you learned that he was arrested for shooting and killing Salvador Ruvalcaba?**
A I don't recall.
**Q Was it a week?**
A I honestly don't remember.
**Q Was it more than a week?**
A No.
**Q Was it more than two weeks? So it was less than a week?**
A Yes. I mean, I found out Sunday he was arrested. I don't recall the details.
**Q When did you learn that it was Salvador Ruvalcaba who had been shot about 3 o'clock on May 14, 1993?**
A I don't recall.
**Q So you had learned about a week -- within a week that Robert was arrested for shooting Salvador Ruvalcaba. Is that fair to say?**



A Possibly.
**Q And then upon learning -- did you realize at the time that he was arrested for shooting Salvador Ruvalcaba that you were with him in the alley at the time period?**
A I'm sorry, what was -- can you repeat the question?
**Q At the time that you learned Robert Bouto was arrested for shooting Salvador Ruvalcaba, did you put together that that was the same time that you were with him in the alley?**
A Yes.
**Q So within approximately a week and no more than two you had learned, or put together rather, that you were with Robert Bouto at the time Salvador Ruvalcaba was shot?**
A Yes, I --
**Q When you put that together, what did you do?**
A I didn't do anything.
**Q Did you reach out to his family to let him know -- let them know that you were an alibi for him?**
A I don't recall if I did or not.
**Q Did you speak with his family at all about you being a potential alibi witness for Mr. Bouto?**
A I don't recall.
**Q When were you first contacted by anyone doing work for**



Exhibit 8

Page 98

**Mr. Bouto or Mr. Bouto himself about providing information that you were an alibi witness for him on May 14?**
A I don't know exactly.
**Q Was it within a couple weeks, or was it within a couple months?**
A I don't recall.
**Q Did you ever visit Mr. Bouto in jail?**
A Yes.
**Q Okay. Where did you visit him in jail?**
A Cook County.
**Q How many did you go and visit him?**
A I don't recall.
**Q Was it more or less than five?**
A I don't recall. It was less, but I don't recall exactly.
**Q And how long after did you visit him in jail was it from the time of his arrest?**
A I don't recall.
**Q Was it within three months of his arrest or after?**
A I don't recall.
**Q Was it six months after his arrest or longer?**
A I don't recall.
**Q Was it a year after his arrest or longer?**

Page 99

A It was less.
**Q Less than a year. Okay. So do you think that within a year of his arrest you visited him five times?**
A Approximately.
**Q And during those five times, did you discuss with him that -- during any of those five times, did you discuss with him that you were with him at the time of the shooting?**
MR. AINSWORTH: Object to the form of the question.
A I don't recall what the conversations were.
**Q So you don't recall talking to your boyfriend within a year of his arrest about the fact that you were with him at the time of the shooting that he was being prosecuted for?**
A I don't recall.
**Q Did he tell you ever during those five times that you talked with him to reach out to an attorney that was representing him?**
MR. AINSWORTH: Object to the form of the question.
A Sorry, what was the question?
**Q Did he ever ask you to talk with an attorney or investigator that was representing him, provide**

Page 100

**information to them that you were his alibi?**
A I don't recall.
**Q Okay. Did you ever reach out to the police and let them know that your boyfriend was with you at the time of the shooting of Salvador Ruvalcaba?**
A I never reached out.
**Q Okay. Why not?**
A I was -- didn't think I needed to. I figured someone would come to me, and plus I came from a very strict family.
**Q Okay. And then during the time -- did you also speak with him at the phone -- on the phone at all while he was incarcerated at Cook County, I'm sorry, while he was in prison at Cook County Jail?**
A Yes.
**Q Approximately how many times did you talk to him while he was in prison at Cook County Jail?**
A I don't recall.
**Q Do you recall the substance of any of those conversations?**
A I don't.
**Q Do you recall talking about the fact that you were with him at the time of the shooting?**
A I don't recall what the conversations were.

Page 101

**Q Do you recall anything about those conversations either over the phone or in person within the year of his arrest?**
A I don't recall.
**Q Did you exchange letters or correspondence with him during that first year after his arrest?**
A Yes.
**Q Okay. How often would you exchange letters with him?**
A I don't recall.
**Q Okay. Do you have any of those letters?**
A I don't.
**Q Did you keep any of them and lose them later or anything?**
A I didn't keep them.
**Q Why didn't you keep the letters?**
A I didn't -- didn't want in the beginning due to my family, and then I met someone else.
**Q Okay. Do you have any -- did you ever take any photos with Robert Bouto during your relationship?**
A Not that I recall.
**Q Do you have any photos of Robert Bouto?**
A No.
**Q Did you keep any press clippings or anything like that upon learning about his release from prison?**



Exhibit 8

A Did I -- do I have any?
**Q Yes.**
A I've seen it online, but I've not -- I don't have it in the house. I don't have a clip hanging in, you know.
**Q Okay. Just asking.**
**Let's take a break here. We have been going for about two hours, so let's just take a 10-minute break. It's 1:21. So let's come back at 1:31. All right?**
A 1:31. Okay.
MR. KIVETZ: I should say 11:31 your time.
THE VIDEOGRAPHER: This is the end of Media Unit 1. Going off the record at 1:21.
(Brief recess.)
THE VIDEOGRAPHER: We are back on the record. This is the start of Media Unit 2 in the deposition of Tania Astefan. The time is 1:33 p.m. You may proceed.
BY MR. KIVETZ:
**Q Ms. Astefan, I think I forgot to ask you this question. What color was your hair in May of 1993?**
A Brown.
**Q Did you have any blonde highlights?**
A No.
**Q You're sure of that?**
A Yes.



**Q Did you ever have highlights in your hair during your high school career?**
A No.
**Q Okay. And then you remember a person by the name of Frank Escobar from high school. Remember that testimony?**
A Yes.
**Q Do you remember Frank getting killed in September of 1993?**
A I don't recall.
**Q You don't know anything about that incident?**
A I don't.
**Q Okay. Do you remember talking with any of Mr. Bouto's attorneys before testifying at his criminal trial?**
A They contacted me, yes.
**Q Do you know who contacted you?**
A I don't recall.
**Q Do you remember how many -- if it was just one set of attorneys or if it was a couple different attorneys?**
A They were -- I was contacted several times, but I don't recall.
**Q And was it your understanding that they were all criminal defense attorneys working for Mr. Bouto?**
A I don't -- I don't recall.



**Q Do you recall speaking with some investigators that were working for the criminal defense attorneys for Mr. Bouto?**
A Yes.
**Q And do you remember going to their office in Park Ridge?**
A I remember going to an office, but I don't recall the location.
**Q Okay. Do you remember who was with you?**
A Yes.
**Q Who was with you?**
A My -- it was my friend Helen and then my late husband.
**Q Okay. Before going to the office to provide that interview, do you remember talking with an attorney by the name of Richard Gavin?**
A I don't recall.
**Q Okay. And before testifying in Mr. Bouto's criminal trial, did anyone offer you any money in order to provide Robert Bouto with an alibi?**
A No.
**Q Before testifying in Mr. Bouto's criminal trial, did anyone make any promises to you in exchange for providing Mr. Bouto with an alibi?**
A No.



**Q Before testifying in Mr. Bouto's criminal trial, did anyone offer you anything in exchange for providing Mr. Bouto with an alibi?**
A No.
**Q Did you ever hear that Bouto confessed to shooting Salvador Ruvalcaba while he was locked up in jail?**
A I don't recall.
**Q Did you hear any rumors in the neighborhood that he had confessed to the shooting?**
A No.
**Q Having heard that he confessed to the shooting before his criminal trial, does that affect your testimony here today?**
A No.
**Q In any form or any way?**
MR. AINSWORTH: I was on mute. Objection to the form of that question.
**Q Did you ever hear of a person by the name of Francisco Vicente?**
A No.
**Q Do you know whether or not he implicated Robert Bouto in the murder of Salvador Ruvalcaba?**
A No.
**Q Do you know a person by the name of Edwin Maldonado?**



Exhibit 8

Page 106

A No.
Q Do you know whether or not he implicated Mr. Bouto in the shooting of Salvador Ruvalcaba?
A I don't.
Q We heard some previous testimony that there was some rumors about Mr. Bouto confessing in the neighborhood before his criminal trial. Did you hear any rumors about that?
A I didn't.
Q So from the time of the shooting up until the time of the criminal trial testimony that you provided for Mr. Bouto, did you talk with Helen at all about the incident?
A We talked, yes.
Q What did you learn from Helen about the shooting of Salvador Ruvalcaba, if anything?
A I don't recall the details.
Q Do you recall whether or not she provided testimony that she saw you kissing Robert Bouto at the time of the -- of the shots in the alley that was going north and south between Christiana and Spaulding?
A Yes.
Q You recall speaking with her about that?
A I don't recall the details.

Page 107

Q Okay. What do you recall, if anything?
A I just -- I don't recall -- I just recall her telling -- letting us know that she did see us.
Q Okay. And did she tell you that there was -- that she heard more than -- heard two different sets of shots? Did you talk to her about that at all?
A I don't recall the details.
Q Did she tell you that she saw you in two different locations during each set of shots at all?
A I don't recall.
Q I want to show you the statement, a transcript of the statement that you provided to one of Mr. Bouto's criminal investigators and just ask you a couple questions about that statement, okay? I'm more than happy to give you a full opportunity to review it, but I just have a couple certain questions from pages about it. So let me know if you want to review it, or let me ask my question and you can go from there.
Now, I don't know if we officially marked the diagram, Lauret, as Exhibit 1, but let's do that now. So the diagram that we previously marked up will be Exhibit 1. And this is a copy of a November 22, 1995, statement, interview with Tania Astefan from J.C. Frycek & Associates, and we'll mark that as Exhibit 2.

Page 108

And it is Bates stamped Bouto 236 through 253.
(At 1:40 p.m. Exhibits 1 and 2 marked.)
BY MR. KIVETZ:
Q I want to ask you on Page 4 of this particular document, it says -- we'll just read it and then I'll ask you the question. "Okay. Approximately what time did Robert Bouto pick you up?" You: "Well, he was sitting waiting on the corner on Wilson with Helen, and by the time I got out there they were already out there. When I got out it was 2:50." "Okay. I'm going to show you a diagram. You can push up your chair a little bit closer. I'm going to show you a diagram. When you left the high school, Robert Bouto picked you up along with Helen?" Your answer, "Yeah." "He was waiting out there with Helen, so therefore he didn't leave school with Helen. She was already waiting for you when you came out." Continuing on the next page. Your answer, "Yeah. I think she had cut class that day or left early. I'm not really sure."
Did I read that accurately based on your review, Ms. Astefan?
A If that's -- if that's what's written.
Q Okay. Do you remember whether or not Helen cut class on May 14, 1993?

Page 109

A I don't recall.
Q Okay. And do you remember whether or not Helen would cut class often on -- in May of 1993?
A I don't recall.
Q Okay. Do you remember if she ever cut class before let's just say May 1993?
A I don't recall.
Q Was Helen a good -- a good student?
A Yes.
Q Okay. Was she a good person?
A Yes.
Q She was one of your closest friends, right?
A Yes.
Q Okay. And so when you said there back in 1995 that she might have cut class, does that ring any bells that she might have cut class occasionally as a sophomore in high school?
MR. AINSWORTH: Objection to the form of the question.
Q Go ahead.
A I don't recall.
Q Was Helen affiliated with any type of gang?
A No.
Q And you said you couldn't remember any of the



Exhibit 8

**boyfriends that she had sophomore year in school, right?**
A Correct.
**Q Did she have a strict family as well?**
A Her -- yes, but not as strict as mine.
**Q Okay. What was the difference between the strictness level?**
A My -- my dad was really strict where I wasn't allowed to go out, and she had more of -- she was able to go out more.
**Q Did she ever tell you that your dad saw her holding someone's hand and got upset with you and her?**
A I recall something similar, yes.
**Q What do you recall about that?**
A I remember -- from what I -- she was -- my dad was driving around, and he had saw her holding someone's hand.
**Q Okay. And then were you punished in some form or fashion for Helen's actions?**
A Yes, I was. But I don't recall the details.
**Q Okay. So I'm going to share my screen again with you, and I'm going to read during the same interview on Page 7 it says -- let me just go back one page so we get the question. Right here at the bottom: "Yeah, and then**



**we started walking through the other alley towards Sunnyside." And then the investigator says: "Okay." And then you respond: "There's another alley towards Sunnyside, and I had seen a lot of -- there's people standing around, and I was like, I told him, babe, you know, let's turn the other way because something's going to happen. There's," and then it's inaudible, "to them, you know, whatever, let's just go out of our way. And then I always having a watch on me, and then I started -- I heard gunshots." Did you see that statement that you provided to Mr. Press on November 22, 1995, on Page 6 and Page 7?**
A I'm seeing it right now.
**Q Did I read that accurately and clearly, Ms. Astefan?**
A Yes.
**Q And my question is your testimony indicates that when you were walking towards -- I'm sorry, the statement that you provided indicates that when you were walking towards Sunnyside you'd seen there's a lot of people standing around. Did you see people when you were walking down Sunnyside?**
A I don't recall.
**Q Okay. Is it fair to say that your memory was fresher back in November of 1995 than it is today?**



A Correct.
**Q And is it also fair to say that when you provided this statement to Mr. Press in November of 1995 you were trying to be accurate and truthful?**
A I'm being truthful then and now.
**Q Okay. Thank you. And we appreciate that.**
**So is it fair to say then that you likely did see people since you told Mr. Press in 1995 that there was a group of people standing on Sunnyside when you were headed in that direction on May 14, 1995?**
A Yes --
MR. AINSWORTH: Object to the form of the question.
**Q Was that a yes, Ms. Astefan?**
A I don't recall it, but that's -- if that's what I said back then.
**Q So you don't dispute your statement that you had seen a bunch of people standing around when you were heading down the alley towards Sunnyside, correct?**
A Correct.
**Q Okay. And then the next sentence it says, "And I was like, I told him, babe, you know, let's turn the other way because something's going to happen." Do you remember giving that statement to Mr. Press in November**



**of 1995?**
A I don't recall.
**Q Okay. But you don't dispute that that is an accurate and truthful statement that you provided to Mr. Press in 1995, right?**
A Correct.
**Q And as you sit here today, do you recall telling Mr. Bouto that you were concerned something was going to happen on Sunnyside when you were headed down that way?**
A I don't recall.
**Q Having had an opportunity to review that particular testimony, that particular statement rather, does that refresh your recollection as to being concerned that something, an incident was going to happen on Sunnyside as you were walking down?**
A Can you repeat the question, please?
**Q Sure. Having had an opportunity to review your statement now, does that refresh your recollection as to whether or not you had concerns when seeing a group of people that something bad was going to happen?**
A Seeing what I said then, yes.
**Q Okay. So now do you have a memory in your head as you sit here today of a group of people and being concerned**



**Exhibit 8**

Page 114

**that something was going to happen on Sunnyside as you were walking down that alley?**
A I don't recall.
**Q Okay. So just to test your memory here, do you recall how many people you saw when you were walking down Sunnyside right before the shots were fired?**
A I don't recall.
**Q You know what? I misspoke. I'm sorry. Do you recall how many people you saw when you were walking south down the alley towards Sunnyside right before the shots happened?**
A I don't remember seeing people.
**Q Okay. Do you recall whether or not there were any -- there were men and women in the group that you saw when you were walking south down the alley towards Sunnyside?**
MR. AINSWORTH: Object to the form of the question.
A I don't recall. I don't recall seeing people. I don't recall how many people. I don't recall.
**Q Do you recall having had an opportunity to review this statement whether or not anybody was throwing rocks or bottles when you were traveling south down the alley towards Sunnyside?**

Page 115

A I don't recall.
**Q Do you recall seeing Helen in that group of people or near that group of people when you were traveling south down the alley towards Sunnyside?**
A I don't remember.
**Q Do you recall seeing Joanie when you were traveling south down the alley towards Sunnyside where that group of people were located?**
A I don't remember.
**Q Having had an opportunity to review this statement, do you know why you told Bouto to turn around away from where the trouble was occurring?**
A At -- just reading what I said, the reason why I would say that if you see -- if you see people running, it's scary. Something's going on. You assume that it's a danger place.
**Q Were you concerned that your boyfriend Mr. Bouto might get involved in the altercation if you continued further down the alley towards Sunnyside?**
MR. AINSWORTH: Objection, foundation.
**Q Go ahead, Tania.**
A Not necessarily towards Bouto but also scared for myself if there is a situation going on.
**Q But were you concerned that Bouto might try to go**

Page 116

**towards the crowd and participate in whatever was going on there and that's the reason that you told him to turn around?**
A No.
MR. AINSWORTH: Objection, foundation.
**Q I want to move on towards Page 10 in the middle here. You know what? We're going to skip that part. I want to move down to Page 16. Do you remember that your fiance' at the time, Sam, was present with you during the interview that you gave to Mr. Press in November of 1995?**
A Yes.
**Q Okay. And Helen was also present, right?**
MR. AINSWORTH: Object to the form of the question.
**Q Do you recall Helen being present during that interview that you participated in on November 22, 1995?**
A She -- I don't recall her being present at the time of my interview.
**Q Was she in the same office with you and just not in the same room?**
A If I recall. I don't remember.
**Q Do you recall traveling with Helen and Sam to the interview with Mr. Press in November of 1995?**

Page 117

A I -- if I recall, yes.
**Q And do you recall conferring about your stories of what happened on that day when you were traveling?**
A I don't recall.
**Q Did you talk to Sam about what had occurred before going up to meet with Mr. Press in November of 1995?**
A I'm sure I did.
**Q Okay. And did you tell him the events as you remembered them?**
A Most likely.
**Q I want to show you -- it looks like part of the conversation Issan was there, and I want to direct you to the middle of the page. And it says -- let's just start here. "There's nothing else to add." "Pardon me?" Issan: "There's nothing else to add to it." Question: "And why do you say that, because this is what Tania had told you?" Issan: "Yeah, that's what she told me, you know. If there's something extra she would explain it to me." Question: "Then why would you tend to believe her?" Answer: "I'll take her word for it, but I'm not 100 percent. I didn't believe her 100 percent. You know, I believe her, I'm taking her word, but somehow in my mind I think, you know, she's telling the truth, but you never know. But she was**



Exhibit 8

Page 118

**telling the truth. I mean, I wasn't there. How can I know if she's saying the truth, correct?" Did I read that portion of what's described in your statement truthfully and accurately?**
A Yes.
**Q Were you present when Issan said that he didn't 100 percent believe the story that you were telling Mr. Press about the incident?**
A I don't recall this.
MR. AINSWORTH: I'll object to the form of the question.
**Q Do you remember leaving his presence at any point in time during the interview with Mr. Press on November 22, 1995?**
A I don't recall.
**Q Okay. Do you know why he -- Issan didn't 100 percent believe the story you were telling Mr. Press?**
MR. AINSWORTH: Object to the form of the question.
A I don't know.
**Q Is it because that you were not with Mr. Bouto at the time Salvador Ruvalcaba was shot?**
A I was with him.
**Q Okay. Isn't it true that you were not with him at the**

Page 119

**time Salvador Ruvalcaba was shot?**
MR. AINSWORTH: Object to the form of the question.
A Can you repeat that, please?
**Q Well, my question is pretty simple. If your own fiance' didn't believe your story, why should we believe your story?**
MR. AINSWORTH: Objection to the form of the question.
**Q You can answer, Tania.**
A I don't know why that was said, but it could be because he wasn't there.
**Q Yeah. Is it -- did he not -- is it true that Robert Bouto shot Salvador Ruvalcaba to protect you and Helen because rocks were being thrown at you on the corner of Sunnyside and the alley?**
A Not true.
**Q And you're a hundred percent sure of that?**
A Hundred percent.
**Q Did you provide Mr. Bouto with a fake alibi?**
A No, I didn't.
**Q Do you recall giving criminal trial testimony in 1996 that was favorable to Mr. Bouto?**
A I'm sorry, can you repeat that?

Page 120

**Q Do you recall testifying at Mr. Bouto's criminal trial?**
A I remember testifying, yes.
**Q And do you recall testifying -- and did you provide accurate and truthful testimony before the court during that testimony?**
A I did.
**Q Okay. You wouldn't lie under oath, right?**
A I wouldn't.
**Q Just as you're not lying under oath today, right?**
A Correct.
**Q I want to talk to you a little bit about Mr. Bouto's arrest during the time that you were dating him in 1993. On February 26, 1993, were you aware that he was arrested for publicly smoking weed openly in the street at a time when it was illegal?**
A I wasn't aware. I don't recall.
**Q Did you talk with him at all about this particular arrest on February 26, 1993?**
A I don't recall.
**Q Did you know that he was arrested for smoking weed in the street in -- on February 26, 1993?**
A Not to my knowledge, I don't recall.
**Q On February 19, 1993, were you aware that Bouto was arrested for gang activity for giving gang signs to**

Page 121

**passing motorists and individuals --**
A I don't --
**Q -- in an attempt to start a fight?**
A I don't remember.
**Q Okay. Did you talk with him about his arrest in February of 1993 for gang activity?**
A I don't recall.
**Q And do you recall being aware of this particular arrest against Mr. Bouto for gang activity?**
A I don't remember.
**Q Were you aware on March 16, 1993, that Bouto was arrested for flashing gang signs and attempting to lure a group of rival gang members into a street fight?**
A I don't remember.
**Q Did you discuss this arrest of his for gang activity in March of 1993?**
A Not to my knowledge. I don't remember.
**Q On March 15, 1993, were you aware that Mr. Bouto was arrested for possession of a handgun?**
A I was not aware.
**Q Were you aware that when he was arrested he told the officers that he needed the handgun for protection in the neighborhood?**
MR. AINSWORTH: Object to the form of the



**Exhibit 8**

question, foundation.
**Q Were you -- did you ever talk to him about his arrest on March 15, 1993, for possession of a handgun?**
A Not that I'm aware of. Not that I remember.
**Q And you never saw him with a handgun at any time, right?**
A Correct.
**Q On April 7, 1993, were you aware that Mr. Bouto was arrested with a significant amount of pot and some clear bags meant for distribution of marijuana?**
MR. AINSWORTH: Object to the form of the question.
A I don't remember.
**Q Did you talk with him about his April 7, 1993, arrest about selling marijuana?**
A I don't remember.
**Q Did he ever tell you that he just sold pot in the streets?**
A I don't remember having that conversation.
**Q On April 12, 1993, were you aware that he was involved in a gang disturbance where gunshots were fired through the windows of a parked car?**
A I was not aware.
**Q Were you aware that he alleged the police beat him up**



**in relation to that arrest?**
A I was not aware. I don't recall.
**Q Did you ever talk to him about his arrest on April 12, 1993, where gunshots were fired through windows of parked cars?**
A I don't remember.
**Q Were you aware on April 20, 1993, he was again arrested for possession of pot?**
A I don't remember.
**Q Were you aware that -- or did he tell you rather that when he was arrested he threatened to tell the judges the cops planted weed on him?**
A I don't recall.
**Q Did you talk to him about his April 20, 1993, arrest for possession of pot?**
A I don't recall.
**Q On May 3, 1992 (sic), Mr. Bouto was arrested for robbing someone and beating him up and stealing their little dog. Do you recall that incident?**
A I had no idea.
**Q Were you aware that he stole a dog from an individual in May of 1992 (sic)?**
MR. AINSWORTH: Object to the form of the question.



A I was not.
**Q Did he ever try to offer you a dog as a gift?**
A No.
**Q Having known that he was arrested, let's see, one, two, three, four, five, six, seven, eight, eight times during the course of the time that you were dating him, does that change your testimony at all that you were with him in the alley on May 14, 1993?**
A No.
MR. AINSWORTH: Object to the form and the foundation.
**Q No? You weren't aware at all that he was getting into a significant amount of trouble with the police, including with weapons, before his arrest in May of 1993?**
MR. AINSWORTH: Object to the form of the question.
A No, not that I recall.
**Q So he never talked to you about any of his arrests during the time that you were dating him?**
A No.
MR. AINSWORTH: Object to the form of the question.
A Not that I remember.



**Q So is it possible that you talked with him about some of his arrests and you just don't remember as you sit here today?**
A I don't recall.
**Q You don't recall him ever telling you that he was arrested, right?**
A I don't recall.
**Q Did you ever talk with anyone from Northwestern?**
A As in attorneys or as in investigators? I don't --
**Q Anybody associated with Northwestern University?**
A Not that I remember.
**Q Did you talk with any journalists with Northwestern University?**
A I don't recall talking to any.
**Q Did you talk with any students at Northwestern University?**
A Not that I'm aware of.
**Q Did you talk with any attorneys at Northwestern?**
A I honestly don't remember --
**Q After --**
A -- talking.
**Q Oh, I'm sorry. Go ahead.**
A I don't remember. I've talked to attorneys and investigators, but I don't remember.



Exhibit 8

**Q Okay. After Mr. -- when did you stop officially dating Robert Bouto?**
A I don't recall.
**Q Was it before or after your criminal trial? I think I'm still sharing. Was it before or after your criminal trial testimony?**
A It was prior.
**Q Why did you break up?**
A I don't exactly remember the details, but just heard that he was dating someone.
**Q Well, you heard that he was cheating on you with someone else, right?**
A Correct.
**Q And you heard that he might have impregnated another girl while you were dating, correct?**
A Correct.
**Q Do you know whether or not Helen continued to meet with Robert Bouto after you guys broke up?**
A I learned about that afterwards.
**Q When did you learn that?**
A I don't recall exactly.
**Q Do you know -- did Helen ever tell you whether she was developing romantic feelings for Mr. Bouto?**
A I had no idea.



**Q Did you know a detective by the name of Ray Guevara?**
A I don't recall.
**Q Did you ever meet a detective by the name of Ernest Halvorsen?**
A I don't know.
**Q Did you ever meet a police officer by the name of Kenneth Pang?**
A No.
**Q Did you ever meet a police officer by the name of Allen Pergande?**
A No.
**Q Did you ever meet a police officer by the name of Richard Maher?**
A Not that I -- no.
**Q So you haven't -- just to clear up, you have never talked -- you haven't talked to Mr. Bouto since providing criminal testimony in favor of him in 1996, right?**
A Last time was prior to the trial.
**Q Okay. What did you talk about in that last conversation?**
A I don't recall.
**Q Okay. And then did -- after he was arrested and after he was incarcerated, you mentioned that you had talked**



**with other attorneys. Do you recall when you spoke to any other attorney?**
A I honestly don't -- I don't recall.
**Q Did anyone ask you to testify during Mr. Bouto's post-conviction hearing within the past -- let's say the past five years?**
A Someone did contact me. I was contacted a couple of times. But I don't remember exactly who.
**Q Did Mr. Ainsworth at all talk to you not just recently but during the time of the post-trial?**
A Possibly.
**Q Okay.**
A I don't remember. I mean, I was contacted by a couple, but I don't remember names.
**Q All right. Did anybody when they were talking to you tell you that Mr. Bouto would be filing a civil lawsuit against police officers trying to get money from the City of Chicago?**
A If an attorney had told me that? I'm sorry?
**Q Yeah. Yes.**
A No.
**Q Did anybody tell you that Mr. Bouto was suing a police officer in an attempt to get money for him being -- his conviction being overturned?**



A I actually read it on social media.
**Q Do you follow Mr. Bouto on social media?**
A I don't.
**Q Okay. What social media site did you see this particular article about?**
A You know what, I had Googled it and I had just started reading.
**Q Got it. So you Googled Mr. Bouto at what point in time?**
A It was when he -- there was -- when he was found innocent.
**Q Okay.**
A It was on -- if I'm not mistaken, there was a social media he was on -- I don't exactly remember what site, but he was found innocent.
**Q And around that time that he was found innocent, did anybody ask you to testify for him?**
A I don't recall, no.
**Q And then in 2019, there was another litigation relating to his -- relating to his post-conviction. Do you recall being contacted in 2019 about testifying on his behalf?**
A I don't believe I was -- I don't recall.
**Q So we have been here for a few hours. Is there**



Exhibit 8

Page 130

**anything that you recall that we haven't touched upon today relating to where -- relating to Mr. Bouto on May 14, 1993?**
A I've answered everything that you have asked me.
**Q Is there any other information that you're aware of that we haven't covered relating to Mr. Bouto and the incident of the shooting of Salvador Ruvalcaba?**
A Not that I can think of.
**Q Okay. Is there anything about Mr. Bouto that you want to tell us as you sit here today?**
A (Witness shakes head.)
**Q Is that a no?**
A That he's innocent.
**Q Okay. And that's because you were with him at the time, right?**
A Correct.
MR. KIVETZ: All right. I'm going to take a five-minute break. I think I'm done, but I just want to confirm with my colleagues. Tania, there's other people that have an opportunity including Mr. Ainsworth to talk to you next, so we're not likely done yet, but just give me a few minutes. How about we come back at 2:13, 12:13 your time, and we'll reconvene, okay?
THE WITNESS: Okay. Thank you.

Page 131

MR. KIVETZ: Thank you very much.
THE VIDEOGRAPHER: We are going off the record. The time is 2:08 p.m.
(Brief recess.)
THE VIDEOGRAPHER: We are back on the record. The time is 2:13 p.m. You may proceed.
(At 2:13 p.m. Exhibit 3 marked.)
BY MR. KIVETZ:
**Q Tania, I want to show you what we're going to mark as Group Exhibit 3, and for the record it's Bates stamped Bouto 3648 through 3652. And I just want to ask you a few questions. Tania, can you see this particular document on your screen?**
A Now I can, yes.
**Q And can you identify who this person is in Bouto 3649?**
A Robert.
**Q Okay. And is this how he wore his facial hair in May of 1993?**
A Yes.
**Q And is this how he had his hair styled in May of 1993?**
A Yes.
**Q And then I want to move on to this next photo, get everybody facing you, which has been marked Bouto 3652. And do you recognize what position Mr. Bouto is**

Page 132

**standing in in this particular photo?**
A The third.
**Q Okay. And is this what Mr. Bouto was wearing when you were with him on May 14, 1993?**
A I don't recall.
**Q Okay. I wanted to ask you if you recognize anybody else in this photo. Do you recognize the person that's standing in position Number 1?**
A I don't.
**Q Do you recognize the person that's standing in position Number 2?**
A I don't.
**Q We're going to skip over Mr. Bouto so Mr. Ainsworth doesn't get upset with me, and we're going to move to position Number 4. Do you recognize position Number 4?**
A I don't.
**Q Do you recognize position Number five?**
A I don't.
**Q Do you recognize the person in position Number 6?**
A I don't.
**Q Do you recognize the person in position Number 7?**
A I don't.
**Q And do you recognize the person in position Number 8?**
A I don't.

Page 133

**Q Okay. So I'm just going to go through these photos and you can look when they're facing to the right. Having had an opportunity to review that, do you recognize any of the individuals here besides Mr. Bouto?**
A I don't.
**Q And then same thing, these guys are now looking to the left. Do you recognize any of the individuals in the photo besides Mr. Bouto?**
A I don't.
MR. KIVETZ: All right. That's all the questions that I have for today. I'm sure someone else is going to have follow-up, though, okay, Tania? Thank you.
THE WITNESS: Thank you.
EXAMINATION
BY MR. O'CALLAGHAN:
**Q Ms. Astefan, my name is Sean O'Callaghan, and I do have some questions for you. Ms. Astefan, I represent Assistant State's Attorney Kevin Hughes and Cook County. Before I begin I want to ask you this question: Do you know what a prosecutor is?**
A What is a prosecutor?
**Q Do you know what a prosecutor is, or are you asking me?**
A I'm asking you. Defendant -- I know defendant is



Exhibit 8

someone defending -- being defended, and then the prosecutor is the opposite.
**Q Person who is trying to convict.**
A Trying to convict.
**Q Yes. And are you familiar that here in Illinois we refer to our prosecutors as assistant state's attorneys? Have you ever heard that term before?**
A I have.
**Q So let me ask you this: Have you ever met a prosecutor or an assistant state's attorney by the name of Kevin Hughes?**
A I don't recall.
**Q Do you recall ever hearing that name before, Kevin Hughes?**
A I don't recall.
**Q Do you recall with regard to this case, with regard to the murder of Mr. Ruvalcaba, meeting any assistant state's attorneys or any prosecutors prior to Mr. Bouto's trial in 1996?**
A I don't recall.
**Q Now, going back to Mr. Bouto and your relationship with him, did you ever go to Mr. Bouto's house?**
A After he was arrested I started.
**Q What do you mean? When is the first time that you went**



**to his house after he was arrested?**
A To get a collect call from him to speak with him.
**Q How did you know to go to his house to speak with him after he was arrested?**
A He wrote a letter.
**Q What did he tell you in the letter?**
A I don't recall.
**Q You recall he told you to go to his house to receive a collect call, correct?**
A Yes.
**Q Do you recall anything else in that letter?**
A I don't recall.
**Q Soon after the time he was arrested did he ask you to go to his house to receive that collect call?**
A I don't remember how the details and -- but I remember going to his house to talk to him.
**Q Who was there when you went to his house?**
A His grandma and Helen.
**Q Helen went with you?**
A Yes.
**Q Helen Kandah?**
A Yes.
**Q Was this the first time you ever met Roberto -- Robert Bouto's grandmother?**



A I'm sorry?
**Q When you went to go receive that collect phone call from Mr. Bouto, was that the first time that you had met his grandmother?**
A Yes.
**Q Did you ever meet his mother?**
A No.
**Q Did you meet his father?**
A No.
**Q Did he have any siblings?**
A Yes.
**Q Did you ever meet them?**
A No.
**Q How many siblings did he have?**
A To my knowledge, one.
**Q Brother or a sister?**
A Sister.
**Q Do you know her name?**
A I don't remember.
**Q Do you know if she was older or younger?**
A I'm sorry, I barely can hear you.
**Q Do you know if she was older or younger?**
A It's his younger sister.
**Q Did she attend Roosevelt High School?**



A No.
**Q The day that you went to take this collect phone call from Robert at his house, what did you discuss?**
A I don't recall the details.
**Q Did you think it was unusual that he wrote you a letter and asked you to go to his house so that you could take a phone call from him?**
A I don't recall. No, it wasn't unusual. I don't recall.
**Q How many times other than that one time you have just described did you go to Robert's house to receive phone calls from him?**
A I don't remember.
**Q Was it more than once?**
A I honestly -- it was more than once, but I don't remember how many times.
**Q Did it happen often?**
MR. AINSWORTH: Object to the form of the question.
A Not often.
**Q I'm sorry, Tania, what did you say?**
A No.
**Q No, it didn't happen often?**
A No.



Exhibit 8

Page 138

**Q Let me ask you this since it was a vague question. How would you define the word "often"?**
A Every day.
**Q So it didn't happen every day is what you're saying?**
A Not that I recall.
**Q Did it happen more than once?**
A Yes.
**Q And each time that you would go to Robert's house to receive these phone calls from him, did he first send you a letter telling you when and where to go so that he could call you?**
A I don't -- honestly I don't remember.
**Q Well, is there any other way that you would know to be someplace so that Robert could call you?**
MR. AINSWORTH: Objection, calls for speculation.
A I don't remember.
**Q Did you receive any phone calls from Robert other than at his house?**
A No, just his house was a collect call.
**Q Did Robert ever visit your house?**
A No.
**Q Did he ever meet your parents?**
A No.

Page 139

**Q Did he ever meet your brothers, to the best of your knowledge?**
A No, not that I'm aware.
**Q Would your brothers have approved of you dating Robert?**
MR. AINSWORTH: Objection, calls for speculation, foundation.
A I don't know.
**Q Well, you said that your parents were strict, is that right?**
A Correct.
**Q Your brothers also strict?**
A Not as strict as my parents.
**Q To the best of your knowledge, you lived with your brothers, right, you knew them, would they have approved of you dating Robert when you were 16?**
MR. AINSWORTH: Same objections.
A Yes.
**Q Yes they would have approved of you dating Robert?**
A Yes.
**Q Now, you said your parents were strict, correct?**
A Correct.
**Q Were you afraid of your parents when you were 16?**
A I was.
**Q When they would punish you, how would they punish you?**

Page 140

A I would be grounded.
**Q Did they punish you in any other ways than grounding you?**
A Grounding me. Punishing where I couldn't talk to Helen.
**Q Was Helen the only friend that you talked to regularly when you were 16?**
A She was my best friend, yes.
**Q Was Helen the only person that you regularly talked to when you were 16?**
A Yes.
**Q Now, you said earlier you weren't allowed to date boys, is that right?**
A Correct.
**Q Were boys allowed to call you?**
A No.
**Q What would happen if a boy tried to call you at your house?**
A My dad would have a -- he would get upset. I don't want -- yeah, he would be very upset and punished. Middle Eastern, very, very strict. I don't even want to imagine.
**Q Did you tell Robert never to call you at your house?**
A I did.

Page 141

**Q So he knew not to call you at your house, correct?**
A He knew not to contact me.
**Q So did he ever try calling you at your house?**
A No.
MR. AINSWORTH: Objection, foundation.
**Q Did you ever call Robert at his house?**
A Did I call -- from what I remember he had a pager, so I would page him.
**Q Did you ever call Robert at his house?**
A Yes.
**Q And when you would call Robert, where would you call from?**
A I would go to my grandma's house or my aunt's house.
**Q And then you mentioned the pager. When you would page Robert, where would you page him from?**
A It would be my aunt's house.
**Q Or your grandmother's house?**
A Yes, which they lived together.
**Q Is there any reason why Robert would have your home phone number?**
A That there's a reason he has it or he doesn't? I'm sorry.
**Q Back in 1993, would you have given Robert, or did you give Robert, rather, your home telephone number?**



Exhibit 8

A I -- I don't recall giving him my number. I don't remember.

**Q Based on your relationship with your parents and how strict they were, do you believe in 1993 that you would have given Robert your home telephone number?**

MR. AINSWORTH: Objection to the form of the question.

A With them being strict I -- I don't believe I would have, but again, I don't remember.

**Q So if you wanted to page Robert to talk to him, you had to go to your aunt's or grandmother's house, correct?**

A Which they lived together, yes, from what I recall I've done that.

**Q How far away did they live from your parents' house?**

A It's same building.

**Q Now, earlier you said you visited Robert in jail, correct?**

A Correct.

**Q I believe if I heard you correctly you said you may have visited him five times?**

A I don't recall, but possibly.

**Q When you went to visit Robert in jail, did you tell your parents that you were going to visit him?**

A No.



**Q What did you tell your parents?**

A I don't recall.

**Q But you know that you didn't tell them that you were going to visit Robert?**

A Correct.

**Q When you went to go visit Robert, how did you get there? I'm sorry, strike that question.**

**When you would go visit Robert at Cook County Jail, do you recall regarding any of the times you went to visit him how you got there?**

A Yes.

**Q How did you get there?**

A A friend of a family member.

**Q Who was that?**

A Her name is Kristen.

**Q What is Kristen's last name?**

A At that time if I recall it was Odisho.

**Q Is it something else now?**

A I don't remember.

**Q And when you went --**

A I'm sorry.

**Q Did Kristen drive you each of the times you went to go visit Robert in jail?**

A From what I remember.



**Q Did she go in with you when you went to go speak with Robert?**

A I don't remember.

**Q Was anyone else with you and Kristen when you went to visit Robert any of these times?**

A I believe Helen was with us.

**Q Each time?**

A I don't remember.

**Q But you recall her going at least once?**

A I remember, yes.

**Q Do you recall her going more than once?**

A I don't remember.

**Q When you went to visit Robert in jail, how did he appear to you?**

MR. AINSWORTH: Object to the form of the question.

A I don't remember.

**Q How did you feel about Robert being locked up in jail?**

A How did I feel? Sad. Upset.

**Q Why were you sad and upset?**

A He was someone that was innocent that was in jail.

**Q And you knew he was innocent?**

A Yes, I did know.

**Q Were you worried for Robert while he was in jail?**



A I wasn't.

**Q Why weren't you worried for him?**

A Because I knew he was innocent, that he was going to come soon -- come out soon.

**Q In 1993, did you believe that jail was a pleasant place to be?**

A No.

**Q Did you believe that jail might be dangerous?**

A Could be.

**Q Were you worried for Robert's safety while he was in jail?**

A I didn't think of that. I don't recall. I didn't think of it that way.

**Q Did you ever consider what would happen to Robert if he were convicted of the murder that he was charged with while he was in jail?**

A Can you repeat that?

**Q Sure. At the time you visited Robert while he was in jail, you knew that he was pending or that he was facing murder charges, correct?**

A Correct.

**Q Did you ever consider what would happen to Robert if he were convicted of murder?**

A I didn't. I don't recall, you know, I don't -- I



Exhibit 8

Page 146

didn't think of it. I thought he was going to come out soon.
**Q But you understood he was facing murder charges?**
A Yes.
**Q Now, any of these times that you visited Robert while he was in jail did Robert ever tell you to tell the police that he was innocent?**
A I don't recall.
**Q Did Robert ever tell you to reach out to his family and tell them that he was innocent?**
A I don't recall.
**Q Now, you said, Ms. Astefan, that you knew Robert was in a gang, right?**
A Yes.
**Q I believe you said you knew he was a Stone, correct?**
A Correct.
**Q How did you know he was a Stone?**
A I don't remember.
**Q Were there gangs at Roosevelt High School?**
A Yes.
MR. AINSWORTH: Objection, asked and answered.
**Q And how did you know that there were gangs at Roosevelt High School?**

Page 147

A I don't remember how, but, you know -- I don't recall.
**Q Did you know any other students that were in gangs?**
A I don't remember.
**Q Do you remember the names of any of these gangs?**
A Like such as Stones?
**Q Yes.**
A Yes, Stones.
**Q Any other gang names?**
A I don't remember.
**Q Did you ever witness any fights between gang members at Roosevelt High School?**
A I don't recall.
**Q Now, I want to ask you about the gunshots that you said you heard. You said when you were walking with Robert down the alley that you heard gunshots, correct?**
A Correct.
**Q Did you immediately recognize those as gunshots?**
A I assumed they were gunshots.
**Q Had you heard gunshots before?**
A I -- not that I recall.
**Q Why did you assume they were gunshots?**
A It wasn't 4th of July. I didn't think they were fireworks.
**Q And these gunshots that you believe you heard, how**

Page 148

**close -- or how close do you believe they happened to where you were?**
A I don't know.
**Q You said they sounded loud earlier, is that correct?**
A They were loud, yes.
**Q Would you agree that stating they were loud is an indication those gunshots may have been close?**
A Possibly.
**Q Well, if the gunshots were far away, would we expect them to sound softer?**
MR. AINSWORTH: Object to the form of the question.
A If it was far away, it would be softer to my knowledge.
**Q Now, when you heard the gunshots, what did you think was happening?**
A I thought there's a fight.
**Q So you thought -- did you think somebody was being shot at?**
A I honestly don't -- at that time I don't know.
**Q Okay. You just said --**
A I don't recall.
**Q Okay. You just said that you thought there was a fight. What do you mean?**
MR. AINSWORTH: Object to the form of the

Page 149

question.
A When you hear gunshots, you assume there's something going on, such as an altercation, as a fight.
**Q Okay. Just tell me what you mean when you say that you thought there was a fight going on. What did you believe was occurring?**
A I don't -- I don't remember. I don't recall. But right now like thinking about gunshots, I assume when there's gunshots, there's a fight.
**Q Okay.**
A And reading that paragraph that I was just given and what I said and there's a crowd, so --
**Q Did you believe at that time that those gunshots were gang related?**
A I don't believe so. I don't recall.
**Q Now, you testified earlier that you were scared when you heard those gunshots, correct?**
A I was scared, yes.
**Q You were scared?**
A Hearing the gunshots.
**Q What scared you about hearing the gunshots?**
A It's a scary -- it's a scary one. Anytime you hear gunshots, there's killing and automatically you start feeling scared.



Exhibit 8

**Q Were you scared for your personal safety?**
A Sure.
**Q So you were scared that you could be hurt?**
A Possibly.
**Q Okay. On a scale of 1 to 10, 1 not being scared at all and 10 being terrified for your life, what do you recall, how scared were you?**
A Well, at that time eventually I wasn't scared because I turned around and I started walking in the same pace.
**Q Sure. At the time you heard the shots, how scared were you?**
A I was scared -- 1 being you said --
**Q Not scared at all and 10 being terrified.**
A Possibly maybe a 5.
**Q Okay.**
A If not -- and then we walked and went on business and didn't even think of it.
**Q And why did you stop being concerned about the gunshots you just heard?**
A It wasn't involving us.
**Q Well --**
A I don't know.
**Q You knew that Robert was a member of a gang, correct?**
A Correct.



**Q Did you know who was shooting at who when you heard the gunshots?**
A I didn't.
**Q Do you know if his gang was involved?**
A I didn't.
**Q Did you ever consider that it might be rival gang members shooting at members of Robert's gang?**
A I have no idea.
**Q Did you ever consider that you may be in more danger standing next to a gang member than perhaps getting away from Mr. Bouto?**
A I didn't think of it at that time.
**Q You said school let out at 2:50, is that right?**
A No, it was before 2:50.
**Q So approximately 2:50 school lets out. And is that the entirety of Roosevelt High School that gets out before 2:50?**
A If I recall.
**Q So there are lots of students exiting the building. Is that fair to say?**
A Correct.
**Q All right. And by "lots" would we agree it's more than a hundred?**
A I don't -- yes.



**Q I don't know how many students went to Roosevelt. Would it be more than 200 getting out at that time?**
A That -- I believe that is the last schedule, so --
**Q So maybe as many as 200?**
A I don't recall.
**Q Okay. Other than Helen, can you name one other person who saw you and Robert Bouto together May 14, 1993?**
A I don't remember. I don't recall.
**Q I'm asking for a name. Is there a name that you can give me of anybody else who saw you and Robert Bouto together on May 14, 1993?**
A I don't recall.
**Q Is that a no, you can't give me a name?**
A I can't besides Helen.
**Q You were asked about why you didn't go to the police or to the state's attorney's office and tell them about Robert's alibi. Do you recall being asked questions related to that?**
A Yes.
**Q Do you recall saying that you thought they would reach out to you, is that correct?**
A Correct.
**Q Who is "they" when you say you thought they would reach out to you?**



A Police officers. Detectives.
**Q And why did you think they would reach out to you?**
A I just assumed they would.
**Q Why?**
A If -- if someone is arrested they, you know, they're being questioned.
**Q What makes you think the police had any idea who you were?**
MR. AINSWORTH: Object to the form of the question. It's argumentative.
A I assumed Robert would have given them my information.
**Q So you're only assuming that Robert told the police about you?**
A Correct.
**Q Did Robert ever tell you that he told the police about you?**
A I don't recall conversations I had with Robert.
**Q Now, Robert, as you know, was arrested May -- in May of 1993, correct?**
A Correct.
**Q And you testified at his trial in July of 1996, correct?**
A Correct.
**Q And that's a three-year period, right?**



**Exhibit 8**

Page 154

A Correct.
**Q So when you said you thought they would reach out to you. After a year went by and nobody contacted you, did you become concerned that nobody had contacted you about Robert's case?**
A Somebody did contact me.
**Q Who contacted you?**
A I don't recall, but I recall someone coming to my school pulling me out of class.
**Q Okay. Was that person --**
A I don't recall who it was. I don't recall if it was Robert's attorney. I don't remember.
**Q Was that person in a Chicago police uniform?**
A No, they were not in a police uniform.
**Q Did they show you a badge?**
A No, they did not show me a badge.
**Q So do you have any reason to believe that it was the police who came to speak to you if they didn't show you a badge and they weren't in uniform?**
A I assumed if detectives contacted me that they would -- police officers would be notified.
**Q You just said that you assume a detective contacted you. When did a detective contact you?**
A I don't know if it was a detective or if it was an

Page 155

attorney. I don't recall who exactly came to my school.
**Q Okay. But you --**
A I don't remember.
**Q But you do recall that nobody showed you a badge?**
A That's correct.
**Q And you do recall that nobody was in uniform?**
A That's correct.
**Q Why do you assume it was a police officer who spoke to you when they pulled you out of school?**
MR. AINSWORTH: Object to the form of the question.
A I did not assume it was a police officer. I assumed it was either -- could have been an attorney or a detective, but I understood if they contacted me they would have notified the police.
**Q Okay.**
A Again, this is just me assuming as a 16-year-old.
**Q Okay. And when somebody came to your school, when did that happen? Were you still a sophomore?**
A I -- yes, if I recall.
**Q And that was the only time anybody spoke to you?**
MR. AINSWORTH: Object to the form of the question.

Page 156

**Q It was the only time after -- strike that.**
**The instance that we're talking about where somebody pulled you out of class, Ms. Astefan, what do you recall talking about?**
A I don't exactly remember, but it was -- I don't -- I don't remember the details.
**Q Okay. Was it about the shooting?**
A It was, yes.
**Q Okay. Do you remember who else was present when you spoke to this person?**
A I don't recall. I don't remember if there was a principal. I don't recall.
**Q Okay. And you said you got pulled out of class to talk to this person?**
A If I recall, yes, I was pulled -- they came to school and -- yes.
**Q Okay. Where did you speak to this person? Where in the school? What room?**
A I don't remember. I don't know if it was in the office. I don't remember the details.
**Q And you don't recall who was in the room?**
A Correct.
**Q Was this person who spoke to you a male or a female?**
A I don't remember.

Page 157

**Q Okay. Do you remember telling this person that Robert couldn't have done the shooting because you were with him?**
A I don't remember the details that was discussed during --
**Q That's fine. I'm not asking about the details. Did you discuss the fact that you were with Robert during the shooting?**
A I -- I don't know exactly what was -- I don't remember.
**Q Is it possible you didn't tell this person that you were with Robert during the shooting?**
A Whatever they --
MR. AINSWORTH: Object to the form of the question.
A They asked me questions, you know, where was I, was I walking, and exactly what I'm telling you now, that's what I told them.
**Q Okay. So you do remember details of the conversation.**
A I --
MR. AINSWORTH: Object to the form of the question, Counsel.
MR. O'CALLAGHAN: Thank you.
MR. AINSWORTH: Don't -- don't argue with the witness. She's here under, you know, she's a



Exhibit 8

third-party witness.
MR. O'CALLAGHAN: Mr. Ainsworth, make your objection for the record.
MR. AINSWORTH: I'm making my objection for the record.
MR. O'CALLAGHAN: You're making a narrative.
MR. AINSWORTH: Counsel, let me speak. We only speak one at a time. We have a court reporter. We need to get this down on the record. My objection is that when you interrupt and argue with the witness, it's venturing into harassing territory, and that's what I want to avoid. Let's all be respectful here, and I'll do the same for you.
BY MR. O'CALLAGHAN:
**Q Ms. Astefan, is it possible that you did not tell this person that you were with Robert during the time of the shooting?**
MR. AINSWORTH: Object to the form of the question.
A It could be possible. I don't remember exactly what was asked of me.
**Q Now, you had said earlier that -- something about a story about you getting in trouble because your father had seen Helen holding hands with a boy, is that right?**



**Or you'd gotten yelled at by your father because he saw Helen holding hands with a boy, is that correct? Did I get that right?**
A Something, yes.
**Q So what would have happened to you if your father saw you holding hands with a boy?**
A I don't --
MR. AINSWORTH: Object to the form of the question. Call for speculation.
A I can only -- I don't know exactly what my dad -- but he's very strict. Very, very strict.
**Q You would have gotten in trouble?**
A Yes.
**Q Is that the reason why you and Robert were walking down an alley?**
A Yes.
**Q After school?**
A Yes.
**Q Okay. So I want to make sure that this is clear for the record. The reason that you and Robert walked down alleys is so that you could physically hold hands or kiss or hug and you didn't have to worry about anybody seeing you, is that right?**
A Correct.



**Q Would you ever hold hands with Robert in public? Would you ever hold -- strike that.**
**Would you ever hold hands with Robert out on a busy street like on Kimball?**
A I don't recall. I don't believe I would.
**Q Would you ever give him a kiss like out on Kimball?**
A I did.
**Q Okay. So you weren't -- you were afraid, but you weren't that afraid of being caught by your father?**
A I was afraid, but I still did it.
**Q Sure. Do you still keep in touch with Helen?**
A No.
**Q Now, you said you're on Facebook, right, social media?**
A Yes.
**Q Is she a friend of yours on Facebook?**
A Not anymore.
**Q Is there a reason why she's not a friend of yours anymore?**
A I have no idea.
MR. O'CALLAGHAN: Okay. At this point I have nothing further.
EXAMINATION
BY MR. RAHE:
**Q Hi, Tania. My name is Austin Rahe. I'm an attorney**



**for the City of Chicago. I just have a couple follow-up questions for you. Did you need to take a break or anything before we finish up here?**
A No, I'm good. Thank you.
**Q Do you remember Frank Escobar's nickname?**
A I don't remember.
**Q Do you know if Frank Escobar's nickname was Tall Frank?**
A I don't recall.
**Q Do you remember if Frank Escobar was tall?**
A I honestly don't remember.
**Q We talked a little bit earlier about a girl named Joanie. Do you remember talking about her or being asked some questions about her earlier?**
A Yes.
**Q And you knew of Joanie, right?**
A Not personally, but I did hear of Joanie.
**Q So you've never seen Joanie in person?**
A I've seen Joanie, but not someone that I would, you know, leave -- we weren't friends where we hung out and, you know, like how I was with Helen.
**Q Do you recall if Joanie had her nose pierced back in May of 1993?**
A I don't recall.
**Q Do you know if she had any piercings on her face**



Exhibit 8

**whatsoever in May of 1993?**
A I don't recall.
**Q Do you know if Helen had any nose piercing on May 14, 1993?**
A No, not that I recall, Helen did not have a piercing.
**Q Did Helen ever have any piercings back in 1993?**
A Besides her ears, no.
**Q So she did have her ears pierced?**
A If I recall, yes.
**Q Did you know Helen for wearing like short stud earrings, or did she wear like long dangly earrings?**
A I don't recall.
**Q Did you have your ears pierced in May of 1993?**
A I did.
**Q Did you wear short earrings or long earrings regularly?**
A I don't -- it was mostly -- if I did wear earrings I've always, from what I remember, would be short.
**Q Did you ever have your nose pierced?**
A No.
**Q Did you ever have or have you ever had any facial piercings ever?**
A No.
**Q Did -- has -- did Helen ever tell you that she went back to Robert Bouto's house after you had heard the**



**gunshots on May 14, 1993?**
A I don't recall that.
**Q Did Robert Bouto ever tell you that Helen came to his house shortly after he separated from you on May 14, 1993?**
A I don't remember that.
**Q Okay. And earlier you were asked some questions about an individual named Moses.**
A Yes.
**Q Do you remember that? Okay. Did you know Moses back in May of 1993?**
A I don't remember Moses.
**Q You don't remember an individual by the name of Moses whatsoever?**
A I remember that name, but I don't recall.
**Q Okay. Do you know if Moses went to Roosevelt High School?**
A I don't remember. I believe he did for a short period of time. I don't remember.
**Q Okay. Do you know if Moses was friends with Robert Bouto?**
A I don't -- I don't remember.
**Q Did you ever speak to Moses about what occurred on May 14, 1993?**



A Not that I recall, no.
**Q And I can't remember if you said you saw -- you actually saw Moses on May 14, 1993?**
A No, I don't recall seeing Moses. When he's mentioned, the attorney earlier, when he said Moses' name and I said I remember a Moses, but I don't remember seeing him at the scene.
**Q At the scene of what?**
A At the -- by Roosevelt High School or where I had saw Robert Bouto on Kimball and Wilson.
**Q Have you seen or spoken to Moses since May 14, 1993?**
A No, I haven't.
**Q Do you know if either of your brothers were ever in a gang?**
A No, they were not.
**Q And you're certain of that?**
A Yes.
**Q Did either of your brothers have any friends that were gang members, if you know?**
A Not that I know. I don't recall.
THE VIDEOGRAPHER: I'm sorry to interrupt. Somebody attending by phone, we're getting a lot of noise from your end. I don't know if you're able to be
UNIDENTIFIED SPEAKER: I'm sorry, that's me.



I'll take care of that.
**Q Did you ever talk to either of your brothers about you dating Robert Bouto?**
A Not -- no, I don't recall I did.
**Q Did you ever talk to either of your brothers about Robert Bouto in any context whatsoever?**
A Not that I recall.
**Q Did either -- does anyone from your family know that you testified at Robert Bouto's trial?**
A Anyone from my family, not -- I don't remember. I don't recall.
**Q Still to this day, do you know if any members of your family know that you ever dated Robert Bouto?**
A Not that I -- not that I know.
**Q Still to this day, do you know if any of your family members know anything about what happened on May 14, 1993?**
A My parents, my brothers, no, they don't. Not that I recall.
**Q Do you know if Joanie had a sister?**
A Yes.
**Q What was Joanie's sister's name?**
A Her sister's name, what I remember her name was Anita.
**Q Anita? And how do you, or how did you know Anita?**



Exhibit 8

Page 166

A I -- if I recall, she attended Roosevelt High School.
**Q And what grade was she in compared to you at Roosevelt High School in May -- on May 14, 1993?**
A I don't recall.
**Q Were you friends with Anita?**
A I was not.
**Q Were you, I guess, better friends with Anita or Joanie?**
A I wasn't friends with either.
**Q Now that I've mentioned Anita, do you remember Anita's last name?**
A I don't.
**Q Do you remember what color hair Anita had?**
A I don't.
**Q Do you remember seeing Anita on May 14, 1993, at all?**
A I don't recall.
**Q After you heard the three or four gunshots on May 14, 1993, did you hear another set of gunshots at any point after that on that day?**
A Not that I remember.
**Q So you only remember hearing one set of gunshots that were three to four gunshots, and that's it?**
A From what I recall.
MR. AINSWORTH: Objection, asked and answered.

Page 167

(Reporter asks for clarification.)
**Q What was your answer?**
A I'm sorry, I don't recall.
MR. RAHE: That's all the questions I have. Thank you, Tania. Another attorney may have a few more questions for you.
MR. SCHALKA: I don't have any further questions.
MR. AINSWORTH: I don't have any questions on behalf of Mr. Bouto.
MR. KIVETZ: Did Russell say he didn't have any questions?
MR. AINSWORTH: That's correct.
MR. KIVETZ: Okay. So, Ms. Astefan, you can either trust that the court reporter has taken everything down accurately and trust that it's been taken down, or alternatively you can review the transcript and determine whether or not anything might be subject to change. But you can't change any of the substance, more grammatical stuff. Would you like to trust that the court reporter took everything down appropriately?
THE WITNESS: Yes.
MR. KIVETZ: Okay. So we'll waive signature.

Page 168

THE VIDEOGRAPHER: Let me go off the video record. This is the end of Media Unit 2. This concludes the deposition of Tania Astefan. The video will be retained by Urlaub Bowen & Associates. We're going off the record. The time is 2:57 p.m.
THE REPORTER: Can I get any orders, please?
MR. KIVETZ: I'm going to order on behalf of the City defendants.
THE REPORTER: Thank you.
(Record concluded at 2:57 p.m.)

Page 169

CERTIFICATE

I certify that this transcript, consisting of 169 pages, is a complete, true, and correct record of the testimony of TANIA ASTEFAN held in this case on September 16, 2021.

I also certify that prior to taking this deposition, TANIA ASTEFAN was duly sworn to tell the truth by ROBYN A. FALASZ, Notary Public, Cook County, Illinois, with a Notary Commission expiration date of June 22, 2022.

_____________________________________

LAURET J. HENRY, CSR-6469
Registered Professional Reporter
Notary Public, Allegan County, Michigan
Acting in Allegan County, Michigan
My commission expires: 07/17/27
Dated: This 26th day of October, 2021



Exhibit 8

**1**

**1** 4:1 102:12 107:20,22 108:2 132:8 150:5,12

**10** 116:6 150:5,6,13

**10-minute** 102:7

**100** 117:21,22 118:6,16

**11:30** 4:4

**11:31** 102:10

**12** 122:20 123:3

**12:13** 130:23

**14** 11:1,4 12:5 44:6,7,12,14 48:9 49:1 50:5,7,17 51:1,5,9,13,16,20 52:1,5 53:7 57:13 58:16 89:11,13 91:15,20 92:1,4 96:21 98:3 108:24 112:10 124:8 130:3 132:4 152:7,11 162:3 163:1,4,24 164:3,11 165:16 166:3,14,16

**15** 91:17 92:8,14,17,20,23 93:9,24 121:18 122:3

**16** 4:4 94:2,3,5,7,15,18,21 96:1 116:8 121:11 139:15,22 140:7,10

**16-year-old** 155:18

**18** 46:15,17

**19** 120:23

**19-cv-2441** 4:10

**1978** 15:13

**1992** 32:20 123:17,22

**1993** 11:1,4 15:23 16:14 17:8 18:7, 14,19,22 19:1,22 20:1 21:8,18 24:1,10 25:24 26:3,16,18,23 28:6, 11 29:2,5,12,15,18,20 30:10 32:3, 21 33:15 36:3,5 38:22 39:11,20 40:9 42:22 44:6,7,10,14 48:6,9 49:1 50:5,7,17 51:1,6,10,13,16,20 52:1,5 53:7 57:13 58:16 80:11,14 83:11 84:22 85:2,6 89:11,13 92:4 96:21 102:19 103:9 108:24 109:3,6 120:13,18,21,23 121:6,11,16,18 122:3,8,14,20 123:4,7,14 124:8,15 130:3 131:18,20 132:4 141:23 142:4 145:5 152:7,11 153:19 161:22 162:1,4,6,13 163:1,5,11,24 164:3,11 165:17 166:3,14,17

**1995** 12:22 13:1 107:22 109:14 111:12,24 112:3,8,10 113:1,5 116:11,17,24 117:6 118:14

**1996** 16:19,21 17:1,3,6 18:3 119:22 127:17 134:19 153:21

**1:21** 102:8,12

**1:31** 102:8,9

**1:33** 102:16

**1:40** 108:2

**2**

**2** 102:15 107:24 108:2 132:11 168:2

**20** 4:14 10:8,16 123:7,14

**200** 152:2,4

**2001** 12:20 13:1 14:10

**2019** 129:19,21

**2021** 4:4

TANIA ASTEFAN, 09/16/2021

**22** 107:22 111:12 116:17 118:14

**236** 108:1

**253** 108:1

**26** 120:13,18,21

**2:08** 131:3

**2:13** 130:23 131:6,7

**2:45** 48:12,14 53:17

**2:50** 53:7,18 108:10 151:13,14,15, 17

**2:57** 168:5,10

Urlaub Bowen & Associates, Inc. 312-781-9586

**3**

**3** 88:19 96:21 123:17 131:7,10

**30** 10:8,17

**3648** 131:11

**3649** 131:15

**3652** 131:11,23

**3:05** 88:19

**3:15** 88:23

**4**

**4** 108:4 132:15

**4500** 17:11 87:1,3,14 88:3,12

**4th** 147:22

**5**

**5** 150:14

**6**

**6** 111:12 132:19

**600** 4:14

**7**

**7** 110:23 111:12 122:8,14 132:21

**8**

**8** 132:23

**A**

**A-S-T-E-F-A-N** 6:4

**a.m.** 4:4

**accident** 9:16,17

**accurate** 112:4 113:3 120:4

**accurately** 57:12 58:15 65:8 73:22 74:1 75:24 76:2 86:23 87:12 108:20 111:14 118:4 167:16

**actions** 110:19

**actively** 85:14

**activities** 20:19,24 25:5 29:17

**activity** 25:9 26:13 82:1 83:4,10,17 84:21,24 85:5 120:24 121:6,9,15

**add** 117:14,15

**address** 17:10 18:11,12,16

**adjust** 22:10

**affect** 105:12

**affiliated** 24:7 29:12 93:19 109:22

**affirm** 5:10

**afraid** 139:22 160:8,9,10

**afternoon** 55:18

**afterward** 45:22

**agree** 64:10 148:6 151:22




Exhibit 8

**agreement** 4:6

**ahead** 21:11,12 25:4 26:21 28:3 29:8,10 34:10 39:14 43:7,8 53:15 63:9 70:19 83:8 85:9,10 109:20 115:21 125:22

**Ainsworth** 4:19 10:5 11:2,20 20:2 22:15 23:3 25:3 26:20 27:4,11,15 28:1 29:7 33:12 37:8 39:12 43:6,8 45:14 53:8,13 57:14 59:10 60:5 62:18,22 63:3,7,10,13 64:2,5,18 66:24 70:17 71:19 72:6 78:11 81:5 82:18 83:1,6 85:8,16 94:11 95:21 99:9,20 105:16 109:18 112:12 114:17 115:20 116:5,14 118:10,18 119:2,8 121:24 122:11 123:23 124:10,16,22 128:9 130:20 132:13 137:18 138:15 139:5,16 141:5 142:6 144:15 146:21 148:11,24 153:9 155:11,23 157:13,20,23 158:2,4,7,18 159:8 166:23 167:9, 13

**alcohol** 31:2,4

**Alexian** 12:10,11 13:10,12 14:1

**alibi** 97:19,22 98:2 100:1 104:19, 23 105:3 119:20 152:17

**alive** 15:21,22

**alleged** 122:24

**Allen** 127:9

**alley** 45:1,11 46:4,5 56:20,21 57:6, 11,18,20 58:1,3,9,10,20,21 59:18, 23 60:23 61:6,15,17,21,22 62:1,9, 11,14 63:22,24 64:16,22 65:5,6,9, 13,17,21 66:11 68:1,3,7,11,19,23, 24 69:1,6 70:23 71:2,14 72:18,22, 23 73:5 74:22 75:10,13 76:1,2,4,16 81:8,9 89:6,9 97:5,10 106:20 111:1,3 112:19 114:2,10,15,23 115:4,7,19 119:16 124:8 147:15 159:15

**alleys** 74:6 159:21

**alleyway** 60:4,5 89:12

**allowed** 46:10,14,17,19 77:4,15 110:8 140:12,15

**altercation** 115:18 149:3

**alternatively** 167:17

**American** 14:24

**amount** 122:9 124:13

**and/or** 9:3

**angle** 54:16

**angry** 51:12

**Anita** 165:23,24 166:5,7,9,12,14

**Anita's** 166:9

**ankles** 33:21

**Anon** 13:5,7,8

**answering** 27:17

**answers** 6:15

**anymore** 160:16,18

**anytime** 87:23 149:22

**apartment** 17:13,16,19 23:23 30:1 77:23 86:14,24 91:22

**apologize** 5:17 9:15

**appeared** 69:12

**appearing** 4:20
TANIA ASTEFAN, 09/16/2021
**approached** 56:14

**approaching** 58:10

**appropriately** 167:22

**approved** 139:4,15,18

**approximate** 52:16 59:6 96:8

**approximately** 10:8 12:12 20:15 48:8,12 53:11,16 54:8 64:24 65:4 72:21 78:12 86:24 87:16 97:12 99:4 100:16 108:6 151:15

**April** 122:8,14,20 123:3,7,14
Urlaub Bowen & Associates, Inc. 312-781-9586
**area** 48:2,3,5 50:6 51:20,24 59:23 67:21 72:14 78:8 79:12 80:5,22 90:17

**argue** 157:23 158:10

**argument** 51:19,24 63:12 69:9

**argumentative** 153:10

**Arista** 50:23

**Arizona** 7:17,18,19,22

**arrest** 93:4,6 96:9 98:18,20,22,24 99:3,13 101:3,6 120:12,18 121:5,8, 15 122:2,14 123:1,3,14 124:14

**arrested** 11:14 92:2,5,22 93:4 94:19,20,22 95:5,8,10,13,20 96:2, 4,10,18,24 97:4,7 120:14,20,24 121:12,19,21 122:9 123:7,11,17 124:4 125:6 127:23 134:23 135:1, 4,13 153:5,18

**arrests** 124:19 125:2

**arrived** 81:16 88:12,21 91:8

**arriving** 52:4

**arrow** 54:14 57:10,16 58:16,24 65:4 74:1 75:22 76:2

**arrows** 58:7

**article** 129:5

**asks** 167:1

**assistant** 5:3 133:19 134:6,10,17

**Associates** 4:13,16 107:24 168:4

**assume** 7:3 115:15 147:21 149:2, 8 154:22 155:9,13

**assumed** 147:18 153:3,11 154:20 155:13

**assuming** 153:12 155:18

**Astefan** 4:3 6:4,5 7:5 11:12 16:3,8 47:24 63:6 87:20 102:16,18 107:23 108:21 111:14 112:14 133:17,18 146:12 156:3 158:15 167:14 168:3

**attempt** 121:3 128:23

**attempting** 121:12

**attend** 136:24

**attended** 29:22 36:2,12 44:15 166:1

**attending** 18:5 37:1 42:13 44:11 164:22

**attorney** 5:3,24 8:7 9:3 99:18,23 104:14 128:2,19 133:19 134:10 154:12 155:1,14 160:24 164:5 167:5

**attorney's** 152:16

**attorneys** 103:14,19,23 104:2 125:9,18,23 128:1 134:7,18

**aunt's** 141:13,16 142:11

**Austin** 4:24 47:13 60:8 160:24

**automatically** 149:23

**Avenue** 54:2 55:12 79:16 81:17,21

**avoid** 158:12

**aware** 30:21,23 31:3 36:24 37:21 51:22 52:2 84:13,17 93:22 120:13, 16,23 121:8,11,18,20,21 122:4,8, 20,23,24 123:2,7,10,21 124:12 125:17 130:5 139:3



Exhibit 8

**awhile** 8:12,17

**B**

**babe** 111:5 112:22

**baby** 47:9 52:14 87:23

**Bachelor's** 12:16,17

**back** 8:12,17 16:14 24:9 26:5 28:17 33:21 34:7,8,24 35:1,4 39:3, 6,11 40:9 45:10,18 70:23 71:13 73:4 81:9 82:10 89:17 102:8,14 109:14 110:23 111:24 112:16 130:22 131:5 134:21 141:23 161:21 162:6,24 163:10

**background** 16:15

**backpack** 49:3 69:18

**bad** 30:20,22 37:13 80:13 113:21

**badge** 154:15,16,19 155:5

**bags** 122:10

**band** 35:7

**Banner** 12:3,6

**barely** 136:21

**based** 85:1 108:20 142:3

**Bates** 108:1 131:10

**beat** 122:24

**beating** 123:18

**beg** 29:9

**begin** 133:20

**beginning** 19:21 101:16

**behalf** 4:7,8,20,22 5:1,3,6 129:22 167:10 168:7

**bell** 48:13,17,21 52:24 53:17

**bells** 14:21 109:15

**Big** 43:24

**bike** 35:10,12,15,17,20,22,24

**birth** 15:5

**bit** 11:23 30:17 32:23 34:15 44:5 47:23 108:12 120:11 161:11

**blonde** 93:17 102:21

**blue** 42:17 60:8

**BMX-STYLE** 35:15

**books** 49:5,9

**born** 15:10

**bottles** 68:16 114:23

**bottom** 110:24

**Bouto** 4:9,20 6:6 8:14,15,16 9:13 16:17,21 17:6 18:7,20,24 19:17,19 20:13,20 21:5,8,20,23 23:2,14 24:1,9,21 25:13,16 27:1,23 28:6,10 29:15,17 30:7 31:16 32:24 33:10 34:20 36:2,11,16,22 37:4,10,18 39:3 45:4,15 46:22 47:4,7 48:9 50:4 51:5,12,19 53:1,6 55:2,3,15, 20 57:5 58:1,17 59:7 61:6 62:1,5 65:9,13 69:11,14 71:13,22 73:7 74:11,19 75:5 76:19 77:2,21 78:13 79:15,24 80:19 86:9 87:13 89:2,10, 13 91:20 92:19 93:21 97:7,14,22 98:1,8 101:19,21 103:23 104:3,19, 23 105:3,5,21 106:2,6,12,19 108:1, 7,13 113:8 115:11,17,22,24 118:21 119:14,20,23 120:23 121:9,11,18 122:8 123:17 126:2,18,23 127:16 128:16,22 129:2,8 130:2,6,9 131:11,15,23,24 132:3,13 133:4,8 134:21 136:3 151:11 152:7,10 163:3,21 164:10 165:3,6,13 167:10

**Bouto's** 8:20,24 9:23 18:3 26:18 30:4,10 40:19 67:12 103:13 104:17,21 105:1 107:12 120:1,11 128:4 134:19,22 135:24 162:24 165:9

**Bowen** 4:13,16 168:4

**boy** 140:17 158:24 159:2,6

**boyfriend** 95:12 99:12 100:4 115:17

**boyfriends** 42:24 43:4 110:1

**boys** 77:5 140:12,15

**boys'** 85:12

**break** 7:7,8,10 26:15 47:1 87:20, 22,23 102:6,7 126:8 130:18 161:3

**breaking** 46:22

**brightness** 22:10

**bring** 16:11

**brisk** 82:12

**broke** 126:18

**brother** 16:9 136:16

**brothers** 12:10,11 13:10,12 14:1 139:1,4,11,14 164:13,18 165:2,5, 18

**Brown** 102:20

**building** 49:10,15 86:11,22 87:4, 10 142:15 151:19

**buildings** 62:3,4

**bunch** 112:18

**bus** 51:15

**business** 150:16

**busy** 160:4

**buy** 22:1

**C**

**call** 6:13 52:14 77:15,17 90:13 91:1,22 135:2,9,14 136:2 137:2,7 138:11,14,20 140:15,17,23 141:1, 6,7,9,11 159:9

**called** 34:24

**calling** 91:3 141:3

**calls** 93:15 137:12 138:9,15,18 139:5

**calm** 71:13

**cans** 68:24

**car** 9:16,17 34:20 35:9 69:6 122:22

**care** 165:1

**career** 103:2

**Carl** 42:5

**Carlos** 40:9

**Carmello** 40:7

**carried** 70:2

**carrying** 69:15,23

**cars** 69:1 123:5

**case** 4:9 8:2,14,16 11:3 134:16 154:5

**Castella** 42:3

**caught** 160:9

**causing** 82:4 85:14

**center** 58:14

**certified** 4:12

**Cesar** 40:1

**chair** 108:11



Exhibit 8

**change** 124:7 167:19

**character** 30:16,17,20

**characterize** 21:7

**charged** 11:16 145:15

**charges** 145:20 146:3

**Charles** 55:22

**cheating** 126:11

**check** 78:24

**Chicago** 4:15 5:1,24 6:7 128:18 154:13 161:1

**child** 32:20

**children** 14:11

**Chinese** 80:22

**Christiana** 54:9,15,17,18 55:1,6,9,12,16,23 56:4,9,12,14,18,19 57:3,6,11,16,18 58:3,11 59:1,18 61:22 65:10,14,18,21 68:4,8,11,20 71:3 72:19,23 106:21

**Christopher** 42:1

**church** 29:22

**cigarettes** 31:6

**circle** 89:8

**City** 5:1 6:6 128:18 161:1 168:8

**civil** 8:8 9:9,20 128:16

**claims** 8:24

**clarification** 167:1

**Clark** 4:14

**class** 48:16,19 108:18,23 109:3,5,15,16 154:9 156:3,13

**classes** 36:12

**clear** 6:22 22:8 72:16 87:16 89:8 122:10 127:15 159:19

**clip** 102:4

**clippings** 101:23

**close** 33:21 90:2 148:1,7

**closer** 108:12

**closest** 109:12

**clothes** 33:14

**club** 85:12

**Co-counsel** 47:13

**colleagues** 130:19

**collect** 135:2,9,14 136:2 137:2 138:20

**college** 13:11

**color** 60:8 102:19 166:12

**colors** 28:23 29:1

**communication** 17:5

**company** 12:2,9

**compared** 166:2

**completely** 63:16,17,21

**concern** 10:18

**concerned** 77:8 113:8,14,24 115:17,24 150:18 154:4

**concerns** 113:20

**concluded** 168:10

**concludes** 168:3

**condition** 37:19

**conference** 8:8

**conferring** 117:2

**confessed** 105:5,9,11

**confessing** 106:6

**confirm** 130:19

**contact** 95:17 128:7 141:2 154:6,23

**contacted** 9:3 10:19 94:24 97:24 103:15,16,20 128:7,13 129:21 154:3,4,7,20,22 155:15

**context** 165:6

**continue** 64:15 86:2

**continued** 45:21 46:1 68:15 74:20 115:18 126:17

**Continuing** 108:17

**continuously** 54:10

**conversation** 51:8 56:6,7 58:20,23 61:5,8,9 65:12 73:13,14 74:14,17 75:17 76:18 117:12 122:19 127:21 157:18

**conversations** 75:19 99:11 100:20,24 101:1 153:17

**converse** 93:12

**convict** 134:3,4

**convicted** 11:12 145:15,23

**conviction** 9:23 128:24

**Cook** 5:4 98:11 100:13,14,17 133:19 143:8

**cops** 123:12

**copy** 107:22

**corner** 49:19,20,22 51:15 54:11 57:10 59:8 74:18 75:6 76:15 78:13,16 79:16 80:3 86:4,9,11 87:4,13 89:2,9,11 108:8 119:15

**corners** 80:8

**correct** 7:24 8:22 9:21 13:16 18:21,23 22:17 46:16,24 54:3 57:7,24 58:18 60:6 61:24 65:7 73:9 74:24 77:10 78:4 81:19,24 85:13 89:14 90:6 92:6 110:3 112:1,19,20 113:6 118:2 120:10 122:7 126:13,15,16 130:16 135:9 139:10,20,21 140:14 141:1 142:11,17,18 143:5 145:20,21 146:15,16 147:15,16 148:4 149:17 150:23,24 151:21 152:21,22 153:14,19,20,22,23 154:1 155:6,8 156:22 159:2,24 167:13

**correctly** 78:3 142:19

**correspond** 17:3

**correspondence** 101:5

**Counsel** 4:16 157:21 158:7

**count** 62:4

**County** 5:4 98:11 100:13,14,17 133:20 143:8

**couple** 38:16 41:2 98:5 103:19 107:13,16 128:7,13 161:1

**court** 4:10,15 6:13,18 120:4 158:8 167:15,21

**courtship** 27:3,6

**covered** 130:6

**crime** 11:12,16

**criminal** 8:21 9:23 18:3 25:8 84:21,24 103:14,23 104:2,17,21 105:1,12 106:7,11 107:13 119:22 120:1 126:4,6 127:17

**cross** 49:24 56:23 64:24

**crossed** 54:13

**crowd** 116:1 149:12



**Exhibit 8**

**Crust** 80:19

**Cruz** 41:10

**current** 11:23

**cut** 34:5,6,12,18 108:18,23 109:3, 5,15,16

**D**

**dad** 46:9 110:8,11,15 140:19 159:10

**dad's** 78:2,9

**damage** 85:14

**danger** 115:16 151:9

**dangerous** 145:8

**dangly** 162:11

**Daniel** 40:5

**date** 9:5 46:10,14,17 77:5 140:12

**dated** 165:13

**dates** 21:3

**dating** 18:19 19:17,19,21,24 20:13,20 23:15 25:14,17 26:6,10, 16 27:1,9,23 28:18 29:5,15 30:5,8, 18 31:14,16,19,20,23 32:2,11,14, 17 33:11 34:4,21 35:18 36:13,16 37:2,20,23 38:2,5 39:3,7 42:22 46:19,22 47:3 120:12 124:6,20 126:1,10,15 139:4,15,18 165:3

**day** 44:6,17 50:8 59:4,14 92:5,10, 22 96:8 108:18 117:3 137:2 138:3, 4 165:12,15 166:18

**days** 92:3 96:9

**dealing** 26:2

**decide** 47:1

**decided** 71:11,12

**defendant** 4:7,8,23 5:1,6 133:24

**defendants** 4:23 168:8

**defended** 134:1

**defending** 134:1

**defense** 103:23 104:2

**define** 138:2

**degree** 12:17

**delete** 60:10

**departed** 78:17

**depict** 74:1 76:3 87:12 89:9,12

**depicted** 87:10

**depicts** 57:12 58:15

**depose** 16:13

**deposed** 8:4

**deposition** 4:3,5,7 8:15 9:9,22 10:22 11:11 64:13 102:15 168:3

**Derek** 4:12 22:7

**describe** 26:18 30:10 67:12 68:23

**description** 57:17

**details** 94:16 95:11 96:7,19 106:17,24 107:7 110:20 126:9 135:15 137:4 156:6,20 157:4,6,18

**detective** 127:1,3 154:22,23,24 155:15

**detectives** 153:1 154:20

**determine** 63:22 167:18

**developing** 126:23

**diagram** 107:20,21 108:11,12

**differ** 29:9

**difference** 71:24 110:6

**difficult** 22:4

**dinner** 91:11

**direct** 117:12

**direction** 6:10,16,23 7:5 47:11 52:18 53:24 54:16 87:11 89:3 90:4 112:10

**directs** 23:7

**disagree** 64:10

**discovery** 4:3

**discuss** 99:5,6 121:15 137:3 157:7

**discussed** 157:4

**dispute** 112:17 113:3

**distribution** 122:10

**District** 4:10,11

**disturbance** 122:21

**Division** 4:12

**divorced** 15:7

**doctor** 13:4

**doctor's** 13:3

**document** 108:5 131:13

**documents** 8:1 10:12

**dog** 123:19,21 124:2

**draw** 65:3 75:22

**dress** 33:10

**drill** 19:10

**drink** 31:2,4

**drive** 143:22

**driving** 110:16

**drop** 46:3,6

**dropped** 46:1,12 49:9

**drugs** 7:13 25:11,13 26:2 31:12 84:17

**due** 101:16

**E**

**E-T-S** 43:17

**earlier** 69:14 90:15 140:12 142:16 148:4 149:16 158:22 161:11,13 163:7 164:5

**early** 108:19

**earrings** 162:11,15,16

**ears** 162:7,8,13

**easier** 60:15

**east** 54:2 57:1,23 58:21 59:1 74:12,16,22 75:9,18 76:1,4,7 81:10 86:4,10 87:17

**Eastern** 4:11 140:21

**eat** 38:7,9 79:18 81:1

**eating** 38:5

**education** 12:15

**Edwin** 105:24

**effect** 6:9

**elastic** 35:6

**embrace** 45:22 56:3 59:7 61:11

**embracing** 59:3 61:14,17 70:10

**employment** 11:24 23:18

**end** 22:10 48:11 102:11 164:23 168:2

**ended** 48:10

**engaged** 14:17,20

**entire** 70:13

**entirety** 151:16

**entitled** 6:6

**entrance** 86:13

**Ernest** 127:3

**Escobar** 42:10,11,12,13 43:12,14 103:5 161:9

**Escobar's** 161:5,7

**estimate** 17:21 52:23 60:21

**et al** 4:9

**Ets** 43:17

**evening** 91:5,14,20

**event** 64:11

**events** 117:8

**eventually** 150:8

**everyone's** 5:15

**exact** 17:10

**EXAMINATION** 5:21 133:15 160:22

**exchange** 64:6,7 101:5,8 104:22 105:2

**Exhibit** 107:20,22,24 131:7,10

**Exhibits** 108:2

**exit** 49:11,13

**exited** 49:10,14

**exiting** 151:19

**expect** 148:9

**expected** 9:24 88:18

**explain** 27:7 117:19

**explained** 11:9

**extra** 117:18

**eyes** 42:17

**F**

**face** 161:24

**Facebook** 160:13,15

**facial** 131:17 162:20

**facing** 49:13 131:23 133:2 145:20 146:3

**fact** 78:5 99:13 100:22 157:7

**fair** 7:23 16:22 18:20 20:16 23:2 27:24 33:8 34:18 53:6,18 54:19,22 55:23 57:6,17 59:19 66:23 67:5 71:3 73:5,8,17 75:7 76:10 77:9 85:15 86:10 97:1 111:23 112:2,7 151:20

**fairly** 57:12 58:14 73:22 76:2 87:12 89:22

**fake** 119:20

**FALASZ** 5:9,14

**familiar** 43:18 48:5 50:23 134:5

**families** 36:20

TANIA ASTEFAN, 09/16/2021

**family** 21:4 44:24 77:4 95:8,16 97:18,21 100:10 101:17 110:4 143:13 146:9 165:8,10,13,15

**family's** 46:15,22 47:1

**fashion** 46:20 110:19

**father** 136:8 158:23 159:1,5 160:9

**favor** 127:17

**favorable** 119:23

**February** 19:21 20:6 120:13,18, 21,23 121:6

Urlaub Bowen & Associates, Inc. 312-781-9586

**federal** 6:5

**feel** 69:15,23 70:10,12 79:5 144:18,19

**feeling** 149:24

**feelings** 126:23

**felt** 70:14

**female** 156:23

**fiance'** 116:9 119:6

**fight** 28:21 37:5 121:3,13 148:16, 23 149:3,5,9

**fighter** 37:4

**fighting** 80:16 82:7,23 88:9

**fights** 26:5 84:8,14 147:10

**figure** 27:8 93:2

**figured** 100:8

**filed** 4:10

**filing** 128:16

**find** 10:20 32:9 41:3 92:4 94:18

**fine** 33:14 157:6

**finish** 21:13 161:3

**fire** 38:17,18

**fired** 45:16,20 79:1 114:6 122:21 123:4

**fires** 38:20,21

**fireworks** 147:23

**Firm** 5:24

**five-minute** 130:18

**flashing** 121:12

**Flemming** 41:20,23 42:1

**flings** 43:1

**floor** 49:10

**follow** 55:8 129:2

**follow-up** 133:12 161:2

**food** 80:22,23

**forgot** 34:23 36:7 89:1 102:18

**form** 11:20 20:2 23:3 25:3 27:4 28:1 33:12 35:7 37:6,8 46:20 53:8, 13 59:10 66:24 71:19 82:19 83:1,6 85:8,16 95:21 99:9,20 105:15,17 109:18 110:18 112:12 114:17 116:14 118:10,18 119:2,8 121:24 122:11 123:23 124:10,16,22 137:18 142:6 144:15 148:11,24 153:9 155:11,23 157:13,20 158:18 159:8

**forward** 60:15 63:19 64:1

**found** 92:3 93:1 94:16 95:9,10 96:18 129:10,15,16

**foundation** 26:20 43:6 45:14 72:6 78:11 115:20 116:5 122:1 124:11 139:6 141:5

**Francisco** 105:18

**Frank** 42:10,11,12,13 43:12 103:5, 8 161:5,7,9

**fresher** 111:23

**Friday** 90:19,23 91:4,15 93:4 94:22

**friend** 39:16,17 40:18 104:12 140:6,8 143:13 160:15,17



**Exhibit 8**

**friendly** 30:13,19

**friends** 30:4 39:6,10 109:12 161:19 163:20 164:18 166:5,7,8

**front** 8:2

**frustrated** 71:16

**Frycek** 107:24

**full** 6:3,9 63:1 107:15

**fun** 29:20

## G

**game** 44:4

**gang** 24:1,3,22,24 25:1,6,9,11,22 26:3,8,13 28:23 29:1,4,12 37:5 40:24 42:14,15 80:11,14 83:4,10,17 84:20 85:23 86:1 93:19 109:22 120:24 121:6,9,12,13,15 122:21 146:13 147:8,10 149:14 150:23 151:4,6,7,10 164:14,19

**gangs** 80:8 83:20,22 146:19,23 147:2,4

**gave** 53:22 116:10

**Gavin** 104:15

**geez** 63:10

**general** 53:12 54:16

**generally** 10:16 18:13 44:9,14 45:19 47:24 48:2 50:5 54:20 59:23 75:24 86:8

**George** 40:5

**gift** 124:2

**girl** 32:14 126:15 161:11

**girlfriend** 18:22

**give** 5:11 17:21 41:2 43:12 47:14 52:23 60:21 71:21 96:8 107:15 130:22 141:24 152:10,13 160:6

**giving** 59:8 112:24 119:22 120:24 142:1

**Golden** 80:19

**good** 4:21,24 5:23 85:19,23 87:21 109:8,10 161:4

**Google** 87:10

**Googled** 129:6,8

**gosh** 8:17 15:13

**grade** 36:5,7 166:2

**graduate** 12:21

**grammatical** 167:20

**grandma** 18:10 135:18

**grandma's** 141:13

**grandmother** 23:20 30:2 135:24 136:4

**grandmother's** 141:17 142:11

**great** 47:19

**grocery** 86:23

**grounded** 140:1

**grounding** 140:2,4

**group** 56:11 88:5 112:9 113:20,24 114:14 115:2,3,7 121:13 131:10

**guess** 22:14 166:7

**Guevara** 4:9,23 5:6 127:1

**gun** 25:24

**gunfire** 77:3,6

**gunshot** 70:7

**gunshots** 45:2,5,8,10 52:8 65:23 66:1,12,14,22 67:5,10,13,19,21 68:1,4,17 69:8,12 71:17,22 72:8,11,17,21,24 74:3 79:13 82:16,21 90:22 91:2 92:13 111:10 122:21 123:4 147:13,15,17,18,19,21,24 148:7,9,14 149:2,8,9,13,17,20,21,23 150:18 151:2 163:1 166:16,17,20,21

**guys** 10:11,16 20:8 23:10,12 31:13,20 32:2,11 33:11 34:21 36:12 37:19 45:22 59:24 71:13 126:18 133:6

## H

**hair** 34:3,16 35:6 93:17 102:19 103:1 131:17,20 166:12

**half** 62:13

**halfway** 62:9,10,11 64:21,22 65:21 66:11

**Halvorsen** 127:4

**hand** 5:10 110:12,17

**handgun** 121:19,22 122:3,5

**hands** 56:1 158:24 159:2,6,21 160:1,3

**hang** 39:6,11 79:24 93:21

**hanging** 30:7 75:5 102:4

**happen** 111:7 112:23 113:9,15,21 114:1 137:17,23 138:4,6 140:17 145:14,22 155:20

**happened** 16:14 20:5 44:7,16,19 64:8 65:16,20 72:24 89:19,21 90:7 114:11 117:3 148:1 159:5 165:16

**happening** 38:20,21 44:14 82:8 148:15

**happy** 7:8 107:15

**harassing** 158:11

**head** 34:14 35:4 62:16,20 63:1,23 64:12 71:1 73:4 81:20 113:23 130:11

**headed** 81:9 86:10 87:17 112:10 113:9

**heading** 74:1 81:10 112:18

**heads** 71:2 72:18

**Health** 12:3,6

**hear** 15:9 16:11 28:11 29:4 32:16 45:2 66:14 69:8 72:16,24 79:8 83:18 88:9 91:1 105:5,8,18 106:7 136:21 149:2,22 161:16 166:17

**heard** 45:5,8,9,10 65:24 66:5,7,12 67:4,10,13,18 68:17 70:6,21 72:11,22 74:2 77:3 81:8 84:8,11 89:17,24 105:11 106:5 107:5 111:10 126:9,11,14 134:7 142:19 147:14,15,19,24 148:14 149:17 150:10,19 151:1 162:24 166:16

**hearing** 50:12 52:8 65:23 71:17,22 82:21 84:13 128:5 134:13 149:20,21 166:20

**Helen** 39:17,18 42:20,22 49:16 50:4,7,12,16 51:2,5,9 52:4,22 53:1,7,20 55:2,4,5,8,11,14,18 68:6 81:13,18 91:1,3,4,18 93:8 94:5,6,8,14,17 104:12 106:12,15 108:8,14,15,16,23 109:2,8,22 115:2 116:13,16,23 119:14 126:17,22 135:18,19,21 140:5,6,9 144:6 152:6,14 158:24 159:2 160:11 161:20 162:3,5,6,10,23 163:3

**Helen's** 110:19

**helpful** 30:1

**Henry** 4:16



**Exhibit 8**

**Hey** 91:1

**high** 12:21,23,24 17:23 21:1,15 36:4,8 42:24 43:1 44:15,22 48:3 49:12 103:2,5 108:13 109:17 136:24 146:19,24 147:11 151:16 163:16 164:9 166:1,3

**higher-level** 24:24

**highest** 12:15

**highlights** 102:21 103:1

**hit** 57:20

**hitting** 57:18 58:21 74:15 81:9 88:6

**hold** 159:21 160:1,2,3

**holding** 49:5 56:1 110:11,16 158:24 159:2,6

**home** 7:22 76:23,24 77:1,2,8 82:8,10 88:12,17,18,21 89:15 90:8,17 91:8 141:19,24 142:5

**homework** 91:13

**honestly** 27:10 60:1 74:13 80:7 91:21 95:1 96:13 125:19 128:3 137:15 138:12 148:19 161:10

**hospital** 13:20,22,24

**hours** 102:7 129:24

**house** 46:6,12 77:15,17 86:13 87:14 91:22 102:4 134:22 135:1,3,8,14,16,17 137:3,6,11 138:8,19,20,21 140:18,23 141:1,3,6,9,13,16,17 142:11,14 162:24 163:4

**HR** 12:8

**hug** 53:22 56:3 58:24 59:8,15 74:11 75:10 76:13 159:22

**hugged** 20:21 59:13 60:4 76:10,15

**hugging** 45:9 60:22 61:11 66:7 67:4,7

**Hughes** 5:3 133:19 134:11,14

**hundred** 119:18,19 151:23

**hung** 43:16 80:3 161:19

**hurt** 150:3

**husband** 104:12

**I**

**I-S-S-A-N** 14:21

**Ida** 41:18

**idea** 31:11,21 32:12 55:14 123:20 126:24 151:8 153:7 160:19

**identify** 4:17 131:15

**illegal** 85:5 120:15

**Illinois** 4:11,15 5:24 134:5

**imagine** 140:22

**immediately** 147:17

**implicated** 105:21 106:2

**impregnated** 126:14

**impression** 95:17,19,24

**inappropriate** 62:21,23 63:5,17,18,21

**inaudible** 111:7

**incarcerated** 100:13 127:24

**incarceration** 9:1

**incident** 9:13 20:5 103:11 106:13 113:15 118:8 123:19 130:7

**including** 124:14 130:20

**indication** 148:7

**individual** 4:22 123:21 163:8,13

**individuals** 121:1 133:4,7

**inflammatory** 63:14

**informal** 8:7

**information** 16:15 32:7,16,23 33:3,4 43:13 45:19 94:21 95:2,18 98:2 100:1 130:5 153:11

**initially** 59:8

**innocent** 129:11,15,16 130:13 144:21,22 145:3 146:7,10

**inquire** 89:15

**instance** 156:2

**interested** 89:19,21

**interposed** 27:17

**interrupt** 27:16 158:10 164:21

**interrupted** 21:13

**intersection** 71:23 75:23 76:4

**interview** 14:19 104:14 107:23 110:22 116:10,16,19,24 118:13

**investigator** 9:2 99:24 111:2

**investigators** 104:1 107:13 125:9,24

**involved** 25:8 26:2 84:10 85:1 115:18 122:20 151:4

**involving** 150:20

**Iraq** 15:11

**Israel** 41:14

**Issan** 14:20,22 15:3,5 117:12,15,17 118:6,16

**J**

**J.C.** 107:23

**Jacobo** 42:7

**jail** 98:8,10,17 100:14,17 105:6 142:16,22 143:9,23 144:13,18,21,24 145:5,8,11,16,19 146:6

**Jeff** 4:21 5:23 27:15 62:22 63:8,10 64:2

**Jeffrey** 10:3

**Joanie** 50:19,20,23 51:1 68:10 93:11,12,15,17,19,21 115:6 161:12,15,16,17,18,21 165:20 166:7

**Joanie's** 165:22

**job** 13:6,11

**jobs** 12:13

**John** 16:2,10

**John's** 16:3

**join** 6:1

**Jose** 41:8,12

**journalists** 125:12

**judge** 6:9

**judges** 123:11

**July** 147:22 153:21

**jury** 6:10

**K**

**Kandah** 39:17 135:21

**Kedzie** 17:9,11 43:17 86:11,14,16,18,21 87:5,7,14,18 88:3,7,10,13

**Kenneth** 127:7

**Kevin** 5:3 133:19 134:10,13

**killed** 103:8

**killing** 96:5,10 149:23

**Kimball** 38:17 41:21 44:23 49:19, 20,22 52:1 54:12 55:1,9,12,16,21, 22 56:4,9,12 59:9,15 70:6 72:1 79:9 80:17 81:15 160:4,6 164:10

**kind** 30:11,19 34:14 45:18 47:9,10 78:8

**kiss** 56:3 58:24 60:7 72:2,7 74:11 75:10 76:14 159:22 160:6

**kissed** 20:21 59:24 60:4 75:13 76:9,15

**kissing** 59:17 60:22 61:12 66:7 67:4,9 69:14 70:9 106:19

**Kivetz** 4:21,22 5:15,18,20,22,23 11:22 22:7,12,21,22 27:19,21 29:9 47:18,22 60:6,13,18,20 62:16,20, 24 63:4,9,11,20 64:4,10,14 94:13 102:10,17 108:3 130:17 131:1,8 133:10 167:11,14,24 168:7

**knees** 33:19,20

**knew** 93:11 139:14 141:1,2 144:22 145:3,19 146:12,15 150:23 161:15

**knowing** 89:19,21

**knowledge** 23:21,22 26:7,24 37:15 44:8 71:15 120:22 121:17 136:15 139:2,13 148:13

**Kristen** 143:15,22 144:4

**Kristen's** 143:16

**L**

**Lall** 13:5,7,8

**Lall's** 13:19

**large** 38:21 78:5 88:5

**late** 88:14,15 104:12

**Lauret** 4:15 107:20

**law** 5:24 26:15

**Lawrence** 38:17

**lawsuit** 9:11,13,20 128:16

**Lazata** 42:7,8 43:10

**learn** 32:1,5,7 92:1,22 93:5 94:20, 21 95:4 96:4,20 106:15 126:20

**learned** 32:24 93:3 95:7,20 96:9, 23 97:7,13 126:19

**learning** 84:14 95:2,13 97:3 101:24

**leave** 108:16 161:19

**leaving** 86:9 87:13 118:12

**left** 17:18 47:8 55:11,15 78:13 79:6,16 81:15 89:2 108:13,19 133:7

**legal** 4:12

**Letellier** 4:12

**lets** 151:15

**letter** 135:5,6,11 137:5 138:10

**letters** 101:5,8,10,15

**letting** 107:3

**level** 12:15 110:7

**lie** 120:7

**Lieberman** 40:3

**life** 150:6

**light** 22:5

**lined** 62:3

**lines** 80:11

**litigation** 8:9 9:9 129:19

**live** 17:8 18:5,9 48:4 54:1 142:14

**lived** 17:23 18:2,7,13,17 23:20 41:20 77:21,23 78:2 84:21 139:13 141:18 142:12

**living** 85:1

**located** 7:16 78:9 80:6,9 115:8

**location** 89:10 104:8

**locations** 107:9

**locked** 32:6 105:6 144:18

**locker** 48:22,23 49:8

**long** 10:7 12:4,11 17:12 52:23 60:22,24 98:17 162:11,15

**longer** 98:22,24

**lose** 101:12

**lot** 20:7 26:5 27:23 82:23 83:4 111:4,19 164:22

**lots** 151:19,22

**loud** 89:24 90:1,2 148:4,5,6

**loudmouth** 28:11

**Louis** 39:22

**lower** 34:14

**lower-level** 25:1

**Lulu** 44:2

**Lupo** 39:20 41:4,5

**lure** 121:12

**lying** 120:9

**M**

**made** 6:21 58:4 61:19 74:7

**Maher** 127:13

**make** 22:8,23 62:8 75:1 79:15 104:22 158:2 159:19

**makes** 153:7

**making** 54:17 158:4,6

**Maldonado** 105:24

**male** 156:23

**map** 47:10,13,19,24 86:2 94:11,12

**Maps** 87:11

**March** 19:24 20:6 121:11,16,18 122:3

**Margaret** 41:23

**marijuana** 31:8,10,13 122:10,15

**mark** 54:22 60:2,7,8 61:23 62:13 64:24 73:20 86:20 107:24 131:9

**marked** 60:23 61:6 107:19,21 108:2 131:7,23

**married** 13:14 14:3,5,7,9,15

**marry** 21:20

**Mather** 36:4

**Mati** 14:8,9,11,15,17 15:7

**Matias** 40:1

**matter** 4:9 6:6

**meant** 41:4 122:10

**media** 4:1 102:11,15 129:1,2,4,14 160:13 168:2

**medical** 37:19

**medication** 7:13 37:23



Exhibit 8

**Medina** 41:14

**meet** 77:11 117:6 126:17 127:3,6, 9,12 136:6,8,12 138:23 139:1

**meet-up** 50:4

**meeting** 14:17 47:7 52:4,11 134:17

**Melendez** 41:16

**Melissa** 41:16 42:3

**member** 24:24 25:1,22 40:23 95:8 143:13 150:23 151:10

**members** 84:20 121:13 147:10 151:7 164:19 165:12,16

**Memorial** 13:20

**memory** 27:23 52:7 55:20 62:14 64:17,23 68:21 81:17 111:23 113:23 114:4

**men** 114:14

**mentioned** 127:24 141:14 164:4 166:9

**met** 28:4 31:17 36:18 45:15 48:8 49:18 50:4,6,8,9,17 51:2,5,9,13,21, 23 52:22,24 53:6,20 86:3 101:17 134:9 135:23 136:4

**Michael** 5:5

**middle** 15:3 57:15 62:21 72:17,22, 23 86:7,20 87:10 116:6 117:13 140:21

**military** 34:12,18

**mind** 21:17 117:23

**mine** 110:5

**minute** 61:1,3

**minutes** 10:8,17 53:3,4,5,12,17 130:22

**misspoke** 114:8

**mistaken** 129:13

**mom** 88:16

**moment** 6:10

**money** 104:18 128:17,23

**months** 19:20 98:6,20,22

**morning** 4:21,24 5:23

**Moses** 40:13,14,16,17,18,23 51:4 163:8,10,12,13,16,20,23 164:3,4,6, 11

**Moses'** 164:5

**Moses's** 40:21

**mother** 90:7,10 136:6

**motorists** 121:1

**mouse** 50:1

**move** 15:12 52:15 57:14 58:1 64:1 116:6,8 131:22 132:14

**moved** 17:12,15 55:9,12,21,22

**movies** 21:23 81:3

**moving** 56:12 60:15 68:19

**multiple** 66:15

**murder** 32:6 105:22 134:17 145:15,20,23 146:3

**mute** 105:16

TANIA ASTEFAN, 09/16/2021

## N

**named** 39:20,22 40:9 161:11 163:8

**names** 16:1 41:2 128:14 147:4,8

**narrative** 158:6

**necessarily** 20:24 115:22

**needed** 22:23 95:17 96:1 100:8 121:22

**neighborhood** 26:19 35:13 38:21, 22 77:7 80:9 82:21,24 83:5,11,20, 23 84:3,4,15,18 85:5,14,20,23 90:11 105:8 106:6 121:23

Urlaub Bowen & Associates, Inc. 312-781-9586

**nickname** 15:3 24:9,12,14,16,18 161:5,7

**nicknames** 43:16

**nod** 64:12

**noise** 164:23

**north** 4:14 17:11 54:4,10 58:9,22 65:9,14 68:7 71:1,2 72:8,18 73:4, 15 74:1 78:15 81:9 86:18 87:14 88:3,6,12 89:5 106:20

**north-south** 58:10

**northeast** 49:22 54:11

**Northeastern** 12:18 18:5

**Northern** 4:11

**Northwestern** 125:8,10,12,15,18

**nose** 161:21 162:3,18

**notary** 5:7

**notified** 154:21 155:16

**November** 107:22 111:11,24 112:3,24 116:10,17,24 117:6 118:13

**nuisance** 82:5

**number** 4:9 77:19 132:8,11,15,17, 19,21,23 141:20,24 142:1,5

## O

**O'CALLAGHAN** 5:2 133:16,17 157:22 158:2,6,14 160:20

**oath** 6:8 120:7,9

**object** 11:20 20:2 23:3 25:3 27:4 28:1 33:12 37:8 44:13 53:8,13 59:10 66:24 71:19 78:11 83:1,6 85:16 95:21 99:9,20 112:12 114:17 116:14 118:10,18 119:2 121:24 122:11 123:23 124:10,16,22 137:18 144:15 148:11,24 153:9 155:11,23 157:13,20 158:18 159:8

**objecting** 63:16

**objection** 26:20 27:11,17 29:7 39:12 43:6 45:14 64:18 70:17 72:6 81:5 82:18,19 85:8 105:16 109:18 115:20 116:5 119:8 138:15 139:5 141:5 142:6 146:21 158:3,4,9 166:23

**objections** 6:21 139:16

**observation** 71:21

**observed** 70:15

**obstructing** 69:3

**occasionally** 109:16

**occurred** 117:5 163:23

**occurring** 44:9 83:22 85:5 115:12 149:6

**Odisho** 143:17

**offer** 104:18 105:2 124:2

**office** 13:3,19 104:5,7,13 116:20 152:16 156:20

**officer** 4:22 127:6,9,12 128:23 155:9,13

**officers** 8:24 28:18 79:12 121:22 128:17 153:1 154:21

**offices** 4:14
**official** 14:24 15:1,2 16:15 22:24
**officially** 107:19 126:1
**Okendo** 39:23
**older** 136:20,22
**online** 102:3
**openly** 120:14
**opportunity** 107:15 113:12,18 114:21 115:10 130:20 133:3
**opposite** 63:15 134:2
**order** 104:18 168:7
**orders** 168:6
**organization** 29:23
**original** 9:8
**oval** 50:3,6 54:8,14 59:6,21 60:3 89:11
**overturned** 128:24
**owned** 35:17,22

**P**

**p.m.** 53:7 88:19 102:16 108:2 131:3,6,7 168:5,10
**pace** 82:12 150:9
**pager** 77:19 141:7,14
**pages** 107:16
**Pang** 127:7
**paragraph** 149:11
**Pardon** 117:14
**parents** 77:8 138:23 139:8,12,20,22 142:3,23 143:1 165:18
**parents'** 142:14
**Park** 104:5
**parked** 122:22 123:5
**part** 8:8 9:20 34:14 42:14 85:19,23 116:7 117:11
**participate** 26:12 116:1
**participated** 116:17
**participating** 84:20
**parties** 4:6,18
**passed** 15:8 16:9
**passing** 121:1
**past** 9:6 37:5 128:5,6
**pastries** 86:22
**path** 54:19 56:3 57:17 58:15,16 73:21,22 74:2 75:24 76:3,10 82:1 86:8 87:12
**patience** 87:24
**Patricia** 41:20
**pause** 6:20 22:3 60:11
**pending** 7:9 145:19
**people** 11:10 28:10 38:24 43:16 56:11 82:4 88:5 111:4,19,20 112:8,9,18 113:21,24 114:5,9,12,19,20 115:2,3,8,14 130:20
**percent** 117:21,22 118:7,16 119:18,19
TANIA ASTEFAN, 09/16/2021
**Pergande** 127:10
**period** 40:12 72:3 81:15,16 97:5 153:24 163:18
**person** 20:8,11,18 30:7 32:9,20,24 39:22 40:1,3,5,7,9,12 42:5,7,10 43:10 50:19 51:4 70:11 101:2 103:4 105:18,24 109:10 131:15 132:7,10,19,21,23 134:3 140:9 152:6 154:10,13 156:10,14,17,23 157:1,10 158:16 161:17
**personal** 9:15 150:1
Urlaub Bowen & Associates, Inc. 312-781-9586
**personality** 30:10,22
**personally** 161:16
**phone** 5:17 16:24 20:9,11,19 77:13 93:15 100:12 101:2 136:2 137:2,7,11 138:9,18 141:20 164:22
**phones** 5:15
**photo** 78:2,3,5 131:22 132:1,7 133:8
**Photography** 59:22
**photos** 101:18,21 133:1
**physically** 159:21
**pick** 20:10,15 44:18 108:7
**picked** 21:5 72:1 108:13
**picking** 28:7 35:23
**picture** 22:10 47:17,19
**pierced** 161:21 162:8,13,18
**piercing** 162:3,5
**piercings** 161:24 162:6,21
**pin** 22:12,13,19
**pinned** 22:15
**pizza** 79:21 80:19
**place** 50:4 59:6 80:20,22 89:12 115:16 145:5
**plaintiff** 9:17
**plans** 77:11,13 79:15,18
**planted** 123:12
**pleasant** 145:5
**pockets** 69:21 70:5
**point** 21:21 45:2 65:3 72:17 74:6,15 75:10,20 76:19,21 81:23 118:12 129:8 160:20 166:17
**police** 4:22 11:18 28:14,17 79:8,12 90:13,16 100:3 122:24 124:13 127:6,9,12 128:17,22 146:7 152:15 153:1,7,12,15 154:13,14,18,21 155:9,13,16
**policy** 46:15
**polygon** 60:14
**ponytail** 34:8 35:3
**portion** 118:3
**position** 24:22 131:24 132:8,10,15,17,19,21,23
**possession** 25:13 121:19 122:3 123:8,15
**possibly** 19:12,23 20:17 32:18 49:13 53:5 61:2 62:10 66:17 67:8,11 75:12 76:11 97:2 128:11 142:21 148:8 150:4,14
**post-conviction** 128:5 129:20
**post-trial** 128:10
**pot** 122:9,17 123:8,15
**potential** 97:22
**potentially** 6:21
**PR** 24:7 39:1,20,22
**pregnant** 32:14,17
**preparation** 9:22
**prescription** 37:22



**Exhibit 8**

**presence** 118:12

**present** 7:20 50:16 51:1 116:9,13, 16,18 118:6 156:9

**presently** 7:16

**press** 101:23 111:11 112:3,8,24 113:4 116:10,24 117:6 118:8,13,17

**pretty** 90:1 119:5

**prevent** 7:13

**previous** 27:18 106:5

**previously** 14:5 107:21

**principal** 156:12

**prior** 126:7 127:19 134:18

**prison** 100:14,17 101:24

**problem** 5:20

**problems** 24:18 38:1,4 63:18

**proceed** 102:16 131:6

**proceeded** 71:1

**proceedings** 60:11

**promises** 104:22

**prosecuted** 99:15

**prosecutor** 133:21,22,23 134:2,9

**prosecutors** 134:6,18

**protect** 79:3 119:14

**protection** 29:14 121:22

**provide** 6:15 8:15 10:13 99:24 104:13,19 119:20 120:3

**provided** 7:4 8:20,23 9:8,12 106:11,18 107:12 111:11,18 112:2 113:4

**providing** 6:22 98:1 104:23 105:2 127:17

**public** 5:7 160:1

**publicly** 120:14

**pull** 47:9,13 87:9

**pulled** 155:10 156:3,13,15

**pulling** 154:9

**punish** 139:24 140:2

**punished** 110:18 140:20

**Punishing** 140:4

**pursuant** 6:5

**push** 108:11

**pushed** 34:7,8

**put** 50:3 54:14,15 57:10 58:13 59:6,21 86:7 89:8 97:8,13,16

**Q**

**question** 6:20 7:1,3,4,9 8:5 9:8 11:21 20:3 23:4,7 25:4 27:5,13,18 28:2 33:13 37:9,13 53:9,14 59:11 62:22 63:16,17,21,23 67:1 71:20 80:13 82:19 83:2,7,14,16 85:9,17 89:1 95:22,23 97:6 99:10,21,22 102:18 105:17 107:18 108:6 109:19 110:24 111:16 112:13 113:17 114:18 116:15 117:16,19 118:11,19 119:3,5,9 122:1,12 123:24 124:17,23 133:21 137:19 138:1 142:7 143:7 144:16 148:12 149:1 153:10 155:12,24 157:14,21 158:19 159:9

**questioned** 8:6 153:6

**questions** 11:10 62:17,21,23 63:18 107:14,16 131:12 133:11,18 152:17 157:15 161:2,13 163:7 167:4,6,8,9,12

**quick** 22:3

**R**

**R-A-H-E** 5:1

**Rahe** 4:24 60:9,12,16,19 160:23,24 167:4

**raise** 5:9

**rang** 48:17,21 52:24 53:17

**rattail** 34:23 35:1

**Ray** 43:10 127:1

**reach** 91:22 95:24 97:18 99:18 100:3 146:9 152:20,23 153:2 154:2

**reached** 92:19 100:6

**reaction** 67:12,17

**read** 14:19 37:10,12,14 64:6 108:5, 20 110:22 111:14 118:2 129:1

**reading** 115:13 129:7 149:11

**ready** 63:5 91:11

**real** 52:15

**realize** 97:3

**reason** 16:13 62:24 66:10 71:10 115:13 116:2 141:19,21 154:17 159:14,20 160:17

**recall** 9:5 13:23 17:20,22 18:12,15, 17 19:4,7,9,15,16 20:14 21:24 22:2 23:11,12,19,24 24:17,23 27:2 28:4, 24 29:1,3,21,24 30:6,7 31:15 32:8 33:18,23,24 34:2 36:6,19 39:4,19 42:16,17,18,19,23,24 44:6,14 48:20,24 49:2,3,13 50:10,11,13,15 51:3,4 53:2,10 55:4,7 56:2 58:19, 23 59:3,16 60:1 62:6 65:12,19,20 66:9 67:6 68:5 69:2,5 70:8 72:4 73:11,16 74:10,13,17 75:19 76:6,8, 18 78:1,12,14 79:14,17 80:15,21 81:7 82:6 83:3,12 84:12,16 85:11, 18 86:5,19 87:19 88:2,8,12,24 90:18 91:21 92:11,15,21,24 93:10, 18,20,23 94:2,6,7,8,10,14,23 95:6 96:6,11,19,22 97:20,23 98:7,13,15, 19,21,23 99:11,12,16 100:2,18,19, 22,24 101:1,4,9,20 103:10,17,21, 24 104:1,7,16 105:7 106:17,18,23, 24 107:1,2,7,10 109:1,4,7,21 110:13,14,20 111:22 112:15 113:2, 7,11 114:3,4,7,8,13,19,20,21 115:1,2,6 116:16,18,22,23 117:1,2, 4 118:9,15 119:22 120:1,3,16,19, 22 121:7,8 123:2,13,16,19 124:18 125:4,5,7,14 126:3,21 127:2,22 128:1,3 129:18,21,23 130:1 132:5 134:12,13,15,16,20 135:7,8,11,12 137:4,8,9 138:5 142:1,12,21 143:2, 9,17 144:9,11 145:12,24 146:8,11 147:1,12,20 148:21 149:7,15 150:7 151:18 152:5,8,12,17,20 153:17 154:8,11 155:1,5,7,21 156:4,11,12, 15,21 160:5 161:8,21,23 162:2,5,9, 12 163:2,15 164:1,4,20 165:4,7,11, 19 166:1,4,15,22 167:3

**receive** 29:14 93:14 135:8,14 136:2 137:11 138:9,18

**received** 96:6

**recently** 128:9

**recess** 102:13 131:4

**recognize** 61:11 87:23 131:24 132:6,7,10,15,17,19,21,23 133:3,7 147:17

**recollection** 113:14,19

**reconvene** 130:23

**record** 4:2,17 6:2,23 7:12 47:16 63:20 102:12,14 131:3,5,10 158:3,

5,9 159:20 168:2,5,10

**recorded** 47:16

**recording** 22:20

**recruiter** 12:1,7

**rectangle** 60:17,18,23 61:7

**red** 43:22,24 54:22 57:16

**refer** 134:6

**referencing** 83:17

**reflect** 65:8 86:8,23

**refresh** 113:14,19

**regard** 134:16

**regularly** 33:10 36:11 37:1 70:2 140:6,9 162:15

**relate** 8:2

**related** 8:13,24 9:1 149:14 152:18

**relating** 11:1 32:24 129:19,20 130:2,6

**relation** 123:1

**relationship** 21:2,8 28:5 31:22 32:2,10 33:1,2 42:20 70:13 101:19 134:21 142:3

**release** 101:24

**religious** 29:22,23

**remember** 17:10 18:11,13 27:3,9, 10 28:5 30:3,4,9 33:6,7,14 34:24 35:12,15,21,23 36:18 38:14,18,20, 24 39:2,5,20 40:5,8,9,14,15,17,18, 21,23 41:3,5 42:11,12,13,14 43:3, 9,11,13,15,21,23 44:1,3,9 49:4,5,6 50:18,19,20,21,24 51:1,7,8,11,17, 18 52:3,13 55:1,10,13,17,19 56:5, 6,7,8,10,11,13 57:4 58:8,12,13 59:17 61:5,8,9,10,14 65:15,16,23 67:3,17,20,24 68:2,3,9,12,13,18,22 69:7,10,11 70:1,2,3 72:9,10,15 73:14,17 74:14 75:14,16,17,20,21 76:12,20 77:14 78:15,16,18,21 79:11,20,21,23,24 80:2,4,7,8,11, 13,16,18,24 81:12,14 82:3,4,7,9 84:6,19 85:4 86:6,17 87:22 88:4, 11,14,20 89:4,7 90:15,24 91:3,4,6, 7,13,16,19,24 92:16,18 93:7,8 94:1,4,16 95:1,9,10 96:13 103:4,5, 8,13,18 104:5,7,9,14 108:23 109:2, 5,24 110:15 112:24 114:12 115:5,9 116:8,22 118:12 120:2 121:4,10, 14,17 122:4,13,16,19 123:6,9 124:24 125:2,11,19,23,24 126:9 128:8,13,14 129:14 135:15 136:19 137:13,16 138:12,17 141:7 142:2,9 143:19,24 144:3,8,10,12,17 146:18 147:1,3,4,9 149:7 152:8 154:12 155:4 156:5,6,9,11,19,20,24 157:1, 4,9,18 158:20 161:5,6,9,10,12 162:17 163:6,10,12,13,15,18,19,22 164:2,6 165:10,23 166:9,12,14,19, 20

**remembered** 36:15 43:12 117:9

**remembering** 78:3

**remotely** 4:6 6:1,7

**repeat** 44:13 72:20 80:12 95:23 97:6 113:17 119:4,24 145:17

**rephrase** 7:2

**reporter** 4:15 6:13,18 158:8 167:1, 15,21 168:6,9

**represent** 4:18 58:16 60:3 133:18
TANIA ASTEFAN, 09/16/2021
**representation** 54:19

**representing** 4:13 99:19,24

**represents** 75:24

**reputation** 26:18,23

**resided** 23:22

**respectful** 158:12

**respond** 111:3

**responding** 64:9

**restaurant** 38:14
Urlaub Bowen & Associates, Inc. 312-781-9586
**restaurants** 38:10

**retained** 168:4

**review** 107:15,17 108:20 113:12, 18 114:21 115:10 133:3 167:17

**Reyes** 41:10

**Riaz** 40:10

**Richard** 104:15 127:13

**Richmond** 42:5

**Ridge** 104:6

**riding** 35:12

**ring** 14:21 48:13 109:15

**rival** 121:13 151:6

**robbing** 123:18

**Robert** 4:20 16:16 17:6 18:7,19 29:15 44:18 49:16 50:4,6,9,16 51:2,9 52:4,22 53:20,22 55:15,20 91:20 93:21 94:19,20,22 96:1,24 97:7,14 101:19,21 104:19 105:21 106:19 108:7,13 119:13 126:2,18 131:16 135:23 137:3 138:14,18,21 139:4,15,18 140:23 141:6,9,11,15, 19,23,24 142:5,10,16,22 143:4,6,8, 23 144:2,5,13,18,24 145:14,18,22 146:5,6,9,12 147:14 150:23 152:7, 10 153:11,12,15,17,18 157:1,7,11 158:16 159:14,20 160:1,3 162:24 163:3,20 164:10 165:3,6,9,13

**Robert's** 137:11 138:8 145:10 151:7 152:17 154:5,12

**Roberto** 135:23

**rocks** 68:16 114:22 119:15

**Rodriguez** 41:18

**romantic** 21:1 126:23

**room** 7:20 8:8 116:21 156:18,21

**Roosevelt** 12:24 18:15 42:13 43:1 44:15,22 48:3 49:12 136:24 146:19,23 147:11 151:16 152:1 163:16 164:9 166:1,2

**rule** 23:6

**rules** 46:23 47:1

**rumors** 105:8 106:6,7

**run** 71:6,8,11 81:13 82:10

**running** 71:12 82:4 115:14

**rush** 76:21,24 78:22

**Russell** 4:19 10:4 27:20 44:12 63:1 167:11

**Ruvalcaba** 11:5 38:16 96:5,10,20, 24 97:4,8,14 100:5 105:6,22 106:3, 16 118:22 119:1,14 130:7 134:17

**Ryan** 40:3

**S**

**S-A-A-D-E** 16:6

**Saade** 16:2,5

**sad** 144:19,20

**Saddam** 24:13,19

**safe** 17:23 18:2 19:24 79:5

**safety** 145:10 150:1

**Salvador** 11:5 38:16 96:5,10,20, 24 97:4,8,14 100:5 105:6,22 106:3, 16 118:22 119:1,14 130:7

**Sam** 14:8,9,22,23 15:2,3 116:9,23 117:5

**Sanchez** 41:12

**Santiago** 41:8

**sat** 8:6

**Saturday** 91:17 92:8,9,14,16,23, 24 93:5,9,24

**Sawyer** 46:5 74:21 75:1,2,6,10,18, 23 76:4,7,16 78:13,17 79:10,16 81:10,16,20 82:2 86:3,5,7,9,21 87:13 89:2,6,9,12

**scale** 150:5

**scared** 67:14,18 68:13 69:12 71:10 73:17 75:20 82:14,17 115:22 149:16,18,19,21,24 150:1,3,5,7,8, 10,12,13

**scary** 115:15 149:22

**scene** 164:7,8

**Schalka** 5:5 167:7

**schedule** 152:3

**school** 12:21,23,24 17:24 20:10,15 21:1,6,15 35:24 36:3,4,8,23 37:2 42:24 43:2,14 44:15,16,22 48:3,9, 10,11 49:12 50:5,7,17 51:10 52:5, 12,22 57:13 90:19 103:2,5 108:13, 16 109:17 110:1 136:24 146:19,24 147:11 151:13,15,16 154:9 155:2, 10,19 156:15,18 159:17 163:17 164:9 166:1,3

**Scott** 59:22

**screen** 4:5 22:13,19 64:24 110:21 131:13

**Sean** 5:2 133:17

**section** 24:5 74:15

**selling** 84:17 122:15

**send** 138:9

**sentence** 21:14 112:21

**separated** 15:7 163:4

**September** 4:4 103:8

**set** 103:18 107:9 166:17,20

**sets** 107:5

**setting** 8:7 9:9

**sexual** 31:22 32:1

**shake** 62:16,20 64:12

**shakes** 130:11

**shaking** 63:1

**share** 110:21

**sharing** 126:5

**shaved** 34:12,14

**shook** 63:23

**shooting** 38:16 52:16 89:16 90:20, 21 92:7,12 96:4,10,24 97:4,8 99:8, 14 100:5,23 105:5,9,11 106:3,10, 15 130:7 151:1,7 156:7 157:2,8,11 158:17

**shootings** 84:10

**shop** 78:2,3,6,9

**short** 34:5,6,7,13,19 162:10,15,17 163:18

**shortly** 163:4

TANIA ASTEFAN, 09/16/2021

**shorts** 33:16,17

**shot** 11:5 96:21 97:14 118:22 119:1,14 148:17

**shots** 45:16,20 66:8 70:21 73:20 79:1 81:9 89:16,22,24 90:10 106:20 107:5,9 114:6,10 150:10

**shout** 29:4

**show** 10:11 22:19 54:16 60:7 107:11 108:11,12 117:11 131:9 154:15,16,18

**showed** 155:5

Urlaub Bowen & Associates, Inc. 312-781-9586

**siblings** 15:18,22 40:21 136:10,14

**sic** 123:17,22

**side** 44:23 54:4,5,9,10 57:1,2,8 58:9 78:16 80:17 86:5,18 87:7

**signature** 167:24

**significant** 122:9 124:13

**signs** 26:8 120:24 121:12

**similar** 34:17,18 110:13

**simple** 119:5

**single** 39:5,10 43:4

**sirens** 79:8

**sister** 136:16,17,23 165:20

**sister's** 165:22,23

**sit** 27:22 32:19 33:6 35:21 64:23 76:6,12 113:7,24 125:2 130:10

**site** 129:4,14

**sitting** 6:1 108:8

**situation** 115:23

**skip** 116:7 132:13

**sleeping** 38:4

**slogans** 29:4

**slowly** 52:15

**smoke** 31:6,8

**smoked** 31:10

**smoking** 120:14,20

**social** 29:17 85:12 129:1,2,4,13 160:13

**softer** 148:10,13

**sold** 25:11 122:17

**solemnly** 5:10

**someone's** 110:12,16

**someplace** 138:14

**something's** 111:6 112:23 115:15

**sophomore** 36:9 109:16 110:1 155:20

**sort** 11:16 35:4 36:2

**Sotos** 5:24

**sound** 50:23 148:10

**sounded** 148:4

**south** 54:5,18 58:9,22 59:21 65:10, 14,17 68:7,19 71:2 72:18 78:15 86:3,18 106:21 114:9,15,23 115:3, 7

**Spaulding** 57:23 58:2,4,11 59:1, 18 61:23 65:10,14,17,22 68:4,8,11, 20 70:24 71:3 72:19,23 74:7,9,12, 16,18 75:15 106:21

**speak** 9:23 10:2,5,7 97:21 100:11 135:2,3 144:1 154:18 156:17 158:7,8 163:23

**SPEAKER** 164:24

**speaking** 104:1 106:23

**specialist** 12:8

**specific** 11:3,4 44:6,12

**specifically** 23:7

**specifics** 10:24 33:7 47:6



**Exhibit 8**

**speculation** 138:16 139:6 159:9

**spell** 6:2,3 16:5

**split** 75:4

**splitted** 46:2

**splitting** 76:13

**spoke** 10:3,6,21 94:14 128:1 155:9,22 156:10,23

**spoken** 16:24 164:11

**spotlight** 22:18

**spotlighted** 22:14

**stamped** 108:1 131:10

**standing** 111:5,20 112:9,18 132:1, 8,10 151:10

**standpoint** 71:22

**start** 13:22 19:19 27:1 46:19 102:15 117:14 121:3 149:23

**started** 13:20,24 27:8 36:16 53:24 59:3 111:1,10 129:6 134:23 150:9

**starting** 21:17

**state** 6:2

**state's** 5:3 133:19 134:6,10,18 152:16

**statement** 107:11,12,14,23 111:11,17 112:3,17,24 113:4,13,19 114:22 115:10 118:3

**States** 4:10

**stating** 148:6

**stay** 55:5 57:1

**staying** 91:23

**steal** 30:24

**stealing** 123:18

**step** 47:9 52:15

**steps** 87:24

**sticking** 52:7

**stole** 123:21

**Stone** 39:20,22 146:15,17

**Stones** 24:4,5,7 29:1,14 39:1,2 80:5 83:24 84:1,18 85:6,12,19 147:5,7

**stop** 51:15 74:8,18 126:1 150:18

**stopped** 65:5,8,20 66:10 70:6 74:19 75:5

**stopping** 58:20 59:17 76:7

**store** 86:23

**stories** 117:2

**story** 118:7,17 119:6,7 158:23

**straight** 74:20

**street** 4:14 44:22,23 49:16,21 54:5,8,9,11 55:12 57:2 120:14,21 121:13 160:4

**streets** 122:18

**strict** 21:4 44:24 46:9,18,19 77:4 95:16 100:9 110:4,5,8 139:8,11,12, 20 140:21 142:4,8 159:11

**strictness** 110:6

**strike** 12:14 39:1 143:7 156:1 160:2

**stud** 162:10

TANIA ASTEFAN, 09/16/2021

**student** 109:8

**students** 125:15 147:2 151:19 152:1

**stuff** 16:12 21:1 167:20

**style** 33:22

**styled** 131:20

**subject** 167:19

**Subpoena** 6:6 10:19

**substance** 100:19 167:20

**suffered** 37:18

**suing** 128:22

**Suite** 4:14

**Sunday** 92:24 93:4 94:2,3,5,7,15, 20,21 95:19 96:1,18

**Sunnyside** 17:9 41:20 43:17 62:7, 8 66:4 68:1 69:4 72:13 81:22 82:2 86:4,11,15,18 87:4,17 88:2,6,10 111:2,4,19,21 112:9,19 113:9,15 114:1,6,10,16,24 115:4,7,19 119:16

**supposed** 88:17

**swear** 5:8,10

**sweethearts** 21:15

**T**

**T-A-N-I-A** 6:4

**T.V.** 91:11

**taking** 6:8 7:10 117:22

**talk** 10:16,24 11:7 16:14 19:18 20:7,8,12 23:1,10,12 24:16 28:17 44:5 63:8 64:2 77:13 78:24 90:19, 22 92:7,13 93:8,11 94:5 99:23 100:16 106:12 107:6 117:5 120:11, 17 121:5 122:2,14 123:3,14 125:8, 12,15,18 127:20 128:9 130:21 135:16 140:4 142:10 156:13 165:2, 5

**talked** 23:9 52:4 61:8 92:9 94:17 99:18 106:14 124:19 125:1,23 127:16,24 140:6,9 161:11

**talking** 6:19 20:18 45:21 52:11 55:2,3 56:7 91:4 92:11 94:6,8 99:12 100:22 103:13 104:14 125:14,21 128:15 156:2,4 161:12

**tall** 161:7,9

**Tania** 4:3 5:23 6:4 22:23 29:10 39:14 52:18 53:15 58:5 59:12 64:16 66:23 70:19 94:14 102:16 107:23 115:21 117:17 119:10 130:19 131:9,12 133:12 137:21 160:24 167:5 168:3

**telephone** 141:24 142:5

**telling** 7:13 11:7 107:3 113:7 117:24 118:1,7,17 125:5 138:10 157:1,16

**tend** 117:20

**term** 134:7

**terminology** 34:11

**terrified** 150:6,13

**territories** 80:14

**territory** 158:11

**test** 114:4

**testified** 149:16 153:21 165:9

**testify** 128:4 129:17

**testifying** 93:3 103:14 104:17,21 105:1 120:1,2,3 129:21

**testimony** 5:11 6:16 8:19,20,23 9:12,24 10:13 103:6 105:12 106:5, 11,18 111:16 113:13 119:22 120:4, 5 124:7 126:6 127:17

**thing** 33:5 47:9 63:15 133:6

**things** 19:16 63:13

**thinking** 8:19 83:14 149:8

**third-party** 158:1

**Thompson** 59:22

**thought** 46:11 90:2 146:1 148:16,17,22 149:5 152:20,23 154:2

**threatened** 123:11

**three-year** 153:24

**throw** 26:8

**throwing** 68:16 114:22

**thrown** 119:15

**thumb** 23:6

**tier** 36:8

**time** 4:4 5:18 7:1,7 9:19 10:10 15:14 16:16 19:17 20:12 21:4,21 22:4 23:14 25:14,17 26:6,10,15 28:18 29:5 30:5,8,17 31:13,20,23 32:2,10,14,17 33:11 34:4 35:17 36:12 37:2,19,23 38:2,5,22 39:3,6,9,14 40:12 45:2,4,7,12,15 46:23 47:7,8 48:8,11 52:12,16,24 54:24 55:3,5,8,11,15,21 56:9,12 57:8 58:24 59:13,24 65:6,24 66:7 67:4,7,9,13,18 68:1,4,6,10,17,19 69:12 70:5,6 71:22,23,24 72:2,7,11 74:12,15,19 75:6,9 76:13,19,22 77:1 78:12 79:5,16 81:15,16 82:14 84:21 88:12,17,20 91:8 97:3,5,7,9,14 98:18 99:7,14 100:4,11,23 102:10,16 106:10,19 108:6,9 116:9,18 118:13,22 119:1 120:12,15 122:5 124:6,20 127:19 128:10 129:9,16 130:15,23 131:3,6 134:24 135:13,23 136:3 137:10 138:8 143:17 144:7 145:18 148:19 149:13 150:8,10 151:12 152:2 155:22 156:1 158:8,16 163:19 168:5

**times** 9:2 19:3,5,8,11 20:16 70:9 99:3,5,6,17 100:16 103:20 124:5 128:8 137:10,16 142:20 143:9,22 144:5 146:5

**today** 4:15 6:2 7:14 9:14,24 11:9,10 16:13 27:22 32:19 33:6 35:21 64:23 76:6,12 93:3 105:13 111:24 113:7,24 120:9 125:3 130:2,10 133:11

**today's** 9:22 10:18

**told** 62:18 63:14 111:5 112:8,22 115:11 116:2 117:17,18 121:21 128:19 135:8 153:12,15 157:17

**top** 33:24 34:16

**tops** 33:24

**touch** 160:11

**touched** 130:1

**traits** 30:20,22

**transcribing** 6:14

**transcript** 64:6 107:11 167:18

**trash** 68:24

**traveled** 58:17 76:3

**traveling** 114:23 115:3,6 116:23 117:3

**trial** 8:21 16:18,19 18:3 103:14 104:18,21 105:1,12 106:7,11 119:22 120:1 126:4,6 127:19 134:19 153:21 165:9

**trouble** 11:18 28:14 36:23 46:11 47:3 86:1 115:12 124:13 158:23 159:12

**true** 118:24 119:13,17

**trust** 167:15,16,21

**truth** 5:12 7:14 10:18,20,21 11:7 117:24 118:1,2

**truthful** 112:4,5 113:4 120:4

**truthfully** 118:4

**turn** 22:5,11 57:23 61:19 74:7 111:6 112:22 115:11 116:3

**turned** 5:15 22:9 45:11 46:17 56:16,17 57:22 66:5 67:14 68:15 70:23 150:9

**turning** 58:20 76:1

**Twin** 43:20

**type** 8:8 9:9 20:19 23:17 24:21 25:5,8,16,19 26:8,12 28:20 29:4,14,17,22 33:14,17,24 35:3 37:18,22 42:19 56:11 58:19 69:8,15,18 70:10,14 71:21 82:1 83:10 84:24 85:4 88:5 109:22

**types** 19:16

**U**

**U.S.** 15:12

**understand** 6:7,10,16,23 7:1,5 8:5 9:10 27:6 47:11 52:17 59:12 84:20

**understanding** 53:12 103:22

**understood** 7:4 146:3 155:15

**UNIDENTIFIED** 164:24

**uniform** 154:13,14,19 155:7

**Unit** 4:1 102:12,15 168:2

**United** 4:10

**University** 12:18 125:10,13,16

**unusual** 137:5,8

**upset** 51:12 88:16 110:12 132:14 140:19,20 144:19,20

**Urlaub** 4:13,16 168:4

**usual** 91:9

**V**

**vague** 138:1

**Valley** 13:20

**venturing** 158:11

**verbal** 6:15

**versus** 4:9 6:6

**Vicente** 105:19

**video** 4:2,5,17 22:15,20 47:16 168:1,3

**videorecorded** 4:8

**view** 69:3

**visit** 98:8,10,12,17 138:21 142:22,23 143:4,6,8,10,23 144:5,13

**visited** 99:3 142:16,20 145:18 146:5

**W**

**wait** 6:19

**waited** 27:16

**waiting** 44:18 108:8,15,16

**waive** 167:24

**walk** 44:21 47:10 54:4,10 56:1 62:1 65:17 71:6,8,11,12 73:10 74:20 75:18 76:7 77:2,4,7 79:8 82:8,10,12 86:3,4 88:3,6,9 89:3 90:17

**walked** 44:20,23 45:10 49:16,17 54:7,24 56:9 57:2,5 58:8 65:13 70:23 71:7 74:20 75:9 82:11 86:17

89:5 150:16 159:20

**walking** 28:7 44:24 45:21 46:1 53:24 55:6 57:8 66:2,3 68:15 71:13,23 72:8 73:7,15 74:12,16 111:1,17,18,21 113:16 114:2,5,9, 15 147:14 150:9 157:16 159:14

**wallet** 69:24 70:2

**wanted** 16:13 79:3 132:6 142:10

**wanting** 78:24

**watch** 91:11 111:9

**ways** 140:2

**weapon** 25:16,19 69:15 70:10,14, 15

**weapons** 84:14 124:14

**wear** 28:23 33:15 34:1,3 35:6 162:11,15,16

**wearing** 49:1 50:9,14 132:3 162:10

**weed** 120:14,20 123:12

**week** 10:22 19:3,6,8,11 20:16 96:12,14,17,23 97:12

**weeks** 38:16 96:16 98:5

**west** 57:2 58:21 74:23 86:5 87:7

**whatsoever** 17:5 26:13 52:7 70:5 79:15 162:1 163:14 165:6

**whereabouts** 11:1 59:3

**William** 39:20 41:4

**Williams** 41:5

**Wilson** 44:23 49:13,19,20,23 52:1 54:2,7,12 55:1 56:4 57:11 59:9,15 72:1 79:9 108:8 164:10

**windows** 122:22 123:4

**witness's** 27:16

**women** 114:14

**wondering** 16:16 21:2

**word** 61:11 117:20,23 138:2

**wore** 131:17

**work** 5:16 12:11 13:1 52:20 97:24

**worked** 12:8 13:3,10,19 23:14

**working** 12:6 13:6,8,12,20,22 14:1 103:23 104:2

**works** 60:18

**worried** 144:24 145:2,10

**worry** 159:22

**write** 37:10,12,16

**written** 108:22

**wrote** 135:5 137:5

**Y**

**Yakabo** 42:8

**year** 12:12,19,21 13:22 15:15 98:24 99:2,3,13 101:2,6 110:1 154:3

**years** 9:6,16 12:5 15:16 128:6

**yelled** 159:1

**yesterday** 10:6

**younger** 136:20,22,23

TANIA ASTEFAN, 09/16/2021

**Youngtown** 7:19

**Z**

**zoom** 6:13 8:7 47:23

Urlaub Bowen & Associates, Inc. 312-781-9586



Exhibit 8