IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT BOUTO,

Plaintiff,

vs. Case No. 19 CV 02441

REYNALDO GUEVARA, et al.,

Defendants.

---

VIDEOTAPED VIDEO-CONFERENCE DEPOSITION OF HELEN KANDAH taken on the 14th day of September, 2021, commencing at 10:11 a.m., CST, pursuant to Notice.

APPEARANCES

For the Plaintiff: Mr. Russell Ainsworth
Loevy & Loevy
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900
russell@loevy.com

For the Defendant Guevara: Mr. Michael Schalka
Leinenweber Baroni & Daffada, LLC
120 North LaSalle Street, Suite 200
Chicago, Illinois 60603
(866) 786-3705

**Exhibit 9**

| | |
|---|---|
| For the Defendant Kevin Hughes and Cook County: | Mr. Joseph A. Hodal<br>Cook County State's Attorney's Office<br>50 West Washington, Suite 500<br>Chicago, Illinois 60602<br>(312) 603-5440<br>joseph.hodal@cookcountyil.gov |
| For the Defendant City of Chicago: | Mr. Austin G. Rahe<br>Rock Fusco & Connelly, LLC<br>321 North Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>(312) 474-1000<br>arahe@rfclaw.com |
| For the Individual Defendants: | Mr. Jeffrey R. Kivetz<br>The Sotos Law Firm, P.C.<br>141 West Jackson, Suite 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>jkivetz@jsotoslaw.com |
| Also Present: | Mr. Brandon Rackowski, Videographer |
| REPORTED BY: | Lauret Henry, CSR 6469<br>Certified Shorthand Reporter<br>Registered Professional Reporter |



TABLE OF CONTENTS


| WITNESS: | PAGE: |
|---|---|
| HELEN KANDAH | |
| Examination by Mr. Rahe | 5 |
| Examination by Mr. Kivetz | 134 |
| Examination Mr. Hodal | 191 |
| Further Examination by Mr. Kivetz | 197 |

| EXHIBITS: | | PAGE: |
|---|---|---|
| Exhibit 1 | Google Map | 49 |
| Exhibit 2 | 2-19-2014 interview of Ms. Kandah | 124 |
| Exhibit 3 | Group of photographs | 153 |
| Exhibit 4 | J.C. Frycek & Associates Interview | 177 |


(Exhibit 1 retained by Mr. Rahe. Exhibits 3 and 4 retained by Mr. Kivetz.)



THE VIDEOGRAPHER: Good morning. This is the beginning of Media Unit 1, and we are now on the video record at 10:11 a.m. This is the videotaped deposition of Helen Kandah being taken on Tuesday, September 14, 2021. We are holding this deposition remotely via Zoom. This deposition is being taken on behalf of the defendant in the matter of Robert Bouto versus Reynaldo Guevara, et al. The case number is 19 CV 2441 filed in the United States District Court for the Northern District of Illinois, Eastern Division.

My name is Brandon Rackowski, legal videographer, representing Urlaub Bowen & Associates, Incorporated, with offices at 20 North Clark Street, Suite 1260, Chicago, Illinois. The court reporter today is Lauret Henry, also of Urlaub Bowen & Associates.

Counsel, please identify yourselves for the video record and the parties which you represent.

MR. AINSWORTH: This is Russell Ainsworth appearing on behalf of plaintiff, Robert Bouto.

MR. KIVETZ: Good morning, this is Jeff Kivetz with the Sotos Law Firm on behalf of the defendant officers except for Reynaldo Guevara.

MR. SCHALKA: Good morning, this is Michael Schalka on behalf of Defendant Guevara.



MR. HODAL: Good morning, Joseph Hodal on behalf of Defendant Kevin Hughes from Cook County.

MR. RAHE: And, hi, this is Austin Rahe, R-a-h-e, and I represent the Defendant City of Chicago.

EXAMINATION

BY MR. RAHE:

**Q Hi, Helen. Can you tell me your full name?**

A My -- my legal name right now is Helen Rasho, but I'm going to be changing my name very soon back to Helen Kandah. That's my maiden name.

**Q Okay. And that's -- Rasho is spelled R-a-s-h-o?**

A Correct.

**Q Can you spell Kandah for me?**

A K-a-n-d-a-h.

**Q Okay. Great. Thank you. And you said you're going to be changing your name back from Rasho to Kandah?**

THE REPORTER: Excuse me, do we need to swear the witness in?

THE VIDEOGRAPHER: Yes, we do.

MR. RAHE: My apologies. Go ahead.

THE VIDEOGRAPHER: Will the notary please swear in the witness?

MS. SOBOLEWSKI: Yes, my name is Cindy Sobolewski from Urlaub Bowen & Associates. Before we

**Exhibit 9**

Page 6

proceed, I will ask counsel to agree on the record that pursuant to Section 319 of the Public Health Service Act there is no objection to this deposition officer administering a binding oath to the witness remotely. Please state your agreement on the record.

MR. AINSWORTH: On behalf of plaintiff, I agree.

MR. KIVETZ: On behalf of the individual defendant officers, I agree.

MR. HODAL: On behalf of the Cook County defendants, we agree.

MR. SCHALKA: On behalf of Defendant Guevara, we agree.

MR. RAHE: And The city also agrees.

MS. SOBOLEWSKI: Ma'am, would you raise your right hand to be sworn, please? Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

MS. SOBOLEWSKI: Thank you.

HELEN KANDAH

having been first duly sworn, was examined and testified as follows:

Page 7

BY MR. RAHE:

Q **All right. Sorry about that, Helen. So we were just saying, I guess we'll get it now that you're officially under oath, your name is Helen Rasho, R-a-s-h-o, currently, right?**

A Correct.

Q **Your name used to be Helen Kandah, K-a-n-d-a-h, right?**

A Correct.

Q **And now you're planning to change your name back to Helen Kandah, right?**

A Correct.

Q **Okay. All right. Great. Hi, Helen, my name is Austin. I am an attorney in a civil matter. I represent the Defendant City of Chicago in this case, and I'm going to ask you a few questions today. But first I want to know if you have ever been deposed before?**

A What does that, deposed, mean?

Q **So you're in a deposition right now, so have you ever -- have you ever had your deposition like this taken before?**

A Via Zoom?

Q **Not necessarily via Zoom. It could have been in person. It could have been in a civil lawsuit.**

Page 8

A I'm not sure.

Q **Okay.**

A I know I had to go twice before.

Q **So you have -- you have testified in a courtroom setting before, right?**

A For only this situation.

Q **Okay. So, you know, it's -- we're in kind of weird times now, so I just want to kind of go over -- and depositions are a little bit different than testifying in court sometimes, especially now that everything is remote. So I just want to kind of go over a couple ground rules with you just so we kind of have an understanding and can make this move a little more smoothly. Is that okay?**

A Sure.

Q **Okay. So, you know, we are on Zoom here. You may -- I may break up sometimes. You may, you know, misunderstand something I say. If that's the case, please tell me and I'll be happy to repeat a question or rephrase a question, but there's going to be no way for me to know unless you tell me. So unless you tell me, I won't know. Does that sound -- does that sound reasonable?**

A Yes.

Page 9

Q **Okay. Also if you need to take a break at any time, you know, get a drink, use the restroom, anything like that, please ask me and I'll be happy to -- we'll be happy to take a break. I just ask that if there is a question pending, just finish answering the question first. Is that fair?**

A Yes.

Q **And another thing which you have been great at so far is audible answers. You have to -- you can't nod the head or anything like that, because there is a court reporter taking down everything we say.**

A Yeah.

Q **Exactly. And then the next thing was, which you kind of did right there, I wasn't quite done but you hopped in. So one of the things the court reporter does is we want a clean record, so -- which means we want my question, and then we want your answer right below it. If you kind of assume what I'm going to say and answer in the middle of it, it kind of makes the record all ugly looking. So we don't want that. So if you could just wait until I'm fully done with the question, that will be great. Does that seem fair?**

A Got it. Okay.

Q **And I'll also try to do my best to wait until you're**

Exhibit 9

**done with an answer, too.**
A Okay.
**Q And then sometimes some of the attorneys may object to some of my questions. They may say like, "Objection to the form of the question." Unless someone specifically tells you not to answer a question, you can go ahead and answer the question after the objection. Okay?**
A Okay.
**Q All right. Helen, what is your current age?**
A I'm 44.
**Q 44. And what's your date of birth?**
A [redacted]1976.
**Q Where do you currently reside?**
A You want my exact address or area or --
**Q You can give your exact address if you'd like.**
A [redacted] area.
**Q And that's in Chicago?**
A Correct.
**Q Okay. Do you remember what your address was back in 1993?**
A Yes.
**Q What was it?**
A 3208 West -- or North -- West or North Sunnyside.
**Q And that's in Chicago?**



A But it was 32 -- yeah, Chicago, Illinois. I don't remember the Zip. It's either 18 or 25.
**Q And was that -- that was an apartment complex?**
A Correct.
**Q Okay. Do you remember the apartment number?**
A There wasn't really any apartment number. It was just one. It was -- we were just the first floor.
**Q Okay.**
A I don't remember being -- I don't remember it, if there was.
**Q Were there multiple units on the first floor?**
A There was -- each section had a doorway, had their apartment number, and there was just two apartments on that floor. So I guess it was just either 1 or 2 I don't -- we could have been 1 I really don't know, remember that one.
**Q And who did you live with on 3201 Sunnyside?**
A My mom and my brother.
**Q What was your brother's name?**
A Michael.
**Q How long did you live in that apartment?**
A I want to say maybe 11 years. We moved in '96, so something like that.
**Q So roughly 1985 to 1996?**



A I really don't -- you know what? I remember we lived there for 11 years. That's what I remember.
**Q Okay. And what age were you when you moved in?**
A So fifth grade, fourth grade when we moved in. I'm not -- I really don't remember that one.
**Q Gotcha.**
A I just remember my mom saying that we were there for 11 years.
**Q Okay. I gotcha.**
A But I could tell you I was there from fourth or fifth grade.
**Q Okay. Thank you. Do you have any -- I know you have plans to change your name. Do you have any plans to move or anything in the near future?**
A I do.
**Q You do? Where do you plan on moving to?**
A I mean, I'm not exactly sure just yet. It might be within the next year because of school. But I just don't want to be in the city no more.
**Q Would your expected move be around the Chicagoland area?**
A Yeah. It will be still in Illinois for sure.
**Q Okay. I gotcha. Helen, are you currently married?**
A I'm actually going through a divorce.



**Q Divorce right now, which would explain why you want to change your name back soon, right?**
A Correct.
**Q Okay. And when did you get married?**
A May 14, 2011.
**Q And do you have any children?**
A I do, three.
**Q Three children. What is your -- I'm sorry for not using the right vernacular here, your current husband's name?**
A Jamie Rasho.
**Q Jamie Rasho. Okay. Are you currently employed?**
A I am -- I chose to do Uber, but I'm currently not doing it right now because I messed up my car.
**Q Okay.**
A But I'm getting -- I have a warranty on my car, so I'm getting it fixed. But I just like the flexibility, so I'm doing Uber.
**Q What were you doing before Uber?**
A I was actually working at a relative's, my first cousin's insurance agency. But I wasn't able to put the time in, so -- and I need the flexibility.
**Q I gotcha. What's your highest level of education?**
A I completed high school. I went to Northeastern, but I

**Exhibit 9**

left.
**Q How long did you go to Northeastern?**
A For a year.
**Q And you went to Roosevelt High School, right?**
A Correct.
**Q What year did you graduate from Roosevelt High School?**
A '95.
**Q All right. Do you know someone by the name of Tania Astefan?**
A Yes.
**Q Did I pronounce that name correctly?**
A Astefan.
**Q Astefan. Okay. And what's your relationship to Tania Astefan?**
A We were childhood best friends.
**Q Okay. You went to school with her?**
A Correct.
**Q Did you go to -- how long did you go to school with her?**
A I want to say from fourth, fifth grade all the way through high school.
**Q All the way through when you graduated high school?**
A Correct.
**Q And was she pretty much your best friend from fourth or**



**fifth grade all the way through that point?**
A Pretty much.
**Q So you knew --**
A Yeah.
**Q So you knew her pretty well back in May 1993?**
A Yes.
**Q And what -- what -- were you guys in the same grade level?**
A Same grade level, correct.
**Q Okay. And in May 1993, what grade would you -- what grade level would you have been in?**
A Sophomore.
**Q Sophomore in high school?**
A Uh-huh.
**Q Did you know Tania Astefan's family back in May 1993?**
A Yes.
**Q Okay. What -- do you remember her parents' names?**
A Her mom's name was Nanny, and her father's name was Errella. It's a hard name.
**Q Yeah. Do you know how to spell it?**
A No.
**Q Did she have any siblings?**
A She had two brothers.
**Q Two brothers. Do you know their names?**



A Her -- she was the oldest, so the one underneath her that passed away was John, and she has another one, the youngest one is Saade, S-a-a-d-e. Saade.
**Q And then her parents, were they -- were they like cool parents or were they strict?**
A Her mom --
MR. AINSWORTH: Object to the form of the question.
**Q Go ahead.**
A Her mom was very nice, and her father was over the top extremely strict.
**Q Okay. And what about your parents. Were your parents similar to hers in any respect?**
MR. AINSWORTH: Object to the form of the question.
A My parents were --
**Q Go ahead.**
A So my parents were separated. My mom was strict. Well, my mom had her ons and offs, but she was, you know, she tried her best. My dad was very cool, laid back. But he wasn't with us at home.
**Q So did -- so did Tania's parents approve -- allow her to date?**
A No.



**Q No. What about your mom. Did your mom allow you to date?**
A No. We're Middle Eastern. They don't -- not allowed.
**Q Okay. So, you know, did either your parents, I guess -- I guess what would your parents do if they knew that you were hanging out with a gang member, for instance?**
A I'd get in trouble. Real big trouble.
**Q Is that the same with Tania's parents?**
MR. AINSWORTH: Objection, foundation.
A Yes.
**Q Was there any point where either your parents or Tania's parents didn't want the two of you to hang out with another one?**
A There was one time that I remember. I want to say this was sophomore year, but could have been freshman year. I don't really recall when it was. But I do remember that I was -- I was holding somebody's hand, a guy's hand, and we were walking, and her dad was passing by with someone in the car, and because of that we didn't talk for a while. I don't remember how long. But eventually they got over it. I don't know why or how. But I do remember that happening.
**Q Okay. So I'm guessing like sort of as, you know,**

**Exhibit 9**

**teenagers do, you guys didn't always listen to your parents necessarily, for instance, you know, dating boys. You still dated boys even though your parents didn't want you to, right?**
A For me, that -- I got in trouble for that one incident, and I don't remember doing anything like that ever again just because it was kind of a big deal for us. As far as Tania, I can't really speak for her, but -- I mean, I don't want to speak for somebody else, but it was like Robert was Assyrian, too, so I feel that how I saw things, like they were -- really liked each other, and that's how like Middle Eastern people, like they will date each other for while, and they'll actually take it to marriage. So the person after Robert she actually married and was married to him for like 30 years until he passed away.
**Q Well, so I guess just what I'm trying to get at is, you know, even though your guys' parents didn't necessarily want you doing certain things, as most teenagers do, sometimes you just kind of ignored them or snuck around their rules anyways, right?**
MR. AINSWORTH: Objection to the form of the question and foundation. Go ahead.
A So, I mean, it's hard to say. So it's like we kind of



were in a very -- they watched -- like we're watched over. Do you understand? Like the only time was that we had some type of, little bit of a freedom is when we went to school and we came back. That's it. We're always home or at each other's house. And it was really me over her house. She would come by once in a blue moon. Or I remember her actually coming in the morning and waking me up because I was -- to go to school. But like we kind of -- it was like I want to say a controlled environment.
**Q Okay. But like even if -- so, for instance, Bouto, Robert Bouto, you just mentioned him, right? He was --**
A Yeah.
**Q -- in a -- was he in a gang?**
A Yeah.
**Q So while Tania was sort of dating him, he was in a gang, right?**
A Yeah.
**Q And so one of the things was your parents didn't want you guys hanging out with gang members, but you guys sort of did it anyways, right?**
A Well, it wasn't me. I -- I wasn't dating him. It was her. And like I said, they were both the same race or religion, or whatever you want to call it, nationality.



They were both Assyrian. So I feel like I want -- I don't want to speak for anyone, but I know that like at that time she really, really liked him and they were -- she was -- they really liked each other and were thinking like future. Do you understand what I'm saying?
**Q Oh, okay.**
A That's different. You're not going to be a gang member your whole life.
**Q Right. So even at such a young age you think -- you believe that Tania and Robert Bouto were thinking about potentially getting married one day or something like that?**
A Yeah. The next person after him she actually married and was married to him and had three kids.
**Q How long -- or I guess what age did she get married?**
A I don't know. I mean, I was there, but I don't remember what age. I know that she dated her husband like for five years. They tried to get married, but when there's a death in the family, especially back then, you have to wait a whole year out of respect for other family members to get married. That's just how they do it. So when -- one year they were about to get engaged and get everything going, someone had passed



away that was close to the family, and then a whole nother year passed by and then they were about to get engaged and have the whole party and someone died. So they have to wait five years. But I think they dated each other for a while.
**Q And how -- well, I guess, when did Tania start dating her husband?**
A High school. I believe -- I'm not 100 percent sure, but I believe it was after Robert.
**Q How long after?**
A I don't remember. I know he was 100 percent sure at the graduation, so.
**Q Can you --**
A I'm not sure.
**Q Can you expand on that? I didn't really understand what you meant.**
A He went to the graduation ceremony. I remember his mom, her husband's mom was there and stuff like that.
**Q Oh, so her fiance, her future fiance went to her graduation ceremony. Is that what you're saying?**
A Yeah. Yeah, yeah.
**Q Okay. So Tania started dating her -- what became her husband while she was still in high school?**
A Right.

**Exhibit 9**

Page 22

**Q I gotcha. Okay. Did you and Tania have like a group of friends that you hung out with back in 1993?**
A I do remember, but I don't remember who. Like I -- there was -- it was mostly me and her, if you want me to be honest with you. That's what I remember. I do remember other -- some other people, but not a lot of other people.
**Q All right. So you -- you guys were just, you know, kind of paired up best friends, and occasionally you would, you know, kind of have some other -- other friends that you would hang out with but you weren't that close with them?**
A Something like that. We were the closest. We lived the closest. Our families were very close to each other. But like that.
**Q Are you still in contact with Tania today?**
A No.
**Q When is the last time you spoke to Tania?**
A It was sometime in the middle of 2019.
**Q So before the last time you spoke with her, were you guys still good friends?**
A I mean, yeah. Me and her didn't have any kind of a falling out or anything. I actually married her first cousin and we fell out, so I just chose to step away

Page 23

completely from the family.
**Q Okay. So -- gotcha. So you married Tania's first cousin?**
A First cousin.
**Q Okay. And is that your current husband now that you're trying to seek a divorce from?**
A Correct.
**Q Okay. And then so you -- you basically stopped talking to her because you didn't want to deal with her family anymore?**
A I just didn't -- I just decided to cut all ties. I didn't want to deal with any -- anymore.
**Q Okay.**
A It was nothing personal, you know, for her.
**Q I gotcha. Was Tania -- in 1993, was Tania in a gang?**
A No.
**Q Were any of her family members in a gang?**
A No.
**Q Were you in a gang in 1993?**
A No.
**Q Were gangs -- was gang membership prevalent at Roosevelt High School back in 1993?**
MR. AINSWORTH: Object to the form of the question.

Page 24

A Very much.
**Q What was your answer?**
A Very much at Roosevelt, yes.
**Q So there was a lot of -- a lot of your classmates joined gangs?**
A I guess, yeah.
**Q Do you remember what the names of the gangs were back in 1993 that were prevalent in the -- in Roosevelt High School?**
A Oh, the names of the gangs? I remember that on -- what's that street? Kimball. I remember on Kimball on one side of the street were People and the other side of the street was Folks, and I remember they always fought with each other.
**Q And by fight, do you mean like actually physical fights?**
MR. AINSWORTH: Object to the form of the question.
A Yeah.
**Q What was your answer?**
A Yes.
**Q Were there -- do you remember shootings back in your neighborhood, multiple shootings back in your neighborhood around that time?**

Page 25

A Yes.
**Q And violence in the neighborhood around that time?**
A Yeah.
**Q Would you describe the neighborhood as a safe neighborhood?**
MR. AINSWORTH: Object to the form of the question.
A When I look at it now, no. But when you're there, you don't feel that. There's a building that we lived in, were all Middle Eastern people, and we kind of stayed, you know, within the building or the area, you know.
**Q Right. You stayed in like a little bubble of your apartment complex almost?**
A Correct.
**Q But outside of that was, you know, you know, right down the street, right, were two sets or types of gangs that didn't like each other?**
A Right where we were, we didn't have that right where we were. But it was -- it's hard to explain. I didn't see any of that stuff, but it was there. Like I never really actually seen anything happen, but you always heard about it kind of.
**Q Okay.**
A So we weren't allowed to like -- oh, sorry.

Exhibit 9

**Q No, you're fine. Go ahead.**
A We weren't really allowed to like walk around the neighborhood and stuff like that.
**Q I gotcha. Can you describe what Tania looked like back in 1993 to the best of your ability?**
A Sure. She was probably five foot. I want to say curly light -- no, it wasn't light brown. I want to say brown. Brown hair. And she's like yellow-green eyes. Light complexion.
**Q Do you know about how much she weighed?**
A Probably 115, 110 pounds.
**Q Did she ever dye her hair back in the early '90s?**
A No. She didn't dye her hair until, and this is -- I know from after high school, after all that, she never dyed her hair.
**Q So the whole time you knew her, basically through high school, she just -- she had light brown to brown hair?**
MR. AINSWORTH: Object to the form of the question.
A Yes.
**Q Can you name some of your other friends or anyone that you hung out with back in 1993?**
A I mean, I remember a girl named Alba. I remember a girl named Soka. I remember -- well, she didn't go



to school there. I -- which were also from elementary school, too. So I'm trying -- that's kind of all I remember.
**Q Okay. Do you remember someone that may have went to Roosevelt High School named William Lupo, L-u-p-o?**
A I don't know that. I'm not sure.
**Q Do you remember anyone named Louis Okendo? No?**
A Not that I know of.
**Q No. Do you remember anyone named --**
A I'd have --
**Q -- Cesar or Caesar Matias?**
A I'd have to see pictures. I don't know names. Everyone back then kind of had a nickname, so I'm not sure.
**Q Okay. I gotcha. So we had already talked about a little bit of a boyfriend back in May of 1993, right?**
A Yeah.
**Q And his name was -- or tell me his name.**
A Of who? For Tania?
**Q Tania's boyfriend back in May 1993.**
A His real name was Robert.
**Q Robert Bouto?**
A Yes, Robert Bouto.
**Q And did he go by another name?**



A Yes, Saddam.
**Q Saddam?**
A Yes.
**Q And Robert was in a gang?**
A Yeah.
**Q What gang was he in, if you know?**
A Stones.
**Q Stones? Do you know how old Robert was in May 1993?**
A I mean, now I know how old he was. He was 17.
**Q But at the time --**
A I knew after -- at the time I did not, no.
**Q Did you hear gunshots often in your neighborhood back around the '93 time frame?**
MR. AINSWORTH: Object to the form of the question.
A I'm not really sure if -- I'm not sure. I don't remember that one. I don't think so.
**Q But you just don't fully remember?**
A Gunshots? I'm not a hundred percent sure. I think maybe occasionally we did, but, again, I'm not a hundred percent sure.
**Q Okay. So back in May 1993, what was your relationship like with Robert Bouto?**
A He was my friend's boyfriend.



**Q Okay.**
A And --
**Q Go ahead.**
A Just, you know, casual, "Hi, how are you," and that's it.
**Q And how long had you known Robert Bouto prior to May 1993?**
A Me? I want to say -- so I want to say they hooked up sometime in the beginning of the year. It was after Tania's birthday which was in January, so I want to say her birthday him and her hooked up. And it could have been in February or in March. So from that time until May. Maybe three, four months.
**Q Do you know how Tania met Robert Bouto?**
A No, I actually don't. I just remember her introducing me to him kind of in a way. That's it.
**Q What do you remember about --**
A I don't remember that.
**Q What do you remember about her introducing him to you?**
A It wasn't -- not really introducing, like, "Hey, this is Helen" or like that. We had to go I think with her mom down to -- there was a lady that did dresses for weddings and stuff, so we were walking on down there, and then she pointed him out to me and told me that

Exhibit 9

Page 30

that's her -- that she liked him or something. Something like that. I don't remember exactly.
**Q So after she had pointed him out to you and told you that she liked him, did you start seeing him more often after that?**
A I mean, I want to say yeah. So he would come and pick her up from school sometimes. Not all the time. A lot of times, though. Sometimes we got out of the house and I would go with -- she had a relative that was married to a nurse, she was I believe a Norwegian, so she would pick us up. So Tania would get dropped off, or they would get dropped off like I remember to the movies or something, and I would go with Chris. Or I do remember there was like a really popular Chinese restaurant. I remember going with them. And just walking in the neighborhood sometimes. Usually after school. Or I remember like if her dad or her mom sent her off on -- like to go to the store or get something, I would always go with her. And then he had I believe a pager and she'd page him. And they would just somehow, I don't remember exactly how it was, but they would just like meet up or something.
**Q So you said Robert Bouto had a -- sorry, can you hear me?**

Page 31

A Yeah. What did you say?
**Q You said Rob -- you said Bouto -- sorry, I may refer to him as Robert or Bouto or plaintiff, but you'll know who I'm talking about, right?**
A Correct.
**Q Okay. You said Bouto had a pager back in 1993?**
A Yeah.
**Q Did Tania have a pager?**
A No.
**Q Did Tania have a house phone?**
A They did.
**Q They did. And Tania knew -- do you know if Tania knew Bouto's pager number?**
A She did at the time probably. I don't know about now.
**Q And --**
A I mean --
**Q Right. And that's what I meant. Do you know did Tania and Bouto know where each other lived?**
A I mean, everybody knew where we lived. Her father had a -- or especially her. He had a photo shop, a photography shop underneath where they lived. So -- and he had a huge picture of her right at the window.
**Q But you said they would kind of see each other, like they would see each other pretty often and you just didn't even know how they like got to be with each other then, right? Is that what you're saying?**

Page 32

A Well, they would meet after school. Well, yeah. I mean, I have to think about it. Like after school was one. On the weekends, like -- like her -- she had a relative that was -- a friend of the family or married into the family, whatever you want to call it, her name was Chris, she would pick us up. And, I mean, I don't really -- that's what -- the two things that I remember. And I do remember just randomly, I remember one time that we all -- he took us out to a Chinese restaurant. He took her out. I was with them. Because she wouldn't be able to be there unless I was there. That's how I remember it.
**Q I guess I'm just trying to figure out, so it kind of sounds like whenever Robert Bouto and Tania wanted to meet up with one another, they almost had to be sneaky about it?**
A Kind of, yeah.
**Q Okay. Do you have an independent memory of May 14, 1993?**
A Yeah.
**Q And then that's the day that a murder happened, right?**
A Yeah. I remember it was a Friday.

Page 33

**Q Okay. And so it was a Friday, May 14, 1993, that's correct. That's your recollection, right?**
A Yeah.
**Q And where -- I guess -- let's see, what's the best place to start. So that was a school day, right?**
A Yes.
**Q And I guess just kind of tell me about what you remember starting from the end of school that day, and we'll just kind of go step by step through it.**
A So I remember I had gym, and when we -- it was the last class. And I remember we would get out of gym, or he would send us to the locker room to go get changed. And there was a back door. Instead of going around the school and going through like the whole crowd, I would just walk out the back door. And so there was like no one there, so I would just walk -- literally walk out the door and then go behind the school by the parking lot and take like a trail. And I would take the trail all the way down to Kimball and then from Kimball to Wilson on the other side of the street. I want to say the east side of the street. There was a little corner there where he used to be if he was there.
**Q Where who used to be?**
A Robert. Sorry.

**Exhibit 9**

**Q Okay. So this last day you get out of gym, what did you say, 10 minutes early?**
A Something like that. I'm not really -- I can't really -- something like that, yeah.
**Q Okay. Which would have been around what time?**
A So we get out -- got out like around 2:45ish, and so probably -- probably about 10 minutes they would let us out from -- we would be on the second floor. They'd let us out, go change. And -- because we'd have to wear a uniform, a gym uniform.
**Q Okay. So -- and May 14, let's see, that's kind of towards the end of the school year, right?**
A Yeah.
**Q Was -- do you remember that day, May 14, being a senior skip day or something like that?**
A I don't remember nothing about that.
**Q Okay. Do you know -- have you -- sorry, strike that.**
**Do you know if Roosevelt High School ever had something like a senior skip day back around that time?**
A Yeah, but that wasn't May. I think those are in June.
**Q In June closer to the end of the school year?**
A Yeah.
**Q Okay. And I think you said so school let out at 2:45 p.m.?**



A Yeah, something like that.
**Q So when you left school, you said you walked down a path to Kimball, to Kimball to the intersection of Kimball and Wilson, right?**
A Correct.
**Q Why did you take that route?**
A I don't -- I didn't want to go to the front because I got out early. I let myself out early.
**Q Did the rest of your gym class leave early, or was it just you?**
MR. AINSWORTH: Objection, foundation.
A A lot of people -- a lot of --
**Q Go ahead.**
A A lot of people did that. I'm not saying everyone did it, but --
**Q Don't worry, we're not going to get you in trouble now.**
**So did you -- do you remember any of the people that you walked out of school with that day?**
A No. I don't remember even who was in my class.
**Q Okay. And then so you go to Kimball and Wilson, and you said you saw Robert Bouto there, right?**
A Correct.
**Q Did you know he was going to be there?**
A He usually was there.



**Q How often would you say he was waiting at the corner of Kimball and Wilson after school?**
A I mean, I'm not -- I can't really say. I mean, I'm not going to give you an accurate number because I don't know. I mean, let's say out of five days a week maybe it was four, maybe it was three. I don't really know.
**Q Okay.**
A I know -- I do know that he lived with his grandma and his dad, and they were only a couple blocks away. That's all I know.
**Q Was Robert Bouto -- do you know if Robert Bouto was in high school at the time?**
A I'm not really sure. I want to say he went to Mather, but I'm not really sure what happened with that. I think he was trying to come to Roosevelt. I'm not really sure about that. I really don't know. I'm not sure.
**Q Okay. Did you find it odd that many days of the week after school he was waiting right there on the corner after school?**
MR. AINSWORTH: Objection to the form of the question.
A No.
**Q Okay. And I think you said he was waiting there to**



**wait for Tania to get out of school, right?**
A Correct.
**Q So generally, you know, I'm not necessarily talking about that day, but most days would it be just you, Tania, and Robert would all kind of meet at that corner after school?**
A I remember a group of people that used to be standing at the corner, and then as we walked down everyone kind of split. I'm not really sure exactly who. There just used to be like a group of people at the corner. But I don't remember -- like they were just there. You know what I mean? They weren't -- there's just a group. And the people used to all kind of walk, and the cops would come and tell them to get off the corner because you're not supposed to be on the corner. So we would all start walking and then everyone, you know, split up.
**Q Kind of -- okay. So back to May 14, 1993, what did you do when you saw Robert Bouto standing at the corner?**
A I just -- "Hi," said "Hi" and waited and, I don't know, maybe told him Tania was coming. I don't know. Something like that.
**Q And was he on foot, or did he have anything with him like a skateboard, bicycle, anything like that?**

**Exhibit 9**

Page 38

A No, nothing. Foot.
**Q So the only conversation you had was maybe saying, you know, "Hi, Robert, Tania will be out soon"?**
A Yeah. I mean, it was very -- just a basic "Hi" and "Hello." We really didn't have that much of a conversation. It was just, you know, simple.
**Q Okay. And then how long until Tania came out?**
A Few minutes. Five minutes maybe.
**Q Okay. Five minutes. And then so Tania comes up to you. What does Tania say?**
MR. AINSWORTH: Object to the form of the question.
A I don't remember.
**Q Don't remember? You don't remember --**
A Started walking maybe.
**Q Okay. Was there -- so you start walking after Tania comes up to you and Robert?**
A I remember walking out, yeah. I just remember started walking. There was no need to say hi because we were already seeing each other in the -- you know what I mean? It was just kind of like, you know, a nod of a head kind of a thing.
**Q I got you. Was anyone else present and walking with you three at the time?**

Page 39

MR. AINSWORTH: Object to the foundation.
**Q Go ahead.**
A So I remember -- I remember walking. We all started walking down Wilson and then crossing over. There was a group of people, but it split up. But in that group of people, there was another girl that was walking with me. I remember that.
**Q Who was the other girl?**
A I believe her name was Joanie.
**Q Joanie. Do you know Joanie's last name?**
A No.
**Q So how did you know Joanie?**
A From school.
**Q Was she a friend?**
A I really don't want to say that she was a friend. If you -- I don't want to talk or say, you know, anything like -- she wasn't really liked. That's what I want to say. I don't know what the deal was with her, but --
**Q You mean she wasn't generally liked at school?**
A She wasn't, no. That girl wasn't liked. I don't know why. I really can't answer that. I don't know why. But I do know that girls wanted to fight. I don't know if it had something to do with a boy or if it had something to do with something else. I really don't

Page 40

know. They just didn't like her. Why, I don't know.
**Q Did Joanie go by any other names, if you know?**
A Not that I know of. I just knew her by that name.
**Q Do you know if Joanie was in a gang?**
A I don't know. I'm not sure. The only thing that I could remember about her is she was Hispanic. That's it.
**Q Did -- so you said you weren't really friends with Joanie but that other people didn't really like her, right?**
A Right.
**Q So I guess why -- why -- why walk with her?**
A That's the thing. When I look back at it now, I don't know why I was walking with her. But like I said, there was a group, and as we walked, the group split up. And it was Robert and Tania in front, and this girl and me were just in the back. And she -- I mean, we were walking. I don't even remember having a conversation with this girl. I don't even know why we were even walking. But I did know her. I will say that.
**Q So you were walking with her, but you don't think you were actually talking to her?**
A Having a conversation.

Page 41

**Q Just walking?**
A I don't remember ever like -- I don't even remember having conversations when we walked. Like I don't remember any of that. I do remember walking with her, though.
**Q Okay. Was anyone else with you?**
A I don't recall.
**Q Okay.**
A I don't remember.
**Q Had you ever hung out with Joanie on any other occasions?**
A Possibly in school, maybe freshman year I want to say. And I know that her sister, and I can't remember her sister's name, I do know that I was a friend of her sister, but I don't remember the sister's name. Like I have no clue at all. And then the other thing is I know that the sisters didn't even look nothing alike. That's the only thing that I can remember right now.
**Q So Joanie had a sister. Do you know if she had any other siblings?**
A I don't know.
**Q Was Joanie's sister's name Anita?**
A Oh, yeah. Maybe, yeah. Yeah.
**Q So that refreshes your memory that Joanie's sister's**

Exhibit 9

**name was Anita?**
A Yeah, I remember Anita. I remember being friends with Anita in actually elementary school.
**Q So were you better friends with Joanie or Anita?**
A I want to say at that point, freshman year, I really wasn't friends-friends. It was more like, you know, "Hey, hi, how are you" kind of a thing. And that was just her sister. I really -- like I said, it's just very brief. I don't --
**Q Okay. Now that I -- or, you know, now that we know Joanie's sister's name is Anita, do you remember Anita's last name?**
A No.
**Q Would it have been Arista or Ocampo?**
A Who? No.
**Q Did you hear the first name I said?**
A Marissa?
**Q Arista, A-r-i-s-t-a.**
A I don't know.
**Q That doesn't sound familiar?**
A I didn't know people by their last names.
**Q Okay. Did Anita have a nickname?**
A If she did I only knew her by the first name.
**Q By Anita? Okay.**



A Yeah.
**Q Can you tell me what Joanie looked like back on that day?**
A Only thing that I can remember is that she had a -- she was tan skinned. She was Hispanic. And I don't recall what color her hair was, but I remember she had long -- very, very long hair. And then the only other thing is that her and her sister didn't -- they both had tan skin, but one -- she was chubby. She was a little bit on the chubby side, and the sister, Anita was skinny. That's it. That's the only thing that I can remember about the two of them.
**Q So Joanie was like --**
A I'm sorry?
**Q So you wouldn't describe Joanie as skinny?**
A No. I mean, she wasn't like obese or extra chubby. She was just, you know, a little chubby.
**Q She just had a little extra like thickness on her?**
A Yeah, and then the sister was really skinny.
**Q Okay. You said -- what did you say about Joanie's hair?**
A She had long hair.
**Q Okay. And you -- what color was her hair?**
A I don't know.



**Q What about --**
A It could have been black. I really don't know. It could have been brown.
**Q Do you know if Joanie or Anita were friends with Robert Bouto?**
A I don't know. I'm not sure.
**Q Did you ever see Robert Bouto talk to Joanie?**
A No.
**Q I'm sorry if I asked you this, but do you know if Joanie was in a gang?**
A I don't know. I didn't know.
**Q Okay. Do you know if Anita was in a gang?**
A I wasn't sure.
**Q So do you remember what color Anita's hair was?**
A No. I can't -- I can't confirm a hundred percent. It could have been black. It could have been brown. I'm not sure.
**Q So --**
A I don't even remember what my hair color was, though.
**Q Okay.**
A It could have been black. My hair color could have been black. I'm not sure.
**Q Okay. It's possible Joanie had blonde hair?**
MR. AINSWORTH: Object to the form of the



question.
A I'm not sure.
**Q You just -- you just don't remember her hair?**
A No.
**Q Did Joanie start walking with you right when you, Robert, and Tania started walking, or did you make it a little ways and then Joanie kind of walked up next to you?**
A I'm not sure. I remember walking, crossing the street, and then going down Christiana, and then I remember me and -- I just -- they were -- I just remember Tania and Robert in front of us, and then they turned into the alley, that first alley on Christiana on the east side of the alley, and me and that girl just kept going straight.
**Q Why didn't you turn to go with Robert and Tania?**
A That was like their alone time before she had to go home.
**Q Whenever the three of you met at that corner on Kimball and Wilson, did you typically split off from them that -- so they could have alone time?**
A I'm sorry, I didn't hear that.
**Q After you -- so you said a few days a week you would meet on the corner of Wilson and Kimball after school,**

Exhibit 9

**right.**
A Uh-huh.
**Q When the three of you start walking on these days, did you typically let -- let Tania and Robert go off on their own route to have alone time?**
A Yes.
**Q Did that happen every single time?**
A Yes.
**Q Okay. And did you always take Wilson to Christina and let them go in the alley, or was it --**
A Christiana.
**Q Oh, sorry.**
A I'm not a hundred percent sure. I can't say because I'm not a hundred percent sure on that one.
MR. KIVETZ: I'm getting a lot of background noise right now. Is there -- can the tech people try to figure it out? I don't know what else to say. But I'm getting a ton of background noise to the extent where it's hard to hear.
THE VIDEOGRAPHER: Do you want me to take us off the record while we figure this out?
MR. KIVETZ: Could we just take a 10-minute break, Austin? Does that work?
MR. RAHE: Fine.



THE VIDEOGRAPHER: We are going off the record at 11:15 a.m.
(Brief recess.)
THE VIDEOGRAPHER: We are going back on the record at 11:27 a.m.
BY MR. RAHE:
**Q All right. Helen, do you remember what Robert Bouto was wearing on May 14, 1993?**
A I remember his shorts were dark, and they were like long shorts.
**Q Okay. Anything else?**
A A white shirt. I'm not really sure. I remember the shorts being really long. That was the style back then.
**Q Do you remember what color shoes he was wearing? Did you answer?**
A No. Sorry. No.
**Q Do you remember what sort of top he was wearing?**
A I don't know why I want to say Karl Kani or Carl Kanis or something like that. I want to say maybe white, but I don't remember a hundred percent. Maybe.
**Q Do you remember if he seemed sort of disheveled in any way when you met up with him on the corner?**
A No.



**Q No? No you don't -- sorry, that was a bad question. No, you don't remember, or no, he did not seem disheveled?**
A He did not seem disheveled.
**Q Disheveled. Did he seem like he was out of breath?**
A No.
**Q Did -- did he say anything about getting into an altercation or an argument with anyone just before you met him on the corner?**
A No. I want to say he probably just woke up, because I remember he was -- I don't remember him being talking. I don't remember any of that actually. I just remember -- I don't know why, but I just remember he looked like he was -- I think he woke up actually. He just woke up.
**Q And do you remember him telling you that, or that was just your impression?**
A Maybe my impression.
**Q What were you wearing on May 14, 1993?**
A I want to say more than likely I was wearing my gym shirt, which was yellow, but not -- not a hundred percent. And probably dark pants.
**Q Do you remember what Tania was wearing on May 14, 1993?**
A No.



**Q Do you remember what Joanie was wearing on May 14, 1993?**
A No.
**Q Did Joanie have a ponytail on May 14, 1993?**
A I'm not sure.
(At 11:31 a.m. Exhibit 1 marked.)
**Q So I'm going to share what we'll call Exhibit 1 with you. Okay. Can you see what's an overview of a Google Maps in front of you right now?**
A Yeah.
**Q You can see it okay?**
A Yeah.
**Q Okay.**
A I mean, it's small, but I can see it.
**Q Yeah. And just let me know if you want me to zoom in. Here, I can actually. Is that a little bit better?**
A A little bit better, yeah.
**Q Okay. And, yeah, just let me know. So, I guess, can you tell me what this is, if you know?**
A It's a map of the area where I used to live and of the school.
**Q Okay. And then up here in the top left there's a little --**
A That's Roosevelt.

**Exhibit 9**

Page 50

**Q That says that's Theodore Roosevelt High School?**
A Uh-huh.
**Q So we'll say you went to -- and met Robert Bouto, is that right here where my curser is at the corner of Wilson and Kimball?**
A That's the exact corner, yeah.
**Q This is the exact spot right here?**
A Yeah.
**Q Okay. So I'm going to add just a little -- right there. We'll see if we can't -- I guess that will do. So that's -- where the little circle is on the corner of Wilson and Kimball is where you met Robert and Tania?**
MR. AINSWORTH: I'll object to the foundation. You have placed the -- what appears to be a circle on like the northeast corner. I'm not sure there's any testimony of that.
**Q Okay. Is -- Helen, is the circle on the northeast corner of the Wilson and Kimball intersection where you met with Robert Bouto and Tania Astefan on May 14, 1993, after school?**
A Yes.
**Q Okay. And which direction did you guys start walking once Tania met up with you?**

Page 51

A So we walked east on Wilson. And then --
**Q Okay. And which street did you turn on to?**
A The first street there is Christiana, so before we got to that corner -- that section there, we crossed like diagonal, and then we walked down the street halfway. And then before you get there, we crossed the street. We didn't wait for the --
**Q So you did kind of like this?**
A Yes.
**Q At a diagonal?**
A Not exactly. Not exactly. But something like that.
**Q Okay. Similar?**
A We walked down the street.
**Q Sorry. So something like that where you started at the northeast corner of Wilson and Kimball and you walked across the street -- across Wilson Street at some point and turned right or south down Christiana, is that correct?**
A We turned south, correct.
**Q Okay.**
A Yeah, we took a right and we turned south.
**Q Yeah.**
A On the other side of the street.
**Q And I'm not trying to get like, you know, your exact**

Page 52

**steps you took. I just want to know the route.**
A The direction, correct. Okay.
**Q So we get to Christiana, and that's when all you guys are still together, right?**
A Correct. Well, that's kind of where a lot of people fell off, but I don't remember who was in that like walking all together. The group just kind of split. Everybody went their own way kind of a thing.
**Q Okay.**
A And then we went down Christiana.
**Q So all -- so at this point who -- who turns down Christiana, I guess? Is it you, Robert, Tania, and Joanie?**
A Yeah.
**Q So Joanie -- at what point did Joanie start walking with you?**
A I noticed her by the time that we were on Christiana Street.
**Q Okay. And was she just -- she just came right up next to you?**
A Yeah.
MR. AINSWORTH: Object to the form of the question.
**Q Okay. And are you and Joanie walking right next to**

Page 53

**Robert and Tania, or behind them, in front of them?**
A I remember it behind them.
**Q Behind them. Okay. And is there anyone else walking with you four once you turn right onto Christiana?**
A I don't remember that. I don't remember that, no.
**Q Okay. So you start walking south on Christiana. Which side of the street are you on, the east side or the west side?**
A East.
**Q East side. So you're over here on this side?**
A Yeah.
**Q So you walk down to --**
A To there. Stop.
**Q Here? Okay. And what happens here?**
A That's where Tania and Robert took a -- a left. They went east and down the alley.
**Q Okay. So from Christiana you're walking on the east side of the street going south, and --**
A Yeah.
**Q -- you get to an alley here, which isn't marked with any street name on this map. And Robert and Tania turn east down this alley?**
A Correct.
**Q Okay. So there. And then how far down the alley did**

Exhibit 9

**you see Robert and Tania walk?**
A I only saw them at the beginning of that alley walking towards -- into the alley. I kept going straight.
**Q So you kept continuing south on Christiana?**
A Correct.
**Q Okay. So let's just do an arrow. So I'm just going to point an arrow, and we'll mark it in blue to just denote which way Robert and Tania turned. And then did you -- where did Joanie go at the alley and Christiana?**
A Kept going south on Christiana.
**Q So you and Joanie continued walking south on Christiana with one another?**
A Correct.
**Q Okay. And how far down Christiana did you and Joanie walk?**
A To Sunnyside.
**Q All the way to the corner of Sunnyside?**
A Yeah.
**Q And did you stay on the same side of the street the whole time?**
A Yes.
**Q Okay. So you and Joanie get to the -- or continue walking south down Christiana to Sunnyside. Was there -- did anyone catch up to you, or as far as you**



**remember it was still just you and Joanie walking with one another?**
A I just remember it me and her.
**Q Okay. So what happens when you and Joanie get to the northeast corner of Christiana and Sunnyside?**
A I want to say there's a -- there was a building on that corner before we got to the end towards -- on Sunnyside. I noticed that there was people on, I want to say on the southwest corner and -- yeah. Right there.
**Q So over here where this G is?**
A Yeah. Like around -- like before the G actually, if you want me to be honest with you, and all I remember is people running. Girls. I remember girls. I don't know if there was any guys. I remember seeing females. And all I remember is a bottle. I remember -- I could tell you I still remember it was a green bottle I saw thrown. I saw rocks, big rocks being thrown. And I remember I felt I think it was for her. Like I said, she wasn't liked. I just remember looking at her and telling her to run, and I took off.
**Q Okay. At what point did you see rocks and bottles being thrown?**
A Just --



MR. AINSWORTH: Object to the form of the question.
A Just before we got to Sunnyside.
**Q Just before you got to Sunnyside?**
A Correct.
**Q And where -- where were they -- where were the people that you saw throwing the bottles and rocks?**
A Right where your hand is. Before. Just before.
**Q Like over here?**
A Yeah. Yeah.
**Q Okay. So I'm going to put a little circle. Is that accurate?**
A Around there, yeah.
**Q Around there? Okay.**
A I want to say.
**Q I'm going to put a blue circle here just south of Sunnyside on the southwest corner of Sunnyside and Christiana. And then which direction were these group of girls throwing bottles and rocks?**
A Towards us.
**Q And did you believe that they were -- or I guess was anyone else around you at that time?**
A I don't remember anyone else but her.
**Q Did the girls say anything?**



A No, I don't remember her say saying anything actually at all.
**Q Did the group of girls yell or say anything at you or Joanie or both?**
MR. AINSWORTH: Objection, foundation.
A They weren't talking to me. I didn't have any problems with them. I don't remember anyone talking, period. I just remember things being thrown.
**Q And how big was the group of girls there on the southwest corner? How many girls were there?**
A I'm not sure. I remember a lot.
**Q You said a lot?**
A Yeah. That's what I remember.
**Q Was it closer to five or closer to --**
A More.
**Q More than five?**
A Yeah.
**Q Do you think it was more than 10 girls?**
A Possibly.
**Q And did you recognize any of the girls that were throwing stuff?**
A I did, but I don't remember their names like right now. I did -- they went to Roosevelt.
**Q And do you remember if any of those girls were gang**

**Exhibit 9**

**Q members?**
A It's possible. I'm not sure.
**Q Do you remember seeing Joanie's sister Anita around that area at the time?**
A No.
**Q No. Okay. So you get to the corner of Sunnyside and Christiana, and you see a green bottle and some rocks being projected in your and Joanie's direction, right?**
A Correct.
**Q Okay. So what pops in your head when you see bottles and rocks being thrown at you and Joanie?**
MR. AINSWORTH: Object to the form of the question.
**Q Go ahead.**
A To get the hell out of Dodge.
**Q Okay. So is that what you did?**
A Yeah. I don't want to be involved in that.
**Q Okay. Did you -- so you started running?**
A Yeah.
**Q Did Joanie start running as well?**
A I believe so. I remember telling her to run. I could tell you that. I mean, I just took off. I didn't look back.
**Q So which direction did you start running?**



A East.
**Q East on Sunnyside. Okay.**
A Yeah.
**Q And how far did you run?**
A So I was about to turn down the alley. I slightly turned, just gently. I mean, I was on foot so I barely turned I want to say a little bit into the alley. When I turned into the alley, I saw Tania and Robert in the alley halfway down, maybe a little down more, more than halfway, and that's when I was like, okay. I don't know why, I was there, I seen them, I turned back. When I turned is when I heard the first gunshot, and I took off from there going back on Sunnyside and going towards Spaulding.
**Q Okay. So you run this way, right, to the alley, right?**
A Uh-huh.
**Q Okay. And you -- did you even -- did you take a step in the alley, or you just turned and looked in the alley?**
A I want to say I did. I did. By the garbage cans, and then that's when I saw the two of them. They were down the alley kissing. So I turned back. Because I -- I think I didn't want to bring the trouble to them or something like that. And then when I turned back to go



back onto Sunnyside that's when I first heard the first gunshot.
**Q Okay. So you took -- see if I can do this. See if you can even see that. No, you can't see that. I'm trying to make a very small arrow. It may have to be -- shoot. So this may not like accurately depict how deep you went in the alley, but it just kind of shows you took a step in the alley, right?**
A Yeah. Pretty much just like that kind of.
**Q Okay. And you saw Robert and Tania about right here?**
A No, more back.
**Q More?**
A The other way.
**Q More the other way. So more -- almost in the middle of the alley?**
A More.
**Q More?**
A Yeah, something right there. Right there.
**Q Okay. So --**
A Along there.
**Q So when you step in the alley, you see Robert and Tania maybe a third of the way down the alley?**
MR. AINSWORTH: Object to the form of the question. Foundation really.



**Q Yeah. Sorry. So when you -- you're right. So when you stepped into the alley, you saw Robert and Tania about a third of the way down the -- this is a T alley, right?**
A Yeah.
**Q So about a third of the way down from the top part of the alley to Sunnyside?**
A Yeah.
**Q Okay. And then you exit back out of the alley to run towards Spaulding, right?**
A Yeah.
**Q And at what point did you hear -- you said you heard a gunshot?**
A Right when I -- okay. I turned into the alley. I saw the two of them. I turned around. As I turned around and started running back out of the alley, that's when I heard the first gunshot.
**Q Okay. Okay. So when you stepped in the alley and saw Robert and Tania, what were -- what were they doing at that time?**
A I believe they were kissing.
**Q They were kissing. Approximately how far is it from where you were standing to where Robert and Tania were standing or -- and kissing?**

**Exhibit 9**

A Maybe about 10 buildings down. I'm not -- that's not accurate, but give or take.
**Q Ten buildings. So was it -- do you think it was more or less than a hundred feet?**
A I'm not sure.
**Q Okay. And how do you know that it was Robert and Tania that were in the alley kissing?**
A Because I know them. I saw them.
**Q Did you see their faces?**
A I just know. You know, it's like you know your kid. You know what I mean? I could point my kid out of a crowd. I don't know. I knew. There was no one else there. It was only the two of them.
**Q All right. I'm just going to draw a little circle just so we know where they were, what this blue arrow represents. So you step in the alley. You see them kissing. You take -- you take a step to exit the alley, and as you're taking that step you hear gunshots. Is that what you said?**
A Can you repeat that again?
**Q So --**
A Stepping out of the alley?
**Q Right. You take a step in the alley, and then as you're taking a step out of the alley, that's when you**



**heard the gunshots, right?**
A Correct. That's what I remember.
**Q And how many gunshots did you hear?**
A A few. I don't remember. I do remember I heard them, but I don't remember how many. And --
**Q So was it more like two or three, or was it more like 10 or 12?**
A No, not 10 or 12. Maybe two or three. Few shots.
**Q Okay. And where did you believe the gunshots were coming from?**
A Behind us, or behind me on Sunnyside and Christiana or maybe -- I don't know. I just ran, to tell you the truth. If you want me to be honest with you and give you a better answer, an honest answer, I don't know. I just ran. I wasn't waiting to see.
**Q Did you believe they were coming from the group of girls that were throwing rocks and bottles?**
A I don't know. I don't know. I don't remember. I don't remember. Where I thought it came from, I just remember hearing shots, and I remember running. That's all I remember.
**Q So you run east from --**
A From the alley.
**Q You run east from the alley on Sunnyside to Spaulding,**



**and where do you go on Spaulding, or do you go on Spaulding?**
A I do. So I remember running all the way down until I got to Spaulding, and I continued running -- I want to say one or two buildings down I stopped, and I remember crossing over, like a 45-degree angle to get onto the other side -- to the east side of the street, and then I walked all the way down to the alley.
**Q You walked north to the alley?**
A Can you see my curser moving?
**Q No, no, no, no, no, I can't see yours.**
A Oh.
**Q Let me just -- let's just mark it, and you can tell me if it's right or wrong. So from the alley --**
A The rest of Sunnyside was all running.
**Q Say that -- all running?**
A Yeah.
**Q Okay. All running on Sunnyside. And then you said you turned north up Spaulding and went --**
A Yeah.
**Q -- about two buildings, right?**
A Yeah.
**Q Okay. So like that?**
A Yeah.



**Q Okay. So you run east on Sunnyside, turn north up Spaulding for two buildings, then you said you crossed the street east, correct?**
A Correct.
**Q Okay.**
A Like a 45, you know.
**Q Yeah. 45-degree angle or 90-degree angle?**
A 45. Yeah, like that.
**Q Like this?**
A Something like that.
**Q Okay. So now you're on the east side of Spaulding Street, and at this point is when you start walking?**
A Yeah.
**Q Okay. And then you go -- you continue north up Spaulding, and where did you stop?**
A I stopped where it says Avenue. Spaulding Avenue on the Avenue part, that's where I stopped.
**Q Okay. So did you stop in the middle of the street, or were you still on the same side of the street?**
A I was on the sidewalk.
**Q Okay.**
A Actually I was actually on the actual -- in the actual alley is when I stopped.
**Q Okay. So let's go like this. So you come to a**

Exhibit 9

**complete stop on the alley -- the intersection of like the alley and Spaulding Street, right?**
A Yeah. Uh-huh.
**Q What happens next?**
A So when I got there, I had turned and looked down the other side of the alley and I seen Robert and Tania kind of on a side. I believe they were kissing again. I'm not sure. I remember looking back thinking that she was going to come, and I remember hearing another set of shots and they were loud. They were very loud. And then she didn't come, so I was just -- I took off.
**Q Okay. So you stop here and you look west down the alley?**
A Yeah.
**Q Okay. So you stop on Spaulding in the alley and look west down the alley, and you see Robert and Tania kissing again? Is that what you said?**
A Yeah. I believe they were kissing.
**Q Okay. And where were Robert and Tania located in the alley?**
A So you see -- so where we last left them where this little circle is, that little blue circle, you go back down. Go back. Uh-huh. Turn east. Go, go, go, go, go, go. I want to say that, like somewhere around



there.
**Q Okay.**
A That's where I seen them.
**Q And were they on the north side or the south side of the alley?**
A I want to say on the north up against -- closer but not exactly. I know they were closer to the north side of the street, the alley.
**Q Okay. Is the location of the second circle an alley between Spaulding and Christina where you saw Robert and Tania kissing?**
A Correct.
**Q And then at the point you see them kissing, you heard a second shot of gun -- a second --**
A Yeah, that --
**Q Second set of gunshots?**
A Yeah, that was really loud. Yeah.
**Q And that was -- you said it was -- so it was louder than the first set of gunshots?**
A Yeah. Very loud.
**Q And is it like -- do the shots happen the second you see Robert and Tania kissing in the alley?**
A No. I just -- what I remember is when I heard that, I was just like, forget this, I'm out of here. I took



off. I was by myself. She had somebody there with her, so I was just trying to get home.
**Q Okay. Where did you think the second shot of gunshots were coming from?**
A I really don't know. I thought there was, to be honest with you, like two gangs were fighting, just happened to be fighting, and they were shooting at each other. That's how I always thought was going on. So I wanted to get out of the street and get out of Dodge.
**Q Okay.**
A That's how I always seen it.
**Q So after you see Robert and Tania kissing in the alley and you see -- and you hear the gunshots-- by the way, how many gunshots did you hear the second time?**
A I don't remember. I just remember it was really loud. That's the only thing I can tell you.
**Q Okay. You don't remember if it -- I mean, was it -- was it two to three shots like the first time, or was it like many more shots than that?**
A No, not many more. It could have been two to three. And loud. That's the only thing that I remember.
**Q So because they were louder than the first set of shots, did you think that these shots were close -- were coming from somewhere closer to you?**



A I don't -- maybe.
**Q That just -- that didn't cross your head at the time?**
A I just remember getting startled, and I just wanted to go.
**Q Okay. Okay. So from the alley on Spaulding, where do you go?**
A So I continued on that same alley, and I go east to Sawyer.
**Q All the way to Sawyer?**
A All the way to Sawyer, and I want to say the east side of the street.
**Q So you go across Sawyer Street? Did you run down the middle of the alley?**
A I don't remember that.
**Q Okay.**
A I remember walking maybe a little bit faster, but no, I didn't run anymore.
**Q Even after you heard the second set of gunshots you don't think you ran anymore?**
A No.
**Q Okay.**
A I know I didn't run.
**Q So you get to -- so you're in the alley on the east side of Sawyer Street. Then where do you go?**

**Exhibit 9**

A I go south all the way down to Sunnyside.
**Q Like that?**
A Yeah.
**Q Okay.**
A And then I take a left turn going east on Sunnyside.
**Q On the north side of the street?**
A Yeah.
**Q Okay. And then how far do you go?**
A So do you see where it says Feyrous Pastries & Groceries? That whole -- that's one whole building. My entrance to my home is exactly where that arrow is.
**Q Where this arrow is on Sunnyside?**
A Yeah. So it's kind of like a gangway, and you go in there and it's kind of like an oval, and then there's one entrance. I was like the third -- I was in the middle. All the way down to the middle.
**Q Okay. So like that?**
A Pretty much.
**Q Okay. And then the -- where it says Feyrous Pastries & Groceries, that was your -- that was where you lived?**
A That's the one building. Feyrous is actually on Kedzie. I was -- our building entry was on Sunnyside.
**Q Gotcha. Okay. So let's just back up a little bit here. So the last -- do you know where -- whenever**



**you're on the southeast corner -- or sorry, strike that.**
**Whenever you and Joanie are on the northeast corner of Christina and Sunnyside, do you know -- did you see Joanie after that?**
A Never seen her ever again.
**Q By "ever again" do you mean that day, or do you mean like literally ever again?**
A Ever. Ever.
**Q Did Joanie go to your high school?**
A I do believe she did because she had some issues with some girls. Like they didn't like -- she wasn't liked. That's the only thing that I remember. But I don't know why. I don't know if it was because of a guy. I don't know what happened, but she wasn't liked. At all.
**Q So after -- so that corner is the last time you saw -- you ever saw Joanie ever again?**
A Correct.
MR. AINSWORTH: Can I just verify, Austin, I'm so sorry, but are you talking about the corner of Sunnyside and the alley east of Christiana or the corner of Sunnyside and Christiana?
MR. RAHE: No, the northeast corner of



Sunnyside and Christiana. Did I say something differently?
MR. AINSWORTH: I believe I just misheard.
MR. RAHE: Okay.
BY MR. RAHE:
**Q So the last time you ever saw Joanie was when you -- was when you took off running from the northeast corner of Sunnyside and Christiana?**
A Correct.
**Q And did you ever hear about what happened to Joanie?**
A No. I have no idea.
**Q Were you curious?**
A Not really.
**Q Okay.**
A She wasn't someone that I kind of associated with, so not really.
**Q Did you ever see Joanie's sister Anita at any time after May 14, 1993?**
A No.
**Q You didn't?**
A No. Not that I remember. No. Never seen them ever again.
**Q And you don't know which direction -- or do you know which direction Joanie at least started off running?**



A I remember telling her to run, and I could have sworn she ran. All I could tell you is when I said, "Joanie, run," I took off. I didn't look back. I just -- I went -- I just kept going straight.
**Q All right. I'm going to stop sharing this. Thank you for that. I know you've probably done that a time or two before. Maybe not quite like we just did, but, okay.**
**Do you remember seeing anyone on a bike on May 14, 1993?**
A I'm not really sure.
**Q Did you see Tania or Robert that day, May 14, 1993, after the second time that you saw them kissing in the alley?**
A The same day?
**Q Right.**
A No. I remember going home.
**Q Okay. You went home. And do you know what time you got home?**
A Not really. It was after 3. It could have been from -- anywhere from 3:10 to 3:15.
**Q Do you remember testifying before that it was 3:11 p.m. the first time you looked at a clock when you got inside?**

A It could have been. 3:15 is considered late, I remember, to get home, so.
**Q Is that because your mom expected you home at a certain time?**
A Correct.
**Q What time did your mom expect you to be home every day after school?**
A By 3:05, 3:10 usually we would be home. 3:10 would be late.
**Q When you saw Tania and Robert kissing in the alley the first time, was it like making out, or were they just like giving each other a peck on the cheek or something?**
A No, they were making out.
**Q They were making out. Is that true the second time you saw them kissing?**
A I believe so.
**Q Did you -- at either point when you saw them kissing, did you ever say anything to either of them?**
A About --
**Q Anything.**
A -- that?
**Q Yeah, did you yell down to them or anything like that?**
A No.



**Q No. After you started running until you got home, did you say anything to anyone?**
A No, just went home and ate my mom's food.
**Q Do you remember what you ate?**
A My mom was a good cook, so --
**Q How long -- the first time you saw Tania and Robert kissing in the alley, how long did you see them?**
A Again, I didn't see Robert after that.
**Q No, no, no. No. How long -- so you stepped into the alley. This is the first time you seen them.**
A Oh.
**Q You step into the alley. You see them for, is it five, 10 seconds?**
A Like a minute. Probably something like that, yeah.
**Q So --**
A And then the second time --
**Q Go ahead.**
A So the gap between the first time and the second time, maybe two, three minutes. Not even.
**Q Okay. That's -- so -- I'm -- I don't know if anything got lost there, but so the first -- the first set of shots you hear, the first time you step into the alley and look north up the alley, okay, you said you stepped into the alley, saw Robert and Tania kissing?**



A Uh-huh.
**Q And then bolted out of the alley, right?**
A Correct.
**Q How long did you step up into the alley and actually see Robert and Tania kissing one another?**
A A few seconds.
**Q So like one or two seconds?**
MR. AINSWORTH: Object to the form of the question.
A Yeah.
**Q Okay. So you see Robert and Tania kissing in the alley for one or two seconds. You step --**
A Step out.
**Q Step out and start hearing the gunshots, right?**
A Correct.
**Q And then I think you said it took, you know, two or minutes, whatever, to get back around the corner up the alley to see Robert and Tania again, right?**
A Couple minutes. Couple minutes, yeah. Maybe one to three.
**Q How long --**
A I don't know.
**Q -- do you see Robert and Tania the second time you see them?**



A I -- I remember stopping, and I remember looking at them. And I thought they noticed me, and I thought she was going to come, and she took too long. When I heard a second set of shots, they were really loud. I just -- I was just like, I'm out of here.
**Q What made you think --**
A So it was --
**Q -- that they noticed you?**
A I don't know. I thought that they saw me standing there. I just -- or maybe I thought they would turn their heads eventually, or I really don't know. I just remember that they didn't notice me, and I was out of there. I wanted to go.
**Q Okay. And, I'm sorry, I think I cut you off a couple questions ago, but how long did you think that you saw them the second time?**
A How long did I stay there and I looked at them?
**Q Yeah.**
A I mean, less than a minute.
**Q And then the second set of gunshots, did those go off as you were looking at Tania and Robert?**
A I don't remember at that point. I don't know. I just remember hearing it is what I recall, and I recall wanting to go home.

**Exhibit 9**

**Q I was just trying --**
A They were in front of me. They were in front of me. I do remember seeing them, and I do remember waiting. As I was looking at them, I want to say, yeah, and then like I said, when I heard that second shot, that startled me and I wanted out. I wanted to go home. That's what I remember.
**Q About how far away from you were Robert and Tania the second time you saw them in the alley?**
A Maybe three or four buildings away. They were on one end of the alley, and I was on the other end of the alley. And I was at the sidewalk area on the east side of the alley, and they were probably I want to say like a few buildings over onto the north side of the alley.
**Q Were you out of breath by that point the second time that you saw them?**
A I think I was, but I don't know. I think I was, but I don't know.
**Q And were you scared when you were running away from these gunshots?**
A I -- I feel like, yeah, and I feel like when I got home, I felt safe. I was good.
**Q This -- strike that.**
A I'm sorry?



**Q I just said strike the question.**
**Do you remember having a conversation with your mother after you got home that day?**
A I had a conversation every day --
**Q I know, but do you remember the exact --**
A -- when I get home from school.
**Q Sorry, do you remember the exact conversation?**
A No.
**Q Did you tell your mother that you had just heard gunshots?**
A I don't recall. I don't remember that.
**Q Did your mother say anything about hearing gunshots?**
A No.
**Q Did you do anything the rest of the day to determine what had happened on your way home that day?**
A No.
**Q So the second time you saw them, you looked west -- west down the alley, right, from -- sorry.**
A The second time?
**Q From Spaulding. From Spaulding.**
A Correct.
**Q Do you remember were you specifically looking for them, or you just happened to glance down the alley and saw them standing there?**



A I don't remember specifically looking for them. I think they were just there.
**Q At any point during this were you like actually scared for your life?**
A Not really.
**Q You weren't, even though you heard multiple loud gunshots going off nearby?**
A I was away from it, though. I got away from it. I was -- I think -- I don't know. If you want me to give you any exact feelings and emotions from that time, I think I feel that I was happy that I got away from the crowd and away from those girls and away from the other girl. I didn't want to be involved with that.
**Q At any point did you think that you might get shot?**
A When I turned out of the alley when I heard the first shot, but I ran, so I was good. When I turned -- when I turned down to Spaulding, I felt okay. I didn't feel like anyone was specifically after me. I didn't have that kind of relationship with anyone, you know, to come after me or anything like that, so --
**Q I guess --**
A So I knew when I turned down --
**Q Go ahead.**
A When I turned on Spaulding is when I felt like I was



good. Like I didn't feel like anything was specifically for me or after me or anything like that.
**Q So that's why you started walking a little bit on Spaulding?**
A Correct.
**Q And then after the second set of shots, you started running again, right?**
A No. I did not run. I walked the rest of the way home. I may have walked a little bit faster just to get the hell out of that street and get home, but I didn't run anywhere else.
**Q Was there ever a third set of shots?**
A I remember none of that, no.
**Q Did you talk to Tania again that day?**
A I don't think so. I don't believe so. I think when I came home I was just happy to be home and didn't want to go out.
**Q What did you do the rest of the night on May 14, 1993?**
A Probably watched T.V.
**Q Do you know that, or are you just guessing?**
A More than likely I was probably watching T.V.
**Q When was the next time you saw Tania after you saw her and Robert kissing in the alley the second time?**
A I -- I remember -- so my mom and her mom were friends,

and I remember that they all planned on going to a park that was less than a -- maybe a mile, maybe less, and everyone decided to go there, so we all -- I remember me and Tania were behind them. And they all walked, and we were walking behind them. So that's it. It could have been Saturday, and could have been Sunday. More than likely it was Saturday, but I do remember going to the park that weekend.

**Q And do you remember any conversations you had with Tania when you met up with her and her family that weekend?**

A Not really. We were just walking down the street to get to the park. And it was -- we took Montrose all the way down. I believe we took Montrose all the way down.

**Q You don't remember any conversations you had that weekend with Tania?**

A No. Not that I remember.

**Q How -- strike that.**

**When did you learn that Robert Bouto had been arrested?**

A I'm not a hundred percent sure. I want to say there was maybe some point in the weekend. But I'm not a hundred percent sure. I do want to say --



**Q Do you remember -- go ahead.**

A I mean, you're saying just arrested, or arrested for, you know, for murder?

**Q Let's start with just arrested.**

A I'm not sure.

**Q When did you learn that he was arrested for murder?**

A I -- what I recall, what I remember that following Monday we went to school, and I remember Tania coming up to me in the middle of the day telling me that she got called down and -- I don't know if it was Monday or if it was Tuesday, but I remember her telling me that somebody came to talk to her because Robert got locked up for murder and that they heard she would be his witness.

**Q When did -- she told you this on the Monday after the shooting?**

MR. AINSWORTH: Object to form.

A I want to say yes.

**Q And did she say who wanted to talk to her?**

A I want to say it was a lawyer. Something from a lawyer's office or something. I really don't know a hundred percent. I'm not really sure.

**Q Did you -- that Monday, did you talk to Tania about hearing the gunshots on Friday?**



A That's when we put two and two kind of together and started talking about it kinda, yeah. And then later I think when we, you know, by second period or, you know, hour or two into school that's when I realized it was Solo. Salvador.

**Q The victim?**

A He went by Solo.

**Q That's who you're talking about?**

A Right. He went by Solo. Yeah. And I had a lot of classes with him, so they had somebody coming to the class, you know, to tell everybody what happened.

**Q Like a police officer or a teacher?**

A And then -- I want to say a counselor.

**Q And whenever that counselor announced to the class, is that when you started putting things together, or it was when you were talking to Tania?**

A So Tania came and told me that somebody wanted to talk to her or somebody talked to her, something like that. That's when I told her that I saw them. And then she went and told the lawyer or whoever she was talking to. I'm not exactly a hundred percent sure. I believe it was a lawyer. And then she went and told them what I told her because they asked her if you have any witnesses or anyone around the area that saw anything



to say. So she went and told them my information and then they wanted to contact me. And I just told them what I just told you.

**Q Did you ever ask Tania why she was making out with Robert while gunshots were being fired?**

A No. I mean, it was kind of like, I guess, normal, but not really. Kind of -- I don't know. No, I never did.

**Q What did Tania tell you about what she did after the gunshots went off, if anything?**

A I don't remember that.

**Q She -- you don't think she ever told you?**

A I believe she went home.

**Q But you don't know if she ever told you exactly what she did after the gunshots went off?**

MR. AINSWORTH: Object to the form of the question.

A I don't remember. Probably went home. I do remember she went home. But, I mean, did we have a conversation? No. I knew she had to be home at a certain time because her mom or dad would be upset.

**Q And did you ever learn or did anyone ever tell you what Robert did right after the shooting or you heard the shots?**

A I'm not sure when I heard it or how I heard it. It was

**Exhibit 9**

Page 86

probably more than likely through her. But I could have sworn he was going for pizza. Wait. Was it -- no, Chinese food. I heard it was Chinese food, and then that was it. But I thought he was supposed to go home and then go for Chinese food, but that was it. I never heard anything else.

**Q Was there a Chinese spot around there --**

A On the corner.

**Q -- you guys always went to?**

A Yeah.

**Q What was it called?**

A Right there -- I don't know the name. It was -- I'm not a hundred percent sure. It's possibly still there. Not a hundred percent sure about that. But it's Wilson and Kedzie right on the corner. I want to say the northwest side of the corner. There was a Chinese shop there.

**Q You said it was on Wilson and?**

A Yeah, yeah, yeah, you're right, Wilson and Kedzie, but it was northwest corner.

**Q Was it called Thai Valley?**

A No, I don't know.

**Q That doesn't ring a bell? Okay.**

A I -- I --

Page 87

**Q Do you remember someone named Moses being present with you while you were walking on May 14, 1993?**

A I do remember someone named Moses. I don't remember if he was or wasn't. I'm not a hundred percent sure on that.

**Q Okay. So let's start with this person you know named Moses. Do you know anything else about him?**

A That's all I know about, his name is Moses. And I believe they may have called him Chief, but I don't even know.

**Q Did Moses go to your high school?**

A No.

**Q Do you know if Moses was related to Joanie?**

A I'm not sure.

**Q And you said you don't remember -- you don't remember if Moses was --**

A Right, I'm not -- I don't know.

**Q Or if you saw Moses that day?**

A I'm sorry?

**Q I didn't say anything. Is Moses -- or how well did you know Moses?**

A Not well.

**Q Is Moses a street -- or do you know if Moses was a nickname, or Moses was a real name?**

Page 88

A I'm not sure about that one either.

**Q Do you know around how old Moses was in May of 1993?**

A Possibly around the same age as us all. I'm not a hundred percent sure. I do know he had a brother named Kiki, if that helps, but that's it. I do know he was dark-skinned and taller.

**Q You said Moses was dark-skinned and taller?**

A Uh-huh.

**Q Was Moses dark-skinned like Hispanic or black?**

A Hispanic.

**Q Dark-skinned Hispanic?**

A Uh-huh.

**Q What color of hair did Moses have?**

A I remember it being dark.

**Q And did he have long or short hair?**

A I remember him having like a mullet.

**Q And this is around the May 1993 time frame?**

A Yeah, but in my mind I'm not a hundred percent sure if he was there or not. So I can't -- I can't guarantee that.

**Q Where would you typically see Moses?**

MR. AINSWORTH: Object to the form of the question.

A I don't know. I'm not sure. Like they would -- a lot

Page 89

of people would be on that corner on Wilson and Kimball. So it used to be back in the days a lot of people would wait over there or around the school. But when the cops come, you got to move.

**Q Do you know if Robert Bouto knew Moses?**

A Possibly.

**Q You just -- you don't know for sure?**

A I'm not -- I don't know a hundred percent sure.

**Q And you mentioned you knew the victim from this case, right, Salvador Ruvalcaba?**

A Solo.

**Q Solo was his nickname?**

A It was his nickname.

**Q And do you know if Solo was in a gang?**

A He was a Cobra. He just became a Cobra, I think.

**Q Was Solo the same year in school as you?**

A He was, and we had many classes together actually.

**Q Did you know any of Solo's friends?**

A Just kind of like throughout school everyone, you know, kind of normal, "Hey, how are you." I wasn't really -- I wasn't close really to many people. Very few people. Tania was the closest at that time.

**Q Do you know if Solo and Robert Bouto knew each other?**

A I don't think so, but I'm not a hundred percent sure.

Exhibit 9

I would say no, but I'm not a hundred percent sure.
**Q Did Tania -- do you know if Tania knew Solo?**
A I want to say yes, but I don't want to speak for her. He kind of was a little bit popular a little bit, just a little, I'm not saying, you know -- he was very friendly, so he kind of said hi to everyone. Just normal.
**Q Did you ever see Solo like flirting with Tania or hitting on her or anything like that?**
A No. No.
**Q Did you see Solo after school at any time on May 14, 1993?**
A I did not.
**Q Do you know someone by the name of Ray Lazata?**
A I -- no. I need a nickname or a picture.
**Q Do you know anyone by the name of Carl Richmond?**
**Sorry, did you answer?**
A No.
**Q Oh, no was your answer. After school got out on May 14, 1993, did you see a girl named Maya?**
A No.
**Q No? So after you learned that Robert Bouto was arrested, did you go visit him in jail?**
A I went with Tania many times.



**Q Okay. When -- about how long after May 14, 1993, did you --**
A Go visit?
**Q -- go see Robert Bouto in jail?**
A I'm not sure.
**Q Can you give me an approximation? Was it more than a week?**
A I mean, I don't know. I want to say I went with her, and I want to say either, A, it was Christina, which was a relative -- someone that married a relative of hers that took us, or it was -- his cousin and her cousin were friends in another school at the time, and they were older and they had a car. I remember going with them one time. But honestly how long, not -- maybe not too much long because I think we had to get IDs and all this other stuff. So I'm not sure.
**Q Was this at Cook County Jail?**
A Yeah.
**Q And you went -- you went to go see him multiple times with Tania?**
A Correct.
**Q Did you ever --**
A And with myself.
**Q Did you ever go see him by yourself at jail?**



A After -- yeah. After they broke up.
**Q Why did you go see him in jail after Tania and Robert broke up?**
A So Tania got me to write him letters because, you know, she was like, "There's no one writing him, write him," you know, "words of encouragement, stay out of trouble and things like that." We used to write, and we used to pick up the letters from his grandma's house. So I don't know why he decided one day, and I don't know how far along this was, but he decided one day to write in the letter to me that he thinks that he got some girl pregnant. So Tania used to read all the letters that he sent to me, because it was her boyfriend. So either she picked it up, or she just simply asked me. I don't know how that all went down. So she ended up writing him -- she got mad because she felt like she was standing up for him and all this other stuff, so she wrote him a Dear John letter. And then -- and the letter that I had wrote, he sent it back and he ripped it in pieces and he mailed it back to his grandma's house. And I believe his grandma flagged me down and gave it to me. So I -- at that time I believe that was, I'm not sure, junior year. I had my own car by then. So I waited -- and I want to say it was on a



Tuesday or a Thursday, but I want to say more Tuesday, I went to go explain myself because I felt bad, you know. And I explained to him that I didn't, you know, it wasn't intentional. And it ended up being that it was a previous situation before Tania. And he asked me, you know, to continue visiting him and, you know, because he had no one to visit him, so I said, "Yeah." And I did continue to visit him and even after he went -- they put him in a penitentiary.
**Q So you went -- so Robert said he didn't have anyone to come visit him? He told you that?**
A Yeah. Yeah, yeah. To continue visiting him as well, yeah.
**Q And so you felt bad that he didn't have anyone to visit him, so you wanted to be there for him?**
A Yeah. I felt bad because -- like -- because we knew that he didn't -- I mean, I'm just going to be honest, he didn't -- we knew -- I knew he didn't do it. We all knew that he didn't do it. And then his girlfriend just broke up with him. And then it's just how everything kind of ended up being. And I agreed to be friends with him and continue, you know, visiting him and stuff.
**Q So how many times between the date of the murder and**

Exhibit 9

**the time you testified in his trial, about how many**
**times --**
A Uh-huh.
**Q -- did you visit Robert in the Cook County Jail?**
A I'm not sure. Many. Whenever I could get a chance. At the time I was working, so -- and I was going to school at Northeastern.
**Q Was it more or less than once a week?**
A I -- I wouldn't say that. I'm not -- I wouldn't say that.
**Q Was it more or less than once a month?**
A Maybe.
MR. AINSWORTH: Objection, foundation.
**Q And do you know -- do you remember how long the time was between the date of the murder and the time you testified at trial?**
A I know the trial was in 1996, and I know the murder was in 1993, so like three years.
**Q Do you think you visited him like 10 times a year leading up to his trial?**
MR. AINSWORTH: Objection, foundation.
A I wouldn't --
**Q Did you answer? I'm sorry, you must have broke up.**
A No, I wasn't sure if I was supposed to answer. I'm not



sure. I can't give you an exact number or whatever.
**Q And what did you talk about when you visited Robert when he was in Cook County Jail before his trial?**
A Before his trial, all kinds of silly stuff. He was funny. That's all I remember. He would say funny stuff. He just had like jokes.
**Q Was it -- was it more of a normal conversation, or did you talk a lot about his case and his alibi?**
A No. He specifically -- I remember him specifically saying that not to talk about it, or tell the lawyers everything, that's one thing, and I do remember him being pissed and he said he's going to fight this to the end. And I remember he was going to appeal it. That was after they sentenced him to 45 years.
**Q Did he tell you to go to the police?**
A I don't remember that.
**Q Did he tell you -- did he ever tell you not to go to the police?**
A I don't remember none of that. I remember him saying going to a lawyer, to go to the lawyer. That's what I remember.
**Q He told you to go tell your story to his lawyer?**
A Yeah. That's it.
**Q Did you -- well, so did you end up doing that?**



A Yeah.
**Q And is that -- you went to go visit someone in Park Ridge, right? Is that what you're talking about?**
A I don't remember where.
**Q Do you remember being interviewed by a private investigator?**
A I do. I remember we went there --
**Q Okay.**
A -- separately.
**Q But is that the lawyer you're talking about was the private investigator?**
A I remember the private investigator, and I remember he pulled out a very bad copy or something, but the map that he had was not a good map. That's what I remember. It was not detailed. It was like almost like a drawing.
**Q Okay.**
A And then --
**Q Before you get to that, I'm sorry, I just want to know, so you said that you went and spoke with Robert Bouto's lawyers, right, and then -- and then I asked if you were interviewed by a private investigator. But are we referring to the same person or --**
A To the investigator.



**Q -- did you separately -- or did you separately go to his attorney and separately go to a private investigator?**
A It's probably both. I don't remember the lawyer. Maybe going to the actual office. I'm not a hundred percent. I do remember going to the investigator, and I remember going in separate cars. Like we met up there.
**Q Who met up there?**
A So Tania and her husband -- her at the time fiance met up there, and I came and met up there. And she went first to talk to them, and then she left and then I went in.
**Q And do you remember where --**
A That's what I remember.
**Q Do you remember where the office was located?**
A No.
**Q Okay. And the investigator's name, David Press, does that sound right?**
A Yeah. I'm -- yeah. David.
**Q Could the office have been in Park Ridge?**
A I'm not sure.
**Q How long before trial did you talk to David Press?**
A I'm not sure. I could --

**Exhibit 9**

**Q If I said you talked to him on November 22, 1995, does that sound about right?**
A It's possible.
**Q Okay. And you said you went separately from Tania and her fiance at the time?**
A Yeah, we're older. We already -- yeah, I had my own car. She had her own car. We're all kind of doing our own thing, living our own lives, so it was with him she showed up. I came on my own. In my own car.
**Q Did you plan to get there around the same time, or was it coincidental?**
A I'm not sure.
**Q And what's -- what was Tania's fiance's name?**
A Isam.
**Q Can you spell that, if you know?**
A I believe it's I-s-a-m.
**Q And what's his last name?**
A Mati or Miti. I'm not -- it could be M-i-t-i or M-a-t-i, I'm not sure.
**Q Okay. And did you go and talk to David Press all by yourself, or did you and Tania both talk to him at the same time?**
A Separate. I was in the room with him. Maybe someone else that worked with the guy. But it was separate



times.
**Q And did you go first or Tania go first?**
A Tania went first because she said she had to leave.
**Q Could you hear what they were saying during the interview of Tania?**
A No.
**Q Okay. How did you learn that David Press wanted to interview you?**
A Tania.
**Q Tania told you?**
A Yeah.
**Q Did you talk to anyone about what you were going to say to the investigator David Press?**
A No.
**Q Did you talk to --**
A Nobody really knew that I was even a witness, to be honest with you. They only knew that Tania was. And nobody even knew that I was a witness or had anything to do with any of it actually.
**Q Okay. But did Robert Bouto -- do you know if Robert Bouto knew that you were a potential alibi witness for him?**
MR. AINSWORTH: Objection, foundation.
A Yes, he did.



**Q He did. And how do you know he knew that?**
A I mean, when -- in the very, very beginning when they came to see Tania at school, she -- they told her if you know anyone else that knows anything, and then she came back and she told me what happened. And I told her. Then she went to go tell the lawyer. The lawyer probably told him. He knew. I mean, it's just, he knew.
**Q Had you ever told anyone other than Tania about your story prior to telling the investigator that day?**
A Back then I really didn't tell no one.
**Q Had you told Robert Bouto your story about seeing him and Tania on May 14, 1993, prior --**
A If you want me to be honest with you --
**Q -- prior to the interview -- sorry, prior to the interview with the investigator?**
A I really don't recall having the conversation, and I didn't realize until years and years later that apparently I was the only one that heard two gunshots. So I didn't know that. I thought everyone heard the same thing that I heard.
**Q How did you --**
A So I don't know. We didn't talk about it. I do recall in the very beginning having a conversation with Tania



about it, and then we just left it -- let it be. It was what it was. She was with him. We knew and felt that he was innocent. And we just felt that, you know, because we knew in our hearts that he didn't do anything, we felt that he was going to end up coming out. You know what I mean? So he had -- he was with Tania. So -- I saw him. But that was it. What --
**Q And how did you learn that you were the only one that heard two sets of gunshots that night?**
A So there was some people that came to my house in 2014, and they were like investigators. And they came to ask me all these kinds of questions. And then they told me that nobody else heard those second guns -- second set of gunshots. I didn't know until then. I thought the whole time everyone heard the same thing. I thought that everyone knew. The whole time I always thought that there was actually a gun -- like a, you know, two -- one person on this side, one person on this, like having a gang fight. That's what I always thought. And it wasn't until 2014, years and years later, that's when I found out that I was the only one that heard that.
**Q That make you question your memory of the event at all?**
A No, I -- I remember hearing two sets of gunshots.

**Exhibit 9**

Page 102

That's what I remember.
**Q How -- how certain are you that you heard two sets of gunshots?**
A A hundred percent.
**Q When you went and spoke to that investigator David Press, did you know that he was hired by Robert Bouto?**
A No, I'm not -- I wasn't -- I'm not sure.
**Q Did you -- what was your understanding of why you were talking to him then?**
A Just to go tell our side on what happened and how -- what -- what happened and our role in it. Where we were.
**Q Did you -- sorry. Did you understand him to be working with anyone, the police, Robert, the state's attorney's office, anyone?**
A I don't remember. Possibly. I'm not sure.
**Q Is there anything else from that interview that sticks out in your mind other than the cruddy map he had you draw on?**
A Yeah.
**Q That you testified to --**
A Yeah, I remember -- I remember that the guy questioned me, because I kept on saying Robert's nickname at the time was Saddam. I remember they said something,

Page 103

because I didn't know what his real name was until after he got locked up. Something like that. And he questioned that.
**Q Do you remember speaking to the investigator about Moses being present around the time of the shooting?**
A I don't remember.
**Q So was there a separate time when you spoke to Robert Bouto's attorneys prior to testifying at his trial?**
A I remember -- I don't remember really speaking to the lawyer's office. Maybe one time we went to go talk to the lawyer, and that was it. That was it. And then I just remember there was two different lawyers, and that's it.
**Q Have you ever spoken to the police about what occurred on May 14, 1993?**
A No.
**Q Have you ever spoken to the state's attorney's office about what occurred on May 14, 1993?**
A No.
MR. RAHE: I need to use the restroom real quick, so if we could just take a quick five minutes, that would be great. Is that okay with you, Helen?
THE WITNESS: Yeah.
THE VIDEOGRAPHER: I'll take us off the

Page 104

record. We are going off the record at 12:59 p.m.
(Brief recess.)
THE VIDEOGRAPHER: We are going back on the record at 1:10 p.m.
BY MR. RAHE:
**Q Helen, did you ever hear any word on the street back then or hear from the neighborhood who they thought shot Solo?**
A No. I remember people pointing the finger at everybody else, like gangs.
**Q You don't remember any specific names being thrown around?**
A No.
**Q Did you hear stuff at school or in the neighborhood of people talking bad about Bouto?**
A No. I don't think anybody knew him. He was new.
**Q He was new -- new to the neighborhood you mean or to the --**
A I never seen him before prior to Tania. So there was like your -- the regular guys that used to always be on the corner or, you know, down Kedzie or whatever. He was completely new up until -- like he was new-new. You know what I mean?
**Q Did he ever talk to you, or did you ever hear anything**

Page 105

**about his involvement in the Stones?**
A Yeah, he was a gang banger.
**Q I mean, did you hear -- did you hear anything else other than he was a gang banger?**
A I remember his house got raided one time.
**Q When? By who?**
A When he -- the police. They came into his grandma's house and like ransacked the house and stuff. His grandma was older. I remember that.
**Q What's the time frame of that?**
A I'm not sure.
**Q When his house was raided?**
A It was in the time frame when Tania met him to when he got locked up. Like within that time frame. Because that's --
**Q Okay. Did he -- how did you learn that his house was raided during that time frame?**
A I guess they had locked him up and he told Tania and Tania told me. Or he could have told both of us. Something like that.
**Q Did -- strike that.**
**Is there anything else you remember hearing about Bouto's gang involvement with the Stones?**
A As far as him? Not that I know of. I'm not sure. No,

**Exhibit 9**

I don't -- he -- no. I don't recall.
**Q Okay. Do you remember someone back then that went by the nickname Ray Ray?**
A No.
**Q Do you know someone that went by the nickname of Friendly Ray?**
A No.
**Q Do you remember someone that went by the nickname Tall Frank?**
A No, not Tall Frank. I knew a Frank but not a Tall Frank. That's the only Frank.
**Q What Frank?**
A I knew a Frank, he was half Middle Eastern, half Hispanic. Or Italian. I want to say Italian. And I knew him because my mom was friends with his mom -- his -- okay. My mom was friends with another lady where her son was friends with him, and he was just an extremely good-looking guy and everybody knew him. His name was Frank. That's all I know.
**Q Was his name Frank Escobar?**
A Yeah, yeah, yeah, yeah. He had a brother named Paul. And I went to school with Paul. Elementary school actually.
**Q So what was the age gap between you and Frank Escobar?**



A Actually was -- I actually worked with Frank Escobar in Old Country Buffet, and he was older. Maybe two classes older. And I want to say maybe one. I'm not a hundred sure about that one. And then his brother was one class under.
**Q What was his brother's name?**
A Paul. And his brother actually hung around with us when we were in elementary school. He was -- it was a group of friends and his brother.
**Q And you said Frank was a good-looking half Middle Eastern-half Italian guy?**
A I want to say he was half Middle Eastern, half Italian, yeah.
**Q Was he tall?**
A Very good looking. Taller than me. I'm only 5' 2-1/2", so --
**Q Do you -- so Frank was two years older than you, you think, or two grades ahead of you?**
A Something like that. But he didn't go to our school. They didn't go to our school. He didn't go to Roosevelt.
**Q Okay. Did Paul -- so did Paul Escobar go to Roosevelt?**
A No, he went to our elementary school.
**Q Frank Escobar, do you know if he was a -- in a gang?**



A I'm not a hundred percent sure.
**Q Do you know where Frank Escobar lived?**
A He lived by -- near my mom's friend's house, which was right by our elementary school, which was Patrick Henry. So probably in South Louis, Chicago, Illinois, around that area.
**Q Do you know if he was friends with Solo?**
A Possibly. I'm not sure.
**Q Do you remember seeing Frank Escobar on May 14, 1993?**
A No. He didn't go to our school.
**Q Yeah, but he still could have been like around, you know, right? That's why I was asking.**
A But I never seen him. I knew of him, because like I told you, my mom was friends with a lady and her son and -- her son's name was Roddy. They were Arabic. He was best friends with Frank. So occasionally we'll see them at his house. At my mom's friend's house. That's how I knew of him. But I've never seen him at our school.
**Q Okay. But you don't remember seeing Frank Escobar after school at all that day?**
A No.
**Q Do you know the names of any of Frank Escobar's friends from back in 1993?**



A There was one guy that I knew. Like I said, his mom was my mom's friend. And his name was Roddy. Rowdy. Rowdy. Roddy. Something like that. And he's a very mean guy. I stayed clear, real clear from that dude.
**Q What was -- what was -- do you know Rowdy's real name or last name?**
A That was it. Rowdy.
**Q Rowdy is his real name?**
A Yeah. Oh, maybe they said it wrong. Roddy.
**Q Roddy?**
A I maybe could be saying it wrong. I've never seen any other Middle Eastern with that name. And I know when they were in the house, that's what they called him. So I don't know him by --
**Q Could it be Ray Ray that you're talking about?**
A I don't know about that.
**Q Do you know if Frank Escobar is friends with anyone named Ray Ray?**
A No. I don't know about that.
**Q Do you know if Frank Escobar is still alive?**
A No, I heard he died.
**Q What did you hear about how he died?**
A I heard he died right in front of Roosevelt. Somebody shot him.

**Exhibit 9**

**Q And --**
A I was friends with him at that time actually, and me and him end up being friends. And we were supposed to all go -- we worked at Old Country Buffet, and we were all supposed to go watch a movie, Jurassic Park 2, and it didn't never happen because he died.
**Q What year was this when he -- sorry, let me clarify that. What year was it that Frank Escobar died?**
A I want to say junior year.
**Q Your junior year?**
A Maybe -- yeah. I want to say my junior year. The next following year. Possibly around there.
**Q And you think he was shot? Is that what you said?**
A Yeah, they said that he got shot. I don't know the details about it. But I remember that they -- it was by a tree right on -- okay. The first -- the second street where the school ended, I don't know, maybe Saint Louis, if that's it, so then it would be the northwest corner that there was a big tree, they had like a memorial there. I don't know. That's what I remember.
**Q Where, for Frank Escobar?**
A Yeah.
**Q Did you ever talk to Frank Escobar about Solo's murder?**



**I'm sorry, I just want to make sure the court reporter got that because I didn't hear your answer.**
A No, no.
**Q Did you know that Frank Escobar was a witness that identified Robert Bouto as the shooter of Solo?**
A No, I didn't.
**Q This is the first time you have heard that?**
A Yeah.
**Q Do you know if Frank Escobar and Robert Bouto knew each other?**
A I don't believe so, but I don't know.
**Q Anything else that sticks out in your mind about Frank Escobar?**
A His very blue eyes. That's it. That's all I know. He's very nice.
**Q Does he -- was he a guy that got into, if you know -- sorry, strike that.**
**If you know, was Frank Escobar a guy that got into fights pretty often back around the 1993 time frame?**
MR. AINSWORTH: Objection to the form.
**Q You can answer.**
A So, no. I know him -- the way I seen him is he -- all the girls liked him. That's it. He was -- I didn't even think that he was affiliated in any way or



anything. I just -- I remember him being a lady's guy kind of a thing.
**Q Okay. Do you remember anyone getting arrested for the murder of Frank Escobar?**
A I don't know nothing about that.
**Q You just know that he was killed in that area over there?**
A Yeah.
**Q Okay.**
A And I believe it was in the beginning of a school year. And that's it.
**Q Okay.**
A And I don't even know why he was even there.
**Q Was it the following school year?**
A I believe, yeah, because we were sophomores. I don't know. It could be the next -- I'm not sure.
**Q So you think it was -- so that would have been only a few months after Solo's --**
A I'm not sure.
**Q Not sure. Okay.**
A Can I say something?
**Q One second. Sorry. One second.**
(Pause in the proceedings.)
**Q A little earlier you talked about visiting Robert Bouto**



**after he was sent to the penitentiary?**
A Yeah.
**Q Okay. So when he was in prison?**
A Yeah, yeah.
**Q You would go visit him in person?**
A Yeah.
**Q And would you speak to him on the phone?**
A Maybe. I want to say maybe. I'm not -- I remember talking to him on the phone at -- maybe once at his grandma's house, and then I remember -- no, I remember going maybe with his -- I remember going to visit with his mom. Maybe on the phone with his mom. I'm not -- I mean at his mom's house, but no, I don't remember sitting there. Too much money.
**Q When was the last time you visited with Bouto when he was in prison?**
A I don't know. I want to say it could have been 2004, 2005. I left and went to Arizona I want to say 2005, 2006. I'm not a hundred percent sure. Around that time.
**Q How often were you visiting him in prison from the time he was sentenced to the last time you visited him around 2004?**
A I'm not sure. It was not often because it was really

**Exhibit 9**

far. And we were older. I had to work. It wasn't often.
**Q What --**
A And the letters stopped.
**Q What prisons did you visit him at?**
A I remember Stateville. And honestly I can't give you the names of the other ones. I remember Stateville.
**Q Okay. And was your -- did you visit him more often after he was sentenced and it sort of tapered off eventually, or was it pretty consistent until you stopped visiting him?**
A I want to say it wasn't consistent because it was far. So if his mom was going -- I felt like, you know, I think it was like once or twice a month. And I know his parents were split, so I didn't want to, you know, bump in and take the time, you know, from their kid or whatever. But it wasn't all the time. I did go, however, with his mom.
**Q Did you -- did your relationship ever get to a level where it was more than a friendship?**
A I don't want to say that because the guy was in jail.
**Q Did Robert ever -- sorry, go ahead.**
A I mean, it was just a friendship.
**Q Did Robert Bouto ever call you his girlfriend?**



A No.
**Q Were -- so you were never his girlfriend?**
A No.
**Q Was your relationship ever like flirty or something like that?**
MR. AINSWORTH: Object to the form of the question.
A Joking around, I mean, but not like -- depends on what you say is flirty. The guy's in jail.
**Q Do you ever know if he ever told other people that you were his girlfriend?**
A No, I don't know that.
**Q You don't know whether he did or not?**
A No. I don't know.
**Q Why did you stop going to see Robert Bouto when he was in prison?**
A Well, I remember I lost my job, and I remember my car breaking down, and I remember I was just having a really bad -- a streak of bad luck. And I remember going -- moving back with my mom, and my mom was telling me to go to Arizona just to start fresh, so that's what I did. And then I just, you know, tried to get back on my feet at that time.
**Q How long did you move to Arizona?**



A I wasn't there long. It was like five, six months.
**Q Did Robert Bouto ever talk about -- talk to you about what it was like in prison?**
A I don't remember him saying -- I know he had a problem with the smells. And I know he said -- I remember him saying sometimes that -- I remember one time he said they had locked it down, and the person that he was in there smelled so bad. He couldn't stand the smell. And I remember he complained about the food. Not -- when we went there, we talked about just like silly, goofy things to try to get his head out of the -- kind of like a getaway, you know what I mean?
**Q You were just trying to be a good friend to get his mind off prison?**
A Yes.
**Q Okay. And did you become better friends with Robert Bouto after -- well, strike that.**
**Were you better friends with Robert Bouto before May 14, 1993, or after?**
A I would say after. And then it was really after him and Tania broke up.
**Q Was there any point where you developed any feelings, more than a friendship, with Robert Bouto?**
A I mean, not really. I just felt bad for him.



**Q Have you --**
A I mean --
**Q Go ahead.**
A I mean, I think we at that time, 19, 20, 21, you know, I'm thinking about my future and what I want. This guy's locked up for 45 years. Going to be a friendship.
**Q Do you think if he got out of prison around that time that it would have developed into something more?**
MR. AINSWORTH: Object to the form of the question. Calls for speculation.
A I don't know. I don't think that I'm really his type. But I think we would have been good friends.
**Q Have you --**
A For sure.
**Q Have you talked to Robert Bouto since he got out of prison?**
A No.
**Q Have you seen him in person since he's gotten out of prison?**
A No, I don't really go down to the north side at all, so I really don't know nothing about them.
**Q So do you know anything about his life currently as he's living it today?**

**Exhibit 9**

A I do know that he's married and he's got two kids.
**Q Okay. How do you know that?**
A That's it. Facebook.
**Q Are you friends with him on Facebook?**
A No.
**Q No, you just like searched his name and found him on Facebook or something?**
A Yeah.
**Q Are you friends with Joanie on Facebook?**
A No.
**Q What's your name on Facebook?**
A Helen Kandah. I pretty much -- most of my friends -- it's mostly family for me.
**Q And when did you go on Robert's Facebook to just see his profile?**
A Years ago. And then I want to say not too long ago I was talking with somebody else about this whole situation, and I went on there and I saw he's got two little kids and he was -- it was him and his wife.
**Q Who were you talking to years ago about this whole situation?**
A I was telling him about -- I was talking to a friend of mine about this whole situation, how, you know, they locked him up bogusly and all this other stuff, and



then showing them a picture.
**Q What prompted you to talk to your friend about the whole situation?**
A Because a friend of mine had got locked up for some bullshit. Excuse me, I'm sorry, for some --
**Q You're fine.**
A Something that he claims that he didn't do, whatever, and had something to do -- they blamed him for something stupid, whatever that was, and then I had told him, I was like, oh, I know somebody like that and blah, blah, blah, blah. I have conversations constantly with people like that. Not constantly, but I have over the years like being a part --
**Q Who was your friend -- go ahead and finish.**
A Like being a part of him, knowing the person, you know what I'm saying, or knowing of the person.
**Q The friend that has gotten locked up for something he claims he didn't do, have you tried to help him out?**
A No.
**Q With his case at all?**
A Never. I had nothing to do with it. Not my business.
**Q Did you try to get your friend any help?**
A For what?
**Q Your friend -- your friend that got locked up for**



**something he didn't do?**
A No.
**Q Have you tried to get him help for anything?**
A No. I -- I do talk about the universal laws, and I tell him, you know, eventually everything comes to light. Whatever happens in the dark, everything always come to light, and I believe in the universal laws, and I believe in karma and the cause and effect. And if you're innocent, it's going to come out, period. No ands, ifs, or buts. Nobody is going to stop it. That's what I believe.
**Q Why -- why didn't you add Robert Bouto as a friend on Facebook?**
A If he wants to talk to me, he can come talk to me, but at the time my husband didn't like him and -- so -- he just didn't like him.
**Q Why didn't --**
A Because I feel -- why? I really don't know. He doesn't like nobody that I talk to, so I really can't answer. He's got issues. That's probably why we're getting divorced.
**Q And --**
A I'm just saying.
**Q Oh, I understand. When -- what's the time frame that**



**this occurred where, you know, you were going to add Robert on Facebook but your husband didn't like it?**
A I was not going to add him.
MR. AINSWORTH: Object. Hang on. Object.
MR. RAHE: Sorry, sorry, sorry. I got it, Russell. I'm going to withdraw that question.
BY MR. RAHE:
**Q What time frame was it where you looked at Robert Bouto's profile on Facebook?**
A I mean, from the beginning, because I seen it once when he first -- I want to say 2016, 2017. And then one I want to say, one was earlier this year. But I never added him because I don't want the drama. You know, at the time I was still married. My husband was still living at home. I don't want to be disrespectful, so I just let it be.
**Q Did your husband end up getting mad at you about --**
A He got mad at me for anything. No, he just got mad for anything, so I just don't like drama.
**Q Did you testify at Robert Bouto's certificate of innocence hearing?**
A That was the one in 2014? Oh, 2019? Yeah.
**Q Okay. Why did you testify at Robert Bouto's certificate of innocence hearing?**

**Exhibit 9**

A They subpoenaed me to come and talk.
**Q Is that how you learned about it, when you received the Subpoena?**
A What do you mean, learned about what? That he was going for his innocence certificate?
**Q Good question. Is that how you -- by receiving the Subpoena, is that how you learned that you had to testify at his certificate of innocence hearing?**
A Yeah.
**Q And did you talk to any of his attorneys before you testified at the certificate of innocence hearing?**
A I did.
**Q What did you talk about?**
A The -- his lawyer Russell called me and told me we're going to have a hearing and that they're going to send the Subpoena. Because there was a number on there. And he just said to come and speak the truth and he believed that Robert is innocent.
**Q Okay. Is that the only conversation you had with Mr. Ainsworth prior to testifying at the certificate of innocence hearing?**
A I believe so. I don't remember having --
**Q Did you exchange any emails or text messages with any of Robert's attorneys prior to the certificate of**



**innocence hearing?**
A I don't remember. They didn't have my number.
**Q Do you remember testifying at the certificate of innocence hearing?**
A Yeah.
**Q Yeah. Do you remember whether you told the attorneys questioning you whether Joanie was present with you on May 14, 1993?**
MR. AINSWORTH: Objection, foundation.
A I don't remember speaking about Joanie at all. She only asked me what I did, and I told her what I did. I ran. But at that time, it was kind of like from then to now, I didn't really remember. I was confused. So I just remembered my steps, and I talked about my steps.
**Q What do you mean you were confused?**
A Like I -- I had to -- it -- it kind of came out of nowhere, you know what I mean, this whole situation, and I was kind of living in my own world, and it just popped out of nowhere, and I have to sit there and really think and it takes time to think about the past. That's like over almost 30 years ago. So -- I can't even remember what that girl looks like. I do remember she was Hispanic and she was tan, very dark tan.



That's it.
**Q Do you remember being interviewed by some individuals from the law firm Sidley Austin?**
A Is that the one from 2014?
**Q Yes. Do you remember being --**
A They're the ones who came -- someone came --
**Q Sorry, wait a second. Do you remember being interviewed by some lawyers in 2014?**
A Yes.
**Q Okay. And they asked you a lot of similar questions as I'm asking you now, right?**
A Correct.
**Q And you answered those questions to the best of your ability?**
A Yes.
**Q Okay. And I'm going to mark this as Exhibit 2.**
(At 1:44 p.m. Exhibit 2 marked.)
A Can I say something?
**Q Yeah. Go ahead.**
A I have to actually leave and pick up my kids at 2:20.
**Q Okay. I am -- I am very close to being done, and I will try and finish as quickly as possible.**
**Can you see my screen that I'm sharing with you?**
A Yes.



**Q It says your name Helen Kandah at the top?**
A Yes.
**Q And the date is February 19, 2014?**
A I see it.
**Q Does that sound right, the date that you were interviewed by the Sidley Austin attorneys?**
A I remember it being in the beginning of the year, and I remember it being cold, snowy. So, yeah -- and I remember them coming in with jackets, so, yeah. I do remember.
MR. RAHE: For the record, Defendant's Exhibit 2 is marked Bouto 000535 to Bouto 000542.
**Q So this appears to be notes taken of the attorney's interview of you. Does that -- just from glancing at the first page, is that what it seems to be to you?**
A Can you enlarge it?
**Q Yes. Can you see it?**
A Let me -- yeah.
**Q Does this seem to be like notes of what you were telling the attorneys back in 2014?**
MR. AINSWORTH: Objection, foundation.
A I mean, I'm reading the top part so far. It just says -- yeah, when we walked out of the back door, I with met him on the corner. Yeah.

**Exhibit 9**

**Q And it looks like here they say -- in the first paragraph --**
A Yeah. Oh, Jody, yeah, that's because I was --
**Q It looks like they say Jody, but I think you established today it's Joanie, right?**
A Joanie, yeah.
**Q Okay. So I just want to -- oops. Scroll down here. The second to the last page. And down here, the second to last paragraph from the bottom, in quotation it says, "Tania blonde?" Then it says, "No, that girl, Jody, that Mexican girl had blonde hair. She could have all down and could have it in a ponytail. Those two sisters, they would always hang around those guys." Do you see that?**
A Yeah, I do see that.
**Q Does that refresh your recollection of whether Joanie had blonde hair?**
A I don't remember what color hair she had, though. I can't remember her face. I remember she had a chubby face, and her sister had a skinny face. I don't remember that. I do remember from previous it was dark hair. She could have dyed her hair, but I don't recall that.
**Q Do you remember telling the attorneys that were**



**interviewing you in 2014 that Joanie had blonde hair?**
A Maybe in 2014 that's what I remember, but I don't remember that --
**Q You mean after looking at this?**
A -- right now.
**Q After looking at this document, do you have any reason to doubt that you told those attorneys that Joanie had blonde hair?**
MR. AINSWORTH: Object to the form of the question.
A I'm not sure. I'm trying to look. If you could go up, I want to see what else it says.
**Q Well, it's a -- it is an eight-page document so --**
A Oh.
**Q That was the portion I wanted to point out to you. If there is anything specific that you want to see, let me know, but I'm trying to finish up.**
**Did you ever tell either of your parents what happened that day, May 14, 1993?**
A Not my mom, but my dad, yes.
**Q Okay. When did you tell your dad?**
A In the 2000s.
**Q Okay. So years later?**
A Yes.



**Q Okay.**
A My dad opened -- me and my dad got close in the 2000s. He opened a pool hall. I worked for him.
(Reporter asks for clarification.)
A I said me and my dad ended up getting really close in the 2000s, when 2000 came. He opened pool hall in '97, but we got closer in around that time, and that's when I opened up and told him about the whole situation.
MR. AINSWORTH: Saying pool hall, I believe.
MR. RAHE: Pool hall.
A Yeah, my dad opened up a pool hall.
BY MR. RAHE:
**Q Is the only reason that you testified at Robert Bouto's criminal trial because you received a Subpoena?**
A He's innocent, and I -- no. If something like that were to happen to me or someone I know, I would hope and pray somebody stands up for me. Simple.
**Q But prior to testifying at his trial, did you ever tell the police that you saw him while gunshots were going off?**
A No. Because we didn't know that even happened until we went to school the following Monday, and then by then, I don't know, I believe that they had already taken him to Cook County. They shipped him off.



**Q So why did that prevent you from not telling the police --**
A I'm not going to the cops.
**Q What's that?**
A I wasn't going to go to the cops. If Tania wants to go, she can go. I wasn't going to go to the cops.
**Q Why not?**
A Cops are mean. Cops were mean. Especially back then. They're not like how -- to me -- I mean, I know cops today, maybe because I'm older, they're cooler, laid back, and I feel like they go by the book. Back then, I remember them just locking people up randomly for no reason. I mean, I would have never went to the cops, period, and got involved at all.
**Q Well --**
A But at the same time, I'd never been a part of anything like this or ever saw anything, you know, or experienced anything, so I really can't say, but I'm -- maybe I would have. I don't know. I never -- I don't hang out on the streets. I go do my business and come back home, period.
**Q Did it ever cross your mind that going to the cops could potentially get Robert Bouto out of jail?**
A No. They picked him up going to go buy food. They

**Exhibit 9**

claim that he shot someone. Someone doesn't just get up and shoot at people and then go walk away, you know, not feeling any kind of adrenaline and go buy -- go eat. It just -- you go hide. You go run. He didn't do anything. They knew that.

**Q Did you see him eating somewhere after the shooting?**

A I went home.

**Q So you just know that he went to eat because that's what he's told you before?**

A I thought Tania said he went to go get Chinese food. I thought. I don't know. He went to go get food. Or he went to go to his home to go pick up money and then go -- I really don't know. Something like that. Not a hundred percent sure.

**Q Did Tania say she was with him at any point from when he went home to go get food?**

A I don't know about that. I know she went home, though.

**Q If you were not subpoenaed to -- testify at Bouto's --**

A I'm sorry, you broke up.

**Q Can you hear me now?**

A Yeah.

**Q If you were never testified, or sorry, strike that.**

**If you were never subpoenaed to go to Robert Bouto's criminal trial and testify, would you have went**



**voluntarily?**

A Is this in 1996?

**Q Yes.**

A Voluntarily? If they wanted me, they have to come and get me. That's a really scary thing to even go to a courthouse, to you to be involved. In my mind, you don't know who is going to get pissed off on the cops then and come after you, mess with you or your family. Sorry. No offense, but -- they knew my name. They knew how to find me. If they wanted me to say anything they can come, and that's what they did.

**Q What did you do -- did you do anything to prepare for the deposition today?**

A Make sure my kids were at school.

**Q Did you review any documents?**

A No.

**Q Did you speak to anyone?**

A No.

**Q Okay. Couple more questions. So back on May 14, 1993, you said you got home at 3:11 p.m. Does that sound right? Or you looked at the clock around that time?**

A Yeah. Anything after 3:10, 3:15, which was considered late.

**Q Okay. So how long from when you were at the corner**



**of -- sorry. Strike that.**

**How long did it take you to get home after you heard --**

A Usually?

**Q -- the second set of shots?**

A Few minutes.

**Q 10 minutes?**

A Few. A few.

**Q A few?**

A I don't know. Yeah. Because I wasn't that far.

**Q Okay. So you got there at 3:11. It took you a few minutes. Let's say five minutes, or less?**

A Less.

**Q Less. Okay. So if someone else says that they saw Robert Bouto inside their home that same day at 3 p.m., that would be impossible, right?**

MR. AINSWORTH: Object to the form of the question.

A Right.

**Q If someone else says they saw Robert Bouto inside their home at 3:05 p.m. that same day, that would be impossible, right?**

MR. AINSWORTH: Object to the form of the question.



A Yeah, because he was in the alley with Tania.

**Q And if someone says that Tania and Robert Bouto were not in the alley when the shooting happened, that would also be impossible, right?**

MR. AINSWORTH: Object to the form of the question.

A They were in the alley.

**Q If someone said that Tania and Robert were not in the alley when the shooting started, that would be impossible, right?**

A If somebody else would say that they were not in the alley?

**Q Right.**

A They were in the alley. How could it be impossible?

**Q If someone said they were not in the alley?**

A I don't know. Kind of confused with that one.

**Q All right. I understand. I understand it's confusing questions.**

**Has Robert Bouto ever told you who he thinks killed Solo?**

A I remember him saying, "I don't know nothing. I was in the alley." He doesn't know. If he said, I never heard him. I never heard him say nothing. He was in the alley, then they locked him up. So how is he going

**Exhibit 9**

to know?

**Q But he's never --**

A But he never talked to me, no.

**Q He never --**

A I don't -- I didn't affiliate with his friends or anything like that.

**Q But he's never come to you with any ideas of who he thinks killed Solo?**

A No.

MR. RAHE: All right. That's all the questions I have. There may be some other attorneys that have questions for you.

MR. KIVETZ: Yes, Mrs. Rasho, I have a few follow-up questions. I don't know if I'm going to be done by 2:20, but I'm going to try my darndest.

EXAMINATION

BY MR. KIVETZ:

**Q Did you ever have a conversation with Robert Bouto about him not providing Tania's exact address to the police?**

A Yeah. I remember him saying that when he did get caught up or they grabbed him that he was telling the cops that he was with his girlfriend, and I remember him saying that the cops were trying to take him to his



girlfriend's house and that he literally was like walking there, or they went there and they were walking up, I'm not exactly sure about that part, but he stopped and he realized he was going to get her in trouble. Like they really liked each other like a lot; you know what I mean? And she would have got in real big trouble by her dad.

**Q Got it. So he told you that -- strike that.**

**So do you know whether or not on May 14, 1993, Robert Bouto knew the exact address for Tania Astefan?**

A So kind of everyone kind of knew in the neighborhood where Tania lived, especially because her father had a photo shop. He was a photographer, and he had a shop downstairs, and he had this huge picture of his beautiful daughter, you know, right at the window. So everyone knew her name because the shop was called Tania's Photography or something like that. And they knew Tania. So, yeah, everybody -- everybody knew, because she had two brothers. Everybody knew us from the neighborhood like, you know, even if we didn't know them, they knew her because of her dad putting that picture there and the name of the shop.

**Q So even though Robert Bouto knew exactly where Tania lived, he told you that he decided not to tell the**



**police her address which would have provided an alibi for him because he did not want to get Tania in trouble, is that fair?**

MR. AINSWORTH: Object to the form of the question, compound.

A Correct. Yeah, but he knew he was innocent, so --

**Q Yeah, and he also decided -- and he also told you that he was not going to give Tania's address to the police to protect her, right?**

MR. AINSWORTH: Object to the form of the question.

A Well, I don't know if he knows her exact door and exact address, but he knew where she lived. Everybody -- you'd have to go -- he didn't know the exact, but, yeah, he didn't, because she would have got in real big trouble. We're Middle Eastern. We're not allowed to date. We're not allowed to do any of that stuff, so --

**Q Did you date anyone in May of 1993?**

A No.

**Q Did you date anyone in that -- in the six-month span around May 1993?**

A No.

**Q Do you know any of Robert Bouto's friends in --**

A I don't remember.



**Q Did you know any of Robert Bouto's friends in May of 1993?**

A I knew of them, but I don't -- I didn't know them. I didn't affiliate with them.

**Q What do you mean by "affiliate with them"?**

A Like I didn't know them like that. I knew who they were. I knew some of them by their picture or like by -- like not necessarily. Some of them had -- like by their name but not like -- I didn't personally know them. I didn't stop and say hi. I know of them, I would say, rather than know them.

**Q Did Robert Bouto have a pager in May of 1993?**

A I believe so, yes. I believe so.

**Q Did you ever contact him on his pager?**

A No.

**Q Did Tania -- do you know if Tania ever contacted him on his pager?**

A Possibly, but I can't answer that because I don't know.

**Q Do you know if Robert Bouto ever called Tania's house?**

A No.

**Q Do you know how Robert Bouto and Tania communicated outside of meeting up after school?**

A He was there after school.

**Q Did Tania have Robert Bouto's pager number?**

**Exhibit 9**

A I would think that his girlfriend has his pager number, but I don't know.
**Q That would make sense to you, though, as one of her long-time friends that she would have her boyfriend's pager number?**
A It would make sense.
**Q And then, can you name any of Robert Bouto's friends in May of 1993?**
A There was this one guy. He was dark-skinned. And he had green eyes, and I think they called him Green Eyes. DeMarcus. I'm not a hundred percent sure. You know, I really -- that one stuck out.
**Q Anybody else?**
A Show me pictures. No.
**Q Can you remember anybody else as you sit here without seeing any pictures?**
A I don't. I knew -- like I knew of them. I didn't know their name. Some of them I knew them by name, some of them I didn't, but I never really talked to them.
**Q Do you know whether most of Robert Bouto's friends in May of 1993 were gang members of the Stones?**
A Yeah.
**Q Yeah. Do you know what Robert Bouto did in the Stones as a gang member?**



A Gang member. I don't know. I don't know what they do.
**Q Do you know if Robert Bouto sold drugs for the gang?**
A I have no idea. I didn't see any, so.
**Q Did you ever see Robert Bouto with drugs?**
A No.
**Q Did Tania ever tell you that she saw Robert Bouto with drugs?**
A I never seen or heard or -- no, I never.
**Q Did you ever see Robert Bouto with a weapon of any kind?**
A Never.
**Q Never? What about even a knife. Did you see him with a knife?**
A No.
**Q Was Robert Bouto a smart mouth in May of 1993?**
MR. AINSWORTH: Object to the form of the question.
**Q Do you know what I mean by "smart mouth," Ms. Rasho?**
A Yeah. I know that the cops used to pick on him, and I remember him being the person saying stuff like, "You can't do that." Like he'll scream it out when a cop car passed by or something like that. I remember one time, "You can't do that," and -- I remember that one time it happened.



**Q Okay.**
A I've heard locking people up bogusly before a long time, so.
**Q Do you know if Robert Bouto had ever been arrested before May of 1993?**
A Yeah.
**Q Do you know what for?**
A Randomly just hanging outside.
**Q Do you know whether or not he was ever arrested for unlawful use of a weapon?**
A I never heard of that, no.
**Q Would it surprise you that he'd been arrested with a gun before?**
A Yeah.
**Q Why?**
A I just didn't see that. I just saw those guys just hanging outside. Why would he need a gun? For what? I don't know.
**Q Well, he was a gang --**
A I don't --
**Q He was a gang member, right, Ms. Rasho?**
A Yeah, but I --
MR. AINSWORTH: Object to the form of the question.



**Q Hold on. Everyone is talking. Ms. Rasho, go ahead and finish.**
A I was 16 years old. I didn't see that kind of stuff, so, I mean, I don't know. I didn't --
**Q Ms. Rasho, do you know what members of gangs did in 1993 in that neighborhood?**
A They sold drugs and they fought.
MR. AINSWORTH: Objection, foundation.
**Q And they used weapons, isn't that true?**
MR. AINSWORTH: Object to the foundation.
A Yeah, but I never seen what they did. That's in their own neighborhood. Why would they do it -- look, I don't affiliate myself with that stuff. I don't get involved with that stuff. I don't even turn on my T.V. and watch T.V. I'm not that type of a person. But why would they do it in their own neighborhood? That doesn't make sense.
**Q Well, Ms. Rasho, on May 14, 1993, you were aware that in that -- your neighborhood, there was several shootings. Isn't that fair to say?**
A Yeah --
**Q Okay. And you believe --**
A -- but at the corner.
**Q Hold on, Mrs. Rasho. And you believe that those --**

**Exhibit 9**

MR. AINSWORTH: No, no, no, let him -- no, no, don't say "hold on." She has a right to answer the question the way she wants to.

**Q Go ahead, Mrs. Rasho, finish.**

A So on Wilson and Kimball, that's like the cutoff. You have this side -- gangs on this side, and there's different kinds of gangs on this side, and you have this side different kinds of gangs. That's where most of the fights that I remember, recall happening. When they were in deep in their own neighborhoods, why would they -- I don't know. Why would they walk around with a gun in their own neighborhood? It's like walking around in your own house with a gun. I mean --

**Q You're not aware of any --**

A I never --

**Q Let me -- let me ask the question, Mrs. Rasho.**

A Okay.

**Q You're not aware of any other gang activity happening near Roosevelt school involving two different gangs in the May 1993 time period?**

A There was all over. And it was always inside the school. There was fighting. They were always bottles -- throwing bottles and stuff like that. Always fighting. Yeah, but not -- I've never -- that



was the closest call that I've ever to this day, and I hope it's the only in my whole life I would ever come close to that. I always heard far away but not close, ever.

**Q So you understood that Mr. Bouto was in a gang and had fought other gangs in May -- in or around May of 1993, right?**

A I knew he was in a gang, but I didn't know that he was -- I never seen him do anything like that. I only seen him, like the cop car pass by and he would be like -- like he stood up for -- for himself, because they picked on him. They used to lock up everyone randomly, just pull over people, and like that's what I seen. That's what I witnessed. Why they did it, I don't know.

**Q Did you ever see Mr. Bouto instigate a fight with other gang members -- with different gang members that were opposed to him?**

A No. Only time I ever seen him --

**Q You only --**

A Go ahead.

**Q The only time you ever saw him instigate something was with police officers. Is that what you're trying to say?**



MR. AINSWORTH: Object to the form of the question.

A No, that's not what I said. The cop car would pass by, and he would talk shit. Excuse my language. That's what I seen. I never seen him have any kind of confrontation with anyone. I never seen -- he was new. He didn't say -- he was -- to me, to be honest with you, when I got to know him a little bit, he was funny. He was like -- he had jokes.

**Q Were you aware of a fire in the neighborhood of Kimball a couple weeks before where a house burned down?**

A When? Recently?

**Q No, a couple weeks before the May 14 shooting, were you aware of a fire on Kimball in the neighborhood?**

A Kimball and what? Where on Kimball?

**Q Kimball and Lawrence.**

A No.

**Q Just a couple weeks before Solo's death?**

A No.

**Q Were you aware of any gang activity going on there between the Stones and the Spanish Cobras?**

A I heard afterwards that everybody was pointing the finger at everybody else. That's what I heard, for Solo's death. That's the only thing that I heard.



**Q Did you ever hear that Robert Bouto was in any type of altercation with other gang members before May 14, 1993?**

A No.

**Q Do you know why Frank Escobar died?**

A No.

**Q Do you know whether or not that involved him being a member of an opposing gang and it was a rivalry shooting?**

A No. Wait, what?

**Q Do you know --**

A Can you repeat that?

**Q Do you know whether or not Frank Escobar died as a result of him being in a different gang than -- a rival gang?**

A I didn't even know he was in a gang.

**Q Did you ever talk to any other attorneys that represented Mr. Bouto besides the people we've talked to today? Talked about today rather?**

A I remember there was a -- in the very beginning there was one lawyer that was kind of a little bit overweight, and then I remember the other lawyers that were the ones in the trial, and that's it.

**Q Did you -- do you remember talking to a person by the**

Exhibit 9

Page 146

**name of Richard Garman?**
A Is that the first lawyer?
**Q I'm asking if you -- whether or not you remember talking to somebody --**
A I'm not sure, but the name Richard does sound kind of familiar, but I'm not a hundred percent sure.
**Q Did Bouto ever tell you in your -- in your conversations that you had with him when he was locked up that he admitted to shooting and killing Salvador Ruvalcaba to another inmate?**
A No. I don't remember that. But I will tell you this: My dad had a pool hall, and one day -- I didn't even know that was going on, to be honest with you. One day some Assyrian guys were in there playing pool, and they were talking saying how he tricked on himself. I was like, "That's impossible. Why would he trick on himself?" I just assumed that he was trying to look for like street credit or something like that to look cool, but I was like, why would he do that and ruin his life? And I told everyone that was there literally there's no way that's true. It's fake.
**Q Who told you --**
A That's it. That's what I remember.
**Q What is trick on him mean?**

Page 147

A Like tell. Why would he trick on himself? Do you understand, like tell on -- like why would you say you did something when I know for a fact that you didn't do it? It doesn't make sense. Because somebody had said in the pool hall -- I overheard them. I'm sitting at the register, behind the register. I'm listening to these guys, and they're saying Saddam this, Saddam that. They didn't know -- they had no idea I was even involved in the whole situation. And I had jumped up and I'm like, "That doesn't make no sense at all." And then that's when I found out somebody was saying something about that. I didn't even think that was going to hold water or anything.
**Q So you heard that Robert Bouto essentially confessed to the murder of Salvador Ruvalcaba at some point in time after May 14 --**
A I heard someone --
**Q Hold on. At some point in time after May 14, 1993?**
MR. AINSWORTH: Object to the form of the question.
**Q Go ahead answer, please.**
A So what I heard was some Assyrian guys in my dad's pool hall playing pool, and they were talking about it. I jumped up and I said -- they didn't know I had anything

Page 148

to do with it. They didn't even know I even knew him. I jumped up and said, "That's not true. Why would he even say that?"
**Q Okay. So then it was commonly known in the area?**
A That's when I found --
MR. AINSWORTH: Object to the foundation.
A It's a different area. Completely different area.
MR. KIVETZ: Russell, you can object all you want. I hear you. Thank you.
**Q Mrs. Rasho, so it was commonly known in the area that Mr. Bouto confessed, whether it was true or not --**
A No.
**Q -- to the murder of Salvador Ruvalcaba?**
MR. AINSWORTH: Objection, foundation.
A No. They were talking about --
**Q Who was it? Who was it at the bar that told you -- that you overheard rather that Bouto confessed to the murder of Salvador Ruvalcaba?**
A I don't know. It was not a bar. It was a pool hall. So it's no liquor there. And there -- there was a couple of Assyrian guys from a different -- completely different area, completely different atmosphere, whatever you want to call it, they were talking about that situation, and I jumped up and said, "That's not

Page 149

true." He never -- nobody has said he did it, or said -- I said I'm saying to you why would he -- I said to those guys, "Why would he trick on himself and say that when it wasn't true," is what I'm saying to you. I never said -- nobody ever said that.
**Q Well, that's exactly what the Assyrian members who were at your pool hall were talking about, that Robert Bouto --**
A They were talking about --
**Q Hold on a second, ma'am. Hold on a second, ma'am. Let me finish my question. The Assyrian individuals that were at your father's pool hall were --**
A Yes.
**Q -- specifically talking about how Robert Bouto confessed to the murder of Salvador Ruvalcaba?**
A No.
**Q Isn't that -- isn't that true, though?**
A No, that's not what I said.
**Q Whether or not you agree with it or not?**
A No, that's not what I said.
MR. AINSWORTH: No, Jeff, it's not okay. You can't cut her off, and you can't argue with the witness. What you're doing is totally inappropriate.
MR. KIVETZ: I don't think so.

**Exhibit 9**

A You're putting words in my mouth.
(People cross-talking.)
**Q Please provide your answer.**
A What I'm saying to you, I overheard a conversation of them talking about that, that situation, that some guy saying that Robert told them that guy, they were talking about that. Nobody said anything. Nobody pointed a finger. I'm telling you, right, that I was there, I overheard that, and I jumped up and said, "That's not true because I saw what happened." That dude wasn't there. He was in the alley kissing on his girlfriend. Just like I'm telling you like this, that's what I remember telling them. Nobody ever said this. How would they know? They weren't there. It was all talk.
**Q But that was the rumor that they were talking about, that he confessed, right?**
A They were talking about the situation, just like you're talking to me. Oh, did you hear, somebody came out and said la la la la la la la, that's exactly what they're saying. I'm telling you that's what happened.
**Q Ma'am, I'm not trying to trick you.**
MR. AINSWORTH: Let her answer the question.
MR. KIVETZ: Stop, Russell.



**Q I'm not trying to trick you, Mrs. Rasho. You told me very specifically, tell me if I'm wrong, that a group of individuals were talking about how Bouto tricked on himself, and then you said in return, "That's not true," is that fair?**
A No. Okay. Well, it's not -- the way that it's coming out is not like that. You're taking it wrong. Because they're talking about the situation saying that, right, that some guy -- they're saying it. It's just conversation people are having with each other, and the new thing that came out. Like some guy's coming out and saying Robert -- they said Saddam at the time, they're saying that he -- he told some guy in jail. They were having that conversation.
**Q Correct. He told some guy in jail that he -- that he confessed. That's what they were talking about, right?**
A That's what they were talking about. I didn't know about the whole situation at the time, and that's when I jumped up and said, "No, that's not true."
**Q Got it. And then from there did you ever talk to Bouto about the rumors that you heard in the pool house about --**
A I'm not sure.
**Q -- him telling another inmate that he confessed to the murder of Salvador Ruvalcaba?**



A To be honest with you, I don't remember, and if you want me to be completely honest, I completely forgot about that situation until 2019.
**Q Did you tell anyone -- okay. So you never talked to Robert Bouto after you heard that information about him confessing to others in the pool hall about, you know, there's this rumor going around that you confessed?**
MR. AINSWORTH: Object to the form of the question.
A I don't remember. I just remember that situation, and I remember jumping up, and I remember telling him it was not -- that all is not true. And I told them that I was one of his witnesses, and they all shut down. They all -- they didn't say nothing after that. Never again.
**Q In your conversations after May 14, 1993, with Robert Bouto, did he ever tell you that he told somebody else, in jail or any other person, that he murdered Salvador Ruvalcaba?**
A No.
**Q Besides overhearing it at the pool house, did you hear anywhere else that Bouto confessed to the murder of Salvador Ruvalcaba?**



A No.
**Q The individual group of 25 to 30 people that were on the corner of Sunnyside and that were throwing bottles, can you name one of those individuals?**
A I can't. I don't know -- if you show me pictures, maybe, but -- if you want me to be honest with you, there was one girl in particular that -- maybe two that I can remember their faces, but no, not really. I have no idea what their names were.
**Q Can you tell me whether or not they were wearing any type of gang colors?**
A I don't remember that. I don't think so.
**Q Okay. I'm going to show you this photo here. Do you see this photo of one, two, three, four, five, six, seven, eight people?**
A Yeah.
MR. KIVETZ: Okay. We're going to mark this as Exhibit 2, I believe, and for the record it is Bates stamped Bouto 3650.
MR. RAHE: Should be 3, Jeff.
MR. KIVETZ: I'm sorry, Exhibit 3. Thank you.
(At 2:22 p.m. Exhibit 3 marked.)
BY MR. KIVETZ:

**Exhibit 9**

**Q First of all, do you recognize anybody in these photos?**
A I believe the third one is Robert. And then --
**Q And was this what Robert was wearing May 14, 1993?**
A I remember the shorts.
**Q Okay. What about --**
A Dark shorts.
**Q What about the shirt?**
A Karl Kani.
**Q Karl Kani?**
A Is that Karl Kani? Yeah, I remember the Karl -- I thought it was a white shirt.
**Q So is this -- Mrs. Rasho, it's 2:23. Do you need to go? I have some more questions.**
A Is it going to take long?
**Q I don't know. I can't -- 20 -- at least 20 minutes or so.**
A I got to get my kids. Can we continue a little later maybe or tomorrow?
**Q We can -- we can continue -- we can take a break for 30 minutes if you want to go pick them up, and then we can come back. Would that be sufficient time?**
A Yeah. I'll be back at about 3:10. Is that okay?
**Q Okay. Can we go for another seven minutes or so, or do you need to leave right now?**



A I can go -- we can go seven more minutes. I'll just walk real fast from here.
**Q Thank you. I appreciate your time.**
A Sure.
**Q So to be clear, is the clothing that Robert Bouto, who's the third in position when looking at the picture from left to right, is that what he was wearing on May 14, 1993?**
A I mean, I guess so. I remember it was a Karl Kani shirt and dark long shorts. That's what I remember.
**Q Can you make out that there's a hoodie behind this in this picture of Mr. Bouto?**
A It does look like there is.
**Q Okay. And did he have a hoodie on on May 14, 1993?**
A I don't remember that. I mean --
**Q What about his hairstyle. Do you recall Mr. Bouto having a little rattail in the back of his hair?**
A No, it was short.
**Q Do you ever remember him having a little rattail on the back of his hair?**
A No. It was always short.
**Q Did he ever change his facial hair at all while you knew him?**
A No. He just had a little mustache.



**Q So just for the record, I'm showing you Bouto 3649 in the same group Exhibit 3. Is this how Mr. Bouto commonly wore his facial hair?**
A Yeah.
**Q And then going back to Bouto 3650, do you recognize any of the other individuals in this lineup, or in this photo rather?**
A No.
**Q No? Okay.**
A No.
**Q I'm just going to go one at a time. Do you recognize the person here in position 1?**
A No.
**Q What about --**
MR. AINSWORTH: Asked and answered.
MR. KIVETZ: She said no.
A No.
MR. AINSWORTH: I know, but she told you she didn't recognize anyone.
A No.
MR. KIVETZ: Russell, can you stop, please? You tell me when you're done talking, and I'll continue. I'm going to take your silence that you're done.



BY MR. KIVETZ:
**Q Do you recognize the person standing in position two?**
A No.
**Q Do you recognize the person standing in position three?**
A Yes.
MR. AINSWORTH: She already told you.
MR. KIVETZ: Are you done, Russell?
MR. AINSWORTH: You know, Jeff, when you, you know, like I think you're harassing the witness.
MR. KIVETZ: I don't think so. I'm asking -- asking questions.
MR. AINSWORTH: You don't like her testimony, and so I think you're trying to take it to her. So I really -- because otherwise why would you be asking her when she said the third one from the left is Robert Bouto, and then you ask her, who's the third one from the left? Like what's the purpose of that question, Jeff, if it's not to harass the witness? Tell me.
MR. KIVETZ: Why don't you tell me when you stop making speaking objections and trying to garner favor with your witness, and I can move on.
MR. AINSWORTH: No, tell me why --
MR. KIVETZ: I'm not going to answer any of your questions.

**Exhibit 9**

MR. AINSWORTH: What is the nonharassing --
MR. KIVETZ: If you want to call the judge and ask the judge why I'm -- while I'm going through and asking whether or not they identify individuals when she said she could only understand or know the people by looking at their photos, then go ahead.
MR. AINSWORTH: She said she didn't recognize any of them.
MR. KIVETZ: All right. You tell me when you're done. I'm -- I'm not going to do this with you today. Tell me when you're done.
MR. AINSWORTH: All right, Jeff. If you're not going to -- I'm asking you not to harass the witness.
MR. KIVETZ: I'm not harassing the witness. That's your --
MR. AINSWORTH: I'll watch, Jeff. This has been very harassing so far, so hopefully it's going to change.
BY MR. KIVETZ:
**Q Mr. Rasho, I'm not trying to harass you in any form or fashion.**
A I don't recognize any one of those people at all.
**Q So the record is clear, do you recognize the person**



**sitting in the fourth position here?**
A No, I do not.
**Q Do you recognize the person sitting in the fifth position here?**
A No, I do not.
**Q Do you recognize the person sitting in the sixth position here?**
A No, I do not.
**Q Do you recognize the person sitting in the seventh position here?**
A No, I do not.
**Q Do you recognize the person sitting in the eighth position here?**
A No, I do not.
MR. KIVETZ: Okay. Now is a good time for a break, so we'll come back at 3:10.
THE WITNESS: So I'm just going to keep my phone on mute then and I'll be back.
MR. KIVETZ: That works. You might want to turn your video off as well.
THE VIDEOGRAPHER: I'll take us off the record. We are going off the record at 2:28 p.m.
(Recess taken.)
THE VIDEOGRAPHER: We are going back on the



record at 3:12 p.m.
BY MR. KIVETZ:
**Q Okay, Ms. Rasho, I wanted to follow-up on group Exhibit 3 that we were previously talking about before we had to take a break. I wanted to see -- I'm going to show the photo to you now that's been marked -- previously Bates stamped Bouto 3652 and tell you some of the names of the individuals in the lineup and see if that helps refresh your recollection as to whether or not you knew any of these people in May of 1993. Okay?**
A Okay.
**Q Okay. So from left to right, this person has been identified as Lupo Williams in position Number 1. Does that refresh your memory one way or the other as to recognizing --**
A What was his first name?
**Q Lupo Williams.**
A No.
**Q Okay. The person that's in position 2 has been previously identified as Jose Santiago. Does that refresh your recollection as to whether or not you knew him in May of 1993?**
A No.



**Q We know who is in position 3. In position 4 this person has been previously identified as Louis or Luis Qwendo. Does that refresh your recollection at all?**
A No.
**Q In position 5, this person has been previously identified as Cruz Reyes. Does that refresh your recollection at all as to whether or not you knew him in May of 1993?**
A No.
**Q And then in position 5, we have -- I'm sorry, that's position 6, we have Jose Sanchez. Does that refresh your recollection at all as to whether or not you knew this person in May of 1993?**
A No.
**Q And in position 7, we have Cesar Matias. Does that refresh your recollection at all whether or not you knew that person in May of 1993?**
A No.
**Q And then in position 8 finally we have Israel Medina. Does that refresh your recollection at all as to whether or not you knew this person in May of 1993?**
A No.
**Q Now, having had an opportunity again to look at Exhibit 3, do you recognize as to whether or not any of**

**these individuals were in the group that were throwing stones toward your direction on May 14, 1993?**
A No, I seen girls. I never seen guys.
**Q Is it possible that there were also guys in that group as well and you just don't remember as you sit here today?**
A I -- I remember seeing girls. There could have been, but what I seen when I seen -- I can remember two females particularly, their faces. But when I seen bottles and rocks being thrown, I took off. I never looked -- it could have been. I don't remember any of that.
**Q Could you identify whether or not any of those individuals, those 25 to 30 people in the group, were part of a specific gang at all?**
A No, I never seen it. I don't even think they went to Roosevelt.
**Q Could you tell by the colors that they were wearing as to what type of gang they might have been associated with?**
A No. I know green and black were Cobras. Blue and black was Disciples. Orange and black were Stones. Yellow and black were King. And that's it. That's all I know.



**Q And were any of those colors specifically predominant in the group of 25 to 30 people that were throwing bottles and rocks in your direction on May 14, 1993?**
A I don't remember. I honestly -- I honestly saw -- I remember seeing two females in particular, but there was a group, and those two girls in particular is the two girls that I -- their faces stick out to me, I guess.
**Q Was Joanie wearing any type of particular colors that day?**
A I don't remember.
**Q Do you know if Joanie associated with the PR Stones?**
A I don't know. I know I didn't really associate with her, so I'm not -- I don't know -- I didn't know her. I knew her sister awhile ago, but I didn't associate with them so I don't know.
**Q Did you do anything to try to protect yourself when the bottles and stones were getting thrown your way on May 14, 1993?**
A Only thing I could do was run.
**Q Did you throw anything back at all?**
A No.
**Q Have you ever been in any fights before May 14, 1993?**
A No.



**Q No.**
A Never been suspended from school. None of that.
(Reporter asks for clarification.)
A I've never even been suspended from school. I've never gotten in trouble like that. The worst thing that I've ever had was tardies. That's it.
**Q Did you have any -- any reputation at all in the school for yourself that you're aware of?**
A I always saw myself --
MR. AINSWORTH: Object to the form.
A -- as quiet. I didn't really get involved like that. I mean, I was just cool with everybody. I didn't want to stick out. I mean, I'm kind of the same type of person today, I think. I don't really care for any of that stuff.
**Q What about Tania. Did she have any reputation in the school in May of 1993?**
A The reputation that Tania did have, she's a very pretty girl. Pretty curly hair. Green eyes.
**Q Did Tania have -- I'm sorry, you're frozen so I couldn't tell whether or not you were done talking. Go ahead.**
A She just had a -- she had a reputation of a pretty girl.



**Q Did Tania ever get in any fights before May 14, 1993?**
A Not that I know of. I don't remember her getting into fights like that.
**Q Do you know whether or not Tania was considered protected under the Stones because she was dating Robert Bouto in May of 1993?**
A I mean, protection from what? And then they ended up breaking up anyway.
**Q So what I mean is whether or not she received any protection from Robert Bouto or Stones who were also attending Roosevelt High School in case something happened to her?**
A She didn't need -- she didn't get into stuff like that. She didn't need protection. There's no need.
**Q Did you receive any type of protection from the PR Stones before May of 1993 --**
A No.
**Q -- for being associated with Robert Bouto?**
A No. They didn't even know that I was his witness.
**Q No, I'm talking about before that.**
A Yeah, yeah, I'm talking about before then, too, and now and -- I don't think anyone really knew that I was even a witness or anything that I know of.
**Q And I'm talking about before the incident. Before --**

**Exhibit 9**

Page 166

A Before the incident?
**Q Yeah.**
A No. No.
**Q So neither you or Tania --**
A Tania -- I could tell you I have heard before that -- I mean, I don't know if Tania will admit to this or not, but the good girls of the neighborhood, yeah, but that's because our parents were really strict with us and, you know, we had to stay home and close to the family. That's for sure.
**Q So you're saying that you were the good girls in the neighborhood? Is that what you're saying?**
A Yeah.
**Q Okay.**
A Yeah.
**Q And then did you think that either you or Tania, if something bad happened to you, would receive any type of protection or retribution for the -- by the PR Stones?**
MR. AINSWORTH: Object to the form of the question.
**Q I shouldn't have added retribution. Did you feel as though if something bad happened to you in May of 1993 that the PR Stones would have protected your interest?**

Page 167

A No.
**Q We talked about how Robert Bouto knew where Tania lived back in May of 1993. Do you remember your testimony on that issue?**
A Yeah.
**Q It's also safe to say that he knew where you lived as well because you were neighbors of Tania, right?**
A I don't know if he really knew where I lived-lived-lived. But it was a pretty big building. And Tania's entryway was actually on Kedzie, and my entryway was on Sunnyside, and there was five entrances. So I could say maybe he knew that I lived in that building. Maybe. I don't know.
**Q And if somebody wanted --**
MR. AINSWORTH: Object to foundation.
**Q And if someone wanted to find you, it would have been pretty easy to ask for the Kandah family if they showed up to that building, is that right?**
MR. AINSWORTH: Object to the form of the question. Foundation.
A No.
**Q Why not?**
A Who's going to come looking for me? There was no name on the mailbox. There was -- the mailbox was actually

Page 168

in one apartment building on the very front, and so the mailman, instead of going around, he would come and give it to the office manager. And why would they come for me? For what?
**Q I'm not -- I'm not suggesting that anyone came for you.**
A I just don't --
**Q Hold on, Mrs. Rasho, one second. If someone was looking for you and came to the building, they would be able to easily find where you lived in May of 1993 by just asking around other tenants in the building. Isn't that fair to say?**
MR. AINSWORTH: Objection, form, foundation.
A They would have to say the daughter of Mike instead of saying Helen. They won't know who Helen is.
**Q They could have asked for the Kandah family, though, right?**
A They wouldn't have known.
**Q Who wouldn't have known?**
A Nobody. They didn't know our last name. They knew in Arabic the daughter of or the son of. Like my mom and Mike, my brother's name is Mike, so they say the mother of Mike. They won't say the last name, so they didn't know our -- you know, Mike, daughter of Mike, like the mother of. It's hard to explain.

Page 169

**Q I understand what you're saying there's a cultural difference, but my question is a little different. If the police were looking for you, right?**
A Okay.
**Q To help determine whether or not Mr. Bouto was providing an appropriate alibi, they could have found you by going to the building. Isn't that fair to say?**
MR. AINSWORTH: Objection, foundation, form.
A I don't know.
**Q All right. Do you know who Edwin Maldonado is?**
A Edwin Maldonado?
**Q Yeah.**
A No.
**Q And in the rumors that were -- that you overheard at least on one occasion about Mr. Bouto confessing to an inmate, do you know whether or not that person that he confessed to was Edwin Maldonado?**
A I didn't -- I don't -- I didn't know anyone's names. I didn't hear names.
**Q Besides overhearing that Bouto confessed in jail to the murder of Salvador Ruvalcaba in the pool hall, did you hear that anywhere else?**
A No. That was the first time I heard it.
**Q Did you hear it again afterward?**

Exhibit 9

A No. And actually as a matter of fact I remember completely forgetting about it, and then in 2019 when that guy showed up and was apologizing, I was trying to figure out what was going on, and then it kind of started bringing back memories.
**Q What guy showed up and started apologizing?**
A That white dude, that guy that said that Robert -- he's saying that Robert told him that he did it, that guy, it was a white guy, he apologized to Robert and told him -- he just apologized to the guy.
**Q Are you talking --**
A That's what I remember.
**Q Did someone come to your house and apologize to you?**
A In 2019 in the courthouse.
**Q Okay. So you're talking about when Carl Richmond apologized to --**
A Yes.
**Q -- to Mr. Bouto? Hold on one second. Ms. Rasho, just so the record's clear, you got to wait until I'm done asking my question before you answer. So you're talking about when Carl Richmond apologized to Mr. Bouto during -- at the courthouse during the certificate of innocence hearing? Is that what you're saying?**



A Yeah, I saw that.
**Q All right. Do you know who Francisco Vicente is?**
A No.
**Q If I was to represent to you that that was another person that Robert Bouto confessed to in jail about murdering Salvador Ruvalcaba, would that refresh your memory in any way?**
MR. AINSWORTH: Object to the form of the question.
A No.
**Q And now I want to talk to you a little bit about some other people who lived locally and ask if you recognize their names. The first one is Melissa Melendez. Do you know that person who lived right around the area of Sunnyside and Kimball?**
A No.
**Q What about Ida Rodriguez? Same area.**
A No.
**Q What about Patricia Flemming?**
A No.
**Q What about Margaret Flemming?**
A (Witness shakes head.)
**Q Christopher Flemming, do you recognize that name?**
A (Witness shakes head.)



**Q Do you recognize Melissa Castella?**
A No.
**Q What about Michael Flemming?**
A (Witness shakes head.)
**Q No? He was 15 years old at the time. He went to Roosevelt High School. Does that refresh your memory at all?**
A I need to see pictures.
**Q Well, I tried to do that before but it didn't help, unfortunately.**
A Yeah, but I don't -- I don't -- I wasn't really very popular like that. I mean, I mean, this is like 30 years ago, too, at the same time. None of these names look familiar or sound familiar in any way.
**Q So you have spoken with Russell Ainsworth a few times before this deposition. Is that fair to say?**
A I mean, I've spoken with him, and he told me that I got to come in, and then that's it. And he just said to speak the truth. That's it.
**Q Okay. How long did you speak with him for?**
MR. AINSWORTH: Objection, foundation.
**Q Let me rephrase the question. When is the last time you spoke with Mr. Ainsworth?**
A I'm not even sure.



**Q Was it in the past couple weeks?**
A Probably. I don't remember. Yeah. Yeah.
**Q Do you recall was it over the phone or in person?**
A Phone. It was not in person.
**Q And how long did you speak with him for approximately?**
A It was quick. Quick.
**Q Like less than five minutes?**
A Less.
**Q Okay.**
A Because -- yeah.
**Q Did you talk about any specifics relating to your testimony here today?**
A He just said speak the -- he just said speak the truth, he's pretty confident, and he knows that, you know, Robert is innocent. All you got to do is speak the truth. That's it. And to think about what you're saying before you say it.
Sorry. Give me one second.
**Q Sure.**
A Okay. Go ahead. Somebody was calling.
**Q And then did you guys talk about anything else?**
A No.
**Q All right. So the entirety of your conversation, he said just speak the truth and listen to my question**

**Exhibit 9**

**before answering it. Is that what you're saying?**
A Think about the question that's being asked before speaking.
**Q Okay. Did you guys talk about any specifics of your testimony?**
MR. AINSWORTH: Objection, asked and answered.
**Q No?**
A No.
**Q Did he send you any documents to review?**
A No.
**Q Did you talk to anyone else about the substance of your deposition?**
A For today?
**Q Yeah.**
A My cousin in New York. I just told him I'm going to be busy, I have to do this situation for that guy that got locked up, and that's it.
**Q Now, going way back to when you testified I think it was in 2019, in January of 2019, you testified in a certificate of innocence hearing. Do you remember that?**
A Yeah, I do.
**Q Did you meet with Mr. Ainsworth in person before that?**



A I don't remember. I don't think so.
**Q Did you meet with anyone associated with either -- with the exoneration project?**
A No. I remember -- no.
**Q Do you remember speaking with anyone?**
A I remember when Robert was locked up and he was already sentenced, he asked me to call someone in Northwestern University a few times, and that was it. And then all they said is -- the lady says to hang -- to tell him to hang in there. That's it.
**Q But my question is before your certificate of innocence hearing, innocence --**
A No.
**Q Before the certificate of innocence hearing rather, did you talk with Mr. Ainsworth at all?**
A Certificate of innocence which was 2019, no, I don't remember.
**Q Did you ever remember talking to Mr. Ainsworth or anyone associated with the exoneration project about the specifics of your testimony before giving it in 2019?**
A I don't remember talking to nobody.
**Q Did anybody ever talk to you before January of 2019 about whether or not Mr. Bouto had a rattail or a**



**ponytail?**
A Before 2019, I remember in 1996 being asked. After that, no.
**Q Okay. And you don't remember --**
A I remember --
**Q Go ahead.**
A I just remember back then that that was a big deal for some reason.
**Q Okay. So are you telling me as you sit here today that you did not talk with anyone associated with the exoneration project before your testimony in January of 2019, or rather do you not remember whether or not you did at all?**
A I don't remember either. I don't remember talking to anyone. I remember freaking out because this letter came in the mail, and they just -- then I seen it was with him. I didn't know what was going on. I don't watch the news. I actually don't watch T.V. I didn't even know he was even doing this to be honest with you.
**Q Yeah, neither do I. I understand.**
**So what about when is the last time you talked to Tania about, you know, this incident at all?**
A I mean, I don't really remember. I remember after the hearing I called her and I told her, you know, what was



going on. And after I left, I called her and I was like, oh, I did it, it's done. And that's it. And I really haven't talked to Tania since 2019, so that's it.
**Q But before 2019 when you stopped talking with her, when is the last time you talked to her about the shooting of Salvador Ruvalcaba?**
A I don't. It's not like -- we didn't talk about it.
**Q Did anyone reach out to you besides Robert Bouto after your criminal trial testimony up until let's say 2013 before you spoke with people from the law firm of Sidley Austin?**
A I don't remember. I don't remember.
**Q Okay. I'm real close to done, but in order to save time I am going to show you an interview that you participated in as it's been represented to us in November of 1995. I want you to take your time. I want you to review it. And then all I want to know is whether or not anything is inaccurate or untrue in the particular -- in the particular document, okay?**
A Okay.
(At 3:36 p.m. Exhibit 4 marked.)
**Q So I'm going to pull it up here. We're going to mark this as Exhibit 4. And then take your time and review**

**Exhibit 9**

**it. And then I'll scroll down and you just -- I'll just ask you after each page whether or not anything is inaccurate or untruthful, okay?**
A Okay.
**Q Can you see this document that says J.C. Frycek & Associates?**
A Uh-huh.
**Q Okay. So just take your time and I'm going to -- can you read it okay now?**
A Yeah.
**Q All right. Go ahead and read it, and when you're done tell me whether or not anything is inaccurate on that first page. For the record, this is Exhibit 4, and it's Bates stamped Bouto 16588 through Bouto 16604. Okay. Go ahead.**
(Witness reviews document.)
A "He wanted to be friends with my friend over here who are actually boyfriend/girlfriend. From there she introduced me to him." That sounds a little weird. That's all wrong. Wait. "From when he got locked up about five to four months before," yeah. That first part right there, the second part where -- the third one where it says "Ms. Kandah, he wanted to go be friends with my friend over here," that's a little



weird.
**Q Hold on. Helen, just so we can do this quickly, I want you to just read through the entire page, and then if you have something that's either confusing, because some of this is not written well, let me know and we can talk about it, okay?**
(Witness reviews document.)
A That's good.
**Q But for the part that I'm highlighting that says "He wanted to go be friends with my friend over here who are actually boyfriend/girlfriend. From there she introduced me to him," is everything accurate and truthful as you remember it?**
A But that -- that's a little weird.
**Q Tell me what are you talking about?**
A I don't remember how they met or anything like that. And, I mean, I don't know what he wanted to do. "He wanted to go be friends with my friend."
**Q Is it -- beyond that particular sentence there in the middle, is it -- is this generally accurate information as you remember it in -- from May of 1993?**
A Yeah.
**Q Okay. And is it also generally true with regard to that mixed-up sentence that Tania and Robert Bouto were**



**dating in May of 1993, is that fair?**
A Yes.
**Q And that Tania introduced you to Robert Bouto at some point in time before May of 1993, is that fair?**
A Correct. She introduced me to her boyfriend.
**Q Correct. All right. Now, let's go to the second page. And, again, some of it is a little broken up, but just let me know if it's generally accurate and truthful, okay?**
A Okay.
(Witness reviews document.)
A That's incorrect.
**Q What area?**
A Right here. Don't move it. Don't move it. So one, two, three, four, the fourth part where it says, "Ms. Helen Kandah, I remember it being a Friday because it was a day we found out he went to jail was on a Friday," that's incorrect.
**Q What is incorrect about that statement there?**
A We didn't know he was -- well -- well, it was kind of tricky to say. We didn't find out that day that he went to -- we didn't find out that day he got locked up. That didn't happen, I believe, until Monday. Maybe Sunday. I don't know. But I believe it was



Monday. So that's incorrect.
**Q Go ahead and continue reading.**
(Witness reviews document.)
A That's all correct. I'm not too sure about that part.
**Q What part are you not sure about?**
A I didn't -- we didn't -- we didn't -- well, he got locked up that day for that specific situation, but we didn't find out. But that's the day that he got locked up, yeah, I would say.
**Q Okay. That's been clarified. Thank you. If we can just keep reading now through the next page, this is Page 3 of the document.**
(Witness reviews document.)
A So I walked out earlier. Wait, what time? Go back. After the bell rang, which would have been 2:45, I think, 2:55, 2:50 for what? Waiting for Tania when she came out, is that what that's saying?
**Q It says --**
A Yeah, yeah.
**Q Was Tania with you when you actually left the school building?**
A The corner, no, I left the before the bell rang. So, let's see. One, two, three, the third where it says the third "Ms. Kandah," and it says, "So approximately

**Exhibit 9**

five to 10 minutes after the bell rang you were already on the corner." It's not after. It was before.
**Q Okay.**
A For me.
**Q Yes. But after the bell rang, is that accurate? After the bell rang, you were already on the corner of Kimball and Wilson, right?**
A The bell didn't ring yet.
**Q I understand that you got there before the bell, but were you also there after the bell rang because you were waiting for Tania?**
A Yes.
**Q Okay. I think it was -- so then that's accurate then the way it's portrayed in this document, right?**
(Witness reviews document.)
A Yeah.
**Q Okay. So everything on Page 3 is accurate and truthful to the best of your memory?**
**Helen, you have to provide a verbal answer.**
A Yes. Yes. Sorry.
**Q Going on to Page 4.**
(Witness reviews document.)
A Yeah, a lot of girls, a lot of girls. Just like I said, they didn't like her. I don't understand this



last part. It says "Ms. Kandah, okay, so when we went" -- something -- actually let me see. They went this way. Me and that girl Joanie went this way. By the time we got here, there was about a lot of girls around say here. They seen that girl Joanie, for some reason, I don't know what kind of problems she had, nobody likes her. Okay. So when they seen her, I told her, look at those girls, you know, to run. And like a fool I was, I ran with her because I was -- I always thought they would hate me, too, because I was standing or staying with her. I thought they were going to like come at me, yeah. In a way. I ran. I was going to run no matter what. So I don't know why I said that, but I wasn't going to stand there.
**Q Is this accurate and truthful testimony? Is this an accurate and truthful statement that you provided to -- in 1995?**
A Yeah --
(Reporter asks for clarification.)
**Q So I guess my question is after reviewing Page 4, is this an accurate and truthful statement you provided to Mr. Press in November of 1995?**
A Yes.
**Q Moving on to Page 5, I'm going to ask you the same**



**questions. When you're done, let me know.**
(Witness reviews document.)
A I don't know if it was 25 to 30 girls. Yeah. Yeah.
**Q After having an opportunity to review Page 5, is this an accurate and truthful statement you provided to Mr. Press in November of 1995?**
A Yeah.
**Q Okay. Moving on to Page 6.**
(Witness reviews document.)
A Yeah.
**Q Okay. After having an opportunity to review Page 6, is this an accurate and truthful statement that you provided to David Press in November of 1995?**
A Yeah.
**Q Okay. Move on to Page 7.**
(Witness reviews document.)
A I don't know if it was south. I want to say west. I don't think I knew at that time, you know, that direction. Yes.
**Q Okay. Having had an opportunity to review Page 7 of the transcript in Exhibit 4, is this accurate and truthful statement that you provided to Mr. Press in November of 1995?**
A Pretty much, yeah.



**Q Okay.**
A Yeah.
**Q Yes?**
A Yeah.
**Q Moving on to Page 8.**
(Witness reviews document.)
A I believe so.
**Q Okay. Having had an opportunity to review Page 8 of this Exhibit 4, is this a truthful and accurate statement you provided to Mr. Press in November of 1995?**
A Yes.
**Q Moving on to page 9.**
A I don't understand where it says, "Yeah, I had a hard time finding the number yesterday. Happened to knock on the right door and right into your place which is right here." What is that?
**Q That's the investigator telling you he had a hard time finding your particular house. Do you recall that?**
A Yeah, but I don't remember that conversation. I don't even know he came to my house.
**Q Do you dispute that this --**
A I don't remember that.
**Q Do you have any reason to dispute the accuracy that**

**Exhibit 9**

**sets forth on Page 9 about him trying to find --**
A No.
**Q So after having had an opportunity to review Page 9 of this conversation, statement, is this accurate and truthful to the best of your knowledge of what you told Mr. Press on November -- in November of 1995?**
A I'm not sure about this last part, but, I mean, I didn't get out of school at 2:50. Technically the bell rang at 2:45, and I left earlier, so that was him, not me, saying that.
**Q Do you dispute that that's what occurred --**
A Yeah.
**Q So you're saying it's an accurate and truthful recording of the interview between you and Mr. Press in November of 1995?**
MR. AINSWORTH: Object to the form of the question.
A Yeah.
**Q Go ahead, now reviewing Page 10 of the document.**
(Witness reviews document.)
A Yeah.
**Q Okay. Having had an opportunity to read Page 10 of the document, is that an accurate and truthful statement that you provided to Mr. Press in November of 1995?**



A Yes.
**Q Moving on to Page 11.**
(Witness reviews document.)
A Yeah.
**Q Okay. Having had an opportunity to review Page 11 of this document, is that an accurate and truthful statement that you provided to Mr. Press in November of 1995?**
A Yeah.
**Q Okay. Moving on to Page 12.**
(Witness reviews document.)
A Uh-huh. Yeah.
**Q Having had an opportunity to review Page 12 of Exhibit 4, is that an accurate and truthful statement that you provided to Mr. Press in November of 1995?**
A Yes.
**Q And moving on to Page 13.**
(Witness reviews document.)
A Yeah.
**Q Having had an opportunity to review Page 13 of Exhibit 4, is that an accurate and truthful statement that you provided to Mr. Press in November of 1995?**
A Yes.
**Q Moving on to Page 14.**



(Witness reviews document.)
A Yeah.
**Q Having had an opportunity -- oh, a couple more.**
(Witness reviews document.)
**Q Having had an opportunity to review Page 14 of Exhibit 4, is that a truthful and accurate statement that you provided to Mr. Press in November of 1995?**
A Yes.
**Q Moving on to Page 15.**
(Witness reviews document.)
A Yes.
**Q Okay. Having had an opportunity to review Page 15, is that a truthful and accurate statement that you provided to Mr. Press in November of 1995?**
A Yes.
**Q Moving on to Page 16. Almost done.**
(Witness reviews document.)
A Yes.
**Q Okay. After having an opportunity to review Page 16 of Exhibit 4, is that a truthful and accurate statement that you gave to Mr. Press in November of 1995?**
A Correct.
**Q And then the last page.**
(Witness reviews document.)



A Yeah.
**Q Okay. Having had an opportunity to review Page 17 of Exhibit 4, is that a truthful and accurate statement that you provided to Mr. Press in November of 1995?**
A Yes.
MR. KIVETZ: Okay. I just need to take a five-minute break, if not less, maybe two minutes, okay? Just give me one second.
THE WITNESS: Okay.
THE VIDEOGRAPHER: Do you want me to take us off the record for this?
MR. KIVETZ: Sure.
THE VIDEOGRAPHER: We are going off the record at 4:07 p.m.
(Brief recess.)
THE VIDEOGRAPHER: We are back on the record at 4:09 p.m.
BY MR. KIVETZ:
**Q Mrs. Rasho, you said previously that Mr. Bouto sent a letter to you telling you -- informing you that he had might possibly have gotten another girl pregnant. Do you recall that testimony?**
A I remember.
**Q Do you know whether or not Mr. Bouto got another girl**

**Exhibit 9**

**pregnant before his relationship with Tania?**
A I have no idea.
**Q Do you know --**
A Actually I always --
(Reporter asks for clarification.)
A I actually have always kind of wanted to know if that was true or not. We never knew. But like I said, it was a previous relationship or situation that I know of.
**Q Okay. And then you also gave some testimony saying that Bouto wanted to have you come and visit him because no one else was visiting him. Do you remember that particular testimony that you gave?**
A Yeah.
**Q Yeah. Do you know why no one else was coming to visit him?**
A Because -- I don't know. He just wanted people to come visit him, maybe to pull him out of the jail, you know, whatever reason, get out of the area.
**Q Okay. And then there's been an allegation that a person by the name of Mario was provided a gun after -- immediately after the shooting of Salvador Ruvalcaba. Do you know anyone by the name of Mario?**
A No. I mean -- I don't know. Back then there's -- to



be honest with you from -- there could have been at least 10 Marios.
**Q Do you know any Marios who hung out with Robert Bouto in May of 1993 or around that time period?**
A I don't know. I didn't really affiliate with his friends like that.
**Q Okay. But my question is different. Did you know whether or not Mr. Bouto hung out with a person by the name of Mario in May of 1993?**
A I'm not sure.
MR. KIVETZ: Okay. That's all I have. Thank you very much for your time.
THE WITNESS: You're welcome.
MR. AINSWORTH: I have no questions on behalf of Mr. Bouto.
MR. HODAL: I have a few questions on behalf of Kevin Hughes.
EXAMINATION
BY MR. HODAL:
**Q Ms. Rasho, I know it's late and you got some kids to feed. My name is Joseph Hodal. I just have a few questions, okay?**
**You indicated that no one knew you were his witness, and you were talking about Robert's, right?**



A Yeah, nobody really knew that I was a witness for him.
**Q So Ms. Rasho, my question to you again, I'm going to refer you to those things that Mr. Kivetz went over. Page 11 of 17 you were asked this question and you gave this answer: On the afternoon -- or it says, the investigator asked you, "Did you have any conversations with Tania on that afternoon at all," and your answer was, "No, I don't think so." Do you remember being asked that question and giving that answer?**
A Who asked me the question?
**Q When Jeffrey asked you to go through your --**
A Oh, yeah, yeah, yeah.
**Q Page 11 and you said everything on there was truthful and accurate?**
A Okay. And then he asked --
**Q So the question was this: You told the investigator that you had no conversations with Tania on that afternoon at all, and your answer was --**
A Correct.
**Q -- "No, I don't think so," right?**
A Correct. I went straight home. I didn't even see her that day.
**Q Okay. So just so we're clear, I'm going to ask you these questions: If Friday the 14th was the day of the**



**shooting --**
A Okay.
**Q -- when was the next time that you recall speaking to Tania about the events of Friday the 14th?**
MR. AINSWORTH: Objection, asked and answered. Answer it again.
**Q Answer if you can, Ms. Rasho.**
A About Friday, that day I don't recall we talked about anything until we went to school and then we found out everything that went -- that happened.
**Q Okay. Do you remember several hours ago you said that Tania contacted you because she was in contact with some people?**
A On Monday, correct. At school, correct. Yes.
**Q Okay. And to the best of your recollection, could you tell us how that went down? Did she contact you in another classroom?**
A No, they let out, you know, each class is like, I don't remember, 40 minutes, 30 minutes. I don't remember that. We would occasionally -- we had completely different classes, so I don't remember if we shared lockers and we just met there, but there would be like meeting points throughout. And she had told me -- I remember her telling me that they called her. Somebody

**Exhibit 9**

called her. I don't remember who. It could have been a lawyer. It could have been somebody. And they talked with her there. That's what I remember.

**Q Okay. Is it possible that she could have been contacted by the police?**

MR. AINSWORTH: Objection, calls for speculation.

A I don't know that. I wasn't there. Whoever talked to her, I wasn't there. I don't remember who it was.

**Q Was it at that time that you and her discussed the fact that you were with him at around 3 o'clock in the alley?**

A No. No. I wasn't with him.

**Q Okay. At what point did you realize that the two of you were with him in that alley at 3 o'clock on May 14, 1993?**

MR. AINSWORTH: Object to the form.

A She was with him in the alley. I seen him. And when we realized and put everything kind of together, that's when I told her, I seen you guys. And I told her how I seen her, and then she went and told them, and then she came back and then they wanted to talk to me. That's how it went down.

**Q You said that they wanted to talk to you. Who are you**



**referring to?**

A I want to say it was a lawyer or someone like that. I believe it was his lawyer. I'm not sure.

**Q Ms. Rasho, you never spoke to any Chicago police officers about what you allegedly saw on that day?**

MR. AINSWORTH: Objection, asked and answered.

**Q What's the answer, if you can?**

A No.

**Q And you never spoke to any state's attorney about what you saw on May 14, 1993, correct?**

A Correct.

**Q In fact, you didn't speak to anyone about this incident until you testified in the trial on August 1 of 1996?**

MR. AINSWORTH: Objection to the form of the question.

A There were people that came and asked us to speak for him. That's it.

**Q Now, you indicated earlier that you were kind of -- I guess what were you doing? You were transferring letters from Robert's grandmother to Robert in jail?**

A So he -- so yeah. So because, you know, our parents are strict, and to get -- if we got any kind of mail or anything, like anything at all, they would open it up,



and they're going to be like, what this heck is this. So to keep communication, he mailed to it his grandma, and his grandma would -- we would go to his grandma's house, and that's that.

**Q Okay.**

A That's how that went down.

**Q Okay. So are you telling us today in 2021 that his grandmother never expressed any concern or you never discussed with her anything that you saw on Friday, May 14, 1993?**

MR. AINSWORTH: Object to the form of the question.

A So I'm Jordanian. We speak Arabic. My Arabic is not good. I was born and raised here. And they're Assyrian. And they can speak -- some of them can speak Arabic, but their Arabic is like -- it's like a different language. I could pick up some stuff but not all. It's very broken. It's not -- very simple words, you know what I'm saying? I can't hold a real conversation with --

**Q All right. So, Ms. Rasho, maybe you didn't understand my question. Are you telling us that you never told anyone in Robert's family that you believed him to be innocent of the charges against him?**



A I did. I did, his mom and his sister. I did.

**Q And when did you do that?**

A I told -- I don't remember that. When that happened, I don't remember. But I do remember I told his mom 100 percent he's innocent. Actually I told her 1 million percent he's innocent.

MR. HODAL: All right. I have no further questions. Thank you, Ms. Rasho.

MR. KIVETZ: I have one if there is no one else. I just forgot one. Is there anybody else?

MR. SCHALKA: Nothing, nothing, nothing for me.

MR. KIVETZ: Thank you.

FURTHER EXAMINATION

BY MR. KIVETZ:

**Q Do you have any photos of Robert Bouto from back when you spent time with him in 1993 through 1997?**

A No.

**Q Do you have any photos of Robert Bouto at all?**

A So -- no, I don't. I actually lost all my stuff in a flood. Literally all my stuff. All my memories. Everything was gone.

**Q Did you have any photos of Robert Bouto before you lost them in the flood?**

Exhibit 9

A There was -- there was one photo, the one that you had of him from the lineup, and I actually gave it to his mom. I remember that.

**Q So the photo that I showed you of Robert Bouto was the only photo that you had of him?**

A Yeah. At that time. But I had given it to his mother.

**Q Do you have any letters from Robert Bouto?**

A Nothing.

**Q Were those lost in the flood? Did you keep them?**

A I lost everything in the flood.

**Q But did you keep them and then they were lost in the flood?**

A I mean, not really. There was nothing to keep. It wasn't something like -- those were when we were -- the letters stopped when him and Tania broke up. And I wasn't -- I'm not a letter person. I don't like writing letters. I'd rather talk and communicate talking.

MR. KIVETZ: Okay. Thank you very much. I appreciate your time.

THE WITNESS: You're welcome.

MR. KIVETZ: Russell, do you want to explain signature?

MR. AINSWORTH: Sure. So the deposition is



concluded, but we have one last question for you, Helen, and that's the court reporter has been taking down all the questions you have been asked and all the answers that you have given. You can either reserve the right to review the transcript, or you can trust that the court reporter has taken down your testimony accurately and waive that right. Doesn't matter to us what you choose. You just have to let us know if you want to reserve the right to review the transcript or if you wish to waive that right and trust the court reporter got it down accurately.

THE WITNESS: It's being recorded. I can trust it.

MR. AINSWORTH: Okay. Show signature waived. Thank you. So you can sign off the Zoom.

THE WITNESS: Have a good day.

THE VIDEOGRAPHER: This concludes Media Unit 1 of the video deposition of Helen Kandah. We are going off the record at 4:21 p.m.

THE REPORTER: Can I get any orders, please?

MR. KIVETZ: I'll take one, please. Thank you.

THE REPORTER: Thank you.

(Record closed at 4:21 p.m.)



CERTIFICATE

I certify that this transcript, consisting of 200 pages, is a complete, true, and correct record of the testimony of HELEN KANDAH held in this case on September 14, 2021.

I also certify that prior to taking this deposition, HELEN KANDAH was duly sworn to tell the truth by CYNTHIA SOBOLEWSKI, Notary Public, Cook County, Illinois, with a Notary Commission expiration date of May 9, 2023.

________________________________

LAURET J. HENRY, CSR-6469
Registered Professional Reporter
Notary Public, Allegan County, Michigan
Acting in Allegan County, Michigan
My commission expires: 07/17/27
Dated: This 19th day of October, 2021

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

Exhibit 9

**Exhibit 9**