**GENERAL OFFENSE CASE REPORT CHICAGO POLICE**

**SCENE**

| 1 Offense/Incident Primary Classification | 1 UCR Off. Code | 2 Secondary Classification | 3 R.D. No. |
|---|---|---|---|
| HOMICIDE | 0110 | FIRST DEGREE MURDER | X-209 94 |

| 4 Address of Occurrence (No. / Dir / Street) | Apt No | 5 Fire Related | 6 Date of Occurrence (Day Mo Yr) / Time | 7 Beat of Occurr | 8 Beat/Unit Assigned |
|---|---|---|---|---|---|
| 3415 W SUNNYSIDE | | ☐1 Yes ☒ No | 14 MAY 93 / 1505 | 1723 | 1713 |

| 9 Type of Loc (or premise where offense occurred) — give name of location if applicable | 10 Location Code | 11 Date R.O. Arrived / Time | 12 Assigned By |
|---|---|---|---|
| STREET | 304 | 14 MAY 93 / 1525 | ☐ 2 On View ☒ Supervisor |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIMS**

| 20 No. Victims | 21 Name (Last, First, M.I.) | Identity Verified | 22 Home Address (No., Dir, Street, Apt No) | 23 Sex, Race Code, Age | 24 Home Phone | 25 Business Phone | 26 Time Avail | 27 Occupation | 28 Injured Yes No | 29 Vic Rel Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RUVALCABA, SALVADOR | ☐ | 4138 N. DRAKE | M 4 15 | 4787309 | NONE | | STUDENT | X | 24 |

Additional Victims: Supp

Parent/Guardian, if juvenile: GARCIA, LUCERO — 4138 N. DRAKE

**WITNESS**

30 No. Wit. — 31 ☐1 Discovered ☒2 Witnessed ☐3 Reported Offense

| Name | 32 Address | 33 Sex/Race/Age | 34 / 35 Phone |
|---|---|---|---|
| MELENDEZ, MELISSA | 4932 W. MONTROSE | F 2 32 | 338-6477 / 794-6833 |
| RODRIGUEZ, IDA | 3315 W. SUNNYSIDE | F 4 46 | NONE |
| FLEMING, PATRICIA | 3338 W. SUNNYSIDE #2 | F 2 13 | NONE |

Race Codes: 1 Black, 2 White, 3 Black Hispanic, 4 White Hispanic, 5 Amer. Ind./Alask. N., 6 Asian/Pacific Islan.

Offender/Victim Relationship Codes (Use for Member of the Same Family or Household): 01 Wife, 02 Husband, 03 Former Wife, 04 Former Husband, 05 Mother, 06 Father, 07 Son, 08 Daughter, 09 Brother, 10 Sister, 11 Aunt, 12 Uncle, 13 Mother-in-Law, 14 Father-in-Law, 15 Son-in-Law, 16 Daughter-in-Law, 17 Brother-in-Law, 18 Sister-in-Law, 19 Other Relative, 20 Girl Friend, 21 Boyfriend, 22 Friend/Acquaintance, 23 Other (Specify), 24 No Relationship

**OFFENDER**

| 40 No. Off | 41 Offender's Name (or describe clothing, etc.) | 42 Home Address | 43 Sex, Race Code, Age | Height | Weight | Eyes | Hair | Compl | Marks, Scars, etc. | 44 C.B./I.R. No. | 45 Offend. Rel. Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLK T-SHIRT, BLK 3/4 LENGTH BAGGY PANTS WHT HIGH TOPS | | M 4 16 | 505 | 120 | | BLK SHAVED W/PONYTAIL | | | | 24 |

**CIRCUMSTANCES**

50 — 51 Object/Weapon: ☒1 Used ☐2 Displayed ☐3 Unk — ☒01 Hand Gun, ☐02 Shotgun, ☐03 Rifle, ☐04 Knife, ☐05 Vehicle, ☐06 Blunt Instrument, ☐07 Thrown Object, ☐08 Explosive, ☐09 Liquid/Gas, ☐10 Bottle/Glass, ☐11 Razor, ☐12 Pry Tool, ☐13 Hand, Feet, ☐14 Other, ☐15 DNA

52 Firearm Features: ☐01 Chrome/Nickel, ☒02 Blue Steel, ☐03 Short Barrel, ☐04 Long Barrel, ☐05 Sawed Off, ☐06 Other, ☐07 Unknown, ☐08 DNA

53 Point/Entry: ☐01 Front Door, ☐02 Rear Door, ☐03 Window, ☐04 Roof, ☐05 Floor, ☐06 Side Door, ☐07 Other, ☐08 Unknown, ☒09 DNA

54 Point/Exit: ☐01 Front Door, ☐02 Rear Door, ☐03 Window, ☐04 Roof, ☐05 Floor, ☐06 Side Door, ☐07 Other, ☐08 Unknown, ☒09 DNA

55 Burglar Alarm: ☒ DNA; On Premise ☐1 Yes ☐2 No; Alarm Circumvented ☐1 Yes ☐2 No

56 Safe Burglary Method: ☐01 Punch, ☐02 Torch, ☐03 Explosive, ☐04 Drill, ☐05 Removed, ☐06 Peel, ☐07 Open, ☐08 Unknown, ☒09 DNA

57 If Residence, Where Were Occupants: ☐01 Work, ☐02 Visiting, ☐03 Vacation, ☐04 Wedding, ☐05 Funeral/Wake, ☐06 Other, ☐07 Unknown, ☒08 DNA

58 Unusual Characteristics of Offense: SEE NARRATIVE

59 Gang Related — Affiliation: ☒ Victim COBRA; ☒ Offender P.R. STONES

**PROPERTY**

70 — 71 Describe Property in Narrative — T = Taken, R = Recovered

1 Money, 2 Jewelry, 3 Furs, 4 Clothing, 7 Office Equipmt., 8 TV, Radio, Stereo, 9 Household Goods, 10 Consum. Goods, 11 Firearms, 14 Narc./Dang. Drugs, 15 Other, 16 None

72 Vehicle/Trailer: ☐ Stolen ☐ Theft From ☐ Offender's — Year, Make, Body Style, Color, V.I.N., State License No., State, Expir. Mo/Yr — 73 Property Inventory No(s) — 74 Veh. Inventory No.

**NARRATIVE / ADDITIONAL INFORMATION**

80 Narrative (Do not duplicate or repeat information — for explanation or additional information only)

WITNESS #4 - FLEMING, MARGARET L., 3338 W. SUNNYSIDE, F/2/39 NO PHONE

WITNESS #5 - FLEMING, CHRISTOPHER J., 3338 W. SUNNYSIDE, M/2/11 NO PHONE

WITNESS #6 - COSTELLO, MELISSA, 4514 N. BERNARD, F/2/36 588-0808

81 Sobriety of Victim: ☒ Sober ☐2

82 Flash Message Sent: ☒ Yes ☐2 No

**POLICE PERSONNEL**

90 — 91 Extra Copies Required: ☐ Normal — ☒ Cont'd Other Side — ☐ R.O.

92 Officer Notifying Follow-Up Investig. Unit: C.O.S. — Unit Notified: A5/VC — Person: GUEVARA #20861 BT 5535 — ☐ Notified ☒ Arrived — Date (Day Mo Yr): 14 MAY 93 — Time: 1550

93 First Officer at Scene: D. JOHNSON 15448 BT 1712

94 Officer Notifying: SHIER — ☒ 1st D/S ☐ E.T. ☐ M.E. — Person: TULANO #13854 — ☒ Notified ☐ Arrived — Date (Day Mo Yr): 14 MAY 93 — Time: 1745

95 Reporting Officer's Name (Print): S. SHIER — Star No: 15018 — Officer's Signature: [signature]

Date Invest. Completed - Time: 14 MAY 93 2000

97 Supervisor Approving (Print Name): SGT. E. MEEHAN — Star No: 752

96 Reporting Officer's Name (Print): C. BAUMANN — Star No: 7824 — Officer's Signature: Baumann

Approval Signature: Sgt E Meehan — Date Approved: 14 MAY 93 — Time: 2005

CPD 11.380 (REV. 8/83)

NARRATIVE

IN SUMMARY: BT 1712 RECEIVED A CALL OF "SHOTS FIRED" AND A MAN SHOT ON THE 3400 BLOCK OF WEST SUNNYSIDE. UPON ARRIVAL ABOVE VICTIM WAS LYING ON THE GROUND BLEEDING. CFD AMB #32 ON SCENE STATED THAT VICTIM WAS DEAD. R/O'S ARRIVED ON SCENE AT 1525 HRS AND SPOKE TO WITNESS #1 MELENDEZ, WHO RELATED TO R/O'S THAT SHE SAW ABOVE DESCRIBED OFFENDER RUN W/B ON SUNNYSIDE TOWARD VICTIM FIRED SEVERAL SHOTS AT VICTIM STRIKING HIM IN THE BACK. OFFENDER THEN FLED E/B ON SUNNYSIDE.

ON SCENE: BT 1763, 1763 A, 1763 E, 1712, 1706, 1751, 1772 2ND WATCH, 1772 3RD WATCH, 1723, 1710, 1720.

BT 5535 DET GUEVARA # 20861 ARRIVED ON SCENE 1550 HRS

BT 5535 DET HALVORSEN # 20692 1620 | X-209946

BT 9603 CAREY # 13537 ON SCENE 1631 HRS.

BT 1772 3RD WATCH REMOVED BODY TO BELMONT HOSP 1650 HRS. PRONOUNCED DEAD 1715 HRS BY DR LAFITA.

WITNESSES TURNED OVER TO BT 5535 AND RELOCATED TO AREA 5.

1799 NOTIFIED

ME. MURDOCK NOTIFIED APPROX 1800 HRS BY BT 1772. AUTHORIZED REMOVAL TO MORGUE.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE: [signature] 658 DATE (DAY MO YR): 14 MAY 93

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| UCR OFFENSE CODE | REV CODE | UCR METHOD CODE | METHOD ASSIGNED | UNIT NO | OFFICER ASSIGNED STAR NO | DATE ASSIGNED | SUPV STAR NO | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ✓ 1 CORRECT / 2 REVISED | | SHT | ✓ 1 FIELD / 2 ADMIN / 3 SUMMARY | 652 | 20861 | 18 5 93 | 2200 | 1 YES / 2 NO | 1 YES / 2 NO |

| OFFICER REASSIGNED STAR NO | DATE | STATUS | IF CASE IS CLEARED HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) |
|---|---|---|---|
| | | (10 PROGRESS) circled; 1 SUSPENDED; 2 UNFOUNDED; 3 CLEARED CLOSED; 4 CLEARED OPEN; 5 EXC CLRD CLOSED; 6 EXC CLEARED OPEN; 7 CLOSED NON CRIMINAL | 1 ARREST & PROSECUTION; 2 DIRECTED TO FAMILY COURT; 3 COMPL REFUSED TO PROSECUTE; 4 COMMUNITY ADJUSTMENT; OTHER EXCEPTIONAL |

| VICTIM IDENTIFIERS | VICTIM NO | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO |
|---|---|---|---|---|
| 1 CORRECT / 2 REVISED | | | | HOME / BUSINESS |

VALUE OF PROPERTY TAKEN/RECOVERED — 1 DNA — 2 VERIFIED — 3 CORRECTED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT | 8 TV RADIO STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM GOODS | 11 FIREARMS | 12 NARC DANG DRUGS | 13 OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R |

SERIAL NOS OR IDENTIFICATION NOS — 1 DNA — 2 VERIFIED — 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY SIGNATURE | STAR NO | DATE (DAY MO YR) | APPROVED BY SIGNATURE | STAR NO | DATE (DAY MO YR) |
|---|---|---|---|---|---|
| | | | | | |