


RFC-Bouto 000168

EXHIBIT
3

# Exhibit 11