IN RE: PEOPLE VS. JOHN DOE - #GJ 736

BEFORE THE GRAND JURY OF COOK COUNTY

MAY, 1993

Transcript of testimony taken in the above-entitled matter on the 1st day of June, A.D., 1993.

PRESENT: Ms. Mary Roberts,
Assistant State's Attorney,

Reported by Dolarite M. Woods,
Official Shorthand Reporter
Circuit Court of Cook County

| WITNESS: | PAGE NO.: |
|---|---|
| CARL RICHMOND | 2 |

(Witness sworn.)

MS. ROBERTS: I'm Assistant State's Attorney Mary Roberts, Homicide-Sex Unit, appearing on Grand Jury May 736 which is a John Doe investigation relating to the death of Salvadore Ruvalcaba which occurred on May 14, 1993. We are not seeking an indictment at this time.

The Grand Jury has the right to subpoena and question any person against whom the State's Attorney is seeking a Bill of Indictment, or any other person, and to obtain any documents or transcripts relevant to the matter being prosecuted by the State's Attorney.

At this time I ask leave to call Carl Richmond.

CARL RICHMOND,

having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. ROBERTS:

Q Please state your name and spell your last name.

A Carl Richmond, R-i-c-h-m-o-n-d.

Q Carl, on May 14 at approximately 3:05 p.m. were you walking north on Kimball toward Sunnyside?

A I was.

Q Is that in the City of Chicago?
A Yes.
Q Did you see anyone?
A Yes, I seen Frank Escaba, Jacob, and Salvadore Ruvalcaba.
Q When you say Jacob, what is Jacob's last name?
A Lazara.
Q He is Red's brother?
A Yes, he is.
Q Where were they?
A They were on Kimball and Sunnyside.
Q Did you walk up to them?
A Yes, I did.
Q When you walked up to them did you notice anyone else in the area?
A Yes, I seen a group on the other side of the street.
Q Did you recognize who was in that group?
A Yes, I did.
Q Who was in that group?
A There was two Spanish Cobras and a couple of other guys.
Q What did you do when you saw the two Spanish Cobras and the other guys?

A I walked over and kind of conversed with them a few minutes.

Q When you went over there did you learn anything about why they were there?

A Yes, they were talking about going to beat up on PR Stones.

Q When you say PR Stones, what are you referring to?

A Puerto Rican Stones.

Q Are the Spanish Cobras and the Puerto Rican Stones friendly or rivals?

A They are two rival gangs.

Q When you heard that the Cobras were going to beat up on the Puerto Rican Stones did you do anything?

A Yes, I told them you guys don't have anything with you, just get out of here. It is not even worth it.

Q You told that to who?

A To the Spanish Cobras and all the guys standing there with them.

Q And so after you told the Cobras that, what did they do?

A They proceeded to leave down Kimball.

Q Did they walk away from the Losata brothers,

Mr. Escaba and Salvadore Ruvalcaba or walk towards them?

A They walked away.

Q Now, what happened when the two Cobras and others that they were with walked away down Kimball?

A Ray crossed the street and started walking with me.

Q What happened with Salvadore and Jacob?

A They crossed the street ahead of us.

Q How far ahead of you was Salvadore?

A About 10 or 15 feet.

Q And in what direction did you walk?

A West.

Q Was that on Sunnyside?

A Yes, it was.

Q As you were walking, did you notice anything?

A Yes, I looked back and I seen four Puerto Rican Stones running up to Kimball.

Q When you saw these four Puerto Rican Stones running up to Kimball did you notice anything about any one of them?

A Yes, the three stopped and one walked up ahead and pulled out a gun and started shooting.

Q Were you able to see that person's face?

A Yes, I was.

Q Were you able to see the group?
A Yes, I did.
Q I'm going to show you what has been marked People's Exhibit, Grand Jury Exhibit Number 1 for identification. Could you identify who is in this picture?
A That is the shooter.
MS. ROBERTS: Indicating for the record that he identified Grand Jury Exhibit 1 as the shooter.
Q Who is depicted in that picture?
A Robert Buoto, B-u-o-t-o.
Q You said you saw this person that you just identified in this picture walk ahead of the three, pull out a gun and started shooting. What did you do when you saw him start shooting?
A He fired one round and Ray and I hit the floor.
Q When you say hit the floor, you mean the ground?
A Yes, you know, ducked on the ground, laid down.
Q What happened next?
A Frank, Jacob and the victim, Salvadore, continued starting running.




**Exhibit 12**

Q Did you see anything that happened next?
A Yes, after he had shot about three times Salvadore got him in the back.
Q When Salvadore was hit in the back what did you see happen?
A He walked about two steps and fell.
Q Was there anything between you and the shooter during the time the shooting was going on?
A Not at all.
Q Was there anything obstructing your view?
A No.
Q After you saw Salvadore fall to the ground what did you next see?
A I looked back to make sure I was out of the line of fire and I seen him hand the gun to somebody in the alley.
Q When you say him, who do you mean?
A Robert Buoto.
Q Could you describe the gun that you saw?
A It was black, automatic 389 millimeter.
Q And after you saw him -- strike that.
When you saw him hand the gun off to somebody in the alley, was anything obstructing your view then?
A Not at that time, not at all.

Q At any time did anything obstruct your view of the shooting?

A No.

Q What did you do after you saw him hand the gun off and run down the alley?

A I got up and I picked up Salvadore and held him in my arms.

MS. ROBERTS: I have no further questions. Does the Grand Jury?

(Witness excused.)

(The above-entitled matter is an ongoing investigation.)

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

I, DOLARITE M. WOODS, Official Court Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I reported in shorthand the testimony of the witness taken before the Grand Jury, and that I thereafter caused to be transcribed into typewriting the above testimony, which I hereby certify is a true and corret transcript of said testimony.

Dolarite M. Woods

Dolarite M. Woods
Official Court Reporter
County Department-Criminal Division.