911 / OPR / 744 / PAX / OV-RADIO NO.

NATURE OF COMPLAINT – SERVICE: Man Shot St

CODE: 30

BEAT OF OCCURRENCE: 1723

Q / N-S / E-W

LOCATION OF INCIDENT – SERVICE: 3415 W. Sunnyside

FLOOR – ROOM – APT.

UNIT ASSIGNED: ~~1714~~ 1713

MAN

R.D. NO. X209946

COMPLAINT RECEIVED

COMPLAINANT – REQUESTER: RAUVAUABA

OUT

ADDRESS OF COMPLAINANT – REQUESTER: 25

PHONE NO. 478-3649

FAOW ☒

IN

VERIFIED COMPLAINT ☒

CODE: 30

UNFOUNDED (2)

NUMBER ARRESTED: NONE ☒ (0)

RECEIVED BY: 181

DISPATCHER: 4417

ZONE: 1

RADIO DISPATCH CARD – RADIO COMPLAINT / CHICAGO POLICE COMMUNICATIONS CENTER

Non-Published 6-7-93

Michael

He is moving out of neighborhood

ASSIST

Baggy Pants

② m/c Negro Black Hood

Brown Shirts

| UNITS ASSISTING (1 MAN) | OLU | UNITS ASSISTING (2 MAN) | OLU |
|---|---|---|---|
| 1710 | | 1772 | |
| | | 1763A | |
| | | 1763C | |
| | | 1763 | |
| | | 1723 | |
| | | | |
| | | | |
| | | | |

SIMULCAST ☐

ZONE(FOR CITY WIDE ONLY)

TIME ASSIST BEGAN

TIME INITIAL ASSISTING UNIT RETURNED TO SERVICE

ASSIST

11. [illegible]