# Affidavit of Rey Lozada

1. My name is Rey Lozada. I am 38 years old, I am of sound mind and competent to give this affidavit.

2. I witnessed my friend, Salvador Ruvalcaba, be shot and killed on May 14, 1993.

3. I ~~did~~ saw the person who shot Salvador, but I did not get a good look at him because he was wearing a hoody at the time of the shooting and, immediately after the shots were fired, I fell to the ground to avoid the gun fire, and turned away from the shooter.

4. After the shooting, the police brought some people from the neighborhood to the scene. ~~to~~ I observed Carl Richmond acting angry and indicating that it was Bouto who was the shooter. So I agreed with Carl that Bouto was the shooter while I was still at the scene.

5. I was 15 years old at the time. I was with my older brother, Jacobo, and the other people we were with at the time of the shooting were also older than me. I followed Carl's lead because he was older and I decided to just say what he was saying.

6. Later on the day of the shooting, we were brought to the police station at Grand + Central. While we were standing by the desks in the open area, we could see Bouto sitting in a room with the door open. The door was not fulley open, but it was cracked enough where we could see him.

7. We were then brought into a room right next to Bouto. We could see Bouto through ~~the~~ a one-way mirror sitting in the room next to us. We saw some loose photographs on the ~~table~~ desk in front of us. We looked at the photos together identifying the people we knew and making sure we all knew what Bouto's photograph looked like. Bouto's photograph was one of the photos on the desk.

[Margin note: while we were standing at a desk in the open area, at the time period referred to in paragraph 6]

8. After we had all seen Bouto's photograph, we all went to view a line-up. I picked out Bouto because I was still following the lead of the older guys I was with, who were saying it was Bouto.

9. Before the shooting, I had seen Bouto in the neighborhood before, but I did not know his name. I cannot say if he was or was not the shooter because I could not see the shooter's face well enough.

10. I did not want to testify about Sal's murder. While the case was in court, I was avoiding the State's Attorney's efforts to reach me. Then I was arrested and told there was a bench warrant for contempt of court and I had to sit in jail until testifying in the case. This happened before I was shot on February 16, 1996.

11. I felt pressure to testify consistently with my identification of Bouto because I feared I would be locked up or retaliated against if I did not.

12. I was never visited by anyone acting on Bouto's behalf before trial. Had I been interviewed then, I would have told the same facts that are contained in this affidavit.

13. I have read this affidavid and had it read to me out loud. I have had the opportunity to make any corrections. This affidavit is the truth, and I'm signing it because it's the truth.

Signed under penalty of perjury

[signature] R.E.L. 7-1-16
Ray Lozada

Witnessed by

[signature]
7/1/16

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Circuit Court No. 93 CR 13526 |
| v. | ) | |
| | ) | |
| ROBERT BOUTO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF REY LOZADA**

1. My name is Rey Lozada. I am 38 years old, I am of sound mind and competent to give this affidavit.

2. I witnessed my friend, Salvador Ruvalcaba, be shot and killed on May 14, 1993.

3. I saw the person who shot Salvador, but I did not get a good look at him because he was wearing a hoodie at the time of the shooting and immediately after the shots were fired, I fell to the ground to avoid the gunfire and turned away from the shooter.

4. After the shooting, the police brought some people from the neighborhood to the scene. I observed Carl Richmond acting [redacted] angry and indicating that it was Bouto who was the shooter. So I agreed with Carl that Bouto was the shooter while I was still at the scene.

5. I was 15 years old at the time. I was with my older brother, Jacobo, and the other people we were with at the time of the shooting were also older than me. ~~I followed Carl's lead~~ because he was older and I decided to just say what he was saying.

6. Later on the day of the shooting, we were brought to the police station at Grand & Central. While we were standing by the desks in the open area, we could see Bouto sitting in a room with the door open. The door was not fully open, but it was cracked enough where we could see him.

7. We were then brought into a room right next to Bouto. We could see Bouto through a one-way mirror sitting in the room next to us while we were standing at a desk in the open area, at the time period referred to in paragraph 6. We saw some loose photographs on the desk in front of us. We looked at the photos together identifying the people we knew and making sure we all knew what Bouto's photograph looked like. Bouto's photograph was one of the photos on the desk.

8. After we had all seen Bouto's photograph, we all went to view a line-up. I picked out Bouto because I was still following the lead of the older guys I was with, who were saying it was Bouto.

9. Before the shooting, I had seen Bouto in the neighborhood before, but I did not know his name. I cannot say if he was or was not the shooter because I could not see the shooter's face well enough.

10. I did not want to testify about Sal's murder. While the case was in court, I was avoiding the State's Attorney's efforts to reach me. Then I was arrested and told there was a bench warrant for contempt of court and I had to sit in jail until testifying in the case. This happened before I was shot on February 16, 1996.

11. I felt pressure to testify consistently with my identification of Bouto because I feared I would be locked up or retaliated against if I did not.

12. I was never visited by anyone acting on Bouto's behalf before trial. Had I been interviewed then, I would have told the same facts that are contained in this affidavit.

13. I have read this affidavit and had it read to me out loud. I have had the opportunity to make any corrections. This affidavit is the truth, and I'm signing it because it's the truth.

Signed under penalty of perjury

Rey Lozada