PROPERTY INVENTORY - NO.
CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 2/91)

1093587

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY: [X] NONE

UNIT

INVENTORY NO. 1093587

DATE RECOVERED: DAY 14 MONTH May YEAR 93

CROSS REFERENCE: R

RD NO. X-209-946

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ ¢ |
|---|---|---|---|
| 1 | 3 | cartridge cases marked R-P 9mm luger | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | Homicide victim: Salvador RUBALCAVA M/WH 15 | |
| 7 | | | |

ATTACH THIS COPY TO COURT PAPERS

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

COURT DATE

COURT BRANCH

COURT CALL

TOTAL CASH U.S.C. $

CHECK ALL BOXES APPLICABLE
[ ] U.S. CURRENCY TO BE DEPOSITED
[ ] U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
[ ] C.P.D. CONTINGENCY FUND MONEY
[ ] GAMBLING RAID SEIZURE
[ ] MEDICAL EXAMINER'S PROPERTY

[ ] MISDEMEANOR [X] FELONY STATE CHARGES
[ ] JUVENILE
[X] HOMICIDE [ ] MANSLAUGHTER
[ ] ARSON
[ ] NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME [ ] DECEASED [ ] ARRESTED: from grassy parkway AT 3353 W. Sunnyside

OWNER'S NAME — ADDRESS — TELEPHONE NO.

FOUND BY - NAME [X] CHECK IF C.P.D.: Reynolds & Carey — ADDRESS: Crime Lab — TELEPHONE NO

SEE COPY 4 FOR NOTICE TO FINDER

CHECK ONE:

[X] HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK) — INVESTIGATING OFFICER - Det. Halvorsen — STAR NO. 20692 — UNIT 652

[ ] PROPERTY OWNER NOTIFIED ON — DAY MONTH YEAR — HOW NOTIFIED [ ] IN PERSON [ ] PHONE [ ] MAIL
TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF.

[ ] TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

1st OFFICER'S NAME: Det. Guevara — STAR NO. 20861
SIGNATURE — UNIT 652

2nd OFFICER'S NAME: T. Reynolds — STAR NO. 12947
SIGNATURE: [signature] — UNIT 177

INITIAL DESTINATION OF PROPERTY [ ] MEDICAL EXAMINER
[ ] E & RPS [X] CRIME LABORATORY [ ] AUTO POUND NO.:

VIA [ ] POLICE MAIL [ ] RECOVERING UNIT PERSONNEL [ ] E & RPS PICKUP [X] EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT: [signature] — STAR NO. 8768 — DATE 14 May — TIME 1750

COPY 3 - COURT COPY - ATTACH TO COURT PAPERS

DIRECTIONS

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT.

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY.

SEIZURE WITH SEARCH WARRANT

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO SEARCH WARRANT.

ATTACH COPY NO. 4 TO THIS COPY.

RFC-Bouto 000051

**Exhibit 19**