Criminal Investigation Division
Area 5 Property Crimes

To: Watch Commander, 025th District

From: Detective R. GUEVARA 20861 Area 5 PropertyCrimes

Subject: Request to hold prisoner past court call.

The undersigned request that Robert BOUTO CB# ________ be held past the regularly scheduled court call on 15 May 93

The reason(s) for this request is as follows:

____ The victim must view the above subject in a line-up, and is unavailable at this time.

____ A line-up is required, but at this time not enough suitable subjects are available.

XX The Felony Review A.S.A. has requested additional investigation before approval of charges.

____ The victim is in surgery and unable to be interviewed at this time.

____ ________________________________

________________________________

________________________________

This investigation is recorded under R.D. # X209946

A line-up is scheduled for 1900 hours on 15 May 93

The prisoner is expected to be charge with 1st Deg. Murder

R. GUEVARA [signature] 20861
Detective Star #

APPROVED: [signature] #890



Exhibit 21