**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOUTO, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 19 CV 2441 |
| | ) | |
| v. | ) | Hon. John Kness |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIVE EXHIBITS UNDER SEAL**

Plaintiff Robert Bouto, by and through his counsel, moves this Court for leave to file certain summary judgment exhibits under seal pursuant to General Local Rule 5.8 and 26.2. In support, Plaintiff states as follows:

1. The Defendants filed a motion for summary judgment along with a memorandum of law, statement of facts and attached exhibits. Docs. 441, 442, 443, 445, 446.

2. Plaintiff has prepared a response in opposition to that motion, including a memorandum of law, response to the Defendants' statement of facts and statement of additional facts with attached exhibits.

3. Plaintiff's exhibits 15, 20, 26, and 32 have been designated as confidential by other parties pursuant to the protective orders in this case. Plaintiff's counsel disagrees that these exhibits should be maintained as such, given the content that Defendants filed on the public record with their summary judgment motions, but is filing them under seal so as to allow Defendants an opportunity to present their position.

4. In addition, Plaintiff's exhibit 11 is a crime scene photograph; for privacy reasons,

Plaintiff seeks leave to file the version with the victim's body visible under seal, with a publicly-filed redacted version.

5.     Accordingly, Plaintiff respectfully requests an order from the Court permitting Plaintiff to file these exhibits under seal.

WHEREFORE, Plaintiff Bouto respectfully seeks an order from this Court permitting him to file exhibits 11, 15, 20, 26, and 32 under seal.

Dated: June 8, 2026

Respectfully submitted,

**ROBERT BOUTO**

BY:     /s/ Ruth Brown
        *One of Plaintiff's Attorneys*

Jon Loevy
Russell Ainsworth
Ruth Z. Brown
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

2