**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOUTO, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 19 CV 2441 |
| | ) | |
| v. | ) | Hon. John Kness |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE**
**OVERSIZED MEMORANDUM OF LAW AND EXCESS LOCAL RULE 56.1(b)(3)**
**STATEMENTS OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT CITY**
**OF CHICAGO'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Robert Bouto, through his undersigned counsel, respectfully and without opposition, moves this Court for leave to file additional pages in his response to Defendants' Motions for Summary Judgment and additional statement of facts for his Local Rule 56.1(b)(3) submission. Plaintiff also respectfully requests leave to file a single, consolidated response to the separate motions for summary judgment. In support of this motion, Plaintiff states as follows:

1. The Defendants filed two separate motions for summary judgment, along with a joint statement of facts. Docs. 441, 442, 443, 445, 446. Defendants previously sought and obtained excess facts and pages for their briefing, without any opposition from Plaintiff, given the complexity of the law and extensive record in this case. *Id.*

2. Plaintiff, too, now seeks excess pages and facts, without any opposition from Defendants.

3. Rather than Plaintiff filing multiple statements of fact directed at the motions of each of the moving Defendants, Plaintiff seeks leave to file a combined Statement of Facts,

comprising 98 facts, to minimize duplicative references to the record and streamline the Court's review. To likewise avoid duplicative and repetitive briefing on overlapping issues, Plaintiff likewise seeks leave to file a single consolidated response both motions for summary judgment. Finally, Plaintiff seeks leave to file his single consolidated response brief with 65 pages, to fully apprise this Court of the law and facts in this complex case with an extensive record.

4. Plaintiff respectively submits that the excess pages and facts are required to fully present the pertinent facts and demonstrate each Defendant's liability. Defendants are seeking dismissal of Plaintiff's entire case, which concerns a wrongful conviction for murder and multi-decade wrongful incarceration, and the claims in this case concern many different Defendants and a complex course of conduct. In addition, the legal theories require adequate pages to apprise this Court of the law and application to the facts here.

5. Plaintiff is mindful of this Court's resources, and respectfully submits that the excess pages and facts proposed here are intended to provide the Court with as much assistance as possible in considering the various issues involved. Plaintiff respectfully requests that this Court permits him to file this oversized brief in support of his positions and the supporting statements of additional facts

WHEREFORE, Plaintiff respectfully requests this Court to grant him leave to file an oversized consolidated memorandum in support and excess statements of additional facts for his response in opposition to the Defendants' motions for summary judgement.

Dated: June 8, 2026

Respectfully submitted,

**ROBERT BOUTO**

BY: /s/ Ruth Brown
*One of Plaintiff's Attorneys*

2

Jon Loevy
Russell Ainsworth
Ruth Z. Brown
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

3